Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                    Criminal No.        24-239

                                       Category     B

DOUGLAS EDELMAN (1)
DELPHINE LE DAIN (2)




Defendant(s)


## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on _8/29/2024_ from _Judge Colleen Kollar-Kotelly_ to _Calendar Committee_ by direction of the Calendar Committee.

(Defendants are Fugitives)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:    Judge Colleen Kollar-Kotelly     & Courtroom Deputy
       Calendar Committee

       U.S. Attorney's Office – Judiciary Square Building, Room 5133
       Statistical Clerk