AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 3:52 pm, May 16, 2024

United States of America
v.
DOUGLAS EDELMAN

*Defendant*

)
) Case: 1:24-cr-00239
) Assigned to: Judge Kollar-Kotelly, Colleen
) Assign Date: 5/16/2024
) Description: INDICTMENT (B)
) Related Case No: 23-cr-314 (CKK)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DOUGLAS EDELMAN

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy to Defraud the United States)
18 U.S.C. § 1001 (False Statements)
26 U.S.C. § 7201 (Tax Evasion)
31 U.S.C. §§ 5314 & 5322(b); 31 C.F.R. §§ 1010.350, 1010.306(c)-(d), and 1010.840(b) (Willful Violation of Foreign Bank Account Reporting)

Date: 05/16/2024

*Issuing officer's signature*

City and state: Washington, D.C.

MOXILA A. UPADHYAYA, UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 5-16-24, and the person was arrested on *(date)* 9-3-24
at *(city and state)* WASHINGTON DC

Date: 9-3-24

*Arresting officer's signature*

COREY WILLIAMS DUSM
*Printed name and title*