IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     v.<br><br>DOUGLAS EDELMAN<br>and<br>DELPHINE LE DAIN,<br><br>     Defendants. | Case No. 24-CR-239 (CKK) |

**GOVERNMENT'S NOTICE OF INTENTION TO USE RECORDS OF REGULARLY CONDUCTED ACTIVITY PURSUANT TO 18 U.S.C. § 3505**

The United States of America, by and through undersigned counsel, hereby provides notice of its intention to use foreign records of regularly conducted activity, pursuant to 18 U.S.C. § 3505. These records will be provided to the defense in discovery and have been certified in accordance with the requirements of § 3505.

Section 3505 establishes a hearsay exception and authentication provision for foreign records of regularly conducted activity that are analogous to the provisions in Federal Rules of Evidence 803(6) and 902(11) for domestic records. After providing the records to the defense, the government will provide further notice specifying the Bates numbers for the records and certifications.

The government anticipates that not all of the above-described records will be introduced at trial, but submits this notice as a precaution, in order to satisfy the notice requirement in 18 U.S.C. § 3505.

Dated: September 3, 2024

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

*/s/ Sarah C. Ranney*
Sarah C. Ranney
NY Bar No. 5050919
Assistant Chief
U.S. Department of Justice Tax Division
150 M Street, N.E., Room 1.109
Washington, D.C.  200002
Tel.: (202) 514-5616
Sarah.C.Ranney@usdoj.gov