UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 24-CR-239-1 (CKK) |
| v. : | |
| : | |
| DOUGLAS EDELMAN : | |
| : | |
| **Defendant.** : | |

**<u>UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE GRAND JURY TESTIMONY</u>**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves for entry by this Court of an order permitting the disclosure of testimony before the grand jury to the defendant, Douglas Edelman, and his counsel.

The government seeks a court order permitting the disclosure of transcripts of witnesses who testified before the grand jury that returned the instant indictment in so far as such disclosure is necessary for the government to comply with its discovery obligations. Under Federal Rule of Criminal Procedure 6(e)(3)(E)(i): "The court may authorize disclosure—at a time, in a manner, and subject to any other conditions that it directs—of a grand-jury matter: (i) preliminarily to or in connection with a judicial proceeding." Rule 6(e)(3)(F) provides certain requirements for a petition under Rule 6(e)(3)(E)(i), including that the petition be filed in the district where the grand jury convened and that the court "must afford a reasonable opportunity to appear and be heard to: (i) an attorney for the government; (ii) the parties to the judicial proceeding; and (iii) any other person whom the court may designate." The government submits that the requirements of Rule 6(e)(3)(F) are satisfied by this motion. The government further submits that such an order is appropriate because some grand jury testimony in this case constitutes material to which the

1

defendants are entitled as part of their discovery.

The government conferred with counsel for the defendant regarding this motion and he provided his consent.

Accordingly, the government respectfully requests an order authorizing the disclosure of grand jury testimony to the defendant and her counsel.  *See* Rule 6(e)(3)(E)(i).

Respectfully submitted,

STUART M. GOLDBERG
Acting Deputy Assistant Attorney General

By: _____
Sarah C. Ranney
NY Bar No. 5050919
Trial Attorney
Department of Justice Tax Division
150 M Street, N.E., Room 1.104
Washington, DC 20002
Sarah.C.Ranney@usdoj.gov

Nanette L. Davis
D.C. Bar No. 442136
Senior Litigation Counsel
Department of Justice Tax Division
150 M Street, N.E., Room 1.107
Washington, D.C. 20002

Ezra Spiro
NY Bar No. 5291838
Department of Justice Tax Division
150 M Street, N.E., Room 1.108
Washington, DC 20002
Ezra.K.Spiro@usdoj.gov

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY
                D.C. Bar No. 481052

By: _____
                Joshua A. Gold
                TX Bar No. 24103101
                Assistant United States Attorney
                U.S. Attorney's Office
                601 D St NW
                Washington, D.C. 20530
                Office: 202-815-8965
                Joshua.Gold@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 24-CR-239-1 (CKK) |
| v.       : | |
| : | |
| DOUGLAS EDELMAN : | |
| : | |
| Defendant.     : | |

# ORDER

Upon consideration of the United States' motion for an order to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e).


Date: _____          _____  _____
                                      THE HONORABLE COLLEEN KOLLAR-KOTELLY
                                      U.S. DISTRICT JUDGE