Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   Criminal No.   24-239   (CKK)

DOUGLAS EDELMAN- 1

Category   B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on 9/5/2024 from Calendar Committee to Judge Colleen Kollar-Kotelly by direction of the Calendar Committee.

(Defendant is No Longer a Fugitive)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:   Judge Colleen Kollar-Kotelly   & Courtroom Deputy
Calendar Committee

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk