IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS EDELMAN<br><br>and<br><br>DELPHINE LE DAIN,<br><br>Defendants. | Case No. 24-cr-239 (CKK) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D.C. Local Criminal Rule 44.1, I, Sonya C. Bishop, move the Court to admit Marion Allison Rocker-Tuohy for the limited purpose of appearing and participating as attorney of record on behalf of Defendant Douglas Edelman in the above-captioned case. Ms. Rocker-Tuohy's address is PO Box 3938, Evergreen, Colorado 80437, and her phone number is 303-906-9558.

I incorporate by reference the Declaration by Ms. Rocker-Tuohy, attached to this Motion as Exhibit A, and the certificates of good standing for Ms. Rocker-Tuohy from the State Bar of Colorado and the District of Columbia Bar, attached hereto as Exhibits B and C respectively.

Dated: September 10, 2024

Respectfully submitted,

*/s/ Sonya C. Bishop*
SONYA C. BISHOP
D.D.C. Bar No. NY0568
sonya.bishop@bakermckenzie.com
BAKER & McKENZIE LLP
452 Fifth Avenue
New York, New York 10018
(332) 215-5812

*Counsel for Defendant Douglas Edelman*