IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS EDELMAN<br><br>and<br><br>DELPHINE LE DAIN,<br><br>    Defendants. | Case No. 24-cr-239 (CKK) |

### DECLARATION OF MARION ALLISON ROCKER-TUOHY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D.C. Local Rule 44.1, I, Marion Allison Rocker-Tuohy, declare the following:

1. My full name is Marion Allison Rocker-Tuohy.

2. I am an attorney with the firm Baker & McKenzie, LLP. Under the firm's flexible working policy, I practice law entirely remotely from the State of Colorado. I do not maintain a law office in the District of Columbia, although administratively I am associated with the firm's office in the District of Columbia.

3. My address is PO Box 3938, Evergreen, Colorado 80437. My telephone number is 303-906-9558.

4. I am admitted to and a member in good standing of the U.S. District Court for the District of Colorado, the Courts of the State of Colorado, and the District of Columbia Bar.

5. I live and practice law in the State of Colorado.

6. I certify that I have never been disciplined by any bar.

1

7. I have applied for admission to this Court; however, I am unable to meet the in-person requirement for the monthly swearing-in ceremony due to travel expenses and childcare responsibilities.

8. I have not been admitted pro hac vice to this Court any times in the last two years.

Dated: September 10, 2024

Respectfully submitted,

_____
MARION ALLISON ROCKER-TUOHY
Colorado Bar No. 38892
allison.rocker@bakermckenzie.com
BAKER & McKENZIE LLP
PO Box 3938, Evergreen
Colorado 80437
(303) 906-9558