

**STATE OF COLORADO, ss:**

I, __Cheryl Stevens__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__Marion Allison Rocker-Tuohy__

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __9th__ day of __October__ A.D. __2007__ and that at the date hereof the said __Marion Allison Rocker-Tuohy__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __10th__ day of __September__ A.D. __2024__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk