**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>     v.<br><br>**DOUGLAS EDELMAN**<br><br>and<br><br>**DELPHINE LE DAIN,**<br><br>     **Defendants.** | Case No. 24-cr-239 (CKK) |

## NOTICE OF APPEARANCE

Please take note that Marion Allison Rocker-Tuohy hereby enters her appearance in the above-captioned case as retained counsel for Defendant Douglas Edelman.

Dated: September 12, 2024

                                                 Respectfully submitted,

                                                 */s/ Marion Allison Rocker-Tuohy*
                                                 MARION ALLISON ROCKER-TUOHY
                                                 *D.D.C. Bar No. Pending*
                                                 allison.rocker@bakermckenzie.com
                                                 BAKER & McKENZIE LLP
                                                 PO Box 3938, Evergreen
                                                 Colorado 80437
                                                 (303) 906-9558