IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>  v.<br><br>**DOUGLAS EDELMAN**<br>**and**<br>**DELPHINE LE DAIN,**<br><br>  **Defendants.** | **Case No. 24-CR-239 (CKK)** |

NOTICE OF DISCOVERY

The government requests that the attached discovery letter, dated September 26, 2024, be made part of the record in this case.

Respectfully submitted,

                STUART M. GOLDBERG
                Acting Deputy Assistant Attorney General
                Department of Justice Tax Division
                150 M Street N.E.
                Washington, D.C. 20002

By:      /s/ Sarah C. Ranney
                Sarah C. Ranney
                Assistant Chief
                NY Bar No. 5050919
                Sarah.C.Ranney@usdoj.gov

                Nanette L. Davis
                Senior Litigation Counsel
                D.C. Bar No. 442136
                Nanette.L.Davis@usdoj.gov

                Ezra K. Spiro
                Trial Attorney
                NY Bar No. 5291838
                Ezra.K.Spiro@usdoj.gov

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052
                601 D Street N.W.
                Washington, D.C. 20530

By:      /s/ Joshua A. Gold
                Joshua A. Gold
                Assistant United States Attorney
                TX Bar No. 24103101
                Joshua.Gold@usdoj.gov



**U.S. Department of Justice**
Tax Division

*Northern Criminal Enforcement Section*

| | |
|---|---|
| 150 M Street N.E. | 202-514-5150 |
| Washington, D.C.  20002 | 202-514-8455 |

SG:JNK:EKS
DJ 5-16-5295
CMN 2024201076

September 26, 2024

George Clarke, Esq.
Scott Frewing, Esq.
Allison Rocker, Esq.
Sonya Bishop, Esq.
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006

      Re:    <u>United States v. Douglas Edelman, et ux. (1:24-cr-239)</u>

Dear Counsel:

      Pursuant to the Government's discovery obligations, and the Protective Order signed on September 9, 2024 (ECF 23), enclosed please find a hard drive that contains the Government's second production of discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure.[1] Per your instructions, the hard drive is being sent to your colleague Leonid Gurevich at Baker McKenzie's Chicago office. The password to the encrypted container on the hard drive containing the production will be provided to you by email. In compliance with Rule 16(c), the Government will supplement this production as noted below if and when other additional discoverable material becomes available.

      This production includes Bates numbers USPROD-04237743 to USPROD-04709190. In general terms, this comprises three types of additional materials. First, the government is producing additional records collected during the investigation. Please note that these records include a number of Mr. Edelman's written or recorded statements, provided here pursuant to Federal Rule of Criminal Procedure 16(a)(1)(B). These include Mr. Edelman's emails, a written declaration, and multiple video and audio recordings. The video and audio recordings were provided by a whistleblower, whose identity we previously disclosed.

---

[1] The Government may be providing, as a courtesy, material that is not discoverable under Rule 16, the Jencks Act, <u>Giglio</u>, or <u>Brady</u>. The fact that certain non-discoverable materials are provided in no way obligates the Government to provide all non-discoverable materials.

- 2 -

Second, this production includes reports and notes of interviews with witnesses in the course of this investigation. The interview reports may reference other documents, which can often be identified through the "Doc ID Beg" field. Additional interview notes will be produced in a subsequent production.

Finally, this production includes foreign evidence. Authorities in the United Kingdom executed a search warrant and imaged multiple electronic devices. As we discussed during a call on September 11, 2024, one of these devices yielded approximately 436,000 documents, the majority of which do not appear to be relevant to Mr. Edelman. As you requested, we are producing and identifying these records: they can be found in USPROD-04237755 to USPROD-04673869.

As with the Government's first production, these documents are being provided in load-ready format with multiple metadata fields. The source of the materials can be identified through the "Production – Relativity Folder Path" metadata field.

To expedite discovery in this case, we are initially designating all of the discovery provided as "Sensitive" under the Protective Order signed by the Court on September 9, 2024 (ECF 23). As the case progresses and need arises, we will work with defense counsel to review and update this designation.

The Government possesses some additional materials—notably documents maintained by a filter team in a segment of the database not accessible to the prosecution team (the "filter materials"). The parties are currently reviewing a proposed privilege protocol to address any documents within the filter materials that may relate to a potential privilege holder other than Mr. Edelman. A subsequent production of filter materials will be provided once this privilege protocol has been ordered by the Court. The Government will continue to make smaller subsequent productions of additional documents.

As noted in its previous letter, the Government also investigated other related individuals for their own individual tax crimes. Records related to these investigations are not being disclosed at this time, absent a request by the defendant. Regardless, any potential *Giglio* material for Government witnesses will be disclosed at an appropriate time.

The indictment identifies other unnamed co-conspirators, individuals, and attorneys. The Government provided a letter identifying these individuals on September 19, 2024.

- 3 -

Please do not hesitate to contact us if you have any questions regarding further discovery or a disposition of this matter.

Sincerely yours,

NANETTE DAVIS
Senior Litigation Counsel
SARAH RANNEY
Assistant Chief
EZRA SPIRO
Trial Attorney
Department of Justice, Tax Division

JOSH GOLD
Assistant U.S. Attorney
U.S. Attorney for the District of Columbia