IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DOUGLAS EDELMAN

and

DELPHINE LE DAIN,

    Defendants.

Case No. 24-cr-239 (CKK)

## NOTICE OF APPEARANCE

Please take note that Scott H. Frewing hereby enters his appearance in the above-captioned case as retained counsel for Defendant Douglas Edelman.

Dated: October 9, 2024

Respectfully submitted,

*/s/ Scott H. Frewing*

SCOTT H. FREWING
California Bar No. 191311
(admitted *pro hac vice*)
scott.frewing@bakermckenzie.com
BAKER & McKENZIE LLP
600 Hansen Way
Palo Alto, California 94304
(650) 856-2400