# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　v.<br><br>**DOUGLAS EDELMAN**<br>**and**<br>**DELPHINE LE DAIN,**<br><br>　Defendants. | **Case No. 24-CR-239 (CKK)** |

## NOTICE OF DISCOVERY

The government requests that the attached discovery letter, dated November 12, 2024, be made part of the record in this case.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

        STUART M. GOLDBERG
        Acting Deputy Assistant Attorney General
        Department of Justice Tax Division
        150 M Street N.E.
        Washington, D.C. 20002

By:   _____
        Sarah C. Ranney
        Assistant Chief
        NY Bar No. 5050919
        Sarah.C.Ranney@usdoj.gov

        Nanette L. Davis
        Senior Litigation Counsel
        D.C. Bar No. 442136
        Nanette.L.Davis@usdoj.gov

        Ezra K. Spiro
        Trial Attorney
        NY Bar No. 5291838
        Ezra.K.Spiro@usdoj.gov

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052
        601 D Street N.W.
        Washington, D.C. 20530

By:   _____
        Joshua A. Gold
        Assistant United States Attorney
        TX Bar No. 24103101
        Joshua.Gold@usdoj.gov



**U.S. Department of Justice**
Tax Division

*Northern Criminal Enforcement Section*

| | |
|---|---|
| *150 M Street N.E.* | *202-514-5150* |
| *Washington, D.C.  20002* | *202-514-8455* |

SG:JNK:EKS
DJ 5-16-5295
CMN 2024201076

November 12, 2024

George Clarke, Esq,
Scott Frewing, Esq.
Allison Rocker, Esq.
Sonya Bishop, Esq.
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006

   Re: <u>United States v. Douglas Edelman, et ux. (1:24-cr-239)</u>

Dear Counsel:

  Pursuant to the Government's discovery obligations, and the Protective Order signed on September 9, 2024 (ECF 23), this letter encloses the Government's third production of discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure.[1] This production is being transmitted via access to a shared folder, which will allow you to immediately download the documents. In compliance with Rule 16(c), the Government will supplement this production as noted below if and when other additional discoverable material becomes available.

  This production includes 192 documents with Bates numbers USPROD-04768939 to USPROD-04772322. In general terms, this comprises three types of additional materials.

  First, the Government is producing applications for search warrants, orders pursuant to 18 U.S.C. § 2703(d), and other court orders. Second, the materials include various records, interview reports, and agent notes not previously produced.

  Finally, the Government is producing materials related to foreign evidence gathering. These include orders suspending the statute of limitations pursuant to 18 U.S.C. § 3292, as well as transmittal letters showing the date of transmission for the Mutual Legal Assistance Treaty Requests (MLATs) referenced in the orders. The following shows certain requests submitted by

---

[1] The Government may be providing, as a courtesy, material that is not discoverable under Rule 16, the Jencks Act, <u>Giglio</u>, or <u>Brady</u>. The fact that certain non-discoverable materials are provided in no way obligates the Government to provide all non-discoverable materials.

- 2 -

the Office of International Affairs of the U.S. Department of Justice on behalf of the Government, which have already exceeded the maximum tolling allowed by statute (36 months):

| Foreign Authority | Date of Request | Status |
| --- | --- | --- |
| United Kingdom Central Authority, Home Office, United Kingdom | April 14, 2020 | No final action yet |
| United Kingdom Central Authority, Home Office, United Kingdom | September 24, 2020 | No final action yet |
| Solicitor's Office and Legal Services, Criminal Advisory Team, HM Revenue and Customs, United Kingdom | February 10, 2021 | Final action |
| Office of International Legal Assistance in Criminal Matters, Ministry of Justice and Security, The Netherlands | April 22, 2020 | Final action |
| Office of International Legal Assistance in Criminal Matters, Ministry of Justice and Security, The Netherlands | July 27, 2020 | No final action yet |

To expedite discovery in this case, we are initially designating all of the discovery provided as "Sensitive" under the Protective Order signed by the Court on September 9, 2024 (ECF 23). As the case progresses and need arises, we will work with defense counsel to review and update this designation.

Please do not hesitate to contact us if you have any questions regarding further discovery or a disposition of this matter.

Sincerely yours,

NANETTE DAVIS
Senior Litigation Counsel
SARAH RANNEY
Assistant Chief
EZRA SPIRO
Trial Attorney
Department of Justice, Tax Division

JOSH GOLD
Assistant U.S. Attorney
U.S. Attorney for the District of Columbia