UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DOUGLAS EDELMAN,<br><br>Defendant. | Criminal No. 24-cr-239-1 (CKK) |

PRETRIAL SCHEDULING ORDER
(November 19, 2024)

*Proposed Deadlines*

Rule 15 Motions[1]
Government's Rule 15 motion on basis of exigency — November 22, 2024
    Defendant's response — December 10, 2024
    Government's reply — December 17, 2024
Joint proposed dates for Rule 15 deposition on basis of exigency — TBD parties propose January 27-31 or February 3-7, 2025

Government's other Rule 15 motions — April 18, 2025
    Defendant's response — May 2, 2025
    Government's reply — May 9, 2025
Joint proposed dates for Rule 15 depositions — TBD

Privilege Protocol
Government's motion for entry of a privilege protocol — December 2, 2024
    Response by any objecting potential privilege holder — December 9, 2024

Inquiry as to Defendant's Counsel
Government's Motion for an Inquiry as to Defendant's Counsel — December 10, 2024
    Defendant's response — December 17, 2024
Joint proposed date for Court's inquiry — December 20, 2024

Discovery & Associated Deadlines
Government to complete any final discovery under present indictment — January 10, 2025
Discovery motions (Fed. R. Crim. P. 16) — May 9, 2025

---

[1] Unless otherwise agreed by the parties, *Giglio* and *Jencks* material for any Rule 15 depositions will be due 30 days prior to the first day of the relevant deposition.

| | |
|---|---|
| Expert Notices & Other Crimes Evidence | |
| Government's expert notice (FRE 701 & 702) | May 30, 2025 |
| Defendant's expert notice (FRE 701 & 702) | May 30, 2025 |
| Government's FRE 404(b) notice | July 11, 2025 |
| Defendant's response to FRE 404(b) notice | July 25, 2025 |
| *Brady* notice | May 30, 2025 |
| | |
| Experts | |
| Expert reports (FRE 702) | June 27, 2025 |
| Lay witness identification and subject matter (FRE 701) | June 27, 2025 |
| | |
| Non-Evidentiary Pretrial Motions | |
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | May 9, 2025 |
|     Government's response | May 23, 2025 |
|     Defendant's reply | May 30, 2025 |
| Government's non-evidentiary pretrial motions | May 9, 2025 |
|     Defendant's response | May 23, 2025 |
|     Government's reply | May 30, 2025 |
| | |
| Evidentiary Pretrial Motions | |
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | July 11, 2025 |
|     Government's response | July 25, 2025 |
|     Defendant's reply | August 1, 2025 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | July 11, 2025 |
|     Defendant's responses | July 25, 2025 |
|     Government's reply | August 1, 2025 |
| | |
| Motions in Limine[2] | |
| Motions *in limine* by both sides | September 5, 2025 |
|     Responses to motions *in limine* | September 19, 2025 |
|     Replies as to motions *in limine* | September 26, 2025 |
| | |
| Joint notice of stipulations | October 10, 2025 |
| | |
| *Voir Dire* and Jury Instructions | October 10, 2025 |
| | |
| Witness and Exhibit Lists | |
| Government's witness list, exhibit list and exhibits | September 26, 2025 |

---

[2] Unless otherwise agreed by the parties, if any motions *in limine* are filed before these dates, the response will be due 14 days later, and replies due seven days after the response.

| | |
|---|---|
| Defendant's witness list, exhibit list and exhibits | September 26, 2025 |
| *Giglio*, *Jencks*, and Rule 26.2 material | 30 days before trial |

Hearings
Status Hearing                                                                December 20, 2024

Additional status and pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

The Court will set a trial date at a later time. The parties have proposed a trial date in October or November 2025.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge