IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS EDELMAN<br>and<br>DELPHINE LE DAIN,<br><br>                    Defendants. | 1:24-CR-00239 (CKK) |

## DECLARATION IN SUPPORT OF THE GOVERNMENT'S MOTION TO REVOKE DEFENDANT DOUGLAS EDELMAN'S ORDER OF PRETRIAL RELEASE

I, Adam Soline, hereby declare as follows:

**A.   Declarant**

1.   I am currently employed as a Special Agent with the United States Internal Revenue Service - Criminal Investigation ("IRS-CI"). I have been a Special Agent with IRS-CI, working on financial and tax-related investigations, for approximately 15 years. I am currently assigned to the Washington, D.C. Field Office's International Tax and Financial Crimes group ("ITFC"), which specializes in investigations of financial and tax crimes involving the use of foreign witnesses, bank accounts, assets, and entities.

2.   I make this declaration in support of the government's motion to revoke the release order of defendant Douglas Edelman, pursuant to 18 U.S.C. § 3148. This declaration is based upon my personal knowledge, my review of documents and other evidence, my participation in witness interviews, conversations with other law enforcement personnel, and my training and experience. Where the contents of documents or the statements and conversation of

1

others are reported in this declaration, they are reported in substance and in pertinent part, except where otherwise indicated.

**B.     Encrypted Messages from Douglas Edelman**

3.     On November 18, 2024, counsel for an individual identified as "Co-Conspirator 3" in the public indictment of Douglas Edelman and Delphine Le Dain relayed screenshots of recent WhatsApp messages from Edelman to Co-Conspirator 3. These messages are attached hereto as Exhibit 1.

4.     On November 20, 2024, counsel for an individual identified in the public indictment as "Co-Conspirator 4" relayed screenshots of recent Signal message from Edelman to Co-Conspirator 4. These messages are attached hereto as Exhibit 2.

**C.     Co-Conspirator 3**

5.     Co-Conspirator 3 was Edelman's longtime friend and business associate, a U.S. national, who worked for various of Edelman's business ventures from approximately 2009 through 2021. These included Edelman's music television franchise in Eastern Europe, Edelman's media business venture in China, and Edelman's land and infrastructure investments in Mexico.

6.     Co-Conspirator 3 was also involved in Edelman's false 2016 submission to the IRS through the Offshore Voluntary Disclosure Program. Co-Conspirator 3 signed as a witness to a deed of gift for $4 million, falsely purporting to be a gift from Delphine Le Dain to Douglas Edelman.

7.     Co-Conspirator 3 was witness to multiple communications with Edelman in which Edelman told the true story of his ownership and involvement in Mina/Red Star, Edelman's company that contracted with the U.S. Department of Defense to provide jet fuel for

2

the war efforts in Afghanistan. For example:

    a. In an email from Edelman to Co-Conspirator 3 in October 2012, Edelman advised Co-Conspirator 3 to route his salary through his wife ▇, who is referred to in the email as "▇" He explained: "A man is wise to deal with his finances in his own way with talking to women. Delphine really never had a clue abt [sic] what I earned or didn't and even sometimes what I did. I always felt it better that way. But then that [sic] just my way .. She just has to abide." The email chain is attached hereto as Exhibit 3.

    b. Investigators have obtained a June 2018 voice recording of Edelman, Co-Conspirator 3, and another individual, discussing several of Edelman's ongoing business projects. In the recording, transcribed and excerpted below, Edelman tells Co-Conspirator 3 that he wanted to close some of his companies named American Quantum and Canadian Quantum because there was a risk of his name and involvement being revealed:

> D. Edelman: You know what I would do just closing American, just close all these companies. I, *because suddenly I see my name on some legal document, I spend my, all of my time trying to make sure my name isn't in anything, so any companies that we have, anything whatsoever, any penny that we have in any company, let's close everything, stop everything, no partnerships with anybody, nothing.* Then, if there is a business, I don't know, some oil drilling thing or something to do with equipment, if we ever get it back we're going need that but then maybe a brand new thing to get started without any legacy issues to American Quantum, Canadian Quantum, these are complete losses to this point *and my name gets dragged into this and I funded it a hundred percent, so I'm saying let's stop everything.* But I know it's separate from this, but I'm saying, I think it's good that we draw a line and not, say, try to turn this into all these new little businesses because, who knows,

8.     Co-Conspirator 3's involvement in the conspiracy extended through at least the summer of 2020. In June 2020, Co-Conspirator 3 contacted a Gibraltar corporate services business to ask that the public registration for Mina Corp. and Red Star Enterprises be changed

to reflect, falsely, that the 50% owner of the companies was Delphine Le Dain, and not Douglas Edelman.

9.      In the message October 12, 2024, message from Edelman to Co-Conspirator 3, Edelman refers to watching a game with "▮" I understand this to refer to Edelman's grown son, ▮.

### D.  Co-Conspirator 3's Financial Ties to Edelman

10.     Co-Conspirator 3 is financially tied to Edelman. Between 2010 and 2022, Edelman paid Co-Conspirator 3 more than $3.2 million to work for various of Edelman's businesses and investments. Edelman also gave him a loan worth approximately $550,000 so that Co-Conspirator 3 could purchase a home in Ibiza, Spain. According to Co-Conspirator 3, no payments have been made on this loan and he and his wife kept the proceeds from the sale of the Ibiza home.

11.     Edelman also promised Co-Conspirator 3 equity in his Mexican infrastructure project and Mexican land investments. These equity promises – potentially worth millions of dollars – were not documented on paper, and were instead based entirely on Edelman's verbal promises to Co-Conspirator 3.

