

19:07

< 11  +44 7387 888000

supposedly provided rights instead of fear and and forgot about innocence until proven guilty ..  And to take almost 4 years and destroying countless lives in the meantime..  Anyway let me know if you ever want to rap !!!  Take care and hi to everyone from all of us !!
18:35

Tue, Jun 4



18:37

Sat, Oct 12

Hi. Hope you're good !!   I'm fine. ▮ and I watching Detroit v guardians !!  We send a big abrazo !!   Go Tigers
19:13