# Exhibit 2



### de

Sat, 7 Sep

Hola. Been a strange couple months. In nice apartment dc now and finally can communicate etc as usual . Nice place here etc..    Feel so bad for del and kids though.  Del so alone and Says no one to look after house and is giving Charlie away even.  That's the worst.. Anyway hope all ok your end !!  Abrazo

06:53

I can imagine it's been strange months for you! Us too!  You somewhat settled now? Can you get out and about? I guess Del still in IBZ and ▇▇▇ at ▇▇▇?

07:07

▇▇▇ went to ▇▇▇ to get her things and she's off to ▇▇▇ later today and is going to a boarding school. ▇▇▇▇▇▇! A miracle

things and she's off to London later today and is going [Sat, 7 Sep] ding school. Hurtwood house ! A miracle she got in so fast! It's in ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ will be at Uni in ▓▓▓▓ so all close etc.. ▓▓ got a flat with her friend ▓▓▓ so that's great.  Poor delphine though as its complicated but hopefully she can also be in London. Bad thing is we have no one to stay and look after the house etc and Charlie.. Any ideas as del looked but could find no one. Pretty good gig in a way.  Free house etc and could pay something too.. House needs TLC and falling apart. Shame bad timing all that Vasil saga... wish I was 25 and knew people who needed someone to live in ibiza and look after a house !   I worry more about del right now.  Good thing I can finally work from here on all the trust and biz matters.  Trust are being horrible frankly and that's a serious issue and trying to help get that sorted out. I know we can't talk abt the " case " but we can talk about all and anything else ! Seems I'll be here for 12-18 months to work through things and prepare  defense and whatever else we may work on between now and any trial which seems more likely 18months

< D **de**
 1d

prepare defense and whatever else we may work on betv Sat, 7 Sep nd any trial which seems more likely 18months away. And yes I have freedom to leave flat etc within certain hours etc but otherwise am here. Nice highrise 22nd floor great views and light. Tv gets 300 channels , strong internet etc.. It's a big 2 bed and people can stay too etc so ██ and kids and anyone else can come and stay etc so it's pretty good. Must say last 2 months and adventure and I wrote a lot and read and have loads of stories from that experience !! You on the isle or middle east or or ?? Cheers..
07:24

Im in Memphis now till early Oct. Heading to a wedding this morning with my family wedding in Alabama But will ping you tomorrow when back. Let me think of a place to find someone for the house for Del!
07:37

Ok thanks !!! Have a great weekend ? Ps. George did great job. Zero bail etc and all that.. We pushed back and won that one !!
07:41

I bet that first beer tasted go...





**de**
① 1d

> I bet that first beer tasted good!
>
> Sat, 7 Sep
>
> Driving in a car now for the next couple hours
>
> 10:56

Mon, 9 Sep

> Hey. I know you have a lot of irons in the fire, but do you think you might be able to help me with palantir? It's stuck at CBH Bahamas and their compliance department doesn't want to send to me (presumably because my name is toxic). have even sent a letter of comfort from my lawyer, but they still won't budge. So may need to go back to Jo/trust to insist that CBH do the right thing since CBH will only listen to the trust
>
> Im literally on fumes and pal is all I have. Not to mention my family about to kill me for their shares
>
> CBH shouldn't have a problem sending to my brother or brother in law but they won't do that without the trust saying so
>
> 12:22

Seems we should not communicate at all.. Will however check dermot firdavs etc ad obviously it all sucks .. Trustee's 

   

**de**
① 1d

> Seems we should not communicate at all.. Will however ...mot firdavs etc ad obviously it all sucks .. Trustee's etc.. And bank as you say needs their instructions. Pushed this many times and brick wall everytime!! Agree cbh to send to family members etc etc and jo is basically doing nothing. Not even answering tons of mails messages from delphine even..
> 12:46

*Mon, 9 Sep*

> Ok. So you and me can't communicate?
> 12:47

> Not really they say !! Makes no sense to me as long as discuss other things (... or need George or someone on the calls (( just listening etc...
> 13:33

*Thu, 12 Sep*

> Hi. Trying to see what can be done re pal... Anyway doing what I can to help ! Also what is Plex acct again ? I always get confused. casa_ibiza or ( and password ? Sorry mate !! Well nice weather these days !! In the 80's here
> 15:26

> Www.ple...

**de** 1d

> Log in
>
> User is casa_ibiza
>
> Password is sunshine123
>
> Do you have Plex on your tv?
>
> *any* help with pal would be awesome. I'm pretty much out of cash from end of Oct
>
> Calling a law firm in Bahamas but really don't want to go down that route if it can be solved in a civilised manner 15:30

Ah ha tks... yes I can add the plex app easily. Re pal understand. Waiting dermot to get back as well .. 15:33

> If you have the Plex app on the tv, log in first on your laptop. The tv app will send you a 4 digit code which you can enter from your laptop under www.plex.tv/link 15:34

Tanks 16:31

> Got it working? 16:32



Tanks 16:31

Thu, 12 Sep

Got it working? 16:32

Si 16:32

Thu, 19 Sep

Hi. We can communicate on practical things I think. What's new with AS. ? Hope Jo not involved as she hasn't a clue 10:27

Spoke with Finney yesterday. He has recently taken a back seat and appointed new CEO. There was a board meeting earlier this week and Jo was there (in person or via zoom). She won't answer *any* emails from me. Very frustrating

I've got a call into Michael. Waiting for him to call me back, but apparently we are still on track for what we all last discussed.

I just don't know what kind of "value" Jo could be adding (or detracting) 13:26

Jo adds nothing and silly she's even




**D** de
① 1d

> Jo adds nothing and silly she's even involved like that !! Crazy really 14:28

Thu, 19 Sep

Tell me about it. But no one will talk to me. Not even Dermot 14:29

I know. Crazy and a shame 14:30

Now I also get the feeling Michael is ghosting me 14:31

Key is John keeping you advised of what's going on 14:40

Problem is he's taken a back seat 14:41

But he still knows what going on !! He still votes right ? The combined votes ? 14:51

Yes of course 14:51

Ah ok. Good then 14:59

Im still fighting for Pal stock. Fucking nightmare. At the point where I need hire a law firm in Bahamas to sue CBH

**de** 1d

hire a law firm in Bahamas to sue CBH

Thu, 19 Sep 15:02

Tue, 24 Sep

Btw. Happy belated birthday !!! Cheers
09:32

Tanks! 12:36

Sat, 5 Oct

Hola. Just saying hi ! All good with me. Interesting to be here with all the politics and USA usa stuff. Been a long time since I've watched so much tv here !! Take care. Tu amigo !
19:03

Hola! Did you get Plex working?!
19:04

Yes ! Not like it was and ads and all that sometimes but yes working. Tanks
19:05

No no. Then you don't have it working.

No ads on the one you have 19:06

Only on some. Anyway all cool ! Hopefully palantir gets sorted. I see

< **de**
1d

> Only on some. A Sat, 5 Oct ool !
> Hopefully palantir gets sorted. I see way up since even last month's! Hopefully some changes soon somehow as trust is just horrible overall !
> 19:08

Trust no prob. They released it. Problem now is CBH 19:09

> ( my son ) coming for a week on Monday so that's great. Been a while since we were together. He's doing super well.. Completely back to normal and ¡basically he's really good. As for cbh let's see... maybe there is a way .. Of course they are just super cautious (( but don't need to be ). Maybe just moved elsewhere. Stocks amazing !!! So at least that's good 19:11

> Watching a live trump speech. What a guy ! Amazing what he says... solves all issues on day one or within a year max... 19:26

Sat, 12 Oct

> Howdy. Still memphis or back to eu
> 11:10



< **de**
  1d

**Howdy. Still memphis or back to eu**
Sat, 12 Oct   11:10

**Just arrived back in ibiza!**   12:37

▇▇▇ **there with delphine. They leave tomorrow back to school. Delphine still there. Alone I think as no one else around ! Must be nice to be back !! Enjoy and have a cana for me !!**

**I'm with** ▇▇▇ **He's been here all week and back to Chicago later today ! Hot and sunny here..**   12:41

**Tell** ▇▇ **I say hi! I'll give Del a ring to check on her!**   12:42

**Great. Tanks.** ▇▇▇ **says hi backatcha**   12:43

Thu, 17 Oct

**Hi. How goes it ? Can you help me to know how to get online the utility bills from Ibiza house OR just send recent months ? Cheers and have a nice cana for me in the Ville ! Wish I was there.. Meanwhile all cool here. Just working away etc...**   11:50

**< D de**
⏱ 1d

Hi. How goes it ? Thu, 17 Oct elp me to know how to get online the utility bills from Ibiza house OR just send recent months ? Cheers and have a nice cana for me in the Ville ! Wish I was there.. Meanwhile all cool here. Just working away etc...  
*11:50*

> Sadly I passed it all to Del so no longer have control!  
> *11:52*

Oh no !! She's so slow and doesn't see emails etc ... thanks anyway  
*11:53*

> Joanne is now ghosting me after she said she'd get back to me after meeting CBH last week. I'm so fucking furious with her  
> *11:53*

She needs to be replaced as doing that with everyone and very secretive and even from delphine ! Horrible.. Idea is she needs to go for more competent people. Will keep you posted  
*11:54*

Tue, 22 Oct

ⓘ de set disappearing message time to 1 day.