IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS EDELMAN,<br><br>*Defendant.* | Criminal No. 24-cr-239 (CKK) |

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to 18 U.S.C. § 3145(c), Defendant Douglas Edelman hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's order in the above-captioned proceeding, entered as a minute order on December 11, 2024 (filed as a Memorandum Opinion on December 12, 2024 at Dkt. No. 53), granting the government's Motion to Revoke Order of Pretrial Release (Dkt. No. 45), and from all rulings and orders merged therein, and all other underlying or related orders, rulings, and findings.

Respectfully submitted,

/s/ Sonya C. Bishop
SONYA C. BISHOP
D.D.C. Bar No. NY0568
Sonya.bishop@bakermckenzie.com
BAKER & McKENZIE LLP
452 Fifth Ave.
New York, N.Y. 10018
(332) 215-5812

Dated: December 21, 2024
*Attorney for Defendant Douglas Edelman*

1

## CERTIFICATE OF SERVICE

 I hereby certify that on December 21, 2024, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the Court's CM/ECF system, which will send notice of this filing to all parties.

                /s/ Sonya C. Bishop
                SONYA C. BISHOP