IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>   v.<br><br>**DOUGLAS EDELMAN**<br>**and**<br>**DELPHINE LE DAIN,**<br><br>   **Defendants.** | **Case No. 24-CR-239 (CKK)** |

NOTICE OF DISCOVERY

The government requests that the attached discovery letter, dated January 10, 2025, be made part of the record in this case.

Respectfully submitted,

                STUART M. GOLDBERG
                Acting Deputy Assistant Attorney General
                Department of Justice Tax Division
                150 M Street N.E.
                Washington, D.C. 20002

By:     /s/ Sarah C. Ranney
                Sarah C. Ranney
                Assistant Chief
                NY Bar No. 5050919
                Sarah.C.Ranney@usdoj.gov

                Nanette L. Davis
                Senior Litigation Counsel
                D.C. Bar No. 442136
                Nanette.L.Davis@usdoj.gov

                Ezra K. Spiro
                Trial Attorney
                NY Bar No. 5291838
                Ezra.K.Spiro@usdoj.gov

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052
                601 D Street N.W.
                Washington, D.C. 20530

By:     /s/ Joshua A. Gold
                Joshua A. Gold
                Assistant United States Attorney
                TX Bar No. 24103101
                Joshua.Gold@usdoj.gov



|  | **U.S. Department of Justice** |
|---|---|
|  | **Tax Division** |

*Northern Criminal Enforcement Section*

| *150 M Street N.E.* | *202-514-5150* |
|---|---|
| *Washington, D.C. 20002* | *202-514-8455* |

SG:JNK:EKS
DJ 5-16-5295
CMN 2024201076

January 10, 2025

George Clarke, Esq,
Scott Frewing, Esq.
Allison Rocker, Esq.
Sonya Bishop, Esq.
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006

     Re:    <u>United States v. Douglas Edelman, et ux. (1:24-cr-239)</u>

Dear Counsel:

    Pursuant to the Government's discovery obligations, and the Protective Order signed on September 9, 2024 (ECF 23), this letter encloses the Government's fourth production of discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure.[1] This production is being transmitted on a hard drive, for which the password will be shared via email. In compliance with Rule 16(c), the Government will supplement this production as noted below if and when other additional discoverable material becomes available.

    This production includes 97,490 documents with Bates numbers USPROD-04817675 to USPROD-05093343. The majority of these documents are emails provided by Co-Conspirator 4, some of which are duplicates of emails previously provided.

    As we noted in our first discovery letter, the Government received many gigabytes of files from electronic search warrant conducted in the United Kingdom which do not appear to contain discoverable materials. These include browser records, configuration files, cookies, database records and other unrecognized or unreadable computer files. The Government has not loaded these database and system files into a database and does not intend to produce them unless requested by the defendant.

---

[1] The Government may be providing, as a courtesy, material that is not discoverable under Rule 16, the Jencks Act, <u>Giglio</u>, or <u>Brady</u>. The fact that certain non-discoverable materials are provided in no way obligates the Government to provide all non-discoverable materials.

- 2 -

The Government understands that potentially-privileged materials were segregated from the search warrants conducted in the United Kingdom. Those materials have not been transmitted to U.S. authorities, and thus they are not within the Government's discovery or filter materials.

To expedite discovery in this case, we initially designated all of the discovery provided as "Sensitive" under the Protective Order signed by the Court on September 9, 2024 (ECF 23). We now note that any document marked as a government exhibit—including the documents recently marked as exhibits in anticipation of the Rule 15 deposition in the United Kingdom on February 3, 2025—should not be designated as Sensitive. As the case progresses and the need arises, we will work with defense counsel to review and update this designation. Please reach out if there is a document or category of documents which you do not believe should be marked as Sensitive.

Please do not hesitate to contact us if you have any questions regarding further discovery or a disposition of this matter.

Sincerely yours,

NANETTE DAVIS
Senior Litigation Counsel
SARAH RANNEY
Assistant Chief
EZRA SPIRO
Trial Attorney
Department of Justice, Tax Division

JOSH GOLD
Assistant U.S. Attorney
U.S. Attorney for the District of Columbia