**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**

**DOUGLAS EDELMAN**
**and**
**DELPHINE LE DAIN,**

**Defendants.**

**Case No. 24-CR-239 (CKK)**

NOTICE OF DISCOVERY

The government requests that the attached discovery letter, dated January 17, 2025, be made part of the record in this case.

Respectfully submitted,

STUART M. GOLDBERG
Acting Deputy Assistant Attorney General
Department of Justice Tax Division
150 M Street N.E.
Washington, D.C. 20002

By: ______________________
Sarah C. Ranney
Assistant Chief
NY Bar No. 5050919
Sarah.C.Ranney@usdoj.gov

Nanette L. Davis
Senior Litigation Counsel
D.C. Bar No. 442136
Nanette.L.Davis@usdoj.gov

Ezra K. Spiro
Trial Attorney
NY Bar No. 5291838
Ezra.K.Spiro@usdoj.gov

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052
601 D Street N.W.
Washington, D.C. 20530

By: ______________________
Joshua A. Gold
Assistant United States Attorney
TX Bar No. 24103101
Joshua.Gold@usdoj.gov



**U.S. Department of Justice**
**Tax Division**

*Northern Criminal Enforcement Section*
*150 M Street N.E.* *202-514-5150*
*Washington, D.C. 20002* *202-514-8455*

SG:JNK:EKS
DJ 5-16-5295
CMN 2024201076

January 17, 2025

George Clarke, Esq,
Scott Frewing, Esq.
Allison Rocker, Esq.
Sonya Bishop, Esq.
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006

Re: United States v. Douglas Edelman, et ux. (1:24-cr-239)

Dear Counsel:

Pursuant to the Government's discovery obligations, and the Protective Order signed on September 9, 2024 (ECF 23), this letter encloses the Government's fifth production of discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure.[1] This production is being transmitted via access to a shared folder, which will allow you to immediately download the documents. The password to the file will be shared separately. In compliance with Rule 16(c), the Government will supplement this production as noted below if and when other additional discoverable material becomes available.

This production includes 5,577 documents with Bates numbers USPROD-05096842 to USPROD-05138912. As with the other productions, the source of the documents can be seen from the "Relativity folder path" metadata field. Most of these documents are a set of emails produced by Ronald Thomas, which the government recently realized was not uploaded to its investigative database nor previously produced. This production also includes the agent notes from witness meetings that were produced to you without Bates numbers last week, as well as some additional notes from meetings with Co-Conspirator 1 and a few other documents.

[1] The Government may be providing, as a courtesy, material that is not discoverable under Rule 16, the Jencks Act, Giglio, or Brady. The fact that certain non-discoverable materials are provided in no way obligates the Government to provide all non-discoverable materials.

Please do not hesitate to contact us if you have any questions regarding further discovery or a disposition of this matter.

Sincerely yours,

NANETTE DAVIS
Senior Litigation Counsel
SARAH RANNEY
Assistant Chief
EZRA SPIRO
Trial Attorney
Department of Justice, Tax Division

JOSH GOLD
Assistant U.S. Attorney
U.S. Attorney for the District of Columbia