IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DOUGLAS EDELMAN**<br>and<br>**DELPHINE LE DAIN,**<br><br>    **Defendants.** | 1:24-CR-00239 (CKK) |

## [PROPOSED] ORDER PURSUANT TO
## FEDERAL RULE OF CRIMINAL PROCEDURE 15

Based on the application of the Government pursuant to Federal Rule of Criminal Procedure 15 (Dkts. 40, 54) and after consideration of the Defendant's filing in response (Dkt. 50), the Court has made findings of fact and ordered that the pretrial deposition be taken of the individual identified in the Indictment as Co-Conspirator 1:

1. That the deposition shall take place each day the week of February 3, 2025, to February 7, 2025, at the offices of Defendant's counsel in the United Kingdom:

    Baker McKenzie
    280 Bishopsgate, London EC2M 4AG
    United Kingdom

2. Each day, the deposition will begin at 8 a.m. Eastern Time/1 p.m. Greenwich Mean Time and run until approximately 2 p.m. Eastern Time/7 p.m. Greenwich Mean Time;

3. Defendant Douglas Edelman shall attend the deposition from the E. Barrett Prettyman United States Courthouse in Washington, D.C. via Zoom video link between the London deposition and the Defendant, who shall be presented by the U.S. Marshals to

    Courtroom [COURTROOM IDENTIFIED BY COURT] before 8 a.m. Eastern Time each morning of the deposition. A representative from the Government shall attend the deposition in the courtroom in Washington, D.C.

4. Defendant Edelman will be given an opportunity to change into civilian clothing prior to the commencement of the deposition.

5. The Government will identify a vendor to manage the virtual deposition services, including the video link. The Defendant and Co-Conspirator 1 will be able to see and hear each other over video link. Exhibits will be shown via screen sharing over the video link. A live videographer will record Co-Conspirator 1. In addition, the Zoom video of the Defendant and the screen sharing of exhibits will also be recorded. A court reporter will record the deposition proceedings and produce a transcript. This transcript will be subject to the Judicial Conference policy on transcripts of court proceedings.

6. The Honorable Magistrate Judge Moxila A. Upadhyaya shall administer an oath to Co-Conspirator 1 at the beginning of his testimony but will not preside over the deposition. Should the parties have a dispute they cannot resolve regarding Co-Conspirator 1's testimony, the parties shall contact Magistrate Upadhyaya's chambers and request that she hear oral argument and make any necessary rulings on the disputed issue(s).

7. The parties have jointly requested a telephonic conference to discuss the details of the technical logistics of the Defendant's participation by video, and the conference is to be held on [INSERT DATE AND TIME].

SO ORDERED this _____ day of _____, 2025.

                                                                                         _____

THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE