UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 24-CR-239 (CKK) |
| v. : | |
| : | |
| DOUGLAS EDELMAN : | |
| and : | |
| DELPHINE LE DAIN, : | |
| : | |
| Defendants. : | |

**MOTION FOR ENTRY OF AN
ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 15**

The United States of America, by and through undersigned counsel, and with the consent of counsel for Defendant Douglas Edelman ("Defendant"), hereby respectfully moves the Court for the entry of an order setting out the scheduling and logistics of the upcoming Rule 15 deposition. A Proposed Order Pursuant to Federal Rule of Criminal Procedure 15 is attached. In support of this motion, the undersigned counsel states as follows:

1. On December 20, 2024 the Court granted the Government's motion to take a deposition of Co-Conspirator 1 pursuant to Federal Rule of Criminal Procedure 15. Minute Order, December 23, 2024.

2. At a status hearing on January 28, 2025, the Honorable Magistrate Judge Moxila A. Upadhyaya asked the parties to propose a scheduling order.

3. The parties agreed to the attached proposed order.

WHEREFORE, for the foregoing reasons, the Government respectfully requests that the Court grant this motion and enter the Order Pursuant to Federal Rule of Criminal Procedure 15.

Respectfully submitted,

DAVID A. HUBBERT
DEPUTY ASSISTANT ATTORNEY GENERAL

By: 

Sarah C. Ranney
NY Bar No. 5050919
Trial Attorney

Nanette L. Davis
D.C. Bar No. 442136
Senior Litigation Counsel

Ezra Spiro
NY Bar No. 5291838
Trial Attorney

Department of Justice Tax Division

EDWARD R. MARTIN JR.
UNITED STATES ATTORNEY
D.C. Bar No. 481866

By:

Joshua A. Gold
TX Bar No. 24103101
Assistant United States Attorney

U.S. Attorney's Office