UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DOUGLAS EDELMAN**<br>and<br>**DELPHINE LE DAIN,**<br><br>        **Defendants.** | 24-cr-239-CKK-MAU |

## ORDER PURSUANT TO
## FEDERAL RULE OF CRIMINAL PROCEDURE 15

Based on the application of the Government pursuant to Federal Rule of Criminal Procedure 15 (ECF Nos. 40, 54) and after consideration of the Defendant's filing in response (ECF No. 50), the Court has made findings of fact and ordered that the pretrial deposition be taken of the individual identified in the Indictment as Co-Conspirator 1. The following protocol shall apply to that deposition:

1. The deposition shall take place each day the week of February 3, 2025, to February 7, 2025, at the offices of Defendant's counsel in the United Kingdom:

   Baker McKenzie
   280 Bishopsgate, London EC2M 4AG
   United Kingdom

2. Defendant Douglas Edelman shall attend the deposition from the E. Barrett Prettyman United States Courthouse in Washington, D.C. via Zoom video link between the London deposition and Defendant Edelman, who shall be presented by the U.S.

1

    Marshals to the appropriate Courtroom each day as near to 8:00 a.m. Eastern Time as possible. The U.S. Marshals will ensure that Defendant Edelman arrives at the E. Barrett Prettyman United States Courthouse sufficiently early for his counsel to provide him with the clothing addressed in paragraph 3, *infra*, of this Order. The U.S. Marshals will ensure that Defendant Edelman is on the first transport each morning from the D.C. Department of Corrections to the Courthouse. A representative from the Government shall attend the deposition in the courtroom in Washington, D.C.

3. Defendant Edelman will be given an opportunity to change into civilian clothing prior to the commencement of the deposition.

4. Each day, the deposition will begin at 8:00 a.m. Eastern Time/1:00 p.m. Greenwich Mean Time, provided that Defendant Edelman is dressed and ready, and run until approximately 2:00 p.m. Eastern Time/7:00 p.m. Greenwich Mean Time.

5. Defendant Edelman, his counsel, and the attorneys for the Government participating in the deposition from Washington, D.C. will be located in the following courtrooms on the corresponding days:

   a. February 3–4, 2025 – Courtroom 28A

   b. February 5 & 7, 2025 – Courtroom 5

   c. February 6, 2025 – Courtroom 6

6. The Government will identify a vendor to manage the virtual deposition services, including the video link. Using a video link and a government provided laptop and high-definition web camera located in the D.C. courtroom, Defendant Edelman and Co-Conspirator 1 will be able to see each other and Defendant Edelman will be able to hear Co-Conspirator 1. Exhibits will be shown via screen sharing over the video link.

A live videographer will record Co-Conspirator 1. In addition, the Zoom video of Defendant Edelman and the screen sharing of exhibits will also be recorded. A stenographer will record the deposition proceedings in the United Kingdom and produce a transcript. This transcript will be subject to the Judicial Conference policy on transcripts of court proceedings.

7. The Honorable Magistrate Judge Moxila A. Upadhyaya shall administer an oath to Co-Conspirator 1 at the beginning of his testimony, on the first day of the proceeding, and will make herself available to resolve objections that the parties cannot resolve after taking a break to engage in a good faith meet and confer session. The parties may object to the form and foundation of questions, but the witness should generally be permitted to answer the question and the deposition should continue despite the objections. The witness should only be instructed not to answer if there are legal grounds to do so, including preservation of privilege, implementation of a court order, or avoiding witness harassment. If a party makes an objection, during breaks in the deposition, the parties shall meet and confer to discuss whether there are any objections that need to be resolved by Judge Upadhyaya in order for the deposition to continue. If so, the parties shall contact Judge Upadhyaya's chambers and request that she join the proceedings by Zoom to hear oral argument and make any necessary rulings on the disputed issue(s).

8. The parties have agreed that the witness will be shown and questioned about exhibits that will be subject to authentication and admission at a later time—either in advance of trial based on certifications or other means, or during trial through another witness.

9. Provided there are no undue delays from technical difficulties, legal argument, or unforeseen circumstances, the Government will conclude its direct examination of the witness no later than 11:00 a.m. Eastern Time/4:00 p.m. Greenwich Mean Time on February 6, 2025. The defense will then conclude its cross-examination of the witness no later than 12:00 p.m. Eastern Time/5:00 p.m. Greenwich Mean Time on February 7, 2025. The Government will then conclude any redirect examination by the conclusion of the deposition at 2:00 p.m. Eastern Time/7:00 p.m. Greenwich Mean Time on February 7, 2025.

**SO ORDERED.**

Date January 31, 2025

_____
MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE