# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>  v.<br><br>**DOUGLAS EDELMAN**<br>and<br>**DELPHINE LE DAIN,**<br><br>    Defendants. | **Case No. 24-CR-239 (CKK)** |

## NOTICE OF DISCOVERY

The government requests that the attached discovery letter, dated February 21, 2025, be made part of the record in this case.

Respectfully submitted,

                KAREN E. KELLY
Acting Deputy Assistant Attorney General
Department of Justice Tax Division
150 M Street N.E.
Washington, D.C. 20002

By: _____

Sarah C. Ranney
Assistant Chief
NY Bar No. 5050919
Sarah.C.Ranney@usdoj.gov

Nanette L. Davis
Senior Litigation Counsel
D.C. Bar No. 442136
Nanette.L.Davis@usdoj.gov

Ezra K. Spiro
Trial Attorney
NY Bar No. 5291838
Ezra.K.Spiro@usdoj.gov

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866
601 D Street N.W.
Washington, D.C. 20530

By: _____

Joshua A. Gold
Assistant United States Attorney
TX Bar No. 24103101
Joshua.Gold@usdoj.gov



**U.S. Department of Justice**
Tax Division

*Northern Criminal Enforcement Section*

| | |
|---|---|
| *150 M Street N.E.* | *202-514-5150* |
| *Washington, D.C. 20002* | *202-514-8455* |

KEK:JNK:EKS
DJ 5-16-5295
CMN 2024201076

February 21, 2025

George Clarke, Esq,
Scott Frewing, Esq.
Allison Rocker, Esq.
Sonya Bishop, Esq.
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006

     Re:    <u>United States v. Douglas Edelman, et ux. (1:24-cr-239)</u>

Dear Counsel:

     Pursuant to the Government's discovery obligations, and the Protective Order signed on September 9, 2024 (ECF 23), this letter encloses the Government's sixth production of discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure.[1] This production is being transmitted via access to a shared folder, which will allow you to immediately download the documents. The password to the file will be shared separately. In compliance with Rule 16(c), the Government will supplement this production as noted below if and when other additional discoverable material becomes available.

     This production includes 42 documents with Bates numbers USPROD-05138913 to USPROD-05139467. As with the other productions, the source of the documents can be seen from the "Relativity folder path" metadata field. The documents include various law enforcement reports and notes from meetings with witnesses.[2] They also include a records certification signed by Co-Conspirator 1 pursuant to 18 U.S.C. § 3505, correspondence provided by Individual A related to efforts to collect funds from him, and the defense exhibits you provided in advance of the recent Rule 15 deposition.

---

[1] The Government may be providing, as a courtesy, material that is not discoverable under Rule 16, the Jencks Act, <u>Giglio</u>, or <u>Brady</u>. The fact that certain non-discoverable materials are provided in no way obligates the Government to provide all non-discoverable materials.

[2] Many of these documents were previously provided without Bates stamps.

- 2 -

The Government anticipates making another production within the next two weeks. This subsequent production will include emails and WhatsApp messages recently provided by Co-Conspirator 3. The Government also learned today that a number of recordings made by a whistleblower were not uploaded to the Government's database and therefore not already turned over in discovery.[3] These recordings – which the Government does not believe include any recordings of the defendant or Co-Conspirator 1 – will be sent over as soon as feasible as part of the next production.

Please do not hesitate to contact us if you have any questions regarding further discovery or a disposition of this matter.

Sincerely yours,

NANETTE DAVIS
Senior Litigation Counsel
SARAH RANNEY
Assistant Chief
EZRA SPIRO
Trial Attorney
Department of Justice, Tax Division

JOSH GOLD
Assistant U.S. Attorney
U.S. Attorney for the District of Columbia

---

[3] The whistleblower was identified in the Government's September 19, 2024 letter.