UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS EDELMAN,<br><br>Defendant. | Criminal Action No. 24-239-1 (CKK) |

**REFERRAL & ORDER**
(March 13, 2025)

At a status hearing on March 13, 2025, defense counsel informed the Court of concerns regarding Defendant Douglas Edelman's competency to stand trial. Pursuant to 18 U.S.C. § 4241 and for the reasons discussed at the status hearing, it is hereby:

**ORDERED** that Defendant be examined by Dr. Grant, a psychologist for the District of Columbia Department of Behavioral Health, Pretrial and Assessment Branch ("DBH") for the purpose of a forensic screening for a preliminary assessment of Defendant's competency, and that after such examination a report be made to this Court as to:

(1) Whether Defendant is presently mentally competent to understand the proceedings against him and to properly assist in the preparation of his defense; and

(2) If the answer to the preceding question is in the negative, does the examiner believe Defendant should be transferred to a mental facility for further examination and treatment?

The Court respectfully requests, but does not order, that the report generated as a result of this initial screening be completed by Thursday, March 20, 2025, subject to the availability of staff resources to honor this request.

1

It is **FURTHER ORDERED** that Defendant be transported to the designated location for purposes of a competency evaluation at the date and time established by Dr. Grant. The Court has been advised that Dr. Grant currently has availability to evaluate Defendant on Tuesday, March 18, 2025.

It is **FURTHER ORDERED** that the parties shall provide Dr. Grant, in writing, any appropriate materials that would facilitate Dr. Grant's evaluation of Defendant on or before Monday, March 17, 2025.

It is **FURTHER ORDERED** that the Assistant United States Attorney assigned to this matter shall immediately submit the paperwork necessary to ensure the timely payment of the DBH for the forensic screening and report. The assigned Assistant United States Attorney shall coordinate payment through the appropriate personnel in the United States Attorney's Office for the District of Columbia.

**SO ORDERED**.

**Dated:** March 13, 2025.

COLLEEN KOLLAR-KOTELLY
United States District Judge