# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　v.<br><br>**DOUGLAS EDELMAN**<br>**and**<br>**DELPHINE LE DAIN,**<br><br>　　Defendants. | Case No. 24-CR-239 (CKK) |

## NOTICE OF DISCOVERY

The government requests that the attached discovery letter, dated March 18, 2025, be made part of the record in this case.

Respectfully submitted,

        KAREN E. KELLY
        Acting Deputy Assistant Attorney General
        Department of Justice Tax Division
        150 M Street N.E.
        Washington, D.C. 20002

By: _____
        Sarah C. Ranney
        Assistant Chief
        NY Bar No. 5050919
        Sarah.C.Ranney@usdoj.gov

        Nanette L. Davis
        Senior Litigation Counsel
        D.C. Bar No. 442136
        Nanette.L.Davis@usdoj.gov

        Ezra K. Spiro
        Trial Attorney
        NY Bar No. 5291838
        Ezra.K.Spiro@usdoj.gov

        EDWARD R. MARTIN, JR.
        United States Attorney
        D.C. Bar No. 481866
        601 D Street N.W.
        Washington, D.C. 20530

By: _____
        Joshua A. Gold
        Assistant United States Attorney
        TX Bar No. 24103101
        Joshua.Gold@usdoj.gov



U.S. Department of Justice
Tax Division

*Northern Criminal Enforcement Section*

| | |
|---|---|
| *150 M Street N.E.* | *202-514-5150* |
| *Washington, D.C.  20002* | *202-514-8455* |

KEK:JNK:EKS
DJ 5-16-5295
CMN 2024201076

March 18, 2025

George Clarke, Esq,
Scott Frewing, Esq.
Allison Rocker, Esq.
Sonya Bishop, Esq.
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006

   Re: United States v. Douglas Edelman, et ux. (1:24-cr-239)

Dear Counsel:

  Pursuant to the Government's discovery obligations, and the Protective Order signed on September 9, 2024 (ECF 23), this letter encloses the Government's eighth production of discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure.[1] This production is being transmitted via access to a shared folder, which will allow you to immediately download the documents. The password to the file will be shared separately. In compliance with Rule 16(c), the Government will supplement this production as noted below if and when other additional discoverable material becomes available.

  This production includes 10 documents with Bates numbers USPROD-05143772 to USPROD-05143781.[2] These documents include recordings made by a whistleblower. The Government learned that these recordings were inadvertently not uploaded to its database, and therefore may not have been already turned over in discovery.

  Please do not hesitate to contact us if you have any questions regarding further discovery or a disposition of this matter.

---

[1] The Government may be providing, as a courtesy, material that is not discoverable under Rule 16, the Jencks Act, Giglio, or Brady. The fact that certain non-discoverable materials are provided in no way obligates the Government to provide all non-discoverable materials.

[2] The Government's March 17, 2025 letter stated that the previous production ended with Bates number USPROD-05143759. That production in fact ended with USPROD-05143771.

- 2 -

        Sincerely yours,

        NANETTE DAVIS
        Senior Litigation Counsel
        SARAH RANNEY
        Assistant Chief
        EZRA SPIRO
        Trial Attorney
        Department of Justice, Tax Division

        JOSH GOLD
        Assistant U.S. Attorney
        U.S. Attorney for the District of Columbia