IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS EDELMAN<br><br>and<br><br>DELPHINE LE DAIN,<br><br>    Defendants. | Case No. 24-cr-239 (CKK) |

**[PROPOSED] ORDER FOR THE PSYCHOLOGICAL AND PSYCHIATRIC EVALUATION OF DEFENDANT DOUGLAS EDELMAN**

Based on Defendant Douglas Edelman's motion, this Court hereby orders as follows:

**First**, the Warden of the D.C. Correctional Treatment Facility ("CTF") shall allow Dr. Jeremy A. Blank, PsyD (California License No. PSY27148) and Dr. Charles E. Saldanha, MD (California License No. 179250 and New York License No. 324750) access to CTF and Mr. Edelman for the purpose of conducting psychological testing and a psychiatric interview for an assessment of Mr. Edelman's competency pursuant to the following conditions:

1. On March 22, 2025, Dr. Blank shall have nine uninterrupted hours to perform psychological testing on Mr. Edelman;

2. On March 23, 2025, Dr. Saldanha shall have seven uninterrupted hours to perform a psychiatric interview on Mr. Edelman;

3. Both Dr. Blank and Dr. Saldanha shall be provided a private, quiet space with two

chairs and a table, in which Dr. Blank and Dr. Saldanha will be able to perform their respective analyses on Mr. Edelman;

4. Both Dr. Blank and Dr. Saldanha shall be permitted to bring their laptops and tablets into CTF;

5. Both Dr. Blank and Dr. Saldanha shall be permitted to bring their cellular phones into CTF to use them as hotspots, for internet access required to perform their respective analyses;

6. Both Dr. Blank and Dr. Saldanha shall be permitted to have writing utensils and paper, printed psychiatric exams, printed psychological exams, booklets, cards, rubber bands, paper clips, motor functioning tests, a stopwatch, lunch, and a drink; and

7. On both March 22 and 23, 2025, Mr. Edelman shall be allowed to eat lunch during the course of the analyses.

**Second**, the D.C. Department of Corrections shall provide copies of Mr. Edelman's medical records to Drs. Blank and Saldanha for the purpose of conducting the psychological and psychiatric assessment of Defendant.

**Third**, the report of Drs. Blank and Saldanha must be filed with this Court by April 3, 2025. And the status hearing is continued until April 4, 2025.

SO ORDERED this _____ day of March 2025

_____
THE HONORABLE JUDGE COLLEEN KOLLAR-KOTELLY