IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| DOUGLAS EDELMAN | 1:24-CR-00239 (CKK) |
| Defendant. | |

### UNITED STATES' UNOPPOSED MOTION TO CONTINUE DEADLINE

At the Court's direction, the parties first submitted a proposed pretrial scheduling order on November 18, 2024. ECF No. 37. The Court issued a Pretrial Scheduling Order on November 19, 2024. ECF No. 38. After a status hearing, the Court issued an Amended Pretrial Scheduling Order on January 12, 2025. In this order, the Government's motions deadline for Rule 15 hearings not based on exigency is April 18, 2025. The Government now requests that the Court issue a new scheduling order, continuing this deadline until May 9, 2025. The Government and Defendant Edelman are still determining which, if any, Rule 15 depositions are necessary and feasible. A new proposed scheduling order is attached. Defendant Edelman does not oppose the proposed new deadline.

Respectfully submitted,

KAREN E. KELLY
Chief, delegated Deputy Assistant Attorney General
for Criminal Matters
Department of Justice Tax Division

By: 
     _____
Sarah C. Ranney (NY Bar No. 5050919)
Assistant Chief

Nanette L. Davis (D.C. Bar No. 442136)
Senior Litigation Counsel

Ezra Spiro (NY Bar No. 5291838)
Trial Attorney

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

By: _____
Joshua A. Gold (TX Bar No. 24103101)
Assistant United States Attorney