# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

DOUGLAS EDELMAN,

    Defendant.

Criminal No. 24-cr-239-1 (CKK)

## SECOND AMENDED PRETRIAL SCHEDULING ORDER
(April 18, 2025)

*Proposed Deadlines*

<u>Rule 15 Motions</u>[1]
| | |
|---|---|
| Government's Rule 15 motion on basis of exigency | November 22, 2024 |
|     Defendant's response | December 10, 2024 |
|     Government's reply | December 17, 2024 |
| Joint proposed dates for Rule 15 deposition on basis of exigency | January 27-31, 2025 or February 3-7, 2025 |
| | |
| Government's other Rule 15 motions | May 9, 2025 |
|     Defendant's response | May 23, 2025 |
|     Government's reply | May 30, 2025 |
| Joint proposed dates for Rule 15 depositions | TBD |

<u>Privilege Protocol</u>
| | |
|---|---|
| Government's motion for entry of a privilege protocol | December 2, 2024 |
|     Response by any objecting potential privilege holder | December 9, 2024 |

<u>Inquiry as to Defendant's Counsel</u>
| | |
|---|---|
| Government's Motion for an Inquiry as to Defendant's Counsel | December 10, 2024 |
|     Defendant's response | December 17, 2024 |
| Joint proposed date for Court's inquiry | December 20, 2024 |

<u>Discovery & Associated Deadlines</u>
| | |
|---|---|
| Government to complete any final discovery under present indictment | January 10, 2025 |
| Discovery motions (Fed. R. Crim. P. 16) | May 9, 2025 |

---

[1] Unless otherwise agreed by the parties, *Giglio* and *Jencks* material for any Rule 15 depositions will be due 30 days prior to the first day of the relevant deposition.

Expert Notices & Other Crimes Evidence

| | |
|---|---|
| Government's expert notice (FRE 701 & 702) | May 30, 2025 |
| Defendant's expert notice (FRE 701 & 702) | May 30, 2025 |
| Government's FRE 404(b) notice | July 11, 2025 |
| Defendant's response to FRE 404(b) notice | July 25, 2025 |
| *Brady* notice | May 30, 2025 |

Experts

| | |
|---|---|
| Expert reports (FRE 702) | June 27, 2025 |
| Lay witness identification and subject matter (FRE 701) | June 27, 2025 |

Non-Evidentiary Pretrial Motions

| | |
|---|---|
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | May 9, 2025 |
|     Government's response | May 23, 2025 |
|     Defendant's reply | May 30, 2025 |
| Government's non-evidentiary pretrial motions | May 9, 2025 |
|     Defendant's response | May 23, 2025 |
|     Government's reply | May 30, 2025 |

Evidentiary Pretrial Motions

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | July 11, 2025 |
|     Government's response | July 25, 2025 |
|     Defendant's reply | August 1, 2025 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | July 11, 2025 |
|     Defendant's responses | July 25, 2025 |
|     Government's reply | August 1, 2025 |

Motions in Limine[2]

| | |
|---|---|
| Motions *in limine* by both sides | September 5, 2025 |
|     Responses to motions *in limine* | September 19, 2025 |
|     Replies as to motions *in limine* | September 26, 2025 |

| | |
|---|---|
| Joint notice of stipulations | October 10, 2025 |
| *Voir Dire* and Jury Instructions | October 10, 2025 |

Witness and Exhibit Lists

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | September 26, 2025 |
| Defendant's witness list, exhibit list and exhibits | September 26, 2025 |

---

[2] Unless otherwise agreed by the parties, if any motions *in limine* are filed before these dates, the response will be due 14 days later, and replies due seven days after the response.

| | |
|---|---:|
| *Giglio*, *Jencks*, and Rule 26.2 material | <u>30 days before trial</u> |

<u>Hearings</u>
Status Hearing                                                      _____

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

Trial is scheduled to begin October 20, 2025.

**SO ORDERED.**

/s/ Colleen Kollar-Kotelly
COLLEEN KOLLAR-KOTELLY
United States District Judge