# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    v.<br><br>**DOUGLAS EDELMAN**<br>**and**<br>**DELPHINE LE DAIN,**<br><br>    Defendants. | Case No. 24-CR-239 (CKK) |

## NOTICE OF DISCOVERY

The government requests that the attached discovery letter, dated April 21, 2025, be made part of the record in this case.

Respectfully submitted,

        KAREN E. KELLY
        Chief, delegated Deputy Assistant
        Attorney General for Criminal Matters
        Department of Justice Tax Division
        150 M Street N.E.
        Washington, D.C. 20002

By: _____
        Sarah C. Ranney
        Assistant Chief
        NY Bar No. 5050919
        Sarah.C.Ranney@usdoj.gov

        Nanette L. Davis
        Senior Litigation Counsel
        D.C. Bar No. 442136
        Nanette.L.Davis@usdoj.gov

        Ezra K. Spiro
        Trial Attorney
        NY Bar No. 5291838
        Ezra.K.Spiro@usdoj.gov

        EDWARD R. MARTIN, JR.
        United States Attorney
        D.C. Bar No. 481866
        601 D Street N.W.
        Washington, D.C. 20530

By: _____
        Joshua A. Gold
        Assistant United States Attorney
        TX Bar No. 24103101
        Joshua.Gold@usdoj.gov



**U.S. Department of Justice**
**Tax Division**

*Northern Criminal Enforcement Section*

| | |
|---|---|
| *150 M Street N.E.* | *202-514-5150* |
| *Washington, D.C.  20002* | *202-514-8455* |

KEK:JNK:EKS
DJ 5-16-5295
CMN 2024201076

April 21, 2025

George Clarke, Esq,
Scott Frewing, Esq.
Allison Rocker, Esq.
Sonya Bishop, Esq.
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006

    Re:    <u>United States v. Douglas Edelman, et ux. (1:24-cr-239)</u>

Dear Counsel:

    Pursuant to the Government's discovery obligations, and the Protective Order signed on September 9, 2024 (ECF 23), this letter encloses the Government's ninth production of discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure.[1] This production is being transmitted via access to a shared folder, which will allow you to immediately download the documents. The password to the file will be shared separately. In compliance with Rule 16(c), the Government will supplement this production as noted below if and when other additional discoverable material becomes available.

    This production includes 581 documents with Bates numbers USPROD-05143782 to USPROD-05147698. These documents mainly consist of emails from Co-Conspirator 3. The production also includes financial and foreign court records received from other parties, as well as banking and tax preparation records related to one of Mr. Edelman's joint ventures.

    Please do not hesitate to contact us if you have any questions regarding further discovery or a disposition of this matter.

---

[1] The Government may be providing, as a courtesy, material that is not discoverable under Rule 16, the Jencks Act, <u>Giglio</u>, or <u>Brady</u>. The fact that certain non-discoverable materials are provided in no way obligates the Government to provide all non-discoverable materials.

- 2 -

                Sincerely yours,

*/s/ Ezra Spiro*

                NANETTE DAVIS
                Senior Litigation Counsel
                SARAH RANNEY
                Assistant Chief
                EZRA SPIRO
                Trial Attorney
                Department of Justice, Tax Division

                JOSH GOLD
                Assistant U.S. Attorney
                U.S. Attorney for the District of Columbia