IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    v.<br><br>**DOUGLAS EDELMAN**<br>**and**<br>**DELPHINE LE DAIN,**<br><br>    **Defendants.** | Case No. 24-CR-239 (CKK) |

NOTICE OF DISCOVERY

The government requests that the attached discovery letter, dated May 9, 2025, be made part of the record in this case.

Respectfully submitted,

                KAREN E. KELLY
                Chief, delegated Deputy Assistant
                Attorney General for Criminal Matters
                Department of Justice Tax Division
                150 M Street N.E.
                Washington, D.C. 20002

By:    _____
        Sarah C. Ranney
        Assistant Chief
        NY Bar No. 5050919
        Sarah.C.Ranney@usdoj.gov

        Ezra K. Spiro
        Trial Attorney
        NY Bar No. 5291838
        Ezra.K.Spiro@usdoj.gov

        EDWARD R. MARTIN, JR.
        United States Attorney
        D.C. Bar No. 481866
        601 D Street N.W.
        Washington, D.C. 20530

By:    _____
        Joshua A. Gold
        Assistant United States Attorney
        TX Bar No. 24103101
        Joshua.Gold@usdoj.gov



**U.S. Department of Justice**
**Tax Division**

*Northern Criminal Enforcement Section*

| | |
|---|---|
| *150 M Street N.E.* | *202-514-5150* |
| *Washington, D.C. 20002* | *202-514-8455* |

KEK:JNK:EKS
DJ 5-16-5295
CMN 2024201076

May 9, 2025

George Clarke, Esq,
Scott Frewing, Esq.
Allison Rocker, Esq.
Sonya Bishop, Esq.
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006

  Re: United States v. Douglas Edelman, et ux. (1:24-cr-239)

Dear Counsel:

  Pursuant to the Government's discovery obligations, and the Protective Order signed on September 9, 2024 (ECF 23), this letter encloses the Government's tenth production of discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure.[1] This production is being transmitted via access to a shared folder, which will allow you to immediately download the documents. The password to the file will be shared separately. In compliance with Rule 16(c), the Government will supplement this production as noted below if and when other additional discoverable material becomes available.

  This production includes 173 documents with Bates numbers USPROD-05147699 to USPROD-05151274. These documents include various banking and tax preparation records as well as witness interviews related to one of Mr. Edelman's joint ventures. The production also includes documents and emails provided by Co-Conspirator 3, interview notes from recent meetings with Co-Conspirator 3, and recordings of interviews with Edelman's Israeli tax preparers.

  Please do not hesitate to contact us if you have any questions regarding further discovery or a disposition of this matter.

---

[1] The Government may be providing, as a courtesy, material that is not discoverable under Rule 16, the Jencks Act, Giglio, or Brady. The fact that certain non-discoverable materials are provided in no way obligates the Government to provide all non-discoverable materials.

- 2 -

                      Sincerely yours,

                      SARAH RANNEY
                      Assistant Chief
                      EZRA SPIRO
                      Trial Attorney
                      Department of Justice, Tax Division

                      JOSH GOLD
                      Assistant U.S. Attorney
                      U.S. Attorney for the District of Columbia