IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS EDELMAN<br><br>and<br><br>DELPHINE LE DAIN,<br><br>    Defendants. | Case No. 24-cr-239 (CKK) |

### MOTION TO AMEND CONDITIONS OF RELEASE PENDING SENTENCING

Defendant Douglas Edelman respectfully asks that this Court modify his conditions of release to allow him to move from his current apartment unit to live in a new apartment unit in the same building that this Court ordered he live in while he awaits sentencing. Mr. Edelman's lease for his current apartment (Apartment 2232) terminates on August 20, 2025, and he asks permission to move to the new apartment (Apartment 2127) on August 19 and 20, 2025 and reside in that apartment until his sentence is executed.

### BACKGROUND

On June 18, 2025, following Mr. Edelman's guilty plea, this Court released Mr. Edelman from detention pending sentencing, subject to conditions including that he "must live at 750 Port Street" in Apartment "2232 Alexandria, VA 22314" and "must advise the court . . . in writing before making any change of residence." ECF No. 85 at 1, 3 (Order Setting Conditions of Release). Since being released, Mr. Edelman has been living in Apartment 2232 and has been otherwise fully compliant with all pre-sentencing release conditions.

1

Mr. Edelman's lease for Apartment 2232 expires on August 20, 2025 and cannot be renewed. Counsel for Mr. Edelman therefore rented another apartment unit (Apartment 2127) in the same building at 750 Port Street, Alexandria, VA for Mr. Edelman.

Mr. Edelman respectfully requests that the Court modify his conditions of release to permit him to move into Apartment 2127 on August 19 and 20, 2025 and then live in Apartment 2127 while awaiting sentencing. The government and Pretrial Services do not object to Mr. Edelman's request.

## **ANALYSIS**

If the Court finds by clear and convincing evidence that a defendant awaiting sentencing "is not likely to flee or pose a danger to the safety of any other person or the community," the Court "shall order the release of the person in accordance with section 3142(b) or (c)." 18 U.S.C. § 3143(a). Under section 3142(c)(3), "[t]he judicial officer may at any time amend the order to impose . . . different conditions of release." 18 U.S.C. § 3142(c)(3). Courts will revise conditions of release pending sentencing if there is some relevant change in the defendant's circumstances. *See United States v. Brock*, No. CR 21-140 (JDB), 2021 WL 3616892, at *3 (D.D.C. Aug. 16, 2021) (new development in this case "provides some cause to revisit [defendant]'s conditions" although "this Court is not required to find changed circumstances"). After being released on June 18, 2025, Mr. Edelman has fully complied with the condition that he reside at "750 Port Street," in Apartment "2232 Alexandria, VA 22314." ECF No. 85 at 3.

The relevant change in Mr. Edelman's circumstances is that his lease for Apartment 2232 ends August 20, 2025 and cannot be renewed. In order to minimize the burden of moving to a new building, counsel for Mr. Edelman signed a lease for Apartment 2127 in 750 Port Street, Alexandria, VA 22314, where Mr. Edelman already lives.

Given the changed situation and without any objection from the government or Pretrial Services, Mr. Edelman respectfully moves for an order amending his release conditions to allow him to (i) move from Apartment 2232 to Apartment 2127 on August 19 and 20, 2025 and (ii) live in Apartment 2127 starting on August 19 or 20, 2025.

Respectfully submitted,

| | |
|---|---|
| /S/ George M. Clarke, III | /S/ Sonya C. Bishop |
| GEORGE M. CLARKE, III | SONYA C. BISHOP |
| D.D.C. Bar No. 480073 | D.D.C. Bar No. NY0568 |
| George.clarke@bakermckenzie.com | Sonya.bishop@bakermckenzie.com |
| BAKER & McKENZIE LLP | BAKER & McKENZIE LLP |
| 815 Connecticut Ave., N.W. | 452 Fifth Ave. |
| Washington, D.C. 20006 | New York, N.Y. 10018 |
| (202) 835-6184 | (332) 215-5812 |

*Counsel for Defendant Douglas Edelman.*
Dated: August 14, 2025