IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS EDELMAN<br><br>and<br><br>DELPHINE LE DAIN,<br><br>    Defendants. | Case No. 24-cr-239 (CKK) |

**[PROPOSED] ORDER AMENDING DEFENDANT DOUGLAS EDELMAN'S PRE-SENTENCING CONDITIONS OF RELEASE**

Based on Defendant Douglas Edelman's unopposed motion, this Court hereby amends its Order Setting Conditions of Release entered on June 17, 2025 (ECF No. 85) as follows:

1.   This Court approves Defendant Douglas Edelman's request to move from Apartment 2232 to Apartment 2127 at 750 Port Street, Alexandria, VA 22314 on August 19 and 20, 2025.

2.   The Court further revises condition 7(s) of its Order Setting Conditions of Release (ECF No. 85) to provide that Defendant Douglas Edelman "Must live at 750 Port Street, APT 2232 Alexandria, VA 22314 until August 19 or 20, 2025 and live at 750 Port Street, APT 2127 Alexandria, VA 22314 starting on August 19 or 20, 2025."

SO ORDERED this \_\_\_\_\_ day of August 2025

_____
THE HONORABLE JUDGE COLLEEN KOLLAR-KOTELLY

1