UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS EDELMAN,<br><br>Defendant. | Criminal Action No. 24-239-1 (CKK) |

### SCHEDULING ORDER FOR THE NOV. 17, 2025, HEARING
(August 26, 2025)

| | |
|---|---|
| Parties file written submissions: | October 27, 2025 |
| Parties file witness lists, exhibits (if not appended to the written submissions), and expert reports if applicable: | November 10, 2025 |
| Hearing date: | November 17, 2025 |

**SO ORDERED.**

**COLLEEN KOLLAR-KOTELLY**
United States District Judge

1