## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>    v.<br><br>**DOUGLAS EDELMAN**<br><br><br>    **Defendant.** | **Case No. 1:24-CR-00239** |

## NOTICE OF DISCOVERY

The government requests that the attached discover letter, dated September 10, 2025, be made part of the record in this case

                                            Respectfully submitted,

                                            LARRY J. WSZALEK
                                            Acting Deputy Assistant Attorney General for
                                                  Criminal Matters

By:   */s/ Ezra Spiro*
         Ezra Spiro
         NY Bar No. 5291838
         Trial Attorney
         Department of Justice Tax Division
         150 M Street, NE
         Washington, DC 20002

JEANINE FERRIS PIRRO
United States Attorney
N.Y. Bar No. 1387455

By: *(signature)*

Joshua A. Gold
TX Bar No. 24103101

Sarah C. Ranney
NY Bar No. 5050919

Assistant United States Attorneys
U.S. Attorney's Office
601 D Street NW
Washington, DC 20530



**U.S. Department of Justice**

Tax Division

*Northern Criminal Enforcement Section*

| *150 M Street N.E.* | *202-514-5150* |
| --- | --- |
| *Washington, D.C.  20002* | *202-514-8455* |

JNK:EKS
DJ 5-16-5295
CMN 2024201076

September 10, 2025

George Clarke, Esq,
Scott Frewing, Esq.
Allison Rocker, Esq.
Sonya Bishop, Esq.
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006

      Re:    United States v. Douglas Edelman, et ux. (1:24-cr-239)

Dear Counsel:

      Pursuant to the Government's discovery obligations, and the Protective Order signed on September 9, 2024 (ECF 23), this letter encloses the Government's eleventh production of discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure.[1] This production is being transmitted via access to a shared folder, which will allow you to immediately download the documents. The password to the file will be shared separately. In compliance with Rule 16(c), the Government will supplement this production as noted below if and when other additional discoverable material becomes available.

      This production includes 581 documents with Bates numbers USPROD-05151275 to USPROD-05153657. These include some additional documents provided by a cooperating witness, as well as reports of three additional witness interviews. The majority of the documents relate to a business partner with whom Edelman had a joint venture, and they include that business partner's tax records and some tax preparation materials.[2] The Government is in possession of additional financial records of this business partner which do not necessarily pertain to the joint venture – these are available on request.

---

[1] The Government may be providing, as a courtesy, material that is not discoverable under Rule 16, the Jencks Act, Giglio, or Brady. The fact that certain non-discoverable materials are provided in no way obligates the Government to provide all non-discoverable materials.

[2] The Government is disclosing the identity of this individual to you in the email accompanying this production.

- 2 -

      Please do not hesitate to contact us if you have any questions regarding further discovery or a disposition of this matter.

Sincerely yours,

EZRA SPIRO
Trial Attorney
Department of Justice, Tax Division

JOSH GOLD
SARAH RANNEY
Assistant U.S. Attorneys
U.S. Attorney for the District of Columbia