**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| **DOUGLAS EDELMAN** | Case No. 24-cr-239 (CKK) |
| **and** | |
| **DELPHINE LE DAIN,** | |
| **Defendants.** | |

## MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE PENDING SENTENCING

Defendant Douglas Edelman respectfully asks that this Court temporarily modify his conditions of release in light of the upcoming visit of his daughter, Juliette "Romy" Edelman ("Romy"), who is traveling to the United States from Europe. Specifically, Mr. Edelman moves for an order that permits his daughter to keep her laptop, tablet, and smartphone with her while staying with Mr. Edelman from September 17 to September 21, 2025 and approves his outings with his daughter on September 18, 19, 20, 2025.

## BACKGROUND

On June 18, 2025, following Mr. Edelman's guilty plea, this Court released Mr. Edelman from detention pending sentencing, subject to conditions including that he be subject to home incarceration and be "restricted to 24-hour-a-day lockdown at [his] residence except for . . . activities specifically approved by the court." ECF No. 85 at 2 (Order Setting Conditions of Release). Under Mr. Edelman's pre-sentencing release conditions, he "is not allowed to own a smartphone, laptop, or other device with internet access." *Id.* at 3. While he "is permitted to have

1

family members come to his home with prior notification to PSA," his "family may not bring communication devices into his residence." *Id.* Since being released, Mr. Edelman has been fully compliant with all his pre-sentencing release conditions.

Mr. Edelman's 18-year-old daughter Romy is travelling from Europe to visit him in Alexandria, Virginia. Romy plans to stay with Mr. Edelman in his apartment at 750 Port Street, Apartment 2127, Alexandria, VA 22314 from September 17 to September 21, 2025. Mr. Edelman has not seen his second-youngest daughter for over a year. Mr. Edelman has notified PSA of Romy's visit, who defers to the Court with respect to this motion.

Mr. Edelman respectfully requests that the Court modify his conditions of release to (1) allow Romy to bring her laptop, tablet, and smartphone into Mr. Edelman's apartment; and (2) permit him to spend up to 2 hours each day outside of his apartment with Romy for each of September 18, 19, and 20, 2025. Both requested modifications can be subject to appropriate restrictions as described below. The government does not object to Mr. Edelman's request.

## ANALYSIS

The Court "may at any time amend the order [of release] to impose . . . different conditions of release." 18 U.S.C. § 3142(c)(3). Courts shall only subject a defendant to "the least restrictive" conditions that "will reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. § 3142(c)(1)(B).

On September 17, 2025, Mr. Edelman's daughter Romy will travel from Europe to visit him in Virginia for the first time since he arrived over a year ago. Because Romy needs her smartphone to travel internationally and she also relies on her phone, tablet, and laptop for communications with her family and her schoolwork, Mr. Edelman requests that the Court allow Romy to bring those devices into Mr. Edelman's apartment during her stay with Mr. Edelman, on

the conditions that (i) Romy must not allow Mr. Edelman to use any of these devices, (ii) Romy must not use any of these devices in Mr. Edelman's presence, and (iii) Romy must keep these devices in her closed bag at all times when she is not using them. Unless she keeps her laptop, tablet, and smartphone with her, she will have nowhere to store them and will be effectively unable to travel with them.

Mr. Edelman has not seen his daughter since he was awaiting extradition in Spain last summer. Romy will stay with Mr. Edelman for only four nights and five days, and Mr. Edelman would like to spend some quality time with her outside of his apartment. Therefore, Mr. Edelman respectfully asks for this Court's approval to allow him outside of his apartment for up to two hours a day on September 18, 19, and 20, 2025, provided that (i) he must be accompanied by Romy at all times during his outings, (ii) he must provide the location of his proposed outings to his PSA officer and receive the PSA officer's approval before each outing, and (iii) he must comply with all other terms of his home incarceration.

Without any objection from the government or Pretrial Services, Mr. Edelman respectfully moves for an order to temporarily modify his release conditions to allow Romy to bring her electronic devices into Mr. Edelman's apartment from September 17 to September 21, 2025, and to allow his outings with his daughter on September 18, 19, and 20, 2025, under the above terms. Respectfully submitted,

/S/ George M. Clarke, III                            /S/ Sonya C. Bishop
GEORGE M. CLARKE, III                          SONYA C. BISHOP
D.D.C. Bar No. 480073                               D.D.C. Bar No. NY0568
George.clarke@bakermckenzie.com         Sonya.bishop@bakermckenzie.com
BAKER & McKENZIE LLP                         BAKER & McKENZIE LLP
815 Connecticut Ave., N.W.                        452 Fifth Ave.
Washington, D.C. 20006                             New York, N.Y. 10018
(202) 835-6184                                           (332) 215-5812

*Counsel for Defendant Douglas Edelman.*
Dated: September 16, 2025