UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DOUGLAS EDELMAN,<br>Defendant. | Criminal No. 24cr239-01 (CKK) |

## ORDER

Pending before this Court is Defendant Douglas Edelman's [91] Motion to Temporarily Modify Conditions of Release Pending Sentencing, which is unopposed by the Government and Pretrial Services Agency ("PSA"). In the instant case, Douglas Edelman (hereinafter "Mr. Edelman" or "Defendant") entered a guilty plea on June 18, 2025, and he is currently released from detention pending sentencing, subject to certain conditions including that he be subject to home incarceration and be "restricted to 24-hour-1-day lockdown at [his] residence except for . . . activities specifically approved by this court." Order Setting Conditions of Release, ECF No. 85, at 2. Additionally, Defendant is "not allowed to own a smartphone, laptop, or other device with internet access." *Id.* at 3. Furthermore, while he is "permitted to have family members come to his home with prior notification to PSA," his "family may not bring communication devices into his residence." *Id.* Mr. Edelman indicates that, since being released, he has been "fully compliant with all his pre-sentencing release conditions." Def.'s Mot., ECF No. 91, at 2.

In support of Defendant's Motion to Temporarily Conditions of Release, Mr. Edelman indicates that his daughter, Juliette "Romy" Edelman ("Romy") is traveling to the United States from Europe with various communication devices; namely, she has a smartphone that she needs

"to travel internationally," and she uses her phone, laptop, and tablet "for communications with her family and her schoolwork." Def.'s Mot., ECF No. 91, at 2. As such, Defendant moves for an order permitting his daughter to keep her laptop, tablet, and smartphone with her while staying with him from September 17 to September 20, 2025. *Id.* at 1. Mr. Edelman further requests approval of outings of "up to 2 hours each day outside of his apartment with Romy for each of September 18, 19, and 20, 2025." *Id.* at 2. Defendant asserts that both requested modifications can be made subject to appropriate restrictions, as noted in his Motion. *Id.* at 2-3.

For the reasons stated in Defendant's Motion, which is unopposed by the Government and PSA, and with the proposed modifications, as noted below, it is hereby this 17th day of September 2025,

ORDERED that Douglas Edelman's [91] Motion to temporarily Modify Conditions of Release Pending Sentencing is GRANTED. Defendant's conditions of release are temporarily modified as follows. First, Defendant's daughter Romy is permitted to bring her smartphone, tablet, and laptop into Mr. Edelman's residence during her stay with Defendant, on conditions that (i) Romy must not allow Mr. Edelman to use any of these devices, (ii) Romy must not use any of these devices in Mr. Edelman's presence, and (iii) Romy must keep these devices in her closed bag at all times when she is not using them. Second, Mr. Edelman is allowed outside of his apartment for up to two hours a day on September 18, 19, and 20, 2025, provided that (i) he must be accompanied by Romy at all times during his outings, (ii) he must provide the location of his proposed outings to his PSA officer and receive the PSA officer's approval before each outing, and (iii) he must comply with all other terms of his home incarceration.

*[signature]*
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

2