# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DOUGLAS EDELMAN,<br><br>  Defendant. | Criminal No. 24-cr-239-1 (CKK) |

## UNITED STATES' UNOPPOSED MOTION FOR AN
## AMENDED SCHEDULING ORDER

Douglas Edelman pleaded guilty to Counts 1-10 of the Indictment on May 21, 2025. On this date, the Court set an Evidentiary Hearing as to the Sentencing for November 17, 2025. The parties previously conferred and proposed a briefing schedule. Due to a change in schedules, the government now proposes, with Defendant's agreement, an amended scheduling order in which (1) the hearing previously scheduled for November 17, 2025, is adjourned to December 8, 2025; (2) written submissions are filed four weeks before the hearing (November 10, 2025), and witness lists, exhibits not already appended to the written submissions, and expert reports, if applicable, are filed two weeks prior to the hearing (November 24, 2025). If this proposed schedule is acceptable to the Court, the Government respectfully requests that the attached Proposed Amended Scheduling Order be entered.

Respectfully submitted,

 /s/ Sarah C. Ranney
Ezra Spiro (NY Bar No. 5291838)
Trial Attorney,
Department of Justice Tax Division

Joshua A. Gold (TX Bar No. 24103101)

                            Sarah C. Ranney (NY Bar No. 5050919)
                            Assistant United States Attorneys
                            U.S. Attorney for the District of Columbia

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DOUGLAS EDELMAN,<br><br>Defendant. | Criminal No. 24-cr-239-1 (CKK) |

## PROPOSED SCHEDULING ORDER

| | |
|---|---|
| Hearing on sentencing issues | December 8, 2025 |
| Parties file written submissions: | November 10, 2025 |
| Parties file witness lists, exhibits (if not appended to the written submissions), and expert reports if applicable: | November 24, 2025 |

**SO ORDERED**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge