UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

DOUGLAS EDELMAN,

Defendant.

Criminal No. 24-cr-239-1 (CKK)

## SCHEDULING ORDER

| | |
|---|---|
| Hearing on sentencing issues | December 8, 2025 |
| Parties file written submissions: | November 10, 2025 |
| Parties file witness lists, exhibits (if not appended to the written submissions), and expert reports if applicable: | November 24, 2025 |

**SO ORDERED**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge