IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS EDELMAN<br><br>and<br><br>DELPHINE LE DAIN,<br><br>    Defendants. | Case No. 24-cr-239 (CKK) |

## MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE PENDING SENTENCING

Defendant Douglas Edelman respectfully asks that this Court temporarily modify his conditions of release in light of the upcoming visit of his daughters, Rivkah Hubbard ("Rivkah") and China Edelman ("China"), and China's 14-month-old son who are traveling from Austin, Texas and Chicago, Illinois, respectively, to visit and stay with their father in Alexandria, Virginia. Specifically, Mr. Edelman moves for an order that permits his daughters to keep their laptops, tablets, and smartphones with them while staying with Mr. Edelman from October 9 through October 14, 2025 and approves his outings with his daughters on October 10, 11, 12, and 13, 2025.

## BACKGROUND

On June 18, 2025, following Mr. Edelman's guilty plea, this Court released Mr. Edelman from detention pending sentencing, subject to conditions including that he be subject to home incarceration and be "restricted to 24-hour-a-day lockdown at [his] residence except for . . . activities specifically approved by the court." ECF No. 85 at 2 (Order Setting Conditions of Release). Under Mr. Edelman's pre-sentencing release conditions, he "is not allowed to own a

1

smartphone, laptop, or other device with internet access." *Id.* at 3. While he "is permitted to have family members come to his home with prior notification to PSA," his "family may not bring communication devices into his residence." *Id.*

On September 17, 2025, this Court granted Mr. Edelman's motion requesting his daughter Juliette "Romy" Edelman be allowed to bring her electronic devices into Mr. Edelman's apartment subject to the conditions that she not allow Mr. Edelman to use her devices, she not use the devices in his presence, and she keep her devices in her closed bag while not using them. ECF No. 92 at 2 (Order Temporarily Modifying Conditions of Release). This Court also allowed Mr. Edelman to leave his apartment for up to two hours to go on walks with Romy. *Id.* Since being released, Mr. Edelman has been fully compliant with all pre-sentencing release conditions imposed by this Court.

Rivkah is traveling from Austin, Texas, and China and her son are travelling from Chicago, Illinois to visit and stay with their father in Alexandria, Virginia. Rivkah and China have not seen their father in nearly four years, and China's son has never met his grandfather. China and Mr. Edelman's grandson plan to stay with Mr. Edelman in his apartment at 750 Port Street, Apartment 2127, Alexandria, VA 22314 from October 9 through October 14, 2025. Rivkah plans to stay with her father October 10 through October 14, 2025. Both China and Rivkah are married with young children who will not be traveling with them. They will need to be in contact with their spouses and children in case of emergency and to assist with any urgent needs.

Mr. Edelman respectfully requests that the Court modify his conditions of release to (1) allow Rivkah and China to bring their laptops, tablets, and smartphones into Mr. Edelman's apartment; and (2) permit him to spend up to 2 hours each day outside of his apartment with Rivkah, China, and China's son for each of October 10, 11, 12, and 13, 2025. Both requested

modifications can be subject to appropriate restrictions as described below. The government and Pretrial Services do not object to this motion.

## ANALYSIS

The Court "may at any time amend the order [of release] to impose . . . different conditions of release." 18 U.S.C. § 3142(c)(3). Courts shall only subject a defendant to "the least restrictive" conditions that "will reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. § 3142(c)(1)(B).

On October 9, 2025, Mr. Edelman's daughter China and her 14-month-old son will travel from Chicago, Illinois to visit him in Virginia for the first time since he arrived over a year ago. Rivkah will travel from Austin, Texas to Virginia on October 10, 2025. Because China and Rivkah need their smartphones to travel and they also rely on their phones, tablets, and laptops for communications with their families, particularly as both have children at home, Mr. Edelman requests that the Court allow China and Rivkah to bring those devices into Mr. Edelman's apartment during their stay with Mr. Edelman, on the conditions that (i) China and Rivkah must not allow Mr. Edelman to use any of these devices, (ii) China and Rivkah must not use any of these devices in Mr. Edelman's presence, and (iii) China and Rivkah must keep these devices in their closed bags at all times when they are not using them. Unless they keep their laptops, tablets, and smartphones with them, Mr. Edelman's daughters will have nowhere to store them and will be effectively unable to travel with them.

Mr. Edelman has not seen China or Rivkah for nearly four years, and he has not yet met his grandchild. China and her son will stay with Mr. Edelman for five nights and six days; Rivkah will stay with Mr. Edelman for four nights and five days. Mr. Edelman would like to spend some quality time with them outside of his apartment, particularly with his grandchild, who is an active

toddler. Therefore, Mr. Edelman respectfully asks for this Court's approval to allow him outside of his apartment for up to two hours a day on October 10, 11, 12, and 13, 2025 for outings within a two-mile radius of his apartment (within which there are multiple parks), provided that (i) he must be accompanied by Rivkah and/or China at all times during his outings, (ii) he must provide the location of his proposed outings to his Pretrial Services officer and receive the Pretrial Services officer's approval before each outing, and (iii) he must continue to comply with the terms of his home incarceration, including the prohibition from entering or being within 1,000 feet of any airport, marina, embassy, or consulate.

Without any objection from the government or Pretrial Services, Mr. Edelman respectfully moves for an order to temporarily modify his release conditions to allow Rivkah and China to bring their electronic devices into Mr. Edelman's apartment from October 9 to October 14, 2025, and to allow his outings with his daughters and grandchild on October 10, 11, 12, and 13, 2025, under the above terms.

Respectfully submitted,

/S/ George M. Clarke, III
GEORGE M. CLARKE, III
D.D.C. Bar No. 480073
George.clarke@bakermckenzie.com
BAKER & McKENZIE LLP
815 Connecticut Ave., N.W.
Washington, D.C. 20006
(202) 835-6184

/S/ Sonya C. Bishop
SONYA C. BISHOP
D.D.C. Bar No. NY0568
Sonya.bishop@bakermckenzie.com
BAKER & McKENZIE LLP
452 Fifth Ave.
New York, N.Y. 10018
(332) 215-5812

*Counsel for Defendant Douglas Edelman.*
Dated: October 3, 2025