UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS EDELMAN,<br><br>Defendant. | Criminal Action No. 24-239-1 (CKK) |

ORDER
(October 6, 2025)

Pending before the Court is Defendant Douglas Edelman's [95] Motion to Temporarily Modify Conditions of Release Pending Sentencing, which is unopposed by the Government and the Pretrial Services Agency ("PSA"). In the instant case, Edelman entered a guilty plea on June 18, 2025, and he is currently released from detention pending sentencing subject to conditions, including that he be subject to home incarceration and be "restricted to 24-hour-a-day lockdown at [his] residence except for . . . activities specifically approved by this court." Order Setting Conditions of Release, ECF No. 85 at 2. Additionally, Edelman is "not allowed to own a smartphone, laptop, or other device with internet access." *Id.* at 3. And while Edelman is "permitted to have family members come to his home with prior notification to PSA," his "family may not bring communication devices into his residence." *Id.* Edelman indicates that, since being released, he has been "fully compliant with all [his] pre-sentencing release conditions." Def.'s Mot., ECF No. 95 at 2.

Edelman asks the Court to temporarily modify his conditions of release "in light of the upcoming visit of his daughters, Rivkah Hubbard and China Edelman, and China's 14-month-old son who are traveling from Austin, Texas and Chicago, Illinois, respectively." Def.'s Mot., ECF No. 95 at 1. Specifically, Edelman requests that the Court temporarily modify his conditions of

1

release to "(1) allow Rivkah and China to bring their laptops, tablets, and smartphones into Mr. Edelman's apartment" from October 9 through October 14; and "(2) permit him to spend up to 2 hours each day outside of his apartment with Rivkah, China, and China's son for each of October 10, 11, 12, and 13." *Id*. at 2. Edelman asserts that both requested modifications can be made subject to appropriate restrictions, as noted in his Motion. *Id*. at 2–4.

For the reasons stated in Edelman's Motion, which is unopposed by the Government and PSA, and with the proposed modifications, as noted below, it is hereby this 6th day of October 2025,

**ORDERED** that Douglas Edelman's [95] Motion to Temporarily Modify Conditions of Release Pending Sentencing is **GRANTED**. Edelman's conditions of release are temporarily modified as follows. First, Edelman's daughters Rivkah and China are permitted to bring their smartphones, tablets, and laptops into Edelman's residence during their stay with Edelman, on the condition that (i) Rivkah and China must not allow Edelman to use any of these devices, (ii) Rivkah and China must not use any of these devices in Edelman's presence, and (iii) Rivkah and China must keep these devices in a closed bag at all times when they are not using them. Second, Edelman is permitted to go outside of his apartment for up to two hours a day on October 10, 11, 12, and 13, 2025, provided that (i) he must be accompanied by Rivkah and/or China at all times during his outings, (ii) he must provide the location of his proposed outings to his PSA officer and receive the PSA officer's approval before each outing, and (iii) he must comply with all other terms of his home incarceration.

**SO ORDERED.**

*/s/ Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
United States District Judge