# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>DOUGLAS EDELMAN,<br><br>    Defendant. | Criminal No. 24-cr-239-1 (CKK) |

## UNITED STATES' SECOND UNOPPOSED MOTION FOR A SCHEDULING ORDER

Douglas Edelman pleaded guilty to Counts 1-10 of the Indictment on May 21, 2025. The Court previously scheduled an evidentiary hearing regarding sentencing on December 8, 2025. ECF 94. The parties have conferred and propose that the hearing be adjourned to March 16, 2026, to allow for discussions about a potential resolution of the criminal case. The attached proposed order includes a proposed briefing schedule in which written submissions are filed four weeks before the hearing (February 9, 2026), and witness lists, exhibits not already appended to the written submissions, and expert reports, if applicable, are filed two weeks prior to the hearing (March 2, 2026). If this proposed schedule is acceptable to the Court, the Government respectfully requests that the attached Proposed Order be entered.

Respectfully submitted,

 /s/ Ezra Spiro
Ezra Spiro (NY Bar No. 5291838)
Trial Attorney,
Department of Justice Tax Division

Joshua A. Gold (TX Bar No. 24103101)
Sarah C. Ranney (NY Bar No. 5050919)
Assistant United States Attorneys
U.S. Attorney for the District of Columbia