## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 24-cr-239-1 (CKK) |
| DOUGLAS EDELMAN, | |
| Defendant. | |

## PROPOSED SCHEDULING ORDER

| | |
|---|---|
| Evidentiary hearing as to sentencing: | <u>March 16, 2026</u> |
| Parties file written submissions: | <u>February 9, 2026</u> |
| Parties file witness lists, exhibits (if not appended to the written submissions), and expert reports if applicable: | <u>March 2, 2026</u> |

**SO ORDERED**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge