UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DOUGLAS EDELMAN,<br><br>Defendant. | Criminal No. 24-cr-239-1 (CKK) |

## SCHEDULING ORDER

The Government has filed a [98] Motion requesting that the evidentiary hearing scheduled for December 8, 2025, be adjourned to March 16, 2026, "to allow for discussions about a potential resolution of the criminal case" absent a contested hearing on issues relating to the extent of the tax loss for purposes of calculating Mr. Edelman's base offense level. Gov't's Mot., ECF No. 98 at 1. The Government represents that the parties have conferred regarding this request and that the Defense joins the Government's proposal to adjourn. *Id*.

Accordingly, the Court ORDERS that the December 8, 2025, hearing be adjourned to March 16, 2026, in accordance with the following schedule:

| | |
|---|---|
| Hearing on sentencing issues | March 16, 2026 |
| Parties file written submissions: | February 9, 2026 |
| Parties file witness lists, exhibits (if not appended to the written submissions), and expert reports if applicable: | March 2, 2026 |

**SO ORDERED**

*/s/ Colleen Kollar-Kotelly*
COLLEEN KOLLAR-KOTELLY
United States District Judge

1