IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

DOUGLAS EDELMAN                              1:24-CR-00239 (CKK)

Defendant.

**UNITED STATES' UNOPPOSED MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The Government submits this motion to request that computation of time under the Speedy Trial Act as to Counts 11-30 of the Indictment be tolled until the rescheduled hearing on sentencing issues, March 16, 2026.  This hearing was previously scheduled for November 17, 2025, and the Court previously tolled time under the Speedy Trial Act until then. *See* Minute Entry, May 21, 2025.  At the Government's request, the Court rescheduled the hearing until December 8, 2025 (ECF 94) and again to March 16, 2026 (ECF 99).

The Government requested a continuance to March 2026 to allow for discussions about a potential resolution of the criminal case.  For this reason, the ends of justice served by granting a continuance on those counts outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, the government requests, with the Defendant's agreement, that the Court exclude the time between November 17, 2025 and March 16, 2026 from calculation under the Speedy Trial Act as to Counts 11-30.

Respectfully submitted,


By:      /s/ Ezra Spiro
         Ezra Spiro (NY Bar No. 5291838)
         Trial Attorney
         Department of Justice Tax Division

         Joshua A. Gold (TX Bar No. 24103101)
         Sarah C. Ranney (NY Bar No. 5050919)
         Assistant United States Attorneys
         U.S. Attorney for the District of Columbia