IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS EDELMAN<br><br>and<br><br>DELPHINE LE DAIN,<br><br>    Defendants. | Case No. 24-cr-239 (CKK) |

### DEFENDANT DOUGLAS EDELMAN'S FOURTH MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE PENDING SENTENCING

Defendant Douglas Edelman respectfully requests that the Court to temporarily modify his conditions of release in light of the upcoming visit of his son, Josef Edelman ("Josef") who is travelling from Chicago, Illinois to visit and stay with his father in Alexandria, Virginia to celebrate Thanksgiving. Specifically, Mr. Edelman requests that this Court allow his son to keep his smartphone with him while staying with Mr. Edelman from November 23 through November 30, 2025 and approve his outings with his son on each of the days between November 24 through November 29, 2025.

The government and Pretrial Services do not object to this motion.

### BACKGROUND

On June 18, 2025, following Mr. Edelman's May 21 guilty plea, this Court released him from detention, subject to conditions including that he be subject to home incarceration and be "restricted to 24-hour-a-day lockdown at [his] residence except for . . . activities specifically approved by the court" and that he submit to the supervision of the Pretrial Services Agency. ECF

No. 85 at 2 (Order Setting Conditions of Release). Under Mr. Edelman's pre-sentencing release conditions, he "is not allowed to own a smartphone, laptop, or other device with internet access." *Id.* at 3. While he "is permitted to have family members come to his home with prior notification to PSA," his "family may not bring communication devices into his residence." *Id.*

Mr. Edelman's son Josef is travelling from Chicago, Illinois to visit and stay with his father in Alexandria, Virginia. Josef plans to stay with Mr. Edelman in his apartment at 750 Port Street, Apartment 2127, Alexandria, VA 22314 from November 23 through November 30, 2025. Josef will need his smart phone to travel from his home in Chicago, and he has not seen his father in over a year.

This Court previously granted Mr. Edelman's motions requesting his daughters be allowed to bring their electronic devices into Mr. Edelman's apartment subject to the conditions that they not permit Mr. Edelman to use their devices, they not use the devices in his presence, and they keep their devices in their closed bags when not using them. ECF No. 92 at 2 (Order Temporarily Modifying Conditions of Release); ECF No. 96 at 2 (Order Temporarily Modifying Conditions of Release). This Court also allowed Mr. Edelman to leave his apartment for up to two hours to go on walks with his daughters and grandchild when they visited. *See* ECF No. 92 at 2 (Order Temporarily Modifying Conditions of Release); ECF No. 96 at 2 (Order Temporarily Modifying Conditions of Release). Since being released, Mr. Edelman has been fully compliant with all pre-sentencing release conditions, including temporary modifications, imposed by this Court.

## **ANALYSIS**

If the Court finds by clear and convincing evidence that a defendant awaiting sentencing "is not likely to flee or pose a danger to the safety of any other person or the community," the Court "shall order the release of the person in accordance with section 3142(b) or (c)." 18 U.S.C.

§ 3143(a). Under section 3142(c), "[t]he judicial officer may at any time amend the order to impose . . . different conditions of release." 18 U.S.C. § 3142(c)(3). Courts shall only subject a defendant to "the least restrictive" conditions that "will reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. § 3142(c)(1)(B).

On November 23, 2025, Mr. Edelman's son Josef will travel from Chicago, Illinois to visit him in Virginia. Because Josef needs his smartphone to travel, for communicating, and for day-to-day tasks, Mr. Edelman requests that the Court allow Josef to bring his smartphone into Mr. Edelman's apartment during his stay with Mr. Edelman, on the conditions that (i) Josef must not allow Mr. Edelman to use the smartphone, (ii) Josef must not use the smartphone in Mr. Edelman's presence, and (iii) Josef must keep the smartphone in his closed bag at all times when he is not using it. Unless he keeps smartphone with him while visiting his father, Josef will have nowhere to store it and will be effectively unable to travel.

Mr. Edelman has not seen Josef in over a year. Josef will stay with Mr. Edelman for seven nights and eight days. Mr. Edelman would like to spend some quality time with him outside of his apartment. Therefore, Mr. Edelman respectfully asks for this Court's approval to allow him outside of his apartment for up to two hours a day on November 24 through November 29, 2025 for outings within a two-mile radius of his apartment, provided that (i) he must be accompanied by Josef at all times during his outings, (ii) he must provide the location of his proposed outings to his Pretrial Services officer and receive the Pretrial Services officer's approval before each outing, and (iii) he must continue to comply with the terms of his home incarceration, including the prohibition from entering or being within 1,000 feet of any airport, marina, embassy, or consulate.

## **CONCLUSION**

Without any objection from the government or Pretrial Services, Mr. Edelman respectfully moves for an order to temporarily modify his release conditions to allow Josef to bring his electronic devices into Mr. Edelman's apartment from November 23 through November 30, 2025, and to allow his outings with his son on each of the days between November 24 through November 29, 2025, under the above terms.

Respectfully submitted,

/S/ George M. Clarke, III
GEORGE M. CLARKE, III
D.D.C. Bar No. 480073
George.clarke@bakermckenzie.com
BAKER & McKENZIE LLP
815 Connecticut Ave., N.W.
Washington, D.C. 20006
(202) 835-6184

/S/ Sonya C. Bishop
SONYA C. BISHOP
D.D.C. Bar No. NY0568
Sonya.bishop@bakermckenzie.com
BAKER & McKENZIE LLP
452 Fifth Ave.
New York, N.Y. 10018
(332) 215-5812

*Counsel for Defendant Douglas Edelman.*
Dated: November 19, 2025