IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS EDELMAN<br><br>and<br><br>DELPHINE LE DAIN,<br><br>Defendants. | Case No. 24-cr-239 (CKK) |

## SPEEDY TRIAL WAIVER

Comes now the Defendant, Douglas Edelman, by and through undersigned counsel, and after having been advised of his rights under the Speedy Trial Act, 18 U.S.C. § 3161, hereby waives those rights only through the time period between November 12, 2025 and March 16, 2026.

Respectfully submitted,

/S/ Sonya C. Bishop
SONYA C. BISHOP
D.D.C. Bar No. NY0568
sonya.bishop@bakermckenzie.com
BAKER & McKENZIE LLP
452 Fifth Ave.
New York, N.Y. 10018
(332) 215-5812

Dated: November 19, 2025

I agree with the statement above:

Douglas Edelman

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF System, which will send notification of this filing to all parties.

/S/ Sonya C. Bishop
SONYA C. BISHOP
D.D.C. Bar No. NY0568
Sonya.bishop@bakermckenzie.com
BAKER & McKENZIE LLP
452 Fifth Ave.
New York, N.Y. 10018
(332) 215-5812