# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **DOUGLAS EDELMAN** <br><br><br> **Defendant.** | **Case No. 1:24-CR-00239** |

## NOTICE OF DISCOVERY

The government requests that the attached discover letter, dated November 20, 2025, be made part of the record in this case

                                  Respectfully submitted,

                                  LARRY J. WSZALEK
                                  Acting Deputy Assistant Attorney General for
                                      Criminal Matters

By: _[signature]_
                                Ezra Spiro
                                NY Bar No. 5291838
                                Trial Attorney
                                Department of Justice Tax Division
                                150 M Street, NE
                                Washington, DC 20002

        JEANINE FERRIS PIRRO
        United States Attorney
        N.Y. Bar No. 1387455

By: _____
        Joshua A. Gold
        TX Bar No. 24103101

        Sarah C. Ranney
        NY Bar No. 5050919

        Assistant United States Attorneys
        U.S. Attorney's Office
        601 D Street NW
        Washington, DC 20530



**U.S. Department of Justice**
**Tax Division**

*Northern Criminal Enforcement Section*

| | |
|---|---|
| *150 M Street N.E.* | *202-514-5150* |
| *Washington, D.C.  20002* | *202-514-8455* |

JNK:EKS
DJ 5-16-5295
CMN 2024201076

November 20, 2025

George Clarke, Esq,
Scott Frewing, Esq.
Allison Rocker, Esq.
Sonya Bishop, Esq.
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006

      Re:    United States v. Douglas Edelman, et ux. (1:24-cr-239)

Dear Counsel:

      Pursuant to the Government's discovery obligations, and the Protective Order signed on September 9, 2024 (ECF 23), this letter encloses the Government's twelfth production of discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure.[1] This production is being transmitted via access to a shared folder, which will allow you to immediately download the documents. The password to the file will be shared separately. In compliance with Rule 16(c), the Government will supplement this production as noted below if and when other additional discoverable material becomes available.

      This production includes 147 documents with Bates numbers USPROD-05153658 to USPROD-05155834, consisting of grand jury materials, documents related to other recent witness interviews, and a few records related to Mina/Red Star. The Government is in possession of additional grand jury materials for related cases which it does not believe is relevant – these additional materials are available on request.

      Please do not hesitate to contact us if you have any questions regarding further discovery or a disposition of this matter.

---

[1] The Government may be providing, as a courtesy, material that is not discoverable under Rule 16, the Jencks Act, Giglio, or Brady. The fact that certain non-discoverable materials are provided in no way obligates the Government to provide all non-discoverable materials.

- 2 -

Sincerely yours,

EZRA SPIRO
Trial Attorney
Department of Justice, Tax Division

JOSH GOLD
SARAH RANNEY
Assistant U.S. Attorneys
U.S. Attorney for the District of Columbia