IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS EDELMAN<br><br>                        Defendant. | 1:24-CR-00239 (CKK) |

## GOVERNMENT'S CONSENTED TO MOTION TO ADJOURN HEARING AND FOR TOLLING OF SPEEDY TRIAL COMPUTATION

The Government respectfully requests that the hearing currently scheduled for March 16, 2026, be adjourned to March 24, 2026, at 9am.[1] Counsel for Mr. Edelman consents to this request.

The Government further requests that—contingent on Mr. Edelman submitting an affidavit that he agrees to the tolling—computation of time under the Speedy Trial Act as to Counts 11-30 of the Indictment be tolled until March 24, 2026. Mr. Edelman's counsel indicated that he would file another waiver for the period between March 16, 2026, and March 24, 2026, once the Court grants the motion to adjourn the hearing to March 24.

The parties requested a continuance to March 2026 to allow for discussions about a potential resolution of the criminal case. For this reason, the ends of justice served by granting a continuance on those counts outweigh the best interests of the public and the defendant in a

---

[1] This hearing was previously scheduled for November 17, 2025, and the Court previously tolled time under the Speedy Trial Act until then. *See* Minute Entry, May 21, 2025. At the parties' request, the Court rescheduled the hearing until December 8, 2025 (ECF 94) and again to March 16, 2026 (ECF 99). Mr. Edelman has submitted a Speedy Trial Waiver for the time between November 12, 2025, and March 16, 2026 (ECF 102).

speedy trial. Therefore, for the same reasons, the Government requests, with the Defendant's agreement, that the Court exclude the time between March 16, 2026, to March 24, 2026, from calculation under the Speedy Trial Act as to Counts 11-30.

Respectfully submitted,

By:    */s/ Sarah C. Ranney*
      Sarah C. Ranney (NY Bar No. 5050919)
      Assistant United States Attorney
      U.S. Attorney's Office for the District of Columbia

      Ezra Spiro (NY Bar No. 5291838)
      Trial Attorney
      Department of Justice Criminal Division