IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS EDELMAN<br><br>Defendant. | Case No. 24-cr-239 (CKK) |

## DEFENDANT DOUGLAS EDELMAN'S
## NOTICE OF INTENT TO RAISE ISSUES OF FOREIGN LAW

Pursuant to Federal Rule of Criminal Procedure 26.1, Defendant Douglas Edelman gives written notice of his intent to raise issues of the laws of the British Virgin Islands and the laws of England and Wales. The laws of those foreign jurisdictions are relevant to determinations this Court must make about Galactea Trust, its related trusts, and whether Mr. Edelman possessed an interest in any of those trusts. To assist this Court in determining and applying the foreign law, Mr. Edelman intends to file a written report from a qualified foreign law practitioner. He will make the practitioner available to testify at the March 23, 2026 hearing, should the Court so require.

Respectfully submitted,

| | |
|---|---|
| /S/ George M. Clarke, III | /S/ Sonya C. Bishop |
| GEORGE M. CLARKE, III | SONYA C. BISHOP |
| D.D.C. Bar No. 480073 | D.D.C. Bar No. NY0568 |
| George.clarke@bakermckenzie.com | Sonya.bishop@bakermckenzie.com |
| BAKER & McKENZIE LLP | BAKER & McKENZIE LLP |
| 815 Connecticut Ave., N.W. | 452 Fifth Ave. |
| Washington, D.C. 20006 | New York, N.Y. 10018 |
| (202) 835-6184 | (332) 215-5812 |
| | |
| *Counsel for Defendant Douglas Edelman.* | Dated: January 23, 2025 |