IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS EDELMAN<br><br>                Defendant. | 1:24-CR-00239 (CKK) |

**GOVERNMENT'S CONSENTED TO MOTION TO CONTINUE DEADLINE**

      The Government respectfully requests that the written submission deadline currently set for February 9, 2026 be continued to February 16, 2026. On November 12, 2025, the Court granted the Government's motion to continue the hearing to March 16, 2026, and set the deadline for written submissions to February 9, 2026. ECF 99. On December 19, 2025, the Court continued the hearing to the following week, March 23, 2026. ECF 105. The Government neglected to request at that time that the written submission deadline also be moved back a week.

      The Defendant does not oppose this request, and the proposed date would still allow the Court five weeks to consider the written submissions prior to the hearing. For these reasons, the Government requests that the Court continue the February 9 written submission deadline to February 16, 2026.

Respectfully submitted,

By:     */s/ Ezra Spiro*
        Sarah C. Ranney (NY Bar No. 5050919)
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia

        Ezra Spiro (NY Bar No. 5291838)
        Trial Attorney
        Department of Justice Criminal Division