IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS EDELMAN<br><br>**Defendant.** | Case No. 24-cr-239 (CKK) |

### DEFENDANT DOUGLAS EDELMAN'S FIFTH MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE PENDING SENTENCING

Defendant Douglas Edelman respectfully requests that the Court temporarily modify his conditions of release in light of the upcoming visit of his daughters, Juliette "Romy" Edelman ("Romy") and China Edelman ("China") as well as China's husband and China's two young children. Romy is travelling from Europe and China and her family are travelling from Chicago, Illinois, to visit and stay with Mr. Edelman in Alexandria, Virginia. Specifically, Mr. Edelman requests that this Court allow Romy, China, and China's husband to keep their smartphones with them while staying with Mr. Edelman from February 25 through March 4, 2026 and approve Mr. Edelman's outings with his family on each of the days between February 25 and March 4, 2026.

The government and Pretrial Services do not object to this motion.

### BACKGROUND

On June 18, 2025, following Mr. Edelman's May 21 guilty plea, this Court released him from detention, subject to conditions including that he be subject to home incarceration and be "restricted to 24-hour-a-day lockdown at [his] residence except for . . . activities specifically approved by the court," including that he submit to the supervision of the Pretrial Services Agency. ECF No. 85 at 2 (Order Setting Conditions of Release). Under Mr. Edelman's pre-sentencing

1

release conditions, he "is not allowed to own a smartphone, laptop, or other device with internet access." *Id.* at 3. While he "is permitted to have family members come to his home with prior notification to PSA," his "family may not bring communication devices into his residence." *Id.* On January 30, 2026, this Court modified Mr. Edelman's conditions of release to allow him to spend two hours a day, between 3:00 PM and 5:00 PM, in his apartment building's common areas. ECF No. 112 (Order Granting in Part Motion for Change of Conditions) at 9.

Mr. Edelman's daughters Romy and China, along with China's husband and their two children, are travelling from Europe and Chicago, Illinois to visit and stay with their father in Alexandria, Virginia. Romy, China, and China's family plan to stay with Mr. Edelman in his apartment at 750 Port Street, Apartment 2127, Alexandria, VA 22314 from February 25 through March 4, 2026. Romy, China, and China's husband will need their smart phones to travel, as well as for communicating and day-to-day tasks. Unless they keep their smartphones with them while visiting Mr. Edelman, Romy, China, and China's husband will have nowhere to store them and will be effectively unable to travel.

This Court previously granted Mr. Edelman's motions requesting his children be allowed to bring their electronic devices into Mr. Edelman's apartment subject to the conditions that they not permit Mr. Edelman to use their devices, they not use the devices in his presence, and they keep their devices in their closed bags when not using them. ECF No. 92 at 2 (Order Temporarily Modifying Conditions of Release); ECF No. 96 at 2 (Order Temporarily Modifying Conditions of Release); Minute Order (Nov. 21, 2025).

This Court temporarily modified Mr. Edelman's conditions of release in October to allow Mr. Edelman to spend two hours a day outside his apartment with his daughters and China's then-14-month-old son, so long as Mr. Edelman was accompanied by either daughter at all times during

the outings, he provided the location of those proposed outings to the Pretrial Services officer, and received the officer's approval before each outing. *See* ECF No. 96 at 2 (Order Temporarily Modifying Conditions of Release).

China's children are ages 18 months and four years. They walk much slower than adults, and even when they are in carriages, it takes longer to get places. When China visited her father with her baby in tow, they were unable to spend very much time at nearby playgrounds because it took so long to get there.

Since being released, Mr. Edelman has been fully compliant with all pre-sentencing release conditions, including temporary modifications, imposed by this Court.

## **ANALYSIS**

If the Court finds by clear and convincing evidence that a defendant awaiting sentencing "is not likely to flee or pose a danger to the safety of any other person or the community," the Court "shall order the release of the person in accordance with section 3142(b) or (c)." 18 U.S.C. § 3143(a). Under section 3142(c), "[t]he judicial officer may at any time amend the order to impose . . . different conditions of release." 18 U.S.C. § 3142(c)(3). Courts shall only subject a defendant to "the least restrictive" conditions that "will reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. § 3142(c)(1)(B).

On February 25, 2026, Mr. Edelman's daughters, Romy and China, and China's family will travel from Europe and Chicago to visit him in Virginia. Because Romy, China, and China's husband need their smartphones for the reasons explained above, Mr. Edelman requests that the Court allow Romy, China, and China's husband to bring their phones into Mr. Edelman's apartment during their stay with Mr. Edelman, subject to the same conditions as in prior orders.

*See* ECF No. 92 at 2; ECF No. 96 at 2; Minute Order (Nov. 21, 2025).

During their visit, Mr. Edelman would like to spend some quality time with his family, especially his grandchildren, outside of his apartment. Because his grandchildren require additional time to reach the nearby playgrounds, Mr. Edelman respectfully asks for this Court's approval to allow him outside of his apartment for up to four hours a day on February 25 through March 4, 2026 for outings within a two-mile radius of his apartment, provided that he adheres to the same restrictions provided in previous orders. *See* ECF No. 96 at 2. Mr. Edelman requests that these outings be in addition to the two hours a day Mr. Edelman is permitted to spend outside in his apartment building's common areas. *See* ECF No. 112 at 9.

## **CONCLUSION**

Without any objection from the government or Pretrial Services, Mr. Edelman respectfully moves for an order to temporarily modify his release conditions to allow Romy, China, and China's husband to bring their electronic devices into Mr. Edelman's apartment from February 25 through March 4, 2025 and to allow his outings with his family on each of the days between February 25 through March 4, 2025, under the above terms.

Respectfully submitted,

/S/ George M. Clarke, III                                   /S/ Sonya C. Bishop
GEORGE M. CLARKE, III                               SONYA C. BISHOP
D.D.C. Bar No. 480073                                      D.D.C. Bar No. NY0568
George.clarke@bakermckenzie.com            Sonya.bishop@bakermckenzie.com
BAKER & McKENZIE LLP                             BAKER & McKENZIE LLP
815 Connecticut Ave., N.W.                            452 Fifth Ave.
Washington, D.C. 20006                                 New York, N.Y. 10018
(202) 835-6184                                                   (332) 215-5812

*Counsel for Defendant Douglas Edelman.*
Dated: February 20, 2026