UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 24-CR-239 (CKK) |
| v. : | |
| : | |
| DOUGLAS EDELMAN, : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING

The government requests that the attached exhibits be made part of the record in this case. The exhibits are referenced in its February 16, 2026 memorandum, ECF 116, and have been redacted pursuant to Federal Rule of Criminal Procedure 49.1.[1] Unredacted copies have been provided to the Court and defendant.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:       /s/ Ezra Spiro
Ezra Spiro (NY Bar No. 5921838)
Trial Attorney
Department of Justice Criminal Division
950 Pennsylvania Ave NW
Washington, DC 20530
Ezra.K.Spiro@usdoj.gov
(202) 718-7308

Sarah Ranney (NY Bar No. 5050919)
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street NW
Washington, DC 20579
Sarah.Ranney@usdoj.gov
(202) 252-7051

---

[1] Exhibit 25-8 is an audio file and cannot be uploaded to CM/ECF.