| | |
|---|---|
| **From:** | Graham Collett <graham@gacollett.com> on behalf of Graham Collett <graham@gacollett.com> |
| **To:** | Globalspec |
| **Sent:** | 11/6/2015 6:04:21 PM |
| **Subject:** | RE: URGENT: next investment tranches |

Thanks for the update – all clear. I certainly agree about Mirabaud – they are getting too pushy. The bank process is already started and Remco and I have two days together Tuesday/Wednesday so we can get A LOT done! Hear you are travelling today/tomorrow so look forward to catching up next week. As mentioned, I am quietly seeing what we can possibly get out of RS in the short term……. Have a good weekend. G

**From:** Globalspec [mailto:globalspec1@yahoo.com]
**Sent:** 06 November 2015 17:0T1
**To:** Graham Collett
**Subject:** Re: URGENT: next investment tranches

Can speak soon. Biggest call is mexican biz. 10m    we have now 30 pct of two companies and is already valued at 100m minimum and probably closer to 150m ( we hope). Looks good and will explain.    Also SB will dedicate full time to this and will earn very little from us as of Dec or Jan... will also explain.   Otherwise we may do 10 in china and a couple on property..    also suggest you and Remco open today or next week asap the new accounts and we just leave mirabaud

Sent from my BlackBerry 10 smartphone

**From:** Graham Collett
**Sent:** Friday, 6 November 2015 03:50
**To:** Douglas Edelman
**Subject:** Fw: URGENT: next investment tranches

Good morning. Hope all is going well in Mexico. I am in the office today, meeting with Tom, James etc... could we possibly have a catch up later today or Monday? I know we have some big cash calls coming up. I have been watching the RS position quite closely with particular regard to the loan and possible shareholder distributions going forward. Will elaborate more when we speak. Meanwhile we have 30m in total reserves right now. Cheers G

**From:** Andrew Schildbach
**Sent:** Friday, 6 November 2015 09:02
**To:** Graham Collett; Leonard O'Brien
**Cc:** globalspec1@yahoo.com; ira@conduitbusinesssolutions.co.uk
**Subject:** RE: URGENT: next investment tranches



Government Exhibit
11-5

Dear Len/Graham

It's this time of the year that the management looks at the accounts to see if they are in line with the strategic objectives of the bank. As you may recall, earlier this year I sent numerous emails noting that the account has not fulfilled the fund investment objective agreed with the principal and mandated by Yves Mirabaud in summer 2014 as a condition for account acceptance. Effectively, all my requests to top up the fund positions have been ignored for the last 12 months and we are now USD10.5mn short of the agreed fund investment level. Not only are we not in line with the original agreement by a large margin (only 2.5m invested so far), but you are also sitting on cash and missing out on returns.

I kindly request you to treat this email with the utmost urgency and revert to me by **Friday, Nov 13th**, with regards to fulfilling the investment criteria.

USPROD-03176799
USA-409953

Regards + thanks
Andrew



**Andrew SCHILDBACH** CFA


Executive Director
M +971 5 277 776 23 - T +971 4 426 6784
F +971 4 426 6766
andrew.schildbach@mirabaud.ae

**MIRABAUD (Middle East) Limited**
24th Floor, North Tower, Emirates Financial Towers
Dubai International Financial Centre
PO BOX 506666
Dubai, UAE
T +971 4 426 67 77
F +971 4 426 67 66
www.mirabaud.com


*Regulated by Dubai Financial Services Authority*
*Associated with Mirabaud & Cie SA founded in 1819*


"This information has been distributed by Mirabaud (Middle East) Limited. Mirabaud (Middle East) Limited is licensed and regulated by the Dubai Financial Services Authority (DFSA). Related financial products or services are only available to Professional Clients."

Save a tree...please don't print this e-mail unless you really need to !
Sauvez un arbre... n'imprimez ce courrier electronique qu'en cas de besoin !

Disclaimer:
 - This message is confidential and intended for the use of the named person only. Any disclosure, copying, distribution or any action in reliance on its contents is strictly prohibited. This message does not represent a formal commitment , the sender is neither liable for its proper and complete transmission nor for any delay in its receipt.
- Ce message est confidentiel et s'adresse uniquement a la personne a laquelle il est destine. Toute divulgation, copie, distribution ou action en rapport avec son contenu est strictement interdite. Ce message ne represente pas un engagement formel , l'emetteur ne peut etre tenu pour responsable en cas de transmission incorrecte ou incomplete ni du retard dans sa reception.