Subj: **Re: (no subject)**
Date: 16/07/2010 13:27:12 GMT Daylight Time
From: douglas@minacorp.com
To: GACollettCA@aol.com
SEE QUESTIONS BELOW
On 15 Jul 2010, at 11:46, GACollettCA@aol.com wrote:

Dear Douglas

Further to your texts, I have got all the papers and am going through all the companies in detail so that we can see exactly what we have in relation to each and can the "tidy up" as necessary.

I have naturally concentrated on the two main companies.

If you want to transfer BO to the Foundation, we have a number of options (based on our previous discussions and meeting with David and John)

At present, the shareholder in Red is Centrum Secretaries and Rodrigues in Mina.

Option 1 -   we transfer shareholding in Mina to Centrum (so that they then hold both). David will file change of shareholder in Gibraltar.  We then prepare fresh declarations of trust for both cos in favour of Foundation (or whoever)  The share certificates will still be in the name of Centrum until we make any further changes.  No disclosure of ultimate beneficial owner appears on the Companies House register in Gibraltar.  IN THIS INSTANCE WILL THIS TRANSFER BE ON THE PUBLIC RECORD IN GIB ?   WILL DATES APPEAR ANYWHERE IN GIB ?  ALSO WILL THERE BE OLD SHARES CERTIFICATES SIGNED OFF BEFORE TO THE FOUNDATIONS ?  OR AT LEAST THERE CAN BE AN OLD DECLARATION OF TRUST PERHAPS SOMEWHERE ??   *[handwritten: we will need to clarify the exact dates. Only existing declarations available]*

Option 2 -   we use a Swiss lawyer in place of Centrum in both cases.  THIS WILL ALSO CONSTITUTE NEW AND CURRENT DSTES EVERYWHERE, YES ?   *[handwritten: Correct.]*

Option 3 -   we transfer the BO to the Foundation (or new Foundations) in both cases, which means that the name(s) of the Foundation(s) will appear on the register in Gibraltar.  I THINK NOT GOOD AS IT WILL SHOW REAL TIMER DATES, RIGHT ?   *[handwritten: Correct.]*

In each case, the share certificates would be in the names of the nominees or the BO.  We cannot issue bearer shares.  OK

We can therefore go for option 1 or 2.  Option 1 certainly would be easier and quicker and in the case of Red, would not need any official paperwork to be registered anywhere at all. In the case of Mina, Centrum Secretaries are already the Secretaries, so changing the shareholder to them as nominees would make littler difference.  Once this is set up, the declarations can be changed at any time in the future, again without any official registration requirements.   <u>OK    SO BEST WAY IT SEEMS</u>

Option 2 would be much the same, although a new nominee shareholder, even in Switzerland would no doubt need all the necessary KYC on the BO.  YES CLEAR   MEANWHILE WE CASN SPEAK WITH THEM AND AST LEAST START WITH A KYC JUST IN CASE   *[handwritten: John Roberts to do ?]*

In Option 1 or 2, the only disclosure that could ever be required would be under legal obligation of the nominee, who would then have to declare ownership by a Panamanian trust or offshore company. It is therefore a question of the risk involved in having a UK nominee as opposed to a Swiss nominee.   PLEASE ASK FOR SOME ADDED LEGAL ADVICE ON THIS SUBJECT    DOES CENTRUM OPERATE IN ANY OTHER JURISDICTION    IE A BVI OR OTHER BRANCH OFFICE ???   *[handwritten: need to speak to DP.]*

You may remember that we discussed the question of re-domiciling the Gibraltar companies - I think we agreed that this would not really be a practical solution if we are going to close them in the short/medium term.   YES TRUE    *[handwritten: Agreed.]*

In reviewing the statutory position in detail, there are a number of practical issues that we shall need to deal with (accounts filing etc), but I will let you have further details later.  We

16 July 2010 AOL: GACollettCA

Government Exhibit
14-49

USPROD-02081861

USPROD-02081862

can get Centrum to file accounts as in the past, which would be the most practical solution.

As far as the use of a woman's maiden name is concerned, this is perfectly legitimate and legal. It is a woman's right to use either her maiden or her married name. CAN WE MAKE THESE CHANGES AT ONCE   WHAT DOES FIRDAVS NEED TO DO THIS ???? LETS DO IT LITERALLY WITHIN A DAY OR TWO   *AK.*

I have discussed all the above at length with David, and perhaps we can discuss when you have a moment. I can be reached on mobile at any time.

Look forward to hearing from you.


Kind regards

**Graham**

**Graham A Collett FCA**

Tel: +44 (0)208 464 0131
Mobile +44 (0)7767 692838

Email: gacollettca@aol.com

---

STRICTLY CONFIDENTIAL: The pages comprising this email, including any attachments, may contain confidential information. The information is intended solely for the use of the intended recipient. If you are NOT the intended recipient, please be aware that the information contained herein may be legally privileged, and the disclosure, copying, or distribution, or any unauthorised use of the contents of this email is **strictly prohibited**. Please delete the email immediately if you are not the intended recipient. If you are the intended recipient, be advised that this information may be confidential in nature and should not be shared except to comply with any instructions or actions contained herein or with the sender's approval.

---

16 July 2010 AOL: GACollettCA