Subj: **Delphine Edelman**
Date: 19/07/2010 10:46:51 GMT Daylight Time
From: GACollettCA@aol.com
To: david.pearlman@centrum-uk.com

Dear David,

Further to our discussions earlier this morning, I am writing to confirm the instructions from my clients as follows:

**MINA CORP LIMITED (GIBRALTAR)**

1. The 1,000 shares held in Mina Corp Limited by James Stuart Rodrigues are now to be transferred to Centrum Secretaries Limited. I attach a copy of the signed transfer form to this effect. Could you please arrange for this transfer to be registered at Companies House in Gibraltar immediately. If possible, we would like this to be done electronically so as to appear on the register as soon as possible. In any event, please take whatever action is required to complete this in the shortest possible time.

2. We require an updated Declaration of Trust from the new nominee shareholder that the shares are held (with effect from 9 May 2003) in favour of Delphine Anne Le Dain.

3. You will also presumably be able to provide a signed blank share transfer form from the new nominee shareholder.

4. We will also require an updated Declaration of Trust from the director of the company (James Stuart Rodrigues) that he acts for the beneficiary, Delphine Anne Le Dain since 9 May 2003.

**RED STAR ENTERPRISES LIMITED (GIBRALTAR)**

5. We require an updated Declaration of Trust from the new nominee shareholder that the shares are held (with effect from 4 June 2004) in favour of Delphine Anne Le Dain.

6. Can you also issue signed blank transfer form (as above), since we do not seem to have the original.

7. We will also require an updated Declaration of Trust from the director of the company (James Stuart Rodrigues) that he acts for the beneficiary, Delphine Anne Le Dain since 4 June 2004.

**POWER OF ATTORNEY**

8. We also require Powers of Attorney (in your standard form) from both Mina Corp and Red Star in favour of Douglas Edelman to act for both companies with effect from 9 May 2003 and 4 June 2004 respectively.

9. A further POA may be required, but I will let you have instructions on this separately.

In support of the above, I attach copies of passports for Delphine Anne Le Dain and Douglas Edelman, together with the signed stock transfer form in respect of Mina Corp Limited.

*I shall call you very shortly to confirm receipt. In the meantime, I would stress the urgency to complete all of the above during to course of the day and I am able to come to your office at any time as required.*

Many thanks for all you help.

Kind regards

**Graham**

Graham A Collett FCA

Government Exhibit
14-50

19 July 2010 AOL: GACollettCA

USPROD-02081873

USPROD-02081874

Tel: +44 (0)208 464 0131
Mobile +44 (0)7767 692838

Email: gacollettca@aol.com

STRICTLY CONFIDENTIAL: The pages comprising this email, including any attachments, may contain confidential information. The information is intended solely for the use of the intended recipient. If you are NOT the intended recipient, please be aware that the information contained herein may be legally privileged, and the disclosure, copying, or distribution, or any unauthorised use of the contents of this email is **strictly prohibited**. Please delete the email immediately if you are not the intended recipient. If you are the intended recipient, be advised that this information may be confidential in nature and should not be shared except to comply with any instructions or actions contained herein or with the sender's approval.