# Graham Collett

**From:** Graham Collett <graham@gacollett.com>
**Sent:** 26 April 2016 20:45
**To:** 'agac@hushmail.com'
**Subject:** RE: Yesterday's email

Hi Alejandro,

Thanks for the update - all clear.  Using a Murney owned company (at least initially) is good.
Just let me know when you need to be reimbursed.

Best regards
Graham

-----Original Message-----
From: agac@hushmail.com [mailto:agac@hushmail.com]
Sent: 26 April 2016 20:42
To: Graham Collett
Cc: de@ledain.ch; r.polderman@hvkstevens.com
Subject: RE: Yesterday's email

Hi Graham,

I sent it again... But it dosen't matter, D just instructed me to go ahead and make payment through one of our local companies. I'm going to use funds from Armextur and you can just reinburst us, we will go ahead and sign this document directly. Then we can decide if do the final title in favour of the same company or if we do a new one.

For us is no problem to use Armextur. This company will remain in control of Murney and will own basically this Merida property and the Flores land.

If we decide to do a new company to own the Merida house, we can do it also.

I will go ahead and proceed with the 10% to lock it down. I already talked to the broker, so all good!

I will send you the signed documents and payments once we have them.

Saludos from hot and humid as hell Playa del Carmen!

Alejandro

On 26 de abril de 2016 at 1:18 PM, "Graham Collett" <graham@gacollett.com> wrote:
>
>Hi Alejandro,
>
>As I mentioned below, I could not open the attachment.  Could you
>please re-send?
>
>Many thanks
>
>Graham
>
>-----Original Message-----
>From: agac@hushmail.com [mailto:agac@hushmail.com]

1

Government Exhibit
14-63

USPROD-02256725

USPROD-02256726



# MEXICO INTERNATIONAL
### THE REAL ESTATE PROFESSIONALS

CONTRATO DE OFERTA DE COMPRA / OFFER TO BUY CONTRACT
CONTRATO DE FIANZA / EARNEST MONEY ACCOUNT
15 DE ABRIL DE 2016 / APRIL 15, 2016
MERIDA, YUCATAN, MEXICO

| | |
|---|---|
| <u>Comprador / Buyer:</u> | REBBECCA TASSI (WHO WILL BE TAKING TITLE IN THE NAME OF HER MEXICAN CORPORATION. NAME TO BE DETERMINED) |
| <u>Vendedor / Seller:</u> | ROBERT STIX |
| | PARVIN STIX |
| <u>Dirección del Predio / Property Address:</u> | CALLE 54 #476 X 55 Y 57 CENTRO, MERIDA, YUCATAN, MX |

<u>Precio de Venta:</u> **$480,000.00 dólares de EUA** o el equivalente en pesos Mexicanos, según el tipo de cambio a la compra de "Banamex" el día anterior al cierre del contrato.
<u>Purchase Price:</u> *$480,000.00 US dollars or the equivalent in Mexican pesos based upon the "Banamex" buy pesos exchange rate on the day prior to the date of closing.*

<u>Depósito:</u> **$48,000.00 dólares de EUA** que serán retenidos por México International Real Estate S. de R.L. de C.V. en su cuenta bancaria denominada: MITCH KEENAN MEXICO EARNEST MONEY ACCOUNT hasta el momento del cierre. Si por alguna razón los Vendedores no puede proporcionar a la Compradora una escritura libre de gravamen, legal y debidamente registrada, como evidencia de una investigación de la misma realizada por una tercera parte elegida por la Compradora, el depósito de la Compradora y todos los pagos serán devueltos en su totalidad. De otro modo, el depósito no es reembolsable y será dividido entre el Agente de Bienes Raices y los Vendedores, si la Compradora no completa la compra. El día de cierre de contrato, México International pagará a los Vendedores el remanente del depósito en garantía **$19,200.00 dólares de EUA**, reteniendo **$28,800.00 dólares de EUA** cómo comisión.

<u>Deposit:</u> *$48,000.00 US dollars to be held by Mexico International Real Estate S. de R.L. de C.V. (Broker) in its earnest money account DBA: MITCH KEENAN MEXICO EARNEST MONEY ACCOUNT until closing. If for any reason the Sellers are not able to pass a clear, legal and properly recorded title to the Buyer, as evidence by title search conducted by a third party of the Buyer's choice, the Buyer's deposit and all payments will be returned in full to the Buyer. Otherwise, the deposit is non-refundable and will be divided between the Broker and Sellers should the Buyer not complete the purchase. On the day of closing, Mexico International will pay the deposit remainder of **$19,200.00 US dollars** to the Sellers and will retain **$28,800.00 US dollars** as commission.*

PARADISE FOUND
1

USPROD-02256728

**Inclusiones:** Algunas Camas, luces y lámparas, pisos, puertas, ventanas, instalaciones de plomería y adiciones, luces eléctricas, ventiladores, apagadores y enchufes, cableado, bombas, tanques y cualquier otra adición existente o implementada actualmente en la propiedad, todo en condición actual.
**Inclusions:** ~~Several~~ Beds, light fixtures, floors, doors, windows, plumbing fixtures and attachments, electrical lights, fans, switches, wiring, pumps, tanks and any other existing attachments or implements attached to or currently on the property, all in "as is" condition.

**Exclusiones:** La cama en el habitacion localizado en el frente sud/oeste de la casa. Muebles, ropa, trabajo artístico, blancos y pertenencias personales.
**Exclusions:** The bed located in the front south/west bedroom. Furniture, clothing, artwork, rugs and personal property.

**Fecha de Cierre:** **15 de JUNIO de 2016 o antes.**
**Date of Closing:** *JUNE 15, 2016 or prior*

**Fecha de Toma de Posesión:** 15 de Agosto de 2016.
**Date of Possession:** *August 15, 2016.*

**Comprador Validado:** La Compradora acepta depositar **$48,000.00 dólares de EUA** que avalan su seriedad de intención, en la cuenta bancaria denominada: "Mitch Keenan Mexico Earnest Money Account" dentro de los 8(ocho) días laborales posteriores a la recepción de ésta oferta, firmada por los Vendedores. Si no se recibiera el depósito en garantía, o no se hicieran arreglos para asegurarlo dentro del plazo mencionado, éste contrato será considerado nulo e inválido.
*Validity Buyer: The Buyer herein agrees to deposit the earnest money of **$48,000.00 US dollars** into the "Mitch Keenan Mexico Earnest Money Account" within 8(eight) working days after receipt of this offer, signed by the Sellers. Should earnest monies not be received or if arrangements have not been made for securing them within 8(eight) working days, this contract shall be considered null and void.*

**Vendedor Validado:** Los Vendedores aceptan proporcionar copias de todos los documentos pertinentes: escrituras, cédula catastral, planos y cualquier otro documento necesitado por el abogado/notario de la Compradora, dentro de los 8 (ocho) días laborales posteriores a la firma de éste contrato. De no proporcionarse los documentos o si los arreglos no se han hecho para asegurarlos y entregarlos al abogado y/o notario de la Compradora dentro de dicho plazo, éste contrato terminará y se considerará nulo e inválido. El depósito en garantía se reembolsará de inmediato a la Compradora.
*Validity Seller: The Sellers herein agree to provide copies of all pertinent documents: escrituras, cedula catastral, plots and other necessary documents to the Buyer's*



USPROD-02256730

*Notary/Attorney within 8 (eight) working days of signing this contract. Should documents not be provided or if arrangements have not been made for securing them and delivering them to the Buyer's notary and or attorney, within 8(eight) working days, this contract shall terminate and will be considered null and void. All earnest monies received will be immediately returned to the Buyer.*

**Penalización:** Si por alguna razón los Vendedores deciden no cumplir con éste contrato en su totalidad, serán penalizados con la suma de **$48,000.00 dólares de EUA**, misma que será dividida equitativamente entre la Compradora y el Corredor. El depósito en garantía será reembolsado en su totalidad a la Compradora.

**Penalty:** Should for any reason the Sellers decide not to complete this contract in its entirety, the Sellers will be penalized for a fee of **$48,000.00 US dollars**. This penalty fee will be divided evenly between the Buyer and the Broker. The earnest money deposit will be returned in full, to the Buyer.

### ADITAMENTOS ADICIONALES / ADDITIONAL PROVISIONS:

1. Las partes involucradas están de acuerdo en que todos los documentos enviados por fax, correo electrónico u otro medio electrónico de comunicación, serán considerados legales.
   *All parties herein agree that faxed, emailed or scanned documents will be considered legal and binding.*

2. El presente contrato obliga de ahora en adelante, a los herederos tanto de la Compradora como de los Vendedores a los términos que contiene y habrán de ser cumplidos en su totalidad por estos sin modificarse.
   *This contract shall herein bind the heirs and estates of the Buyer and Sellers to the terms contained and will be completed in their entirety by the heirs and estates of the parties with no modifications.*

3. Este contrato solo puede ser modificado por medio de un acuerdo escrito y firmado por ambas partes.
   *This contract can only be changed by written and signed agreement by both parties.*

4. Los Vendedores serán responsables de pagar cualquier impuesto sobre la renta y/o impuesto cedular basado en el **VALOR DE LA OPERACIÓN**.
   *The Sellers will be responsible for the payment of any cedular and/or capital gain taxes based upon the **SALES PRICE**.*

5. N / A.

PARADISE FOUND
3

PS (KD) RS

USPROD-02256732

**Fecha de Expiración:** Ésta oferta expira el día **18 de ABRIL de 2016** a las **18:00 horas**. Si ésta oferta no ha sido aceptada por los Vendedores antes de la fecha antes señalada, ésta oferta será considerada nula e inválida.

**Expiration Date:** This offer expires upon **APRIL 18, 2016** at **18:00 hours**. If this offer has not been accepted by the Sellers prior to this expiration date, this offer will be considered null and void.

ESTE CONTRATO SERÁ CONSIDERADO LEGAL Y ACEPTADO POR TODAS LAS PARTES. POR FAVOR LÉALO CUIDADOSAMENTE ANTES DE FIRMAR.
THIS CONTRACT WILL BE CONSIDERED LEGAL AND BINDING ON ALL PARTIES. PLEASE READ IT CAREFULLY BEFORE SIGNING.

| Comprador / Buyer: _[signature] rebeccatassi_ | REBECCA TASSI | Fecha / Date: 18/4/2016 |
|---|---|---|
| Vendedor / Seller: _[signature]_ | ROBERT STIX | Fecha / Date: 18/4/2016 |
| Vendedor / Seller: _[signature]_ | PARVIN STIX | Fecha / Date: 18/4/2016 |

PS (RT) RS

PARADISE FOUND
4

USPROD-02256734

**Graham Collett**

**From:** Graham Collett <graham@gacollett.com>
**Sent:** 24 June 2016 15:34
**To:** agac@hushmail.com
**Subject:** Payment for Armextur

Hi Alejandro,

Hope all is well with you. Just to let you know that the payment for Merida is on its way. Should be in the account by Monday.

In the meantime, could you possibly give some thought as to the cash flow requirements for the second half of the year (June to December). I shall be away next week but back on 6 July, so it would be good to have some figures that I can include in my cash flow update if possible.

Many thanks

Kind regards

Graham

Graham A Collett FCA  -  Tel: +44 (0)20 8290 1210  -  Mobile: +44 (0)7767 692838  -  Email: graham@gacollett.com

STRICTLY CONFIDENTIAL: The pages comprising this email, including any attachments, may contain confidential information. This information is intended solely for the use of the recipient. If you are NOT the intended recipient, please be aware that the information contained herein may be legally privileged, and the disclosure, copying, or distribution, or any unauthorised use of the contents of this email is strictly prohibited. Please delete the email immediately if you are not the intended recipient. If you are the intended recipient, please be advised that this information may be confidential in nature and should NOT be shared except to comply with any instructions or actions contained herein or with the sender's prior approval.

USPROD-02256735