**Government Exhibit**

14-64

Ex.014-64

USPROD-02237533

## Graham Collett

| | |
|---|---|
| **From:** | Graham Collett <graham@gacollett.com> |
| **Sent:** | 16 May 2016 18:04 |
| **To:** | Tania Shammas (Tania.Shammas@mirabaud.ae) |
| **Cc:** | Andrew Schildbach (andrew.schildbach@mirabaud.ae) |
| **Subject:** | Loan repayment |
| **Attachments:** | N Ushakov - loan agreement 29-Sep-14.pdf; Letter to N Ushakov 16-May-16.pdf |

Dear Tania,

One of our long serving consultants is about to repay an outstanding loan.  The loan was from Satellite Support Services Limited and I have given him the necessary wiring instructions.  For compliance purposes, I attach a copy of the original loan agreement and also a copy of my letter today setting out the amount due on redemption of the loan.

I trust that this information will be sufficient for compliance purposes.  The funds should be transferred in the next few days.

Kind regards

Graham

**Graham A Collett FCA  -  Tel: +44 (0)20 8290 1210  -  Mobile:  +44 (0)7767 692838  -  Email:  graham@gacollett.com**

**STRICTLY CONFIDENTIAL:** The pages comprising this email, including any attachments, may contain confidential information.  This information is intended solely for the use of the recipient.  If you are NOT the intended recipient, please be aware that the information contained herein may be legally privileged, and the disclosure, copying, or distribution, or any unauthorised use of the contents of this email is strictly prohibited. Please delete the email immediately if you are not the intended recipient. If you are the intended recipient, please be advised that this information may be confidential in nature and should NOT be shared except to comply with any instructions or actions contained herein or with the sender's prior approval.

Ex.014-64.0002                    USPROD-02237534

USPROD-02237535

## SATELLITE SUPPORT SERVICES LIMITED

Vanterpool Plaza, 2nd Floor
Wickhams Cay 1,  Road Town, Tortola
British Virgin Islands

---

16 May 2016

N Ushakov

Dubai
United Arab Emirates

Dear Nikolai

You have requested a settlement figure in respect of the company's loan to you dated 29 September 2016.

Please see attached schedule showing the balance due on 18 May 2016 of $273,463.46.

We look forward to receiving repayment in the above amount as soon as convenient.

Yours sincerely
For and on behalf of Satellite Support Services Limited

**Graham A Collett FCA**
**Financial Controller**

Registered in British Virgin Islands – Company Number 1485524

USPROD-02237536

USPROD-02237537

**Satellite Support Services Limited**

**Loan to Nikolai Ushakov**          29-Sep-14

| Interest rate | 2.50% | Loan | Interest | Balance |
|---|---|---|---|---|
| Sep-14 | 2 | 262,500.00 | 35.96 | 262,535.96 |
| Oct-14 | 31 | 262,535.96 | 557.44 | 263,093.40 |
| Nov-14 | 30 | 263,093.40 | 540.60 | 263,634.00 |
| Dec-14 | 31 | 263,634.00 | 559.77 | 264,193.77 |
| Jan-15 | 31 | 264,193.77 | 560.96 | 264,754.73 |
| Feb-15 | 28 | 264,754.73 | 507.75 | 265,262.48 |
| Mar-15 | 31 | 265,262.48 | 563.23 | 265,825.71 |
| Apr-15 | 30 | 265,825.71 | 546.22 | 266,371.93 |
| May-15 | 31 | 266,371.93 | 565.58 | 266,937.51 |
| Jun-15 | 30 | 266,937.51 | 548.50 | 267,486.01 |
| Jul-15 | 31 | 267,486.01 | 567.95 | 268,053.96 |
| Aug-15 | 31 | 268,053.96 | 569.16 | 268,623.12 |
| Sep-15 | 30 | 268,623.12 | 551.97 | 269,175.08 |
| Oct-15 | 31 | 269,175.08 | 571.54 | 269,746.62 |
| Nov-15 | 30 | 269,746.62 | 554.27 | 270,300.89 |
| Dec-15 | 31 | 270,300.89 | 573.93 | 270,874.82 |
| Jan-16 | 31 | 270,874.82 | 575.15 | 271,449.96 |
| Feb-16 | 29 | 271,449.96 | 539.18 | 271,989.15 |
| Mar-16 | 31 | 271,989.15 | 577.51 | 272,566.66 |
| Apr-16 | 30 | 272,566.66 | 560.07 | 273,126.73 |
| May-16 | 18 | 273,126.73 | 336.73 | 273,463.46 |

**Scheduled repayment date**          **18-May-16**



USPROD-02237539

**THIS AGREEMENT IS MADE THIS** 29th day of September 2014

**BETWEEN:**

1. SATELLITE SUPPORT SERVICES LIMITED, whose registered office is situated at Vanterpool Plaza, 2nd Floor, Wickhams Cay 1, Road Town, Tortola, British Virgin Islands and whose registered number is 1485524 (the Company")

2. Mr Nikolai Ushakov, of ████████████████ Dubai, UAE (the Borrower)

**IT IS HEREBY AGREED THAT**

The company has advanced a total of USD 262,500 (the "Advance") to the Borrower as a personal loan, as follows:

*29-September-2014*                           *USD 262,500*

The advance (hereinafter referred to as the "Loan") is repayable to the Borrower on the following terms and conditions:

1. The loan is repayable by the Borrower in the amount advanced as set out above.

2. The loan is repayable in full by no later than the first anniversary of the date of this agreement or on any later date as the parties may, from time to time, mutually agree between them.

3. Interest shall be payable at 2.5% per annum throughout the period of the loan, calculated on a daily basis on the balance of the loan outstanding from the date of the advances. Interest shall be payable annually in arrears on the anniversary dates of the signing of this agreement, or, failing payment at the end of each year of the loan, the accumulated interest shall be added to the balance outstanding on the anniversary date.

USPROD-02237540

USPROD-02237541

4.  In the event that the loan is not fully repaid on the first anniversary of this agreement, the Borrower shall have the right to vary the rate of interest payable on the balance of the loan outstanding thereafter, by giving seven days notice in writing to the Borrower.

Signed on the date first written above

For an on behalf of Satellite Support Services Limited
Graham A Collett FCA – Authorised signatory

N Ushakov

Ex.014-64.0011

USPROD-02237543

FROM:    Douglas Phillip Edelman

TO:    Jyrgalbek Kurmanbekovich Egemberdiev

7 September 2015

Dear Sir,

Hereby, I, Douglas Phillip Edelman residing at ███████████████, London, United Kingdom, US passport No ████████, kindly request you to make a payment of USD360,000 (three hundred sixty thousand US dollars) for my share of 59 (fifty nine) per cent in the charter capital and property of "Tvorchesko-proizvodstvennyi centr Tunguch LTD" Limited Liability Company to Mr. Nikolai Ushakov, passport no ████████, issued on November 26, 2014 by MIA of Saint Kitts and Nevis, at the following banking coordinates:

IBAN/Acct no:    ████████████████0028

Beneficiary:    Nikolai Ushakov

Bank:    Noor Bank
Building 1, Level 8, Emaar Square, Dubai, UAE

SWIFT:    NISLAEAD

Yours Sincerely,

_Douglas Phillip Edelman signature_

Douglas Phillip Edelman

USPROD-02237545



## POWER OF ATTORNEY

### 7 September 2015

Hereby I, Douglas Phillip Edelman residing at ▉▉▉▉▉▉▉▉▉▉▉▉▉▉ London, United Kingdom, US passport No▉▉▉▉▉▉▉, authorize Nikolai Ushakov, passport no ▉▉▉▉▉▉, issued on November 26, 2014 by MIA of Saint Kitts and Nevis, to represent and to protect my rights and interests as of the Shareholder of "Tvorchesko-proizvodstvennyi centr Tunguch LTD" Limited Liability Company (hereinafter referred to as the Company).

In order to perform such assignment, Nikolai Ushakov shall be entitled, including, without limitation, to do the following:

- receive the payment of USD360,000 from a citizen of the Kyrgyz Republic, Jyrgalbek Kurmanbekovich Egemberdiev for my share in the Company's charter capital and property in the amount of 59 (fifty nine) per cent.

- at his own discretion, take any other actions on my behalf and make any other decisions aimed at the performance of the assignment specified herein.

This Power of Attorney is issued for a period of one year without the right of substitution.

_(signature)_

Douglas Phillip Edelman

USPROD-02237546

Ex.014-64.0015

USPROD-02237547

## Graham Collett

| | |
|---|---|
| **From:** | Graham Collett <graham@gacollett.com> |
| **Sent:** | 16 May 2016 14:03 |
| **To:** | Nikolai Ushakov (nikolai.ushakov@minapetroleum.com) |
| **Subject:** | FW: Update |
| **Attachments:** | NU - draft loan agreement.doc |

**Importance:**    High

Dear Nikolai

Many thanks for your call.  As discussed, I attach a draft loan agreement that we need to discuss and agree.

On the basis that it needs to be as commercial as possible, I think we need to include an element of interest (perhaps simple interest rather than linked to LIBOR).  We also need to agree some date(s) and amount(s) for the origin of the loan.

I am not sure of the exact amount that you are holding right now, but if you can confirm this, then I suggest we agree a date for the agreement and then calculate the appropriate loan and interest balances to agree to the amount that you are holding.  This should hopefully be sufficient for the bank.

Perhaps we can have another call when you have had a chance to look at the attached.

Thanks and regards

Graham

**Graham A Collett FCA  -  Tel: +44 (0)20 8290 1210  -  Mobile:  +44 (0)7767 692838  -  Email:  graham@gacollett.com**

**STRICTLY CONFIDENTIAL:** The pages comprising this email, including any attachments, may contain confidential information.  This information is intended solely for the use of the recipient.  If you are NOT the intended recipient, please be aware that the information contained herein may be legally privileged, and the disclosure, copying, or distribution, or any unauthorised use of the contents of this email is strictly prohibited. Please delete the email immediately if you are not the intended recipient. If you are the intended recipient, please be advised that this information may be confidential in nature and should NOT be shared except to comply with any instructions or actions contained herein or with the sender's prior approval.

---

**From:** Graham Collett [mailto:graham@gacollett.com]
**Sent:** 16 May 2016 13:29
**To:** Nikolai Ushakov (nikolai.ushakov@minapetroleum.com)
**Subject:** Update
**Importance:** High

Dear Nikolai

Hope you are well.  Could we possibly have a call about the monies transfer?  I appreciate that this has been outstanding for some time and I am not sure if anything is being progressed.  I am available anytime.

Thanks and regards

Graham

**Graham A Collett FCA  -  Tel: +44 (0)20 8290 1210  -  Mobile:  +44 (0)7767 692838  -  Email:  graham@gacollett.com**

1

USPROD-02237549