```
From:    Douglas <de@ledain.ch>
Sent:    31 January 2012 10:36
To:      graham@gacollett.com
```

The company was seeded and has always been owned by delphine le dian (( dld )( nee edelman
because of marriage , but has her business dealings and trust in her maiden name in most cases )
and another shareholder.

something i just jotted down quickly   more to put the lawyer into the picture ..   what you need
to get done asap is what we will write and present to francis to then discuss with rodriquez so
that he has a clear understanding ..
This account was mistakenly openened and used the name of douglas edelman ) and was never
corrected as the shareholder and true BO of the company was dld and in fact de was only fully
recently advised that his name appears on the account. de never is NOT the BO and has never
been paid dividens, did not operate the account at all and worked on an advisroy basis to dld as
more a shareholders representive also on the basis of a declaration of trust between them.
Back when this occured de was more active as an advisor and mistakes were made with
representing him as the BO in this case. All other accounts are and were done correctly and the
mistakes lier within the company and those who filled out the various forms. de has never signed
nor been aware of this until pointed out by CS.
If looked at you can clearly see dld as the bo and all other accounts were set up correctly. it is
simply a mistake and de neever consented to this ( and frankly was never concerned as is not a
bo anyway and the declaration of trust was issued back when some paperwork needed to
urgently be filled and and singed and he did so based on the trust agreement.
we believe we can get from the nominee directors of the company a statement to this effect
( more to be added )

**Government Exhibit 24-1**