| Year | Date | Amount | Currency | USD Exchange Rate | Amount in USD | Beneficiary | Beneficiary Bank | Beneficiary Bank Account Number | Memo | Payor Acct |
|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | 11-Jan-06 | 90,000.00 | USD | 1 | $ 90,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Shareholder Distribution | Red Star Enterprises |
| 2006 | 27-Jan-06 | 152,350.00 | USD | 1 | $ 152,350.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Shareholder Distribution | Red Star Enterprises |
| 2006 | 9-Feb-06 | 150,000.00 | USD | 1 | $ 150,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Shareholder Distribution | Red Star Enterprises |
| 2006 | 24-Feb-06 | 200,000.00 | USD | 1 | $ 200,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Shareholder Distribution | Red Star Enterprises |
| 2006 | 2-May-06 | 100,000.00 | USD | 1 | $ 100,000.00 | Aspen Wind Corporation | Credit Suisse (Switzerland) | 7-52 | Shareholder Distribution | Red Star Enterprises |
| 2006 | 5-May-06 | 650,000.00 | USD | 1 | $ 650,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Shareholder Distribution | Red Star Enterprises |
| 2006 | 7-Jun-06 | 170,000.00 | USD | 1 | $ 170,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Shareholder Distribution | Red Star Enterprises |
| 2006 | 30-Jun-06 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Shareholder Distribution | Red Star Enterprises |
| 2006 | 3-Aug-06 | 415,256.04 | USD | 1 | $ 415,256.04 | Aspen Wind Corporation | BNP Paribas | | Shareholder Distribution | Red Star Enterprises |
| 2006 | 4-Aug-06 | 700,000.00 | USD | 1 | $ 700,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Shareholder Distribution | Red Star Enterprises |
| 2006 | 15-Sep-06 | 600,000.00 | USD | 1 | $ 600,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | Red Star Enterprises |
| 2006 | 20-Oct-06 | 650,000.00 | USD | 1 | $ 650,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Shareholder Distribution | Red Star Enterprises |
| 2006 | 22-Nov-06 | 650,000.00 | USD | 1 | $ 650,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Shareholder Distribution | Red Star Enterprises |
| 2006 | 12-Dec-06 | 315,000.00 | USD | 1 | $ 315,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Shareholder Distribution | Red Star Enterprises |
| 2006 | 28-Dec-06 | 650,000.00 | USD | 1 | $ 650,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Shareholder Distribution | Red Star Enterprises |
| 2007 | 12-Jan-07 | 650,000.00 | USD | 1 | $ 650,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | Red Star Enterprises |
| 2007 | 16-Feb-07 | 650,000.00 | USD | 1 | $ 650,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | Red Star Enterprises |
| 2007 | 6-Mar-07 | 650,000.00 | USD | 1 | $ 650,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | Red Star Enterprises |
| 2007 | 10-Apr-07 | 650,000.00 | USD | 1 | $ 650,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2007 | 9-May-07 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2007 | 24-May-07 | 500,000.00 | USD | 1 | $ 500,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2007 | 21-Jun-07 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2007 | 28-Jun-07 | 500,000.00 | USD | 1 | $ 500,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2007 | 17-Jul-07 | 1,500,000.00 | USD | 1 | $ 1,500,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2007 | 25-Jul-07 | 1,500,000.00 | USD | 1 | $ 1,500,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2007 | 28-Aug-07 | 1,500,000.00 | USD | 1 | $ 1,500,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2007 | 17-Sep-07 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2007 | 19-Oct-07 | 1,500,000.00 | USD | 1 | $ 1,500,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2007 | 5-Nov-07 | 500,000.00 | USD | 1 | $ 500,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2007 | 14-Nov-07 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2007 | 13-Dec-07 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2007 | 19-Dec-07 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2008 | 23-Jan-08 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2008 | 6-Feb-08 | 4,000,000.00 | USD | 1 | $ 4,000,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2008 | 21-Feb-08 | 4,000,000.00 | USD | 1 | $ 4,000,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2008 | 31-Mar-08 | 150,000.00 | USD | 1 | $ 150,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2008 | 7-May-08 | 300,000.00 | USD | 1 | $ 300,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2008 | 23-May-08 | 500,000.00 | USD | 1 | $ 500,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2008 | 20-Jun-08 | 5,000,000.00 | USD | 1 | $ 5,000,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2008 | 17-Jul-08 | 2,500,000.00 | USD | 1 | $ 2,500,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2008 | 14-Aug-08 | 10,000,000.00 | USD | 1 | $ 10,000,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2008 | 16-Oct-08 | 500,000.00 | USD | 1 | $ 500,000.00 | Bartol Ltd. (Virgin Islands) | Credit Suisse (Switzerland) | 76-32 | Dividends | BNP 83955 |
| 2009 | 20-Jan-09 | 10,000,000.00 | USD | 1 | $ 10,000,000.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 0927 | Dividends | BNP 83955 |
| 2009 | 4-Feb-09 | 5,200,000.00 | USD | 1 | $ 5,200,000.00 | Bartol Ltd. | BNP Paribas | 3815 | Dividends | Red Star Enterprises |
| 2009 | 27-Feb-09 | 250,000.00 | USD | 1 | $ 250,000.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co.Ltd. (Singap | 0927 | Dividends | BNP 83955 |
| 2009 | 31-Mar-09 | 250,000.00 | USD | 1 | $ 250,000.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co.Ltd. (Singap | 0927 | Dividends | BNP 83955 |
| 2009 | 23-Apr-09 | 5,000,000.00 | USD | 1 | $ 5,000,000.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 0927 | Dividends | BNP 83955 |
| 2009 | 8-Sep-09 | 10,000,000.00 | USD | 1 | $ 10,000,000.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 0927 | Dividends | BNP 83955 |
| 2009 | 12-Nov-09 | 10,000,000.00 | USD | 1 | $ 10,000,000.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 0927 | Dividends | BNP 83955 |
| 2010 | 11-Jan-10 | 5,000,000.00 | USD | 1 | $ 5,000,000.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 0927 | Dividends | BNP 83955 |
| 2010 | 20-Jan-10 | 5,000,000.00 | USD | 1 | $ 5,000,000.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 0927 | Dividends | BNP 83955 |
| 2010 | 17-Feb-10 | 250,000.00 | USD | 1 | $ 250,000.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 0927 | Dividends | BNP 83955 |
| 2010 | 1-Jun-10 | 3,000,000.00 | USD | 1 | $ 3,000,000.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 0927 | Dividends | BNP 83955 |
| 2011 | 7-Mar-11 | 2,500,000.00 | USD | 1 | $ 2,500,000.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 0927 | Dividends | BNP 83955 |
| 2011 | 1-Apr-11 | 2,500,000.00 | EUR | 1.4215 | $ 3,553,750.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 0927 | Dividends | BNP 83954 |

| Year | Date | Amount | Currency | Rate | USD Amount | From | Bank | Account | | Description | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | 25-Aug-11 | 3,000,000.00 | USD | 1 | $ 3,000,000.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 927 | ■ | Dividends | BNP 83955 |
| 2011 | 16-Dec-11 | 2,000,000.00 | USD | 1 | $ 2,000,000.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 927 | ■ | Dividends | ABN 7692 |
| 2011 | 22-Dec-11 | 4,000,000.00 | USD | 1 | $ 4,000,000.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 0927 | ■ | Dividends | ABN 7692 |
| 2012 | 13-Jan-12 | 3,790,000.00 | CHF | 0.9534 | $ 3,613,386.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 927 | ■ | Dividends | ABN 7692 |
| 2012 | 10-Apr-12 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 927 | ■ | Dividends | ABN 7041 |
| 2012 | 9-May-12 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 927 | ■ | Dividends | ABN 7041 |
| 2012 | 30-May-12 | 954,300.00 | CHF | 0.9682 | $ 923,953.26 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 927 | ■ | Dividends | ABN 3493 |
| 2012 | 11-Jun-12 | 952,500.00 | CHF | 0.9604 | $ 914,781.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 927 | ■ | Dividends | ABN 3493 |
| 2012 | 20-Jun-12 | 1,891,200.00 | CHF | 0.9453 | $ 1,787,751.36 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 927 | ■ | Dividends | ABN 3493 |
| 2012 | 17-Aug-12 | 2,000,000.00 | CHF | 0.9752 | $ 1,950,400.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 927 | ■ | Dividends | ABN 3493 |
| 2012 | 6-Sep-12 | 2,397,000.00 | CHF | 0.9539 | $ 2,286,498.30 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 927 | ■ | Dividends | BNP 83955 |
| 2012 | 6-Sep-12 | 2,500,000.00 | USD | 1 | $ 2,500,000.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 927 | ■ | Dividends | BNP 83955 |
| 2012 | 14-Sep-12 | 3,682,572.34 | CHF | 0.925 | $ 3,406,379.41 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 927 | ■ | Dividends | BNP 83955 |
| 2012 | 1-Oct-12 | 9,398,000.00 | CHF | 0.9376 | $ 8,811,564.80 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 927 | ■ | Dividends | BNP 83954 |
| 2012 | 2-Nov-12 | 13,917,000.00 | CHF | 0.9396 | $ 13,076,413.20 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 927 | ■ | Dividends | BNP 83955 |
| 2012 | 10-Dec-12 | 9,272,606.32 | CHF | 0.933 | $ 8,651,341.70 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 0927 | ■ | Dividends | BNP 83955 |
| 2013 | 5-Apr-13 | 1,819,023.68 | GBP | 1.5336 | $ 2,789,654.72 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 0927 | ■ | Dividends | ABN 6616 |
| 2013 | 13-Dec-13 | 15,000,000.00 | USD | 1 | $ 15,000,000.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 0927 | ■ | Shareholder Distribution | ABN 7902 |
| 2014 | 13-Feb-14 | 1,500,000.00 | USD | 1 | $ 1,500,000.00 | Rosbelt International Limited (Virgin | Mirabaud And CIE (Switzerland) | 7391 | | Dividends | ABN 7902 |
| 2014 | 5-Mar-14 | 3,000,000.00 | USD | 1 | $ 3,000,000.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 0927 | ■ | Shareholder Distribution | ABN 7902 |
| 2014 | 6-Mar-14 | 12,000,000.00 | USD | 1 | $ 12,000,000.00 | Sunage Foundation (Panama) | Bank Julius Baer and Co. Ltd. (Singap | 0927 | ■ | Shareholder Distribution | ABN 7902 |
| 2014 | 18-Jun-14 | 8,962,000.00 | CHF | 0.8976 | $ 8,044,291.20 | Rosbelt International Limited (Virgin | Mirabaud (Middle East) Limited (Unit | | 0869 | Dividends | ABN 3399 |
| 2014 | 2-Oct-14 | 9,559,000.00 | CHF | 0.9532 | $ 9,111,638.80 | Rosbelt International Limited (Virgin | Mirabaud (Middle East) Limited (United Arab Emirates) | ■ | 0869 | Dividends | ABN 3399 |
| 2014 | 3-Dec-14 | 14,625,000.00 | CHF | 0.9779 | $ 14,301,787.50 | Rosbelt International Limited (Virgin | Mirabaud (Middle East) Limited (United Arab Emirates) | ■ | 0869 | Dividends | ABN 3399 |
| 2015 | 29-Apr-15 | 17,376,248.38 | CHF | 0.9358 | $ 16,260,693.23 | Rosbelt International Limited (Virgin | Mirabaud (Middle East) Limited (United Arab Emirates) | ■ | 0869 | Dividends | ABN 3399 |
| 2016 | 17-Mar-16 | 4,512,635.40 | EUR | 1.1316 | $ 5,106,498.22 | Rosbelt International Limited (Virgin | Mirabaud (Middle East) Limited (United Arab Emirates) | ■ | 0869 | Dividends | ABN 3003 |
| 2016 | 17-Jun-16 | 1,332,977.85 | EUR | 1.1256 | $ 1,500,399.87 | Rosbelt International Limited (Virgin | Mirabaud (Middle East) Limited (United Arab Emirates) | ■ | 0869 | Dividends | ABN 3003 |
| 2016 | 27-Jul-16 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Rosbelt International Limited (Virgin | Banque J. Safra Sarasin (Luxembourg) | ■ | 4000 | Dividends | ABN 7902 |
| 2016 | 1-Sep-16 | 10,000,000.00 | USD | 1 | $ 10,000,000.00 | Rosbelt International Limited (Virgin | Banque J. Safra Sarasin (Luxembourg) | ■ | 4000 | Dividends | ABN 7902 |
| 2016 | 1-Sep-16 | 5,000,000.00 | USD | 1 | $ 5,000,000.00 | Rosbelt International Limited (Virgin | Mirabaud (Middle East) Limited (United Arab Emirates) | ■ | 0869 | Dividends | ABN 7902 |
| 2017 | 16-Jan-17 | 5,000,000.00 | USD | 1 | $ 5,000,000.00 | Rosbelt International Limited (Virgin | Banque J. Safra Sarasin (Luxembourg) | ■ | 4000 | Dividends | ABN 7902 |
| 2017 | 28-Feb-17 | 5,000,000.00 | USD | 1 | $ 5,000,000.00 | Rosbelt International Limited (Virgin | Banque J. Safra Sarasin (Luxembourg) | ■ | 4000 | | ABN 7902 |
| 2017 | 14-Jun-17 | 500,000.00 | USD | 1 | $ 500,000.00 | Rosbelt International Limited (Virgin | Banque J. Safra Sarasin (Luxembourg) | ■ | 4000 | Dividends | ING 1410 |
| 2017 | 20-Jul-17 | 500,000.00 | USD | 1 | $ 500,000.00 | Rosbelt International Limited (Virgin | Banque J. Safra Sarasin (Luxembourg) | ■ | 4000 | Dividends | ABN 7902 |
| 2017 | 16-Aug-17 | 500,000.00 | USD | 1 | $ 500,000.00 | Rosbelt International Limited (Virgin | Banque J. Safra Sarasin (Luxembourg) | ■ | 4000 | Dividends | ABN 7902 |
| 2017 | 8-Sep-17 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | ■ | 4000 | Dividends | ABN 7902 |
| 2017 | 29-Sep-17 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | ■ | 4000 | Dividends | ABN 7902 |
| 2017 | 19-Oct-17 | 500,000.00 | USD | 1 | $ 500,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | ■ | 4000 | Dividends | ABN 7902 |
| 2017 | 9-Nov-17 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | ■ | 4000 | Dividends | ABN 7902 |
| 2017 | 6-Dec-17 | 2,000,000.00 | USD | 1 | $ 2,000,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | ■ | 4000 | Dividends | ABN 7902 |

| Year | Date | Amount | Currency | Rate | USD Amount | Entity | Bank | Account | Type | Reference |
|------|------|--------|----------|------|------------|--------|------|---------|------|-----------|
| 2018 | 9-Jan-18 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 4000 | Distribution | ABN 7902 |
| 2018 | 5-Feb-18 | 1,500,000.00 | USD | 1 | $ 1,500,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 4000 | Dividends | ABN 7902 |
| 2018 | 5-Mar-18 | 1,500,000.00 | USD | 1 | $ 1,500,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 4000 | Distribution | ABN 7902 |
| 2018 | 4-Apr-18 | 1,200,000.00 | USD | 1 | $ 1,200,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 4000 | Distribution | ABN 7902 |
| 2018 | 8-May-18 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 4000 | Distribution | ABN 7902 |
| 2018 | 4-Jun-18 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 4000 | Dividends | ABN 7902 |
| 2018 | 4-Jul-18 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 4000 | Distribution | ABN 7902 |
| 2018 | 27-Jul-18 | 1,200,000.00 | USD | 1 | $ 1,200,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 4000 | Distribution | ABN 7902 |
| 2018 | 31-Aug-18 | 1,200,000.00 | USD | 1 | $ 1,200,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 4000 | Distribution | ABN 7902 |
| 2018 | 8-Oct-18 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 4000 | Distribution less charges | ABN 7902 |
| 2018 | 26-Oct-18 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 4000 | Distribution less charges | ABN 7902 |
| 2018 | 28-Nov-18 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 4000 | Distribution less charges | ABN 7902 |
| 2018 | 20-Dec-18 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 4000 | Distribution less charges | ABN 7902 |
| 2019 | 17-Jan-19 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 4000 | Distribution less charges | ABN 7902 |
| 2019 | 18-Feb-19 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 4000 | Distribution less charges | ABN 7902 |
| 2019 | 19-Mar-19 | 1,000,000.00 | USD | 1 | $ 1,000,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 4000 | Distribution less charges | ABN 7902 |
| 2019 | 24-Apr-19 | 500,000.00 | USD | 1 | $ 500,000.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 4000 | Distribution | ABN 1410 |
| 2019 | 23-May-19 | 504,750.00 | CHF | 1.004 | $ 506,769.00 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 4000 | | |
| 2019 | 18-Jun-19 | 3,995,200.00 | CHF | 0.9994 | $ 3,992,802.88 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 4003 | Dividends | ABN 3399 |
| 2019 | 26-Jul-19 | 1,983,600.00 | CHF | 0.9933 | $ 1,970,309.88 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 003 | Dividends | ING 698 |
| 2019 | 2-Sep-19 | 990,400.00 | CHF | 0.9872 | $ 977,722.88 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 003 | Dividends | ING 698 |
| 2019 | 26-Sep-19 | 1,486,500.00 | CHF | 0.9928 | $ 1,475,797.20 | Rosbelt International Limited (Virgin Islands) | Banque J. Safra Sarasin (Luxembourg) | 003 | Dividends | ING 698 |
| 2019 | 25-Oct-19 | 1,480,500.00 | CHF | 0.9945 | $ 1,472,357.25 | Delphine Anne Le Dain (Ibiza, Spain) | Banque J. Safra Sarasin (Luxembourg) | 004 | Dividends | ING 698 |
| 2020 | 14-Oct-20 | 13,647,855.00 | CHF | | $ 14,950,000.00 | Rosbelt International Limited | Barclay's Bank | 2210 | Buyout | TNF Investments |
| 2020 | 18-Nov-20 | | CHF | | $ 26,000,000.00 | Rosbelt International Limited | CBH Compagnie Bancaire Helvetique SA | 5645 | Buyout | TNF Investments |

$ 360,529,547.70

| Row Labels | Sum of Amount in USD |
|------------|---------------------|
| 2006 | $ 6,492,606.04 |
| 2007 | $ 16,100,000.00 |
| 2008 | $ 27,950,000.00 |
| 2009 | $ 40,700,000.00 |
| 2010 | $ 13,250,000.00 |
| 2011 | $ 15,053,750.00 |

| 2012 | $ | 49,922,469.03 |
|---|---|---|
| 2013 | $ | 17,789,654.72 |
| 2014 | $ | 47,957,717.50 |
| 2015 | $ | 16,260,693.23 |
| 2016 | $ | 22,606,898.09 |
| 2017 | $ | 17,000,000.00 |
| 2018 | $ | 14,600,000.00 |
| 2019 | $ | 13,895,759.09 |
| 2020 | $ | 40,950,000.00 |
| Grand Total | $ | 360,529,547.70 |