

**From:** de@ledain.ch
**Sent:** Sun, 25 Jan 2015 14:08:34 -0500 (EST)
**To:** "Buscher gmail" <stephenbuscher@gmail.com>
**Subject:** Re: Call with GO

So let's decide these figures. Despite all the negatives they did a good job cleaning up salalah and creating a better overall system ( according to GC it has never been better in many ways ). Let's be fair and reasonable, let Z go for sure, deduct these unreasonable amounts he took, do right by graham as I think despite everything he did a good job in organising and cleaning up some situations that he walked into. I suggest we just get these figures clear and move it forward from there .. I assume all facts and figures that were requested are in by now. This doesn't mean we condone a lot of their actions, but doesn't also mean they don't deserve their bonus or rather in Z's case a severance ( or also in G's case if he also goes )
Sent from my BlackBerry® wireless device

---

**From:** Stephen Buscher <stephenbuscher@gmail.com>
**Date:** Sun, 25 Jan 2015 11:48:57 -0700
**To:** e.b@origin.tel<e.b@origin.tel>
**Cc:** Raoul<de@ledain.ch>
**Subject:** Re: Call with GO

I think that GO's view is that:

1. Zack, for whatever reason, is having issues fitting well with a number of other employees across the company.
2. That Zack (and GO) had originally expected higher incentive compensation awards than they believe they are now likely to receive.
3. But, that Zack has done a good job in cleaning up the CFO office, the reporting, the control, etc., and that he for sure would deserve a bonus for 2014.

I'm not trying to create strife between the parties here. But I will relay to you that G&Z somehow were under the impression when they joined that they were going to move into some sort of profit sharing or even equity program with Mina. They understand now that this is not going to happen, they have disappointed you on a number of fronts with their performance, and that you've rejected their bonus proposal. But my opinion is that if we paid Z nothing for 2014, we'll have trouble from him. Besides, once we net off all of the money he owes back to the company, it is not going to be such a huge amount.

Steve

On Sun, Jan 25, 2015 at 11:15 AM, e.b@origin.tel <e.b@origin.tel> wrote:

> Perhaps with Graham help we can then let go of Zack without a big severance. Why pay a million or half a million dollars in "bonus" money for smth that wasn't good and trying to change if even graham now seems to see Zack doesn't fit.
>
> We can save this money for new initiatives and new people. I'd rather invest money we don't have to spend towards those who we need.
>
> Yet I remain open to do whatever severance we decide is best to part peacefully.

On 25 Jan 2015, at 18:30, Steve Buscher <stephenbuscher@gmail.com> wrote:

> Erkin,
>
> Since G keeps saying to me that he has a strong suspicion that the two of them are being "transitioned out" (of course I continue to deny it), my guess would be that it is self preservation, and he's hoping to contain the damage by ring-fencing Z and offering up his head - though he has not explicitly said, "Let me fire Zack."
>
> Also, you should be aware that this fall, before I became more engaged with you and D in crafting a new BOD, I did

CONFIDENTIAL

USPROD-02638686
USA-006280

have a confidential discussion with GO, and told him that I thought Z was blowing it by rubbing far too many fellow workers the wrong way, and recommended that G either speak with Z and fix it immediately, or that G distance himself from Z.  At the time G said he was aware of the issue and thanked me.

But the good news is they appear to be more in the mood to negotiate a way out of Mina, than to fight to remain in Mina.

Steve

Sent from my iPhone

On Jan 25, 2015, at 9:31 AM, "e.b@origin.tel" <e.b@origin.tel> wrote:

> Hey Steve

Certainly we want cooperation and a smooth transition.

Did u ask or did he say why suddenly he feels Zack isn't a good fit when just recently they both wanted one and the same bonus and were very firm on their stark performance as a duo?

The recently winning pair is collapsing from inside suddenly. Is G trying to distance himself ahead of time knowing there are irregularities that are becoming obvious ?

On 24 Jan 2015, at 22:16, Stephen Buscher <stephenbuscher@gmail.com> wrote:

> Hi Erkin:
> Just to make sure I haven't given the wrong signals.  Abe was dealing with DLA for two days is what GO said, and in Dubai the rest of the time.  He is not going to DC.  He is in the Dubai office all of this coming week.

I do agree that Zack probably does not need to be going to DC.  It has for sure been a problem all along with G&Z that they just travel around and do things together as a team rather than multi-tasking and functioning independently.  Totally stupid.  Perhaps I should have just asked Zack to remain in Dubai to assist GC with the initial audit work.  I think they may have taken off already, but would you like me to try to intercept him if not and ask him to remain in Dubai?

It is a reversal from GO on Zack.  I think he senses very strongly that Zack is not working out at all, and wants you to know that he is also hinting such to Zack.  And he did say in the conversation, "I was the one who insisted on hiring Zack.  D&E made it clear that if Zack didn't work out, it was on my shoulders, and I will take the heat if D&E want to get rid of Zack."  That is what he said at least.

I'm simply trying to relay to each of you that I have the strong sense that we are not going to have a big confrontation with GO.  He has a strong intuition of what is coming and is himself asking if you or the BOD would like to engage in a discussion about transitioning Zack out, or transitioning Zack and himself out.  If so, he said, he's in the mood to do it in a calm and constructive way rather than a messy way.

And I am passing it on to you, because I think it is interesting and useful to know.

Steve

On Sat, Jan 24, 2015 at 2:05 PM, Erkin Bek <e.b@origin.tel> wrote:

> This is a very sharp U-turn on Zack by Graham, what a dramatic move!!

CONFIDENTIAL

USPROD-02638687

USA-006280

Just recently they were in one voice making demands together.

The rest is just totally crappy stuff and we must stop this asap and will next weekend once and for all. What other meetings do we have in DC for Zack to attend ? Seriously, what the hell.

Re Abe, that whole thing is a complete joke, whether it's Baltics or something else. How could this inexperienced guy be sent to DLA (and all this week (!!!!!!!!) cause usually DLA is one day or max 2 in very rare cases considering that Baltics is also very small stuff, it can't take a whole week to be in DC for this. This is all total bullshit.

Once again, Graham is just taking you totally for a ride, just BS for them to probably have a group meeting in DC, cause for sure nothing for Abe to do there for one week, nothing for Zack to be doing there right now or ever. And it works because you probably don't yet have enough history with the business to figure this out right away.

On Jan 24, 2015, at 5:20 PM, Stephen Buscher wrote:

> D&E:
> Had a nice long and frank call with GO. Here are the highlights:
>
>> • Abe has been back at work this week. He was in meetings with DLA on the Baltics contracts. GO wanted to wait until after those to terminate Abe. He's ready to do it today, but requested to wait until next Sunday so that Chris and I could exit interview him. I agreed to this.
>> • He promised to return the bonus money back into the treasury account right away.
>> • I have promised him that Chris and I will deal once and for all with his and Z's 2014 incentive comp next weekend. That is all he wanted, was to know what the plan for them was. If we ask again, he'll pay the AF bonuses now.
>> • He is the only one meeting with the generals and DLA. Abe is in Dubai all next week. Zack is going to a conference and other meetings with GO, but GO is managing the government meetings alone.
>> • He spoke frankly with me about ZF. He tells me that while he still supports ZF as a smart and high quality guy, he has been trying to persuade Zack that for a host of reasons the fit of ZF inside of Mina probably does not seem to be working out so well. If nothing else he has alienated himself too much. Frankly I think that if asked, GO would assist us in removing ZF from Mina. He's not seeming inclined to battle with us on ZF.
>
> Those are the highlights. I honestly sense that GO feels what is coming. He keeps asking me if he is being transitioned out and if so if I could just please level with him. I have of course denied it. But I am giving you both my absolute word that I think GO is in the mood to cooperate with us, and will not be a problem to transition out provided we treat him with respect. He seems, in one word, "weary" from trying to fulfill your expectations.

Give me a call if you want to discuss,

Steve

CONFIDENTIAL

USPROD-02638688

USA-006280