| | |
|---|---|
| **From:** | worldnet44@yahoo.com |
| **To:** | erkin.bek@timetechworld.com |
| **Sent:** | 3/18/2015 12:41:13 PM |
| **Subject:** | Re: Expenses |

**Government Exhibit 25-3**

Exactly !
Sent from my BlackBerry® wireless device

-----Original Message-----
From: "erkin.bek@timetechworld.com" <erkin.bek@timetechworld.com>
Date: Wed, 18 Mar 2015 12:38:13
To: <worldnet44@yahoo.com><worldnet44@yahoo.com>
Subject: Re: Expenses


Nikolai would be good, that's what I mean that we may not need Stephen to do these presentations to us. We can keep it simple within existing people and get info we need. Idea is not to rely on Carlo, who knows he's been all alone actually and I have questioned his expertise. This is what I mean that we do this ourselves and no need to have expensive people present this simple data to us. What I meant by talking to Carlo is eliminating intermediary voices of Jerome and Steve and Chris for us to understand basic things.

And yes Nikolai is good, I also told him to be ready.


> On 18 Mar 2015, at 16:03, "worldnet44@yahoo.com" <worldnet44@yahoo.com> wrote:
>
> Apparently we don't have clear info from carlo. I asked GC and he is not impressed with the data and how much of it is lacking etc etc and apparently there are 6 people doing this work. There was a period for example where 5 days went by without a single delivery. However each day we have all these people sitting around doing nothing. Someone, either you or me needs to give some serious orders and directions. I'll do it if you prefer ( would rather not but will ). If it was up to me right now I would cut way back and get salalah done and meanwhile look at whatever realistic options are there for new business. No one has presented a single written idea or proposal on anything ( as far as I am aware ) (( if there are ideas such as iraq and BP terminals and all that I've not seen it. If you are ok I'd like to ask Nikolai to start providing data and deep accounting information as it doesn't seems that its being done. You say carlo has it all. If he does I'd like to analyse it all .. As for Oman is Chuck capable to hold all these strategic relationships together ( for 60k a month cost to us I'd sure hope so ). To end all like to be able to do is seriously analyse what the hell is going on so that decisions can get made. ==You and I need to speak with a single voice and give serious solid directions and instructions to people asap==. I'm still trying to find out who and what we really need to run the business we have at hand. Text me and I can call you anytime. Meanwhile unless you have an issue I'd like nikolai to gather some information so at least I can get a clear picture, as of right now I don't have this .. Cheers
> Sent from my BlackBerry® wireless device
>
> -----Original Message-----
> From: "erkin.bek@timetechworld.com" <erkin.bek@timetechworld.com>
> Date: Tue, 17 Mar 2015 20:26:31
> To: <worldnet44@yahoo.com><worldnet44@yahoo.com>
> Subject: Re: Expenses
>
>
>
> Give it consideration and let's have a chat.
>
>
>> On 18 Mar 2015, at 00:11, "erkin.bek@timetechworld.com" <erkin.bek@timetechworld.com> wrote:
>>
>>
>> See below in CAPS
>>
>>
>>

>>> On 17 Mar 2015, at 12:25, "worldnet4f@yahoo.com" <worldnet4f@yahoo.com> wrote:
>>>
>>> Let's have a fast serious look at how much cash we are burning every day. A simple example can be income versus overheads. Seems we have almost always be spending more than we are earning. Shouldn't we right now finalise this review ? We need GC and Victoria to do this asap. All they need is current data from carlo right now. ABSOLUTELY, I'D EVEN PREFER THEY DO THIS AND WE NO LONGER MAY REQUIRE STEVE TO BE CFO BECAUSE ITS NOT COMPLICATED WORK. I WAS ON A CALL WITH CARLO AND THIS IS STRAIGHT STUFF, I GOT A SIMPLE BREAKDOWN OVER 15 min re balance sheet and various items. I still think we have too many people at the top with high packages .. Literally a list of what people do and who is absolutely essential and who is not. Its possible a single person In some cases can do the job of 2 or 3 even. Also maybe we are even ahead of ourselves now with all our financial people ( steve chris and maybe jerome ? ). Probably one person can do this and with some assistance from us by letting victoria and gc assist where they can .. I think we need to take a hard look at all this. We should set aside any personal issues even with legacy people and just look at what everyone does vs what they earn and the importance of people at the high pay package levels. In some cases we may have to cut salaries and base the idea that people can earn more on the basis of real and actual profits and losses. WE DEFINITELY NEED TO REVISE COMPENSATION PACKAGES. I see now we will spend the extra 2million or more on new people to help solve and finish salalah ( does this mean some of now these new people will be doing the jobs of some other's we have in salalah ? Just want to understand that .. I don't think chuck ever got a download from David Pilling even, who it seemed was the most professional person at Salalah. I saw a report he did that was not so bad even though he recommended we were lacking a couple of people. Anyway that's another matter and irrelevant now perhaps .. SALALAH PROJECT MANAGEMENT IS ONE THING AND I'M CLOSELY OVERSEEING THAT WE MAKE THE RIGHT STEPS PLUS THERE IS SENSITIVE MATTERS THAT I HAVE BEEN ATTENDING TO IN OMAN THAT HAVE BEEN TOP CRUCIAL. WITHOUT REAL PRESENCE WE WILL GET IT WRONG!! ANOTHER IS STRATEGIC INNER DYNAMICS OF RELATIONSHIPS WITH CLIENTS AND BUILDING ALREADY NOW THE BUSINESS VISION AND STRATEGIC PLAN HOW TO WIN MORE BUSINESS AND FOR THAT NOBODY HAS A CLUE OR EVEN CARES, MY REACHING OUT FALLS ON DEAF EARS RE NEED FOR LEADERSHIP AND VISIONARY. I GOT SOME PRETTY GOOD IDEAS AND I ALMOST FEEL JUST TO DO IT MYSELF AND MAYBE EVEN START A NEW BUSINESS DEDICATED TO OMAN SEPARATELY BECAUSE EVERYONE IS A NICE ADVISER BUT NO REAL PRESENCE AND DECISION POWER. Bottom line is we MUST run the business at a profit as it will make even more difficult to find loans and or potential buyer's or investors ( if they see the company spends more than it earns on basic operations it will make us look really bad and of course who would want to invest or even loan into that ? WE HAVE BEEN TELLING YOU THAT NOBODY WILL BUY A LOSING BUSINESS. ITS A WASTE OF TIME. I WAS WONDERING FOR US TO CONSIDER AND DECIDE FOR SOMEONE BETWEEN YOU AND I TO TAKE ULTIMATE POWER SO WE CAN CUT OUT INEFFICIENCIES OF TOO MANY COOKS AND JUST HAVE ONE DECIDER OF EVERYTHING, A CONTROLLING HOLDER , in this might be relevant for one partner to take out all his equity and lower stake to 25pct for instance and for the other controlling stakeholder to manage the company BECAUSE WE NEED SOME SERIOUS NO JOKING LEADERSHIP. I will be in Paris from march 25th for 4 days btw WILL SOON DEPART MUSCAT, I HOLD THE SHIP FOR NOW BETWEEN ALL THE KEY PLAYERS , STAFF, VARIOUS STAKEHOLDERS BUT WONT DO IT FOR TOO LONG. Ready to chat anytime meanwhile. ME TOO Let's push again for the overhead's and financial review of all cost and expenses and bring things down to what we can afford on people and overheads. Let's review literally everyone .. I'm sure we will find loads of expenses we pay every day and every month that are not essential. In the good days everyone did very well indeed but things have changed and we need run based on true figures of income. CORRECT, WE ARE NOW AT CROSSROADS OF TOTAL REVIEW AND EVERYONE TO INCLUDE PARTNERS AND THEIR COMMITMENT TO BUSINESS AND TO CLEARLY DEFINE OBJECTIVES. PS. Did we get any further information on National Fuels ? (( And also who owns them ?
>>> Sent from my BlackBerry® wireless device

USPROD-03182626

USA-449767