

**Government Exhibit**
25-4

| | |
|---|---|
| **From:** | d <globalspec1@yahoo.com> on behalf of d <globalspec1@yahoo.com> |
| **To:** | Erkin Bek |
| **Sent:** | 7/26/2016 1:00:20 PM |
| **Subject:** | Re: if can be sold at all / sale's issues |

==But we need to be aligned and aligned with reality. It's very difficult to sell some of this. I have an idea what I'd accept. So at some point we need to agree figures. Not sure even jerome knows what people will pay due to uncertainties and AF 's contract issues and limitations and uncertainties.     Anyway that's why we need to figure out what number works for you and what number works for us.. otherwise we'll get no where.==   One things almost certain though is the greatest value we'll ever get may well be connected to an earn out.   Also if for example someone offered 140 as you said jerome thinks it's worth would you accept?

Sent from my BlackBerry 10 smartphone.

**From:** Erkin Bek
**Sent:** Tuesday, July 26, 2016 13:30
**To:** d
**Subject:** Re: if can be sold at all / sale's issues

i have no idea as i haven't performed or analysed it

i'll ask jerome to help, personally i've no idea


On 26 Jul 2016, at 00:41, d <globalspec1@yahoo.com> wrote:

Agree. Am aware of what's going on with volumes and how to improve and move into spec etc and of course one primary idea to sell is not to have the issues of management. This is why tricky in most cases with all potential buyers. I think gunvor will also fall into that category ( without help advice and assistance). Comes down to value. Do you have any clear ideas on value?   Would be crucial to know your thoughts on that.    Any idea?

Sent from my BlackBerry 10 smartphone.

**From:** Erkin Bek
**Sent:** Monday, July 25, 2016 21:37
**To:** d
**Subject:** Re: if can be sold at all / sale's issues


I'd sell if we can get decent return but not cheaply.

Afgh this year was mostly 2.5 m gallons and just last month 3m after some quite intelligent diplomacy, been following this quite closely and will need to jump in shortly to analyse how negotiate new pricing for f34 fuel that they now want instead of ts1, which makes difficult to asses the pricing certainty going forward. 2.5 m gallons is probably a more accurate long term figure, also I would rather if we sell not continue to be responsible for managing all the regional affairs plus even pricing. Maybe Gunvor is a better buyer and perhaps we should ask Jerome to jump in and approach T. Cause WFS will make it very difficult since there is no assurance with

anything plus they DONT give any asset value for afghan

On 25 Jul 2016, at 22:25, d <globalspec1@yahoo.com> wrote:

E. I guess what I'm saying is ( not sure I said it correctly) we need an allied idea and numbers that we can live with. Think about it and what you feel real.   Hope all great wherever you find yourself today. I'd think as the biz is 120 salalah works. AF trickier

Sent from my BlackBerry 10 smartphone.

**From:** Erkin Bek
**Sent:** Monday, July 25, 2016 18:36
**To:** globalspec1@yahoo.com
**Subject:** Re: if can be sold at all / sale's issues

A lot of obvious things these are, if you just thought this through from the start very simply, pure common sense but you always insisted otherwise: High payout upfront, no earn outs well north of 300 etc

I'd say you are just having someone doing a simple analysis, nothing more.

May I suggest you complete this obvious thinking through to the end and then arrive yourself with a conviction and figure that makes sense: it's only that, nothing more !!!

On 25 Jul 2016, at 16:55, "globalspec1@yahoo.com" <globalspec1@yahoo.com> wrote:

one primary issue anyone will have as a potential buyer in AF but less so in Salalah...   no one will really pay up front and in advance for more than we have a contract for.  Thus the reason most suitors will only consider earn outs, based on extensions and so on.  Naturally we would insist in this case of being on their management committee and on all approval processes for new contracts and even how the business is being run.   It will not be easy to sell AF with any huge figure up front.  Salalah is a different animal and can be valued differently.    However we only know one entity now that would want both AF and Salalah and in effect buy the whole company.  Again however the value for Salalah is harder to get ( in my opinion )...

Salalah can attract many potential buyers.   I know of a mid east sovereign wealth fund for example and another middle eastern entity.   BP and Shell despite what some may think will also find this interesting.  It will require though some company with enough vision to realise this is a long term us govt biz and even if in the future contracts are not renewed will know what to do with the terminal.  Worst case its used maybe as strategic storage or storage for companies playing the market and need to park product.

AF is trickier.   legally we have one 2 and half years and yes their is an extension period and yes in the future no doubt there will be new solicitations for bagram.  However none of this guaranteed and anything can happen in AF and that is what many may conclude.   ~We also need to check re minimum guarantees volumes.  I always thought we had a guarantee of 3m gallons, but now I'm not so sure we have any minimum guarantee for AF .. This makes even more difficult.   Without earn outs it

USPROD-03177497
USA-431338

will not be easy or even possible.   There is very simple safe and basic mechanism for earn outs and value.  It will be based on the percentage of gross income before expenses ( cost of goods, cost of all freight etc and then the sale price ) At the moment our gross margins are very healthy, but who knows or can guarantee what may happen in the future.  We of course would need to be involved to make sure gross margins are strong.   Or we simply calculate a per ton charge.

As you can see and imagine this is not so easy.

The biggest question of all is how motivated are we to sell sand try seriously to do a deal and to come to an understanding and conclusion of what figures are workable and acceptable to us.   We can also just continue to operate.   Salalah actually kicks off a pretty decent return and especially after we get the ING loan ,   Its easy to calculate what the cash invested at that point earns as a base case.   AF is also at the moment quite OK ... So the question remains:   How serious are we to sell ?   From this side I think yes and their is a preference by the Trust to sell and enter into other things and expand on some that exist already, but if course only if the numbers make sense.  I just dont know without an earn out anyone who will buy at the figures we may accept.   Even if Gunvor bought at 150, would we sell ?   considering I think Salalah is got to be worth 120 ..   AF may be back where it can earn good returns, but one never knows etc ...  is it worth 30 or 50 or 80 ? ....  seems to me in 2 and half years it may "" earn "" 60, so ? can also be less ( even 35 ) but can also be as much as 90 ....    and then with extensions who know's ...

what do you want to do or try to do ?

USPROD-03177498
USA-431338