| Audit Trail [EDT] | Username | Event | Comment |
|---|---|---|---|
| Jun 12 2018 12:00:09PM | Global Relay Archive | Imported | Message #889248: Received from Mail Server |

**Government Exhibit 25-5**

**Subject:** Re: JCCS Registration
**From:** DE Ledain <de@ledain.ch>
**Date:** 2 years ago  Tue, 12 Jun 2018 11:59:08 -0400
**To:** "francis. rojas@rpartners. co. uk" <francis.rojas@rpartners.co.uk>, E <e@erkin.tel>
**Cc:** Graham Collett <graham@gacollett.com>, James Robar Mina Group <james.robar@minapetroleum....

Hi. Yes for DLD no problem. Land line ok ? If so +34 971197585. If cell ( rarely uses one ) +447789424484. She's so " not involved " not sure what she say if she got a call ( always goes to voicemail anyway usually ). I'll advise and inform her as well. Thanks

Sent from my BlackBerry — the most secure mobile device

**From:** francis.rojas@rpartners.co.uk
**Sent:** 12 June 2018 4:46 pm
**To:** de@ledain.ch; e@erkin.tel
**Cc:** graham@gacollett.com; james.robar@minapetroleum.com
**Subject:** FW: JCCS Registration

Hello

Would you be able to share your respective cell numbers (ie, Erkin and Delphine) – please see below. We pushed as much as we could, and DLAE agreed to forego items such as 'son of' (yes, they wanted the names of your parents), and other odd requirements (number of shares, ownership start date, etc). We've been registered in JCCS for a long time, a requirement for bidding (in addition to being registered in SAM), but DLAE reached out to ask us to fill in some of the blanks. Btw, I do not know if they will try calling the numbers, but better be ready in case someone does call.

Also, please note that the email below is from Steve who's a great addition in Dubai – I believe Erkin met him already.

Best regards

Francis


**From:** Stephen Walker Mina Group [mailto:stephen.walker@minapetroleum.com]
**Sent:** Thursday, June 07, 2018 8:43 PM
**To:** Francis Rojas Mina Group
**Cc:** James Robar Mina Group
**Subject:** JCCS Registration

Francis,

As you know, we have been working with DLA Energy Contracting over the past month to update our registration of Mina Petroleum FZE on the Joint Contingency Contracting System (JCCS) website and I am contacting you because we need one final piece of information from the owners to complete the registration.

You are familiar with the one area of the website that requires us to upload owner information including name, passport, and contact details. We initially provided only an office

number for the owners; however, DLA Energy is unable to complete the registration with JCCS until we provide a cell phone contact number for our owners. We have provided this information already for the key employees listed on the website including Jim, Erik, Nikolai, Doug, and me.

We already have a copy of their passports available. Can you please get us a cell phone number or authorization the use the owners current number in order to complete the JCCS registration.

Thanks,

R/Steve

Steve Walker
**MINA GROUP**
Office 407, Bldg. 1, East Wing
P.O Box 54616
DAFZ, Dubai, U.A.E.
P: +971 4 299 1395
F: +971 4 299 1396
M: +971 54 449 5853
E: stephen.walker@minapetroleum.com
www.minagroup.com

Confidential - FOIA Exempt
Produced Pursuant to Fed. R. Crim. P. 6(e)

MINA-0000615

USPROD-02614251