

**From:** de@ledain.ch
**To:** Dooner new mail <dooner@sssl.ae>
**Sent:** 6/18/2015 10:20:53 AM
**Subject:** Re: Isotropic

==Board seat is you for sure. I'm not really involved at all of course .. Shareholder will be an entity etc and end up in an easy kyc trust etc. Don't want any usa connection in this of course.== Also maybe you take a formal role as also a non exec director or even an employee with a title and even a salary at some point. Company can hdq on conduit street too btw
Sent from my BlackBerry® wireless device

---

**From:** Robert Dooner
**Date:** Thu, 18 Jun 2015 12:08:03 +0200
**To:**
**Subject:** Re: Isotropic

Ok good. I'm just going through the draft of the shareholder's agreement now. We will definitely have a board seat (me or you) and I'll be discussing with our lawyer (Jeremy) later on these specifics.


On 18 June 2015 at 12:02:40, de@ledain.ch (de@ledain.ch) wrote:

Bob. Ok let's do this. I agree. Just get the best deal you can and also make sure we've all the rights we need to do round's a b and even c .. I say this as we need to be able and have the right to do the further investments too. Who knows maybe we put our own syndicate together later etc .. As for last night I just needed to ask all those questions and of course its just the way my crazy brain works sometimes. Helps me to come to decisions .. Let's talk the punt/plunge and one key is we are also on any management committee and board of course.
Sent from my BlackBerry® wireless device