| | |
|---|---|
| **From:** | d <globalspec1@yahoo.com> on behalf of d <globalspec1@yahoo.com> |
| **To:** | Erkin Bek |
| **Sent:** | 2/29/2016 6:14:20 PM |
| **Subject:** | Re: Hola |



**Government Exhibit**

25-6

Let's do it for sure 100 pct or whatever we can spare. You know finance people they LOVE to just use cash. For sure we should do it asap. Tks

Sent from my BlackBerry 10 smartphone.

**From:** Erkin Bek
**Sent:** Monday, February 29, 2016 18:41
**To:** d
**Subject:** Re: Hola

Jerome earlier proposed 10 m each way when we were all together. We can do this actually if you want, I don't mind at all.

On 29 Feb 2016, at 18:16, d <globalspec1@yahoo.com> wrote:

E.   I like jerome or whomever to issue dividends. 2m each side. All they need to do is use credit lines and not be so lazy and quite using cash like this... you ok with this. Cheers
Sent from my BlackBerry 10 smartphone.