

**Government Exhibit**

25-7

**From:** Raoul <worldnet44@yahoo.com> on behalf of Raoul <worldnet44@yahoo.com>
**To:** Graham Collett
**Sent:** 2/19/2016 10:34:51 AM
**Subject:** Re: Various

We should not use sssl for all these payments anymore. We need a better entity and structure. Every time sssl makes a payment there are now always lots and loads of questions from the banks receiving the money. Another question for you and remco to figure out.   I also still do not have an answer re monies since last summer until now for ajax. Should total 1050000.   If it's less I will go crazy as these were the amounts I sent and approved. I need to now know all the amounts the bank rejected and if there was an explanation at all.   Thanks as I just am tired of unnecessary problems that should drag on and then cause other issues etc. Thanks and please send asap the answers to the above

Sent from my BlackBerry 10 smartphone.

**From:** Graham Collett
**Sent:** Wednesday, February 17, 2016 12:08
**To:** 'Raoul'
**Subject:** Various

All understood re: Mexico financing (had a call with SB yesterday, so I am up to date on this). SB is preparing outline cash flow requirements.   Also had calls with Francis and Jerome yesterday regarding various issues (including Salalah loan).  I specifically asked him about the loan and distributable profits from available cash (which you may recall we discussed in Geneva).

Position discussed in Geneva was basically as follows:

| | |
|---|---|
| Total cash | 48 |
| Loan from ING | 47 |
| Total | 95 |
| Less: Petra requirement | (28) |
| Less: Salalah final costs | (11) |
| Available | 56 |
| Distributions – say | (30)   - i.e. 15 each shareholder |
| Available for working capital | 26   - this assumes NO utilisation of bank facilities |

Jerome thinks that these figures are still basically correct, so distributions could be made without utilising bank facilities, but we need to bear in mind liability for fuel escalator and cost over-runs and delays re: Salalah.

On the question of banks, we have Andrew, CBH and now Safra.  If DB is out of the picture, we need another bank fast.  I has discussed this with Remco and, as I mentioned before, why don't we try ABN or one of the other banks where we clearly have relationships?  In all cases of the banks that we now deal with, there is no issue with BVI trusts.

I have at last got the details that I was waiting for from tax lawyers and am working through these today – quite a few details points, but all can be clarified and agreed, I am sure. I want to concentrate on this today and finalise…..

**From:** Raoul [mailto:worldnet44@yahoo.com]
**Sent:** 17 February 2016 10:49
**To:** Graham Collett
**Subject:** Re: Goran

Thanks again.   Also re Mexico we can discuss but we really do need in place 23 or 24 million.    10 first in cash, 5

million to be paid over time to a Dutch dredging company ( we can ask remeo to help as we can get some terms probably) and the balance 8 or 9 million in the form on either an irrevocable bank guarantee or and LC or just as cash. NONE of the money can be spent without us and