| Year | Mina/Red Star Dividends | Mina/Red Star Interest | Mina/Red Star Buyout | Ifone-Neda Dividends | Total Income |
|---|---|---|---|---|---|
| 2006 | $ 6,492,606 | | | | $ 6,492,606 |
| 2007 | $ 16,100,000 | | | | $ 16,100,000 |
| 2008 | $ 27,950,000 | | | | $ 27,950,000 |
| 2009 | $ 40,700,000 | | | | $ 40,700,000 |
| 2010 | $ 13,250,000 | | | | $ 13,250,000 |
| 2011 | $ 15,053,750 | $ 595,838 | | | $ 15,649,588 |
| 2012 | $ 49,922,469 | $ 543,671 | | $ 138,750 | $ 50,604,890 |
| 2013 | $ 17,789,655 | | | $ 175,000 | $ 17,964,655 |
| 2014 | $ 47,957,718 | | | $ 57,500 | $ 48,015,218 |
| 2015 | $ 16,260,693 | | | $ 227,536 | $ 16,488,229 |
| 2016 | $ 22,606,898 | | | | $ 22,606,898 |
| 2017 | $ 17,000,000 | | | $ 207,399 | $ 17,207,399 |
| 2018 | $ 14,600,000 | | | $ 253,889 | $ 14,853,889 |
| 2019 | $ 13,895,759 | | | $ 282,673 | $ 14,178,432 |
| 2020 | | | $ 40,950,000 | $ 217,192 | $ 41,167,192 |
| **Total** | **$ 319,579,548** | **$ 1,139,509** | **$ 40,950,000** | **$ 1,559,939** | **$ 363,228,996** |

| Year | Taxable income | Unreported income | Additional tax due and owing |
|---|---|---|---|
| 2006 | $ 6,492,606 | $ 6,486,356 | $ 2,256,850 |
| 2007 | $ 16,100,000 | $ 15,638,938 | $ 5,448,858 |
| 2008 | $ 27,950,000 | $ 27,189,267 | $ 9,482,773 |
| 2009 | $ 40,700,000 | $ 40,054,078 | $ 13,987,971 |
| 2010 | $ 13,250,000 | $ 12,572,373 | $ 4,368,514 |
| 2011 | $ 15,649,588 | $ 15,079,324 | $ 5,250,997 |
| 2012 | $ 50,604,890 | $ 49,857,804 | $ 17,418,317 |
| 2013 | $ 17,964,655 | $ 17,229,337 | $ 7,461,346 |
| 2014 | $ 48,015,218 | $ 47,419,371 | $ 20,563,064 |
| 2015 | $ 16,488,229 | $ 15,815,266 | $ 6,825,130 |
| 2016 | $ 22,606,898 | $ 21,928,667 | $ 9,478,248 |
| 2017 | $ 17,207,399 | $ 16,576,151 | $ 7,151,248 |
| 2018 | $ 14,853,889 | $ 14,125,172 | $ 5,717,201 |
| 2019 | $ 14,178,432 | $ 13,576,160 | $ 5,490,789 |
| 2020 | $ 41,167,192 | $ 40,711,684 | $ 8,093,932 |
| Total | $ 363,228,996 | $ 353,748,667 | $ 128,995,238 |