# Re: Hola

**Government Exhibit 25-10**

**From:** DE <de@ledain.ch>
**To:** Erkin Bek <e@erkin.tel>
**Date:** Mon, 27 Jul 2020 11:04:29 +0100

for sure let's find the quickest route and can discuss numbers and how to make it work which is best for the company and all of us .. i have had gc go over figures and and think have a clear idea on value's /    i'll come back and suggest a time to talk a bit later..   let's solve this and act and act fast as you say

*27 July 2020 11:25 Erkin Bek <e@erkin.tel> wrote:*

> hi
>
> only if we act and act fast. the train is leaving, man, and it will be too late. it's 2020.
>
>> On 27 Jul 2020, at 11:19, DE Ledain <de@ledain.ch> wrote:
>>
>> Hi Erkin.   Shall we speak ? The buy sell idea we should discuss.  Seems best path forward and can pave the way quickly for novation and banks ..   Ok ?    Meanwhile hope all good wherever you may be ! Best
>>
>> Sent from my BlackBerry — the most secure mobile device