# RE: Sale

| | |
|---|---|
| **From:** | graham@gacollett.com |
| **To:** | DE Ledain <de@ledain.ch> |
| **Date:** | Fri, 07 Aug 2020 13:21:01 +0100 |

It seems that we are broadly in line to a deal.... I don't think we need to really update our workings based on the potential final deal, but lets recap where we are at.

-----Original Message-----
From: DE Ledain <de@ledain.ch>
Sent: 07 August 2020 13:01
To: graham@gacollett.com
Subject: Fw: Sale

Did you see this

Sent from my BlackBerry — the most secure mobile device

  Original Message

From: e@erkin.tel
Sent: 7 August 2020 12:11
To: de@ledain.ch
Subject: Re: Sale

It was sent just to you for now. I put him his name but omitted his address, anyway it's for you all to review.

> On 7 Aug 2020, at 13:07, Erkin Bek <e@erkin.tel> wrote:
>
> Hi D and Graham,
>
>
> On asset and equity figures, had a chance to speak with Nikolai and we are fairly aligned.
>
>
> Here is my take on it.
>
> 1. Red Star.
>
> - agree to pay $34.95 in cash as 50pct of the book value, plus $6 million for Afghan assets.
>
> - The $6m payment to be deferred throughout the contract duration, ie. in equal quarterly payments until the end of 2021. Previously I offered to stretch it out until the end of their lifetime of 2023 but am prepared to fasttrack it for duration of the contract.
>
> - Earnout: Agree to 40pct for the 3rd quarter and then 21-22 pct thereafter until end of 2023. It's just getting worse and worse and I take risks on recovery of assets plus the value of inventories in country considering our deliveries are interrupted as we speak and truck losses are rising. Investigations, litigations are underway over there, it's a huge pain and very risky.
>
> 2. Petra. Agreed as you propose. I guess you believe it has some upside in recovering more value than its current value and we can wait and see. Agreed to share whatever the upside will be.
>
> 3. Agreed on Mina Petroleum in principle. I think we'll need to fine-tune the section on liquidation within 1 year of contract expiry. I think we are aligned in principle to deal with it as it as reasonably as possible. I am not certain about $20m but we can add it as an option. I will need some time to work on that asset to assess its potential, and ideally I would like to come up with some options to buy it out and pay cash for it at some point.
>
> The way your tentative offer is written is probably the best way, i.e. we make the buy sell deal outright for all companies, but the purchase prices for the unwinded portions/assets will be determined based on how it plays out, according to Petra and MP actualities. This way we can make a deal that is valid as of June 30 already now.
>
>
>

\>
\>
\>\> On 6 Aug 2020, at 14:20, DE <de@ledain.ch> wrote:
\>\>
\>\> Erkin   sorry took a while /   see basic idea / also when it comes to money or when and all that can of course be flexible and most important thing until banking and changes made that there are aways adequate funds to run the biz etc , so am sure we can work what's sensible /   tks /   sending what basically G can send to you, but figured i would and then we can aways discuss ..
\>\> <Original message.eml>
\>

USPROD-01883860
DOC-0000993903_0001