

**From:** DE <de@ledain.ch>
**To:** Robert Dooner <dooner@sssl.ae>
**Sent:** 10/19/2020 1:26:41 PM
**Subject:** Re: Press Release circulating this week.

Yes    Just so you see how we are doing at Atlantic in general ..   Sold some comic's for TV series a couple weeks back .. and of course music etc .. looking  pretty good ...  Did i tell you we sold mina ..   good deal for us .. I am not really advertising it or telling people in general but thought you'd like to know ..  we split out all cash and equity and have 3 years earn out ( actually close to 4 years ) .. and who know's what happens in the future anyway ... and we still own half of oman and gave an option for 18 months to buy also at a decent price.  Otherwise whenever we sell we split etc ...  We also found a Buyer for Petra so that's good too..

*19 October 2020 13:30 Robert Dooner wrote:*

Sure was for me?

---

**From:** DE
**Reply to:**
**Date:** Monday, 19 October 2020 at 12:28
**To:** Robert Dooner
**Subject:** Fw: Press Release circulating this week.

Hola    You might find this interesting /  Things moving along ..