Government Exhibit 25-14

**From:** ehrtom@yahoo.com
**To:** Doug <globalspec1@yahoo.com>
**Sent:** 10/16/2012 10:38:52 AM
**Subject:** Re: What do they do ?

Ha, trust me, I don't talk to J about anything more than necessary. And didn't mean to compare me to you, or question your life, I certainly know you are self-made and I respect it 110%. And of course we are economy people too, I honed those skills logging almost one mill miles for Uncle Sam, was just trying to figure out if there was some deal I could swing not to be in econ for this wedding using miles or some other trick.

About the flat, again sorry for confusion. Maybe anyway J moving to Belgrade makes sense, we should be tightening up and saving any way we can (part of that "50-year review") during this time. But I can speak to Graham if you agree about it.

About the fest, I certainly would have done things differently. I should not just have assumed we had "our festival guy" in there being professional, fiscally-responsible, strategic, well-thought out incremental growth plan, etc. I would have been in on every major decision and made sure he and all players were properly focused on specific areas. I would not have simply accepted his stories about controls etc in place. Overall, I would have taken much more of a decision-making/control position over him and everyone.

But yes, prob too much for me realistically to do that plus MTV full time, especially as we were deep into re-structuring everything there, dealing with new people, etc. I've been putting a lot more time and effort into getting all that sorted plus try to find some investment....and just trusted too much in Paxton and his skills as a festival guy and thought I could focus elsewhere. Also, it was ridiculous of me to think he had things in control commuting from NZ, I just wish he had been more open with us, told us more about what was actually happening, etc.

Otherwise, no, don't regret it (but of course for the unfair and unexpected financial and etc. stress on you, and I think we can turn it around. I do think the Croatian guys can be solid colleagues in less-decision-making roles. And I will get Pax focused on specific areas and reporting to me or our guy.

Btw, Rob says he did talk to a Charlie, and he's interested etc. So we can catch up with him on the weekend when he is here.

I do think we still need some help on the fest. We should put one of our guys in as a company director (not Pax, but someone who Pax reports to), along with a Croatian director/front man (Tomo. For example). I will make a suggestion maybe later today.

Thanks again.
-----Original Message-----
From: globalspec1@yahoo.com
Date: Tue, 16 Oct 2012 10:14:26
To: Thomas Ehrmail<ehrtom@yahoo.com>
Reply-To: globalspec1@yahoo.com
Subject: Re: What do they do ?

So how are you feeling. Are you still glad we got into this festival gig, or in hindsight, better to not have considering the new added time and pressure involved ..... PS. Talking to Graham re the flat .. Told him to work it into a bonuses thing somehow .. Btw. I wrote you a rather long email last night but didn't send it .. You got a few things wrong. I and delphine were flying economy before and after we got married and even long hauls with kids to LA after they came .. When we met she had really no choice but to live with me in c asia and we only travelled once every 3 months or so. She had some cash so covered a lot of the wedding and her dad helped a bit. I basically did not spend money and what I did have went to texas and saved what was left to use for business. ( Which paid off luckily enough ) ... So the comparison to being 25 or 30 or whatever doesn't work. As you say, in your younger

USPROD-03231962
USA-599408

life you were far more settled and better paid than I was, and at mid range ( 90 ) you are actually about where I was ( not quite, as I was just begging some good traction, but spent nothing ) I just didn't travel or spend money and saved almost all I earned for several years ( my expenses were paid in c asia, so no rent .. ). Anyway let's not get into all this .. Chick's can be expensive and of course europe is crazy expensive. Lucky me I guess because I lived where beer was a dollar and food cheap. Anyway we are completely different people and do things in our own ways. Maybe you should take less salary ( keeps you below the tax threshold ) and the rest can be paid to J somehow . That may help somewhat .. Anyway, if you want the flat take it and I'll ask graham to figure it out .. PS. Don't go talking and going into all kinds of details with people or even J too much. A man is wise to deal with his finances in his own way with talking to women. Delphine really never had a clue abt what I earned or didn't and even sometimes what I did. I always felt it better that way. But then that just my way .. She just has to abide .. Again bummer all this and sorry it even ever came up. Adieu. Giants looking better and the Tiger's kicking some butt. So we shall see !!
Sent from my BlackBerry® wireless device

-----Original Message-----
From: Thomas Ehr <ehrtom@yahoo.com>
Date: Tue, 16 Oct 2012 10:52:28
To: <globalspec1@yahoo.com>
Subject: Re: What do they do ?

Sorry, production creditor enacted a promissory note he held with festival and took money directly out of account (few thousand euros), not "bankruptcy" (Croatian language confusion). unpaid security guys are the ones grumbling this am, others have gotten bill collector types going, but no one "bankruptcy proceedings." Bojana and I will both be in Zagreb tomorrow and Thursday and handle everyone.


On Oct 16, 2012, at 10:38 AM, globalspec1@yahoo.com wrote:

> Its ok. Just curious what they did for the festival. Assume they must have been the best for price and quality ( at least as needed for a festival like this ) ...
> Sent from my BlackBerry® wireless device
>
> -----Original Message-----
> From: Thomas Ehr <ehrtom@yahoo.com>
> Date: Tue, 16 Oct 2012 10:34:48
> To: <globalspec1@yahoo.com>
> Subject: Re: What do they do ?
>
> I am getting name and contact info now
>
> On Oct 16, 2012, at 10:29 AM, globalspec1@yahoo.com wrote:
>
>>
>> Sent from my BlackBerry® wireless device
>