**From:** Robert Dooner <dooner@sssl.ae>
**To:** D <de@ledain.ch>
**Sent:** 8/31/2012 6:35:00 PM
**Subject:** Re: Dubai-20120831-00159.jpg

Government Exhibit 25-15

Haha. Will do.
-----Original Message-----
From: de@ledain.ch
Date: Fri, 31 Aug 2012 18:33:59
To: Dooner new mail<dooner@sssl.ae>
Reply-To: de@ledain.ch
Subject: Re: Dubai-20120831-00159.jpg

Or as for the bantering of names maybe tell them you think new owner is called P███ ....
Sent from my BlackBerry® wireless device

-----Original Message-----
From: "Robert Dooner" <dooner@sssl.ae>
Date: Fri, 31 Aug 2012 18:22:46
To: D<de@ledain.ch>
Reply-To: dooner@sssl.ae
Subject: Re: Dubai-20120831-00159.jpg

And of course I would banter any names. No worries there.
-----Original Message-----
From: de@ledain.ch
Date: Fri, 31 Aug 2012 18:17:50
To: Dooner new mail<dooner@sssl.ae>
Reply-To: de@ledain.ch
Subject: Re: Dubai-20120831-00159.jpg

Well it will be interesting to see how it is nowadays !!!!! Also better not to bandy my name around. Refer to Mikhail as the founder, owner operator etc etc. I think best to keep my name quiet. Also Chuck used to be the guy Richard reported to, but he's been gone a couple of years now. In the old days it was open to even the guys from the base and all the canadian miner's. So they kept the cash flowing etc, but not sure now. I think base guys can't go to town and the miner's ? There are now also a lot of new joints etc. However it would be so easy to reinvent the place and put iot back on the map !!!! Also the ladies that run the house are super and tell them hi and we'll send them pictures of the kids etc and china rivi and joe too. I would also like to give them all a raise and a bonus' because since we've been gone not sure how much they've really been looked after. Hope chuck gave them raises etc since then. If not they are working for way too little money.
Sent from my BlackBerry® wireless device

-----Original Message-----
From: "Robert Dooner" <dooner@sssl.ae>
Date: Fri, 31 Aug 2012 18:10:58
To: D<de@ledain.ch>
Reply-To: dooner@sssl.ae
Subject: Re: Dubai-20120831-00159.jpg

Haha. Good, I will check it out

-----Original Message-----
From: de@ledain.ch
Date: Fri, 31 Aug 2012 18:10:05
To: Dooner new mail<dooner@sssl.ae>
Reply-To: de@ledain.ch
Subject: Re: Dubai-20120831-00159.jpg

Great. You'll have fun there. It used to be a blast, really. Great booze quality, cocktails, beer, steaks ( back then. Usda prime ( right off of the back trunk of the guy's supplying the embassy and later the base etc ....
Sent from my BlackBerry® wireless device

USPROD-02914298
USA-1273806

```
-----Original Message-----
From: "Robert Dooner" <dooner@sssl.ae>
Date: Fri, 31 Aug 2012 18:07:36
To: D<de@ledain.ch>
Reply-To: dooner@sssl.ae
Subject: Re: Dubai-20120831-00159.jpg
```

Ok. I'll go tomorrow night and send you an opinion or two.
```
-----Original Message-----
From: de@ledain.ch
Date: Fri, 31 Aug 2012 18:04:17
To: Dooner new mail<dooner@sssl.ae>
Reply-To: de@ledain.ch
Subject: Re: Dubai-20120831-00159.jpg
```

Would love to if there we people with some money. That's always the trick there ... A nice Bistro, lounge thing and maybe dinner show's in the back room and then dancing. Noise can be an issue and of course drunk kyrgyz always is an issue ... Needs the right partner to run it AND deal with the tax people and possible local hoods. We use to have good relations but people change and its trcky to say the least. The Richard is pretty well wired and maybe we reinvigorate the place. He says he has some ideas. We would need to spend 100k to get there. Which I am not opposed to, if its the right idea. Or just do a huge Micky D's
...
Sent from my BlackBerry® wireless device

```
-----Original Message-----
From: "Robert Dooner" <dooner@sssl.ae>
Date: Fri, 31 Aug 2012 17:57:54
To: D<de@ledain.ch>
Reply-To: dooner@sssl.ae
Subject: Re: Dubai-20120831-00159.jpg
```

Maybe do something like a mini Lio with the place.
```
-----Original Message-----
From: de@ledain.ch
Date: Fri, 31 Aug 2012 17:49:53
To: Dooner new mail<dooner@sssl.ae>
Reply-To: de@ledain.ch
Subject: Re: Dubai-20120831-00159.jpg
```

Btw. Enjoy Bishkek. What a blast from the past that will be. Quite a few changes in some ways but maybe not that much really in another way !!! The pub will be a bit tatty after 10 years, but who knows. Maybe they've kept it clean and refreshed the furnitire and tables ( or maybe not ). We'll talk about. Some guy wants to buy our shares, but for 550 or so, and frankly I love the building, so maybe a new idea is to just rent the place for X and that's it ( don't tell richard that though ). Or turn it into a big cool shop + bar + fashion shows in the bag room and throw parties for x at the door. Or close it and totally remodel and reinvent the place ... Or find a new working partner who's got a great idea and a willingness to run and operate ( and not steal too much ).
```
------Original Message------
From: Dooner new mail
To: D
ReplyTo: Dooner new mail
Subject: Re: Dubai-20120831-00159.jpg
Sent: 31 Aug 2012 7:40 PM
```

They do have a duty free, so thinking about buying a bottle of gin and putting a straw into it
```
------Original Message------
From: D
To: Robert Dooner
ReplyTo: D
Subject: Re: Dubai-20120831-00159.jpg
Sent: Aug 31, 2012 21:34
```

I knew that. Was just rubbing it in a little. Enjoy your tea and shisha if they have it
....
```
------Original Message------
```

USPROD-02914299
USA-1273806

```
From: Dooner new mail
To: D
ReplyTo: Dooner new mail
Subject: Re: Dubai-20120831-00159.jpg
Sent: 31 Aug 2012 7:30 PM
```

No bar here!!

------Original Message------
```
From: D
To: Robert Dooner
ReplyTo: D
Subject: Re: Dubai-20120831-00159.jpg
Sent: Aug 31, 2012 21:29
```

Now that's a GREAT shot !! Must be fun there ( if you were sipping an ice cold cana that is !
Sent from my BlackBerry® wireless device

-----Original Message-----
```
From: "Robert Dooner" <dooner@sssl.ae>
Date: Fri, 31 Aug 2012 17:26:54
To: D<de@ledain.ch>
Reply-To: dooner@sssl.ae
Subject: Dubai-20120831-00159.jpg
```

Sent via bbm but not sure it worked. The row right next to me in terminal 2 - this is where all the "other" flights go from. Same place I depart from for the Kandahar flights. Mosy of these guys are not given a visa to go into the wilds of Dubai.



Sent from my BlackBerry® wireless device



Sent from my BlackBerry® wireless device

USPROD-02914300
USA-1273806