[1/3/19, 22:00:46] DE: Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them.
[1/3/19, 22:00:46] DE: Hi.  Forgot my phone in office.   Should anything earth shattering Heapen write to me on this phone.   De
[1/4/19, 07:36:56] DE: Tom.  Do you this message.  De.  Sent one last night top
[1/4/19, 07:37:45] Tom: Yessir
[1/4/19, 07:39:47] DE: Ah ok.   Sending Tom the driver to office to collect my phone.  It's charging on computer near where your desk is.    Anything happen through the night?
[1/4/19, 08:03:25] Tom: Just handed to him. No nada
[1/4/19, 08:04:06] DE: Did Remco get a mail ?
[1/4/19, 08:05:14] Tom: I don't know hes not in
[1/4/19, 08:06:19] DE: And I guess Federico didn't send you or rp a mail Re confirming the conversation etc.    Ok we wait and see.   Ps.  Can you let me know best office phone number to call.  RKS
[1/4/19, 08:07:29] Tom: We agreed  he would send only to Remco. I don't know what Remco is doing? We ageeed to meet here at 930 and of course he wrote saying after 10.
[1/4/19, 08:07:47] DE: Ok
[1/4/19, 08:07:52] Tom: To be honest…I don't even know office phone number! Will dig up
[1/4/19, 08:08:04] DE: Don't worry
[1/7/19, 19:14:20] DE: tom. its me.   decided this phone better.   other one shows I'm online etc etc and no other phone is just off etc ...   you saw that last one.   tortuously etc etc on "" my deal "" etc etc ...  what a blowhard.   I thought to reposed and let him keep saying stupid things that I assume hold zero weight legally etc etc ...   he called James a few times earlier  today.   James asked why to do ...   I said simply to listen etc and explain to sb better to chill and not do anything thats so unreversible its wise not to do it ... especially if he wants to somehow work ( salary ) and under guidelines get back in and work for the success of what he clearly may earn in the future etc etc .. and if sb says he's suing everyone James to simply say its stupid, non productive and advise him to grow up and get art of solutions not problems as a team player etc ...   anyway hey of all this will come out when we deal with Federico on scope of biz issues and then we shall see ..   weird thing is Tomas even if they were imaging some things will clearly now sign all the scope agreements as he always said he would....   can you imagine ifTomas say Steve's conspiracies etc ... Tomas would literally be amazed at sb and his shenanigans ...  all the more reason to simply be aligned and to show sb where he's got it all wrong         problem is BP and will they want to continue with us ...   if anything sb will be sued and in the end will cut into whatever he may have honestly earned by being part of sirius ....  other problem I don't know if we could ever convince sirius to allow sb back in after he is basically accusing people of being liars and cheats etc ..  (( even though our internal laundry will really never have to come out
[1/7/19, 19:24:09] Tom: The only way any of us should have anything to do with him again is after he undergoes treatment. THIS IS WHO HE IS.  It's not going to change. He's not going to change. He is like this on EVERY PROJECT. You are a kind soul and a bigger man than most, I know you want to give him every chance at redemption, even now, but it will just be the same. He is a ticking time bomb, and now none of the others even wants to be on a board anywhere near him. Like you said he is unwell and until he gets actual help we are all in his sights.
[1/7/19, 19:24:15] DE: I love his lates " fuck you "    basically we need to work v v close with Mexicans at this point.... as it throws all his theories out and how it it HE who's messing with everything and everyone ...  lawsuits or not...   won't even make it to court id hope....   still better to appease him somehow, calm him down snd get back to business....
[1/7/19, 19:25:13] Tom: Yes we need somehow to calm him down
[1/7/19, 19:34:03] DE: as for sirius then we need to handle and put a bod and a deal in place with mex partners ...   did I see where you said no Jerome and Chris not interested anymore or was it just about insurance etc ?   anyway my other phone off especially after his latest ....    question might be if there is anyway  even HIS lawyers or who ever he is dealing with in the future can understand he's ill maybe ?    don't understand the legal stuff and also his rants re going " public " etc etc    we need to even think about all that and all those legal angles ...  to sort of shit him up and long ling before anyone would even file a suit that somehow there is a hearing overall ? ...   meaning IF there is no legal basis for his claims will lawyers handled it ???    probably so if he offers 30 pct of billions / but if they are aware of facts will they even want to spent the time and money on it ESPECIALLY if there is then no choice for a big countersuit etc .....   anyway thats for all the legal brains...   but yes he needs to managed and handled and calmed down ...   Federico quite important now to take the temperature from their side actually.   IF super positive and cooperative great OR will we have now given a reason for Tomas to seek all kinds of legal advise about why we are not good partners and try to go off with BP etc .. but then he would know we would also fight etc .. so am sure he's practical enough not to do this NOR was it their intention.... only the intention of a possible delusional mind /// and of course all the redacted stuff must come out otherwise ((((( but e should never ever ever allow sb to be involved nor even see that >>>>.      bloody bad thing he may ask BP via lawyers for this tomorrow BUT on whose behalf and who:
[1/7/19, 19:34:50] DE: who's right .... his personally ??   don't think so ...    anyway at some point we need to get close to Wanda at least on phone calls ...
[1/7/19, 19:40:08] DE: did we ever get SB's consulting contract GC has for basis of his pay ....   when we do STOP paying him if it gets t his going all legal then he'll know his income is simply going to ay all legal bills he's created etc
[1/7/19, 19:53:13] Tom: He simply invoices from AQ to SSSL for undefined services rendered.
[1/7/19, 19:54:02] DE: without any consulting contract at all ?    anyway don't worry will speak to gc mañana
[1/7/19, 19:54:41] Tom: Gc sent his draft contract which he refused to sign and his December invoice
[1/7/19, 19:55:09] DE: ok thanks    helpful in any case
[1/7/19, 19:55:44] Tom: I'm sure Chris and Jerome will be fine but they are both heads down a little bit. Me and Rp up for anything more or less!
[1/7/19, 20:02:16] DE: I'm off line with sb but just saw what he sent and forwarded    whats bizzaro is that he refers to 23rd  when he claims he and Tomas spoke for 45 minutes ( no idea what as said of course except of sb's version ) where Tomas said he would cut us out of the deal and all of that or whatever ... of course Tomas would deny ( I'm pretty sure `).    so In any case AALL the more reason he's was a one man band and all on his own and acting only only his own decisions etc etc ...   good thing he's mentioning all this now and in his probable decrepit possible drunken state may suggest his bark ( legal suits ) is such that he must understand his misgivings and trying to justify things ( based on hearsay ).  .... anyway.  re Chris and Jerome you mean they want to bail do you think ( fear f SV
[1/7/19, 20:04:19] DE: SB ?   and if so we keep James and maybe stick Remco in there OR BETTER Remco;s big professional pal who's Spanish and a great negotiator and who ran some big infrasttructure things etc etc ... ??  need to see if this chaps available
[1/7/19, 20:06:06] Tom: He just wrote to me that lawsuits are being prepared and I should get ready for the circus. Tomas screamed at him for 90 min he says. I don't know that Chris and Jerome will bail but they are getting nervous I think, prob should speak for themselves. I'm not sure how enticing this will look for new directors frankly, so… fact is we need people who know business and what we prob really need is Jerome with cojones ha. But really what we need tomorrow is directors insurance
[1/7/19, 20:12:28] DE: re Tomas do you think he meant today or back on the 23rd etc ?   My guess if Jerome up for it .. who knows though...   meanwhile if they want to split we need to real tough ( and smart ) guys ....   how about that chap called `Vito ' ... no really lets think.     I think SB will ave one chance and tomorrow I"ll need ( or we ) need to speak to Tomas and have a strategy call overall mainly to SAVE BP... keep out aligned alliance and scope for Sirius ( to throw water on any conspiracies ) or at least update the Sirius issues  ( even in case there was something a bit off spec with them ) ...  anyway at this point we ALL align ourselves including Tomas etc ...    best thing and what we are doing anyway and then a the more reason to put this prick in his place once and for all
[1/7/19, 20:13:05] DE: bon nuit.
[1/8/19, 11:43:49] DE: tom can you take off my other number and replace with this one for the "" issues " one
[1/8/19, 11:44:38] DE: or rather just add this number.  leave there other on...  simply add this one...  call it whatever.. how about   mex
[1/8/19, 12:53:19] DE: who's all on Mex... you and rp for now only ?   do we want others on it or ?
[1/8/19, 12:54:50] Tom: yes and you. happy to put all on (are they on whatsapp).

[1/8/19, 12:55:40] Tom: i just thought we would limit to core sort of "legal" team to limit the exposure to the SB virus
[1/8/19, 13:00:41] DE: yes lets leave as is for now but I guess cc them when necessary and yes all on WhatsApp
[1/8/19, 13:02:23] DE: also re sb theories about me etc ...  I'm sure I have a right to consult and advise... and have never " ordered " people to do this or that or the other thing and simply advise and engage as such ...
[1/8/19, 13:07:39] Tom: we all know that
[1/8/19, 13:08:24] Tom: so any legal action would go nowhere until we are all deposed and then we would all say the same thing -- we take our orders from F███!
[1/8/19, 14:31:14] DE: Hi Tom ...  see couple to Mex / re sb mails and replies //. anyway I guess at this point we go with DG plan and try to he'd all off at the pass.... and then federico ...
[1/8/19, 14:59:44] DE: tottenham v Chelsea i see tonight
[1/8/19, 16:36:09] DE: Tom.. did you ask if sb wanted to contribute to final SCOPE issues ?
[1/9/19, 07:25:21] DE: audio omitted
[1/9/19, 08:13:00] Tom: I m in office now
[1/9/19, 08:36:56] DE: maybe I come by later /. working hard on this loan as we need to sign and ay by Friday with Boeing etc and there are hiccups due to bad and slow work by mishcon. meanwhile re SB lets talk ...  I've an idea and maybe we start with James somehow... cannot lose the day and then this call with Tomas and remix a mistake I think ..  I am just think to give sb a shrt reprieve IF he signs what is out in front of him...  he refers to getting paid as well and for that I need to bother graham to see if there is any underlying document /.  I seem to remember he said there was NOT ...  Thus a new one etc and with that he can get paid, but this will be his chance at being involved etc and we worry how to contain him later ..  IF he doesn't ant to sign and just keep going ballistic and legal etc ( which he will need of course to sign off on this now ) then we just keep him out ....  I worry about RP, as he can even make things worse from the business side if he takes some kind of lead ALONE with federico and worse even with Tomas .... Naturally we get DG involved and who will be 10000 better than RP in dealing with Federico and even Tomas, but RP cannot led these talks ....  IF we allow SB back in ( under the contditions we set snd he must agree to ) then even HE can be on these calls provided DG on calls and also you I think and maybe Jerome too ...  not even sure at that level RP needs to be on those calls in all cases ...  We may need letters of authority or appointments to Lanius also to be able to engage etc ...  And once we can create the document for SB to sign off on we may use James throughout the day to talk and start brokering this deal ....  This may be useful as SB can be useful with Tomas in a way and also of course with BP, where we simply state he's off garden leave etc etc .... I worry BECAUSE OF STEVE and how he handled this he has unwittingly given Tomas a window he would have never opened if this had been handled properly with our ex partners the day after redacted you"s or days after anyway and BEFORE SB went off on his own against what he was clearly told and then kept doing it ...  anyway.  what do you think
[1/9/19, 08:43:12] DE: I think we need a document for him to sign off on anyway ...  especially if he is sincere and want to cooperate etc etc.. we just need to draft something very tight ) as we all discussed last Friday after you left with Chris Jerome and RP, which never happened and was to be discussed last Sunday between rp and sb ...  anyway we need to start doing this internally at least the hard core points in a draft ...   happy to chat .. if call do so on house number for now
[1/9/19, 08:50:35] Tom: I am not sure. I think Mexicans may be looking for his head on a platter, apparently they know he had further comms with Wanda and Russell. I think right now there is a vacuum of communication right now between Tomas and someone at a counterpart level. He has gotten the impression that this has been bumped "up" to the shareholder and so I assume he believes that is now his counterpart. HE may well be wondering what is happening from our side as their has been no communication from .... you, frankly, who I assume he always has seen as his friend and counterpart/co-investor/etc. I am not sure who else can have this conversation with him but you and/or RP. I am also not sure how we reject a request from Tomas now to talk mano a mano to RP unless you step in. Fact is, we have to address this directly, and ASAP, with him, it has festered too long while we have been chasing the SB tail in my opinion and it may very well be at this point if there was any funny biz going on, Tomas will back away from that given the noise. And if no funny biz going on, as he has always said, than a quick call to confirm the path forward is the way to go. But I personally don't think it should be kicked downstairs, or over to a lawyer, and right now I guess Tomas believes it has been kicked "upstairs" by you to the actual legal SH. I think it is bull-horn grabbing time. At least we will know for sure what is what, and as noted DG is pretty clear we need to sort with Tomas. Again, I would be truly surprised at this point if Tomas would accept SB knowing now (said Federico to RP I believe) that SB was in further comms with BP over weekend. But I think that call with Tomas has to happen ASAP....and we get to terms.
[1/9/19, 08:55:22] DE: OK .. agree re ... however Tomas and RP alone not v good ...  I will need to be in touch with Tomas directly long before any call etc ...   btw Tomas was ready willing and able to agree to a clear message from us about the main points and scope or bod resolutions or she amendments first in bullet points of which we would have agreed by return but this never happened from our side etc .. unfortunately  / and prior to this last weekend etc etc and even BEFORE the latest MOU doc ...
[1/9/19, 09:01:14] Tom: i know like u said before sb refusal to help as you were specifically requesting in writing as late as NY Eve and even further stymied that effort, and now we all feel hamstrung/held hstage to an extent by the incessant threats of SB. At this point I want to engage with him but I think it very much best to go thru/with specific advice from DG, I remain convinced that he is the ONLY voice who can get SB onside. we agreed last night step one was an email that we could forward to sb from DG that would give him the sufficient comfort but I dont think we have it yet. The 6 hour time difference is frustrtaing but he and his Mexican abagado sidekick Eduardo (who apaprently has or had a v good working relationship with Fede during SHA days) can as you note be extremely useful both in SB and protecting / cementing our interests forward. Prob should have tried to keep them involved in whole process frankly but that is Monday am QBing. Certainly our SHA biz scope would have been flagged during the BP process and dealt with MONTHS ago (which is where DG adamantly says SB "FUCKED UP." Anyway, I think SB can cool his heels for a few more hours till we get DG online again.
[1/9/19, 09:05:12] DE: and of course when it comes to BP all we need to do is clairy early with BP directly re our Sirius deal points and ones that may or may not even be in the limited MOU, of which we at Sirius beehive are left to eh actual negotiating table etc .... What my fear is that Tomas has used this SB fiasco as an opening to accuse us of negligence in a way and then get all hot against us ... I say this as he already agreed to agree to our deal points ... BUT this is before SB's interference ...  However once Tomas see's what we've done to SB maybe we save the day and all that we need to be agreed inside of Sirius ... ONCE that is done and clear I don't think then it will matter who we have working inside sirius ( inching even sb in if we want ... his tail will be well within his legs for sure ...  he does not antagonise the Mexicans when there on the ground
[1/9/19, 11:34:58] Tom: i sent u dial in instructions by email but here also --Dial in telephone number for UK: +44 843 373 0999

Pincode: 87429627
[1/9/19, 11:37:27] DE: ok. u all online ow
[1/9/19, 11:37:36] Tom: yes
[1/9/19, 16:20:39] DE: Chris called.  he'll call you.    seems fine for me for him to "" carefully " chat ti sb whose asked Chris to be in touch etc .. and Chris should as they've been taking twice a week fr 2 years on all matters and it would be normal for Chris to talk to him....  I explained as best I could whats happening etc .. and not to use names etc and to remind sb that even he Chris advised NOT to deal with BP on these matters until we sort of mex side and IF then there is or was an issue then we collectively deal with it all etc ...  anyway Chris will call.  any other news btw ?
[1/9/19, 16:38:42] Tom: audio omitted
[1/9/19, 16:48:03] DE: audio omitted
[1/9/19, 16:52:26] Tom: audio omitted
[1/9/19, 16:52:40] Tom: audio omitted
[1/9/19, 16:53:05] DE: Understood
[1/9/19, 17:01:02] DE: audio omitted
[1/10/19, 08:39:30] Tom: Personally, I think to get a BOD in quickly and painlessly, and as a placeholder, we may wish to consider RP. I note that they have TWO directors who are SH's (Tomas

and Alberto) and we have none (unless we stick SB in there, which at this point will never happen). I know that SB doesn't have the perfect background and history, but he does have balls, and can be diplomatic. I would see that as a potential temp "insider" appt to get thru the next few weeks and while we find a proper big balled oil guy or gal. Anyway just a thought.
[1/10/19, 08:55:02] DE: you mean to allow SB back as vice chairman and on the BOD now ?   and without any agreements from him or instructions from Ianius and even Sirius somehow how to act, behave and what he is allowed to do and not do ?   or am I reading what you wrote incorrectly …
[1/10/19, 08:55:56] Tom: Dude, I would NEVER allow him. Ever.
[1/10/19, 08:56:12] DE: by the way SB's balls only come out on messages, yelling on phone etc and in person in front of Tomas and aberto more of a lamb ..   anyway of course in the instance of BP I'm sure he'd act otherwise
[1/10/19, 08:57:13] Tom: Oops no that should have been RP. As SH. Temporary during crisis. Sorry walking to doctor and typing
[1/10/19, 08:57:27] Tom: Jeez sorry ha
[1/10/19, 09:04:40] Tom: Sb has no � � for sure. Sorry again for creating confusion. anyway am at doc for say 45 with critical case of Sb Virus, so will only be off for a bit
[1/10/19, 09:12:13] DE: Ok
[1/10/19, 09:12:56] Tom: Languishing in wait room �
[1/10/19, 11:17:51] Tom: I can ask my Bro-in-law who he knows, his CV is too off topic but just as his background:
[1/10/19, 11:17:59] Tom: Experience
 Chevron
General Manager, Upstream Workflow Transformation
Company NameChevron
Dates EmployedJun 2015 – Jan 2017
Employment Duration1 yr 8 mos
LocationHouston, Texas
Accountable for design, development, deployment and successful adoption of digital oil-field solutions for Chevron's global upstream business units and ensuring that business case value is realized. Solutions managed cover engineering and operations workflows for water flood surveillance, well reliability optimization, real time facilities optimization, drilling and completions central decision support, and supply chain logistics optimization.

 Chevron
Engineering and Operations Management
Company NameChevron
Dates EmployedJun 1978 – Dec 2011
Employment Duration33 yrs 7 mos
LocationVarious
Diverse multi-discipline background in Engineering and Operations Management for upstream oilfield assets. Extensive background in development and adaption of digital oilfield solutions to improve the speed and effectiveness of engineering, operations and maintenance workflows.
[1/10/19, 11:29:48] DE: but this person is upstream … we need first and foremost a business development type with massive history in new biz for mid stream and with a good down stream knowledge …  a grey hair with cojones and has a knowledge of Mexico if possible etc
[1/10/19, 11:30:14] Tom: i said we can ask him who he knows. he was at chevron houston for 34 years
[1/10/19, 11:32:20] DE: ah ok.  yes for sure !!!!! ask him
[1/10/19, 13:45:36] DE: you in the office btw ?   want to leave early and swing by here ?  listen to the taped conversation with Alberto and a beer if you've time ?
[1/10/19, 13:47:33] Tom: i would love to but i left at 8 am and have been asked by J to come home if poss as our little man has an eye infection + and they are both agitating ha
[1/10/19, 13:48:01] Tom: image omitted
[1/10/19, 13:48:15] Tom: i was just gonna leave office now …
[1/10/19, 13:50:52] DE: hasta mañana …  tell the little one to quite picking on Pacquiao !  ( the boxer
[1/10/19, 13:53:09] Tom: Ha! I am sure we will be in regular contact over the next 8 hours in any case. fighting the good fight ourselves!
[1/10/19, 16:06:38] DE: I guess I need to think about his eventual legal onslaught ..  crimmy what a wasted space or time and hassle ..  all I can imagine is to fight it, but he will try everything. just need strong legal team I guess and soon when he tries to just point out the facts and make him legally come to his senses if he wishes to gain, if even possible now, from the mess he's single handedly created.   In the end if he wants his economic interest he'll need to sign off and stop.  if he doesn't then who know how far and long this will all take.  he'll get the press involved I'd imagine and try to bring up even the old mina stuff with the govt etc etc ..  who knows what he'll try to dig up / even weird things he imagines happened in Mexico etc … he'll leave no stone unturned …. trick is how to handle him before it goes totally ballistic.    even thoug he's been overed peaceful ways out he's blocking even those possibilities.   My guess is he's already scuppering BP deal and then will try to claim he was right all along.   hate having to basically go there and enlisting mex partners to play the game with us to show how fundamentally wrong he's been along, but thats what has. to happen anyway / expect a shame may need to get into that chat with Mexicans etc ….
[1/10/19, 16:31:00] Tom: We have no choice at this point to match his legal fire. Of course things can be "settled," but at this point it's time to at least play active Defense….and of course we all know that the best Defense is a good offense.
[1/10/19, 16:31:18] Tom: No choice BUT to match
[1/11/19, 13:55:09] DE: you in office ?  if so want to meet for a piva before you head home if you've got time ?
[1/11/19, 14:24:48] Tom: Hey I was gonna suggest same thing. have to pick up Francesca from nursery but could come by after 6?
[1/11/19, 14:24:59] Tom: Have to wait for J to come back
[1/11/19, 14:25:24] DE: Ok.  Good. Anytim fine
[1/11/19, 14:25:44] Tom: Cool
[1/11/19, 16:26:45] DE: hey tom if you're home may as well stay and chill with family.. can always see on weekend maybe etc … so whatever easiest for you (( unless you want out a bit etc … I'm good either way and unto you…. meanwhile I'm home and can stay or if you do want to come in can meet somewhere easier for you or whatever ..
[1/11/19, 16:29:13] Tom: I'm happy to get out ha just a little delayed by J return (she's in a nutritionist course). As for easier well sure know any good pubs near say Hammersmith? I think that is half way ish……
[1/11/19, 16:57:10] DE: sorry just saw this.   there is a Belushi's in Hammersmith.   never been there but its a big pub… if you're still up for it … I can easily pass so up to you if you want to get out … if so when do you think timewise ?
[1/11/19, 16:58:27] DE: you know if still home etc I could almost just stay home.   been a busy week not just the SB fiasco but a number f other things and well you know
[1/11/19, 17:02:50] Tom: Fine by me, tomorrow or etc cool
[1/11/19, 17:09:29] DE: yes tomorrow best. a good chill and more relaxing night overll
[1/13/19, 11:38:58] Tom: I am about to let fly with an extreme opposite version of what you wrote at Mex, just to devils' advocate - provide discussion points :) Don't take personally, I'm sure you

USA_01510199

won't!
[1/13/19, 11:39:54] Tom: ie. lots of reasons not to entertain lots of the points you put out for discussion ...
[1/13/19, 11:42:49] DE: I understand good.... lets see all points of view etc ... however we may want to speak first as you ay need to know exactly what SB will and may do publicly and accusatory and drag up things you ay not be thinking about...  call me 2073680900
[1/13/19, 11:44:59] DE: it also may even help with Mexicans and bp as well in a way .. the overall ' united ' front ..    I dont like it at all and he's always be dangerous and an asshole etc, but if there is no intention on not allowing " economic " interest and he signs off on thing the right way and separating employee or consultant status from any lanius " shares etc, then then ?
[1/13/19, 11:45:07] Tom: will call, of course i know he may do extreme things ... or at least threaten ... and of course those risks need to be taken into account, i think i even say that soemwhere in my ramblings ...
[1/13/19, 11:46:07] DE: but you need to be aware of things you are not aware of .... just to be clear you've got the picture
[1/13/19, 11:46:13] Tom: i think after all he has done, directemails to others as well as mexicans, the united front would be to hand them his head on a platter as a gift, but again, the other extreme
[1/15/19, 08:34:51] DE: can you send biz definitions latest again but to de@ledain.ch.  tsk.   can't open it for reason on proton
[1/15/19, 08:34:59] Tom: Yep
[1/15/19, 09:01:22] DE: tom.  now cant open the latest version of the MOU.   sorry but can you forward to leaden.  thanks
[1/15/19, 09:02:20] Tom: i did
[1/15/19, 09:02:42] Tom: 30 min ago
[1/15/19, 09:03:06] Tom: check spam!!
[1/15/19, 09:17:24] Tom: did u get it
[1/15/19, 09:18:02] DE: got biz def one.  will check now re MOU
[1/15/19, 09:18:26] Tom: ah sorry did not send MOU to ledain yet, on way
[1/23/19, 08:20:58] DE: Tom.  what time is your flight ?  as for Monterrey is a short hop and all of you incl whoever else is in Mexico City can all hope down together Thursday.. and maybe even in and out back to Mexico City same day..(( depending )).   I think it will all go OK...  the carve out bits etc key here.......   and because we have no evidence of anything with BP otherwise not sure what to think...  UPSTREAM and Wind and so on are all Perseus and I am not sure we can challenge them selling or doing what they want with their own crude oil discoveries of gas discoveries ....  maybe there is something there for sirius as long as Sirius is also in the business and even along with BP of other aspects of this ( other areas, suppliers, gas plants etc and other facilities // all as sirius endeavours ...  anyway I think good in a way I simply reiterate to Tomas and Alberto how we are aligned as discussed and there is not major issues and simply possible misunderstandings.   IF there seems to be a real and bigger problem we will deal with that if and when that happens .. but I hope not and I don't think anyone wants that either..
[1/23/19, 08:31:57] Tom: Flight at 1250 (I emailed you and said I'd hold u a seat ha).
[1/23/19, 08:32:25] Tom: Sure on the rest. Maybe we conference you in to meeting with them if it starts going south....
[1/23/19, 08:33:13] Tom: Chris and Jerome should be at hotel by say 1 pm today UK time btw...Rp and I not until prob 3 am UK time
[1/23/19, 08:46:02] DE: Ok
[2/6/19, 12:44:13] DE: what I feel like writing to Tomas and alberto
[2/6/19, 13:01:50] DE: sorry sent too soon.....  amigo's,   (( this is just stream of thought and will need to be cleaned up ))....  Hi.  it seems there is again some confusion in that Sirius has grown in itself ideas for growth and stature and which that vision has always included in creating a powerhouse in Mexico overall and not simply a couple of terminal projects which have never been the real basis for our combined profit potential.  We have always agreed and discussed the larger picture.   Buying and selling products nationwide and distributing them in various ways, which would eventually included smaller terminals and logistic operation and developing clients everywhere from other gas stations to distribution to farmers, sales to railways, mines and the full range of buyers.  We have also always looked and discussed airports and jet fuel snd developing an overall strategy.   This always envisioned and included lpg and lng etc and that what it takes to handle such products .  WE brought BP to discussion on this entire basis to be their one stop shop in Mexico for product imports and distribution nationwide where it made sense and then to include their lng and lpg ideas.  We had numerous communications on this and it was very clear.  Much of this prior to meeting later in Chicago and they pointed out even 8 other key locations they would like and we started working on.    When we saw the Perseus you we were assure this was based solely on you then seeking to BP about providing a commitment to Persues to buy you crude eventually and possibly even refinance some of that.   We also had that overall vision for Sirius have discussed this with future strategic partners and bankers and even BP's finance team. We were always on the same page.     It seems there is some confusion now on this. As all things this has developed and mainly we come up ideas and strategies all for benefit of Sirius as our joint entity and have never imagined restricting it to all the new ideas we were coming up with to grow and expand.   With BP the idea was to announce our deal with BP as Sirius and go make deals with firms directly which we brought to the forefront such as kinder Morgan, vopak etc ... This was with the intention of bringing them in as a strategic partners to build out the entire infrastructure that keep ad out Sirius in an awesome position overall in Mexico.  All of this had been part of our strategy and very clear that this was the Sirius business model, which naturally would include other terminals and ports and eventual pipelines even.  I know you are well aware of all this as this has been what we have been working towards and talking about.   I know you know this and suggest we clear up any misconceptions.   ...   can we get clear on this as you know as well as I that the idea was to build a power house together.     (((( well something like that ....  it's finished really but thats the gist of it
[2/7/19, 18:24:52] DE: The whole point of sirius. once we started and got more involved in the overall situation quickly realised ( a few years ago already ) was to build and create a true power house of terminals nationwide to support not only others with storage but for Sirius to be a true trading giant overall building s vast system of purchasing products and supplying the market.  This of course takes on many forms, from importing products, to eventually buying products in-country when it made sense, to importing crude for further sales and or tolling inside mexican refineries, to supplying jet fuel to also try to get inside the airport systems for direct sales in the airlines, and to create an overall entity that handled all the chain including needing to touch margins on the full stream from including all logistics and transportation.   There was never an intention of upstream except in the case of Kaban.   We worked hard to keep envisioning all of this and in seeking strategic partners, which is why we approached everyone and eventually landed BP into serious negotiations for Sirius to become BP's mid and partial downstream partners nationwide.   Along side of that we would push and pursue our trading strategy, which as discussed from day one was where the money is and that has always been the focus and overall goal and plan.  This has been discussed, written about and included in all meetings and discussions with everyone ( including BP ) but also others and well as future potential parters and investors in sirius.    I have never for one second seen this any other way and as things change and grown even what we may decide to do in lazaro has changed.   you have to agree and adit this has always been our strategy and we have been very open and forthcoming on all our ideas and brain strorming as a a team and as one united Sirius entity.  I know this is correct and the way we always thought and worked towards knowing this was a growing living work in progress.  We never thought we there would be any other way. We understand where the competetion would come from and monitored other companies progress and naturally would never consider we may any internal competition.   As for BP we have communications on * lng terminals for example which were discussed in depth with BP and was not something we considered prior to our intense meetings, discussion, communications etc etc ..  We got excited of course because this was gibing Sirius and even greater overall business.    THIS IS AN ANOTHER EXAMPLE OF WHAT NEEDS TO BE CONVEYED TO ALBERTO AND TOMAS ... AND TO HEAR A VERY CEAR RESPONSE FROM THEM DIRECTLY ... THIS NO DOUBT BEST IN PERSON BUT MAYBE SENDING IS ALSO OK PERHAPS... JUST SOME THOUGHTS
[2/7/19, 18:55:25] Tom: Good! Do u want to send this or me to send to our Sirius group? I do agree that this needs to be communicated to Tomas and Alberto by you, may require one more positive face to face with them....otherwise we are just going to keep wasting time and energy at the Federico level, when it is clear he is just doing what Tomas tells him...
[2/11/19, 11:14:04] DE: Re Sirius and T and A etc ...  we need to have the ammo // and I guess to formally analyse how that applies to the SHA, which we then formally6 created Gulfport, which ties the hands of Perseus , ? is that right ?   I think we need to prepare a few documents that simply point out all of our valid points re business/trading and the full picture and how that all applies including all the emails and or reports on negotiations with BP as well as internal work and cos of sirius etc ? investment docs, and so forth

USA_01510199

[2/11/19, 11:14:43] Tom: I have a call at 230 pm regarding Eduardo / DG assistance on hammering this down
[2/11/19, 11:20:45] DE: Maybe ask Eduardo also how his sister may be useful for a while, even a short term consulting contract and we need to find out from her if she was involved in down and dirty detailed negotiations on things with Shell in Mexico // and how well connected she is to all the market players in Houston ?   Also SB mentioned a new entity raising money in Houston for T and A ..  can't remember but I think its called Athena or Althena or something like that ..  we need to find out what this is and how it all reads etc .. just to be completely aware …  I think it must have gone to the community of investors //.   We also need to talk to Kinder Morgan as we need to know if they have been talking to Perseus or Athena or perseus etc ..   so thus, we need a smart use based person to do this legwork and carefully, but knowledge is king right now
[4/8/19, 09:15:08] DE: by the way have not heard anything lately about Mexican lawyers who can advise and look at our Tulum issues overall .. or are we waiting one something from remco etc ?  I say this as because IF we want to do anything , even borrowing from banks or selling anything to anyone we need to straighten out the paperwork and of course then title issues etc and even the structure ..   we should NOT ask or ix up the Herman's in this now at all this is for us to understand for now rat and foremost …  And of course we need to circulate the list ( which I guess I will create ) of the things we ay need to have ready when we ask for valuations // and then we need to start ticking this list off and for this will need Mexican lawyers etc to assist .. and we will need to put ALL the accounting together / and eventual bank accounts etc etc , but first and foremost we need to do get our own legal overview ..  no time to lose on any of this ..
[4/8/19, 09:30:14] Tom: yes, they (Garrigues) performed a "very preliminary" review of the corporate structure docs and provided an email thereto a couple weeks ago. To proceed with that it seems they would need to contact the Mexican lawyers (or Alejandro) who restructured/attempted to restructure the ownership (to provide the hermanos with 20% each) to ask for additional docs and etc … , but they see a lot of problems/Qs with the status of the legal structure.  We now need to follow up with them (I think it got a bit lost with RP in the SB shuffle) and determine how to move forward on the review, and how to put the proper structure in place that reflects the legalities and understandings and etc. I can forward their very prelim email if you wish, but let me get with RP as it is already on our to do list to get back to them … and fully agree no (more) time to lose
[4/8/19, 09:36:15] Tom: RP on point in this with Mex lawyers as to get around all the KYC shit, it was agreed that Prudence would be their (Garrigues) client …. Garrigues was asking for all kinds of KYC shit, including Trust tax filings etc., and said that any Mexican firm would need to do so, so the Prudence front worked well
[4/8/19, 19:09:22] DE: ok got it re pridence etc //. however meanwhie prior to contacting mex lawyers used by Alejandro can they not explain they way they see it all as it is now ?   If something is neede or missing best WE ask the lawyers for all the paperwork first, no ?
[4/8/19, 19:10:17] Tom: RP just messaged me that he had a long and interesting talk this eve with the lawyer there and would fill me in in am….
[4/8/19, 19:10:45] Tom: So I will speak to him then we can discuss next steps
[4/8/19, 19:11:54] DE: first is to simply loom at wa exist now.  then determine what is best overall.  Once we have and know this then we will know better how to proceed with the next steps….   i hate to think but what and how did GC lodge all our investmets and loans against the purchase of the various properties ie / whihc carges abd liens etc etc
[4/8/19, 19:13:06] Tom: This is what they were instructed to do, to look at current legal structure and then advise as to options
[4/8/19, 19:13:18] DE: hate that when someone says they had a long an intersetig meeerting wihour just getting to the crux and point of the matter … another day another day then  ( i am assuming lanius ? or do you mean mexico
[4/8/19, 19:14:04] DE: did they look and advise already or ? or are wew
[4/8/19, 19:14:11] DE: waiting ..
[4/8/19, 19:22:49] Tom: As noted they have us what they called a "very preliminary" overview in which they examined what we provided them (structure as it was before Alejandro took action to change it, then what Alejandro attempted to do), and basically their first opinion was that what Alejandro tried to do wasn't done properly, as certain documents don't seem to have been concluded etc , proper legal procedures not followed, and they submitted a list of docs that would have to have been completed etc., those are what they wanted to  follow up on
[4/8/19, 19:24:01] Tom: I mean Mexico land lawyers, as I urged Rp to get back at them on this and I guess he spoke to them, and I guess late, assume had I called him he would explain but it was 11pm when I got his message
[4/8/19, 19:29:32] DE: ok got it.   at some point though once communications clear i think rp should let you start communciations and discsuioons when makese sesne direclty with garrigues … ok anyway understood.   its late hasta manana .. bon nuit
[4/8/19, 19:33:04] Tom: Yeah just that he is their "client," it was def intended we would both be on a call last week with them but they postponed, I guess tonite he just took the initiative when I asked him to chase. Good night! Ps f**k Chelski. We should watch champs league tomorrow!

USA_01510199