**From:** de@ledain.ch
**To:** Dooner new mail <dooner@sssl.ae>
**Sent:** 11/7/2014 3:45:02 PM
**Subject:** Re:



Government Exhibit
25-17

Hi Dooner. Just back to London from a night in Geneva etc .. Longest I'm likely to be here is 11th possibly the 13th. May head to china ( beijing and hong kong ) but in early mid december. All good here etc. PS. Francis quite clever re structures. Remember he was Wither's for 15 years and handled lot's of savvy people + huge ones too etc .. Ask him how much scrutiny us govt has over all things there etc ? Ask him about " grantor trust " and what he knows about those and how they relate to usa citizens etc .. Good to ask these things etc. How's Renee ? Say HI. Give her a hug and a kiss from all of us .. Tell her kids say Hi etc
------Original Message------
From: Dooner new mail
To: de@ledain.ch
Subject: Re:
Sent: 3 Nov 2014 2:26 PM

Hola! All good here. Going to Orlando weds to meet with some contractors on Bagram who might be able to help us get some fibre laid. Will explain. Weekend in NYC then going to Bermuda a couple days. Meeting renee's brother about how to structure some stuff. I'll be a day or two in london after that. Arriving maybe the 14th leaving the 16th. A 2 day meeting in Bahrain with DISA. I guess will be about all the projects they have running in the MENA region. After that maybe KAF for a couple days. I'd like to get to ibz after that. We need to have a catch-up. Can talk on the phone too before if you want. So all good here for now. Want to stay a few days longer in london and we can meet there?


> On Nov 3, 2014, at 07:44, de@ledain.ch wrote:
>
> Howdy Bob. You still in usa ? Am in london this week, geneva for a day and off back to ibiza I think the 10th .. any news on anything ? Ciao. Pouring here, ... de
> Sent from my BlackBerryï¿½ wireless device
>


Sent from my BlackBerryï¿½ wireless device

USA-1270192