IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>DOUGLAS EDELMAN. | CASE NO. 24-CR-239 (CKK) |

**DEFENDANT DOUGLAS EDELMAN'S NOTICE OF FILING MATERIALS FOR MARCH 23, 2026 HEARING**

Pursuant to this Court's November 12, 2025 Order directing the parties to file exhibits, witness lists, and expert reports by March 2, 2026 (ECF 99) in advance of the sentencing evidentiary hearing now set for March 23, 2026, Defendant Douglas Edelman files the following:

1. The Expert Report of John Machell, Kings Counsel;

2. Appendix 1 to Mr. Machell's report (broken out into four parts to comply with the Court's limitations on file size);

3. Appendix 2 to Mr. Machell's report (broken out into three parts to comply with the Court's limitations on file size);

4. Defense Exhibit 1 – CC1 Cooperation Agreement;

5. Defense Exhibit 2 – 2012 Galactea Deed;

6. Defense Exhibit 3 – 2019 Galactea Deed Amendment;

7. Defense Exhibit 4 – Summit Letter of Confirmation;

8. Defense Exhibit 5 – Letter from Summit on Behalf of and Regarding Rosbelt International Limited;[1]

---

[1] Defense Exhibits 1 through 5 were cited in Mr. Edelman's pre-hearing brief (ECF 115). Mr. Edelman relies on the transcripts of CC1's deposition, which the government has filed with

9. Defense Exhibit 6 – July 25, 1986 Memo. of Suzanne Conlon (CEO, U.S. Sentencing Commission) to U.S. Sentencing Commissioners and Legal and Research Staff, "Chapter III of the Draft Guidelines" (NAID 271794255);[2]

10. Defense Exhibit 7 – May 5, 1986 Response from Dep't of Justice Tax Division to U.S. Sentencing Commission Questionnaire (excerpted from NAID 271794305);[3]

11. Defense Exhibit 8 – February 27, 1987 Letter from Roger Olsen (Dep't of Justice Tax Division) to William W. Wilkins, Jr. (U.S. Sentencing Comm'r), "Tax Division Comments on Revised Draft of Sentencing Guidelines" (NAID 258851077);

12. Defense Exhibit 9 – 1987 U.S. Sentencing Guidelines (NAID 218721580);

13. Defense Exhibit 10 – December 3, 1986 Written Statement of John B. Jones (ABA Tax Section Chair), "On Preliminary Draft Sentencing Guidelines" (NAID 258850695);

14. Defense Exhibit 11 – May 2, 1986 Letter from John C. Lawn (Drug Enforcement Admin.) to William W. Wilkins, Jr. (U.S. Sentencing Comm'r) (NA ID 271792831);

15. Defense Exhibit 12 – August 6, 1986 U.S. Sentencing Commission Meeting Minutes (NAID 266781296); and

16. Defense Exhibit 13 – January 22, 1987 U.S. Sentencing Commission Meeting Minutes (NAID 266781342).

With respect to witnesses, Mr. Edelman does not intend to call any witnesses, expert or lay, because Counsel for Mr. Edelman believes that the expert report of John Machell, Kings Counsel, is sufficient. Mr. Edelman can make Mr. Machell available as a witness should the government or Court request. Counsel for Mr. Edelman has asked the government whether it intends to cross-

---

redactions as exhibits 26, 27, 28, and 29 to its February 23, 2026 notice of filing (ECF 118) and which the government has provided to the Court and Mr. Edelman without redactions.

[2] Each of Defense Exhibits 6 through 12 was obtained from the National Archives, which has assigned each item a unique NAID, or National Archives Identifier. *See Local Identifier*, Nat'l Archives (Sept. 25, 2024), https://www.archives.gov/research/catalog/lcdrg/elements/local-identifier.

[3] Defense Exhibit 7 is excerpted from a larger document, July 29, 1986 Memorandum, "Tax Discussion," from Commissioners Nagel & Block to All Sentencing Commissioners (NAID 271794305). Counsel for Mr. Edelman can provide this larger document at the request of the Court or the government.

examine Mr. Machell, which decision the government has said it will make after reviewing the expert materials and supporting exhibits filed with this Notice.

Respectfully submitted,

/S/ George M. Clarke, III
GEORGE M. CLARKE, III
D.D.C. Bar No. 480073
George.clarke@bakermckenzie.com
BAKER & McKENZIE LLP
815 Connecticut Ave., N.W.
Washington, D.C. 20006
(202) 835-6184

*Counsel for Defendant Douglas Edelman.*

/S/ Sonya C. Bishop
SONYA C. BISHOP
D.D.C. Bar No. NY0568
Sonya.bishop@bakermckenzie.com
BAKER & McKENZIE LLP
452 Fifth Ave.
New York, N.Y. 10018
(332) 215-5812

Dated: March 2, 2026