# Defense Exhibit 1



Trial Attorney Sarah C. Ranney
Attorney's Direct Line: 202-514-5616
Fax No. 202-616-1786
Sarah.C.Ranney@usdoj.gov

Tax Division
Northern Criminal Enforcement Section
P.O. Box 972
Washington, D.C. 20044

SMG:JNK:SCRanney
DJ 5-16-5054
CMN 2018201491

June 13, 2024

David Zinn, Esq.
Danielle Sochaczevski, Esq.
Williams & Connolly LLP
680 Main Avenue S.W.
Washington, D.C. 20024

Sharon Persaud
Boutique Law LLP
9 Gray's Inn Square
London WC1R 5JD

Re:     Graham Collett

Dear Mr. Zinn, Ms. Sochaczevski, and Ms. Persaud:

On the understandings specified below, the Office of the United States Attorney for the District of Columbia, and with respect to tax offenses, the Department of Justice, Tax Division ("the Offices"), will not criminally prosecute your client Graham Collett ("Mr. Collett") for: major fraud, in violation of 18 U.S.C. § 1031; conspiracy to obstruct the United States, in violation of 18 U.S.C. § 371; wire fraud, in violation of 18 U.S.C. § 1343, false statements, in violation of 18 U.S.C. § 1001; tax evasion, in violation of 26 U.S.C. § 7201; aiding and assisting in the preparation of false tax documents, in violation of 26 U.S.C. § 7206(2), and other crimes arising from Mr. Collett's work with and for Douglas Edelman and his associates during the years 2004 to 2021.

This Agreement does not provide any protection against prosecution for any crimes except as set forth above.

It is understood that Mr. Collett (a) shall truthfully and completely disclose all information with respect to the activities of himself and others concerning all matters about which the Offices inquire of him, which information can be used for any purpose; (b) shall, consistent with all applicable law, cooperate fully with the Offices, the Internal Revenue Service, Criminal Investigations ("IRS-CI"), and any other law enforcement agency designated by the Offices; (c) shall attend all meetings at which the Offices request his presence; (d) shall provide to the Offices

**Government Exhibit**
GC-1

**Defense Exhibit 1-1**
Ex. GC-001

upon request, any document, record, or other tangible evidence relating to matters about which the Offices or any designated law enforcement agency inquires of him; (e) shall appear and truthfully testify before the grand jury and at any trial and other court proceeding in the United States with respect to any matters about which the Offices may request his testimony, without requiring service of a subpoena or other process, (f) shall bring to the Offices' attention all crimes which he has committed, and all administrative, civil or criminal proceedings, investigations, or prosecutions in which he has been or is a subject, target, party, or witness; and (g) shall commit no crimes whatsoever. Mr. Collett agrees that he shall not seek from the United States any witness fees or payment for any travel expenses incurred as a result of his cooperation. Moreover, any assistance Mr. Collett may provide to federal criminal investigators shall be pursuant to the specific instructions and control of the Offices and designated investigators. Mr. Collett further agrees that if he is deemed by a medical professional to be unable to travel to the United States to fulfill the obligations set forth in this paragraph, he shall provide documentation to the Offices setting forth his medical condition. Mr. Collett further agrees that in the event he is deemed medically unable to travel, he will cooperate with any efforts to otherwise secure his testimony—including, but not limited to, appearing and truthfully testifying at any deposition taken pursuant to Federal Rule of Criminal Procedure 15 with respect to any matters about which the Offices may request his testimony, without requiring service of a subpoena or other process.

It is understood that, should Mr. Collett commit any crimes subsequent to the date of signing of this Agreement, or should the Offices determine that he has knowingly given false, incomplete, or misleading testimony or information, or should he otherwise violate any provision of this Agreement, Mr. Collett shall thereafter be subject to prosecution for any federal criminal violation of which the Offices have knowledge, including perjury and obstruction of justice. Any such prosecution that is not time-barred by the applicable statute of limitations on the date of the signing of this Agreement may be commenced against Mr. Collett, notwithstanding the expiration of the statute of limitations between the signing of this Agreement and the commencement of such prosecution. It is the intent of this Agreement to waive all defenses based on the statute of limitations with respect to any prosecution that is not time-barred on the date that this Agreement is signed.

It is understood that if the Offices have determined that Mr. Collett has committed any crime after signing this Agreement or has given false, incomplete, or misleading testimony or information, or has otherwise violated any provision of this Agreement, (a) all statements made by Mr. Collett to the Offices or other designated law enforcement agencies, and any testimony given by Mr. Collett before a grand jury or other tribunal, whether prior to or subsequent to the signing of this Agreement, and any leads from such statements or testimony shall be admissible in evidence in any criminal proceeding brought against Mr. Collett; and (b) Mr. Collett shall assert no claim under the United States Constitution, any statute, Rule 410 of the Federal Rules of Evidence, or any other federal rule that such statements or any leads therefrom should be suppressed. It is the intent of this Agreement to waive all rights in the foregoing respects.

It is further understood that this Agreement does not bind any federal, state or local prosecuting authority other than the Offices. The Offices will, however, bring the cooperation of Mr. Collett to the attention of other prosecuting offices, if requested by Mr. Collett.

**Defense Exhibit 1-2**
Ex. GC-1.0002

It is further agreed that Mr. Collett appoints his attorneys, David Zinn, Esq. and Danielle Sochaczevski, Esq. of Williams & Connolly LLP, and Sharon Persaud of Boutique Law LLP, as his agents in the United States to accept communications on his behalf from the U.S. Department of Justice or Internal Revenue Service and service of legal process, including subpoenas and summonses, in any proceedings instituted by the U.S. Department of Justice or Internal Revenue Service, or to which the Department of Justice or Internal Revenue Service is a party. It is further agreed that should Mr. Collett retain another attorney, they will similarly act as his agent to accept communications and service, and that should Mr. Collett elect to no longer retain an attorney, he agrees to accept communications and service via email to the email address graham@gacollett.com.

With respect to this matter, this Agreement supersedes all prior, if any, understandings, promises and/or conditions between the Offices and Mr. Collett. No additional promises, agreements, and conditions have been entered into other than those set forth in this letter and none will be entered into unless in writing and signed by all parties.

Very truly yours,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

_____
Josh Gold
Assistant United States Attorney


STUART M. GOLDBERG
Acting Deputy Assistant Attorney General, Tax Division

_____
Nanette Davis
Senior Litigation Counsel

Sarah Ranney
Assistant Chief

**Defense Exhibit 1-3**
Ex. GC-1.0003

Ezra Spiro
Trial Attorney
DOJ-Tax Division

AGREED AND CONSENTED TO:

_____  June 15, 2024.
Graham Collett                  Date

_____  June 13, 2024
Counsel for Graham Collett      Date

**Defense Exhibit 1-4**
Ex. GC-1.0004