12.     Co-Conspirator 3's financial reliance on Edelman is evident in a May 2020 communication with a family member about Edelman. In it, Co-Conspirator 3 stated that he had "too much tied up with [Edelman] to bail . . . Too many equity promises . . . Ie [sic] retirement fund."

### E.  Co-Conspirator 4, "AS," and Palantir

13.     Co-Conspirator 4 is Edelman's longtime friend and business associate, Robert Dooner.

4

14. Dooner helped Edelman create and manage various nominee entities and bank accounts. In or around 2008, Dooner and Edelman caused to be created a British Virgin Islands entity named Satellite Support Services Ltd. (SSSL). SSSL was used as a "treasury entity" to pay personal expenses on behalf of Edelman and Le Dain. For example, Edelman caused Dooner to use SSSL as a nominee to facilitate the purchase of multiple yachts for over $1 million.

15. On or about November 16, 2010, Edelman caused a request to be sent to Bank Julius Baer (Singapore) to remove his name as a signatory and add Dooner, who used his Irish passport rather than his U.S. passport. According to emails around this period of time, Dooner became a signatory on the bank account at Edelman's direction.

16. Dooner also helped Edelman invest his profits from Mina/Red Star in a way that would hide Edelman's control of the money. For example, Dooner managed Edelman's investment in Ifone-Neda, a joint venture between Ifone, Inc. (a U.S. company) and Neda Telecommunications (an Afghan company 40% owned by Edelman). Ifone-Neda sold internet services to soldiers and contractors at Kandahar Air Base in Afghanistan. In exchange for approximately $18,000 per month and half of Edelman's shares in the joint venture, Dooner oversaw Ifone-Neda operations and acted as Edelman's representative in the investment, managing the receipt of millions of dollars of dividends from Ifone-Neda to himself and Edelman. Dooner worked with other co-conspirators to fabricate and send fake invoices purporting to be for consulting fees in order to hide the true nature of the dividend payments sent from Ifone-Neda to Edelman's nominee SSSL bank account at Mirabaud (Middle East). These fake invoices were also submitted to Mirabaud (Middle East) to substantiate the multi-million-dollar wire payments.

17. Dooner also managed Edelman's equity investments in various technology companies. These companies included Palantir, an American software company, and "AS," a satellite communications technology company based in the United Kingdom. While Edelman made the decision to invest in AS at multiple stages of the company's growth, Dooner sat on the board of directors representing Edelman's interests and oversaw the investment.

18. As discussed below, Edelman forgave the amount owed on Dooner's Palantir shares and granted Dooner "AS" equity in exchange for managing his investments. Based on the investigation and my experience, I understand that when Dooner and Edelman discuss "pal" they are discussing Palantir.

E. **Dooner's Financial Ties to Edelman**

### Palantir

19. At the time of the Signal messages, Dooner's shares of Palantir stock, which were purchased on his behalf by Edelman, were held in an SSSL account at CBH Bahamas (CBH), the Bahamian branch of a Swiss bank, Compagnie Bancaire Helvétique SA. These shares are worth millions of dollars at the current stock price. The tranche of Palantir shares held by SSSL include stock held on behalf of Dooner and also various of Dooner's family members who contributed money from their savings to purchase the stock.

20. For years before the Signal messages, Dooner struggled to get CBH to send him the stock. According to Dooner, he discussed this issue with Edelman on numerous occasions.

21. Edelman structured his entities to be run by a trustee. For many years, this trustee was merely a figurehead who exercised little actual authority compared to Edelman's control, but the trustee began to take his role more seriously after the criminal investigation went overt in November 2020. Around October 2023 the longtime trustee was removed and a new trustee was

installed. The new trustee is named Joanne Morse, of Summit Trust International, S.A., located in Geneva. It appears that in the messages Edelman and Dooner refer to the current trustee as "Jo," and that at the time of the messages the trust was holding the Palantir shares.

22. Firdavs Shakhidi is a longtime financial advisor to Edelman who was based in London. He assisted Edelman in creating offshore entities and opening various offshore bank accounts. Dermot Shortt is a financial advisor who was recently retained and provides advice with respect to the investment in AS. It appears that in the messages Edelman and Dooner refer to these two as "Firdavs" and "Dermot," respectively.

23. At the time of the Signal messages, Dooner had not yet succeeded in getting his shares transferred from Edelman's nominee account at CBH. Dooner received the shares on or around November 11, 2024.

## AS

24. In exchange for managing Edelman's investment in AS, Edelman promised Dooner 40% of the investment's value if and when the shares were sold. Edelman's promise is not documented in writing, but by verbal agreement. Dooner estimates that his portion of the AS investment could be worth multiple millions of dollars. John ▮▮▮ is the former Chief Executive Officer of AS, and it appears that in the messages Edelman and Dooner refer to him as "John" and ▮▮▮ Michael ▮▮▮ is an executive and board member of AS, and it appears that in the messages Edelman and Dooner refer to him as "Michael."

F.     **Edelman's Use of End-to-end Encryption and Disappearing Messages**

25. Edelman sent messages to Co-Conspirator 3 and Dooner using WhatsApp and Signal, applications that are end-to-end encrypted, meaning that other than the user and recipient, no one—including the service provider—can access the cryptographic keys needed to read or

send messages.

26. Edelman and Dooner communicated over Signal, which additionally allows a user to set messages in a conversation to disappear from the recipient's device after a certain period of time.

27. On or around October 22, 2024, Edelman set his messages with Dooner to automatically disappear after one day. October 22, 2024 was the same day on which Delphine Le Dain was supposed to fly to the United States to self-surrender but instead fled to France.

28. According to Dooner, Edelman continued to message him after October 22, 2024, although these messages were set to disappear and cannot be retrieved.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 3, 2024.

_____
Adam Soline
Special Agent
IRS Criminal Investigation