# Defense Exhibit 3

Dated    13ᵗʰ November        2019

(1)    **GRAHAM AUBREY COLLETT**

- and -

(2)    **SALAMANDER ASSOCIATES LIMITED**

- and -

(3)    **SALAMANDER CORPORATE SERVICES SA**

---

**DEED OF RETIREMENT AND APPOINTMENT
OF TRUSTEE**

---

Mishcon de Reya LLP
Africa House
70 Kingsway
London WC2B 6AH
Phone: +44 (0)20 3321 7000
Fax: +44 (0)20 7404 5982
Ref: KM/38767.3
Email: kassim.meghjee@mishcon.com

56470597.2

**Defense Exhibit 3-1**

**Defense Exhibit 3-2**

**THIS DEED OF RETIREMENT AND APPOINTMENT OF TRUSTEE** is made and delivered on the ⟨13⟩ day of ⟨November⟩ 2019

**PARTIES**

**(1)**  **GRAHAM AUBREY COLLETT** of 14 Rosewood Court, Orchard Road, Bromley, Kent BR1 2TT (the **Protector**);

**(2)**  **SALAMANDER ASSOCIATES LIMITED** a company organised under the laws of the British Virgin Islands with registered office situated at Trinity Chambers, PO Box 4301, Road Tow, Tortola, the British Virgin Islands (the **Retiring Trustee**); and

**(3)**  **SALAMANDER CORPORATE SERVICES SA** a company organised under the laws of Geneva, Switzerland with registered office situated at Rue Jean-Gabriel Eynard 8, 1205 Geneva, Switzerland (the **New Trustee**).

**BACKGROUND**

**(A)**  This Deed is supplemental to the settlement dated 23 December 2012 known as **THE GALACTEA TRUST (the Settlement)**.

**(B)**  The Retiring Trustee is the present trustee of the Settlement.

**(C)**  By clause 16.4 (formerly sub-clause 17.4) of the Settlement the power of appointing an additional or new trustee or trustees thereof is vested in the Protector.

**(D)**  The Protector wishes to appoint the New Trustee to act as a trustee of the Settlement in place of the Retiring Trustee.

**(E)**  The Retiring Trustee wishes to be discharged from the trusts of the Settlement and to give notice of the same to the Protector in accordance with clause 16.2 (formerly sub-clause 17.2) of the Settlement.

**(F)**  It is intended that the property now in the Settlement shall be transferred to, or under the control of, the New Trustee.

**NOW THIS DEED WITNESSES** as follows:-

1.  **DEFINITIONS AND CONSTRUCTION**

    In this Deed, where the context admits, the definitions and rules of construction contained in the Settlement shall apply.

2.  **NOTICE OF RETIREMENT**

1

# Defense Exhibit 3-3

The Retiring Trustee hereby gives notice to the Protector of its retirement as trustee of the Settlement and the Retiring Trustee and the Protector **HEREBY AGREE** that such retirement will be effective immediately subject and pursuant to this deed such that any notice period is waived.

3.    **APPOINTMENT AND RETIREMENT OF TRUSTEE**

In exercise of the power for the purpose conferred on him by the Settlement and of all (if any) other relevant powers the Protector **HEREBY APPOINTS** the New Trustee to be a trustee of the Settlement in place of the Retiring Trustee who duly retires from the trusts thereof.

4.    **COUNTERPARTS**

This Deed may be executed in any number of counterparts each of which when executed shall be an original and all the counterparts together shall constitute one and the same deed.

The parties have executed and delivered this document as a deed on the date stated at the beginning of it.

**SIGNED** as a deed by
**GRAHAM AUBREY COLLETT**
in the presence of:

Signature

Witness signature

Name (in BLOCK CAPITALS) *Iryna Tsenzharyk*

Address *20 Conduit Street, London, W1S 2XW*

**EXECUTED** as a deed by
**SALAMANDER ASSOCIATES LIMITED**
acting by a director, in the presence of:

Signature

Director

Print name

Leonard O'Brien

2

# Defense Exhibit 3-4

Witness signature _____

Name (in BLOCK CAPITALS) _Vinent Deguingand_____

Address _11 rue Camps  74100 ANNEMASSE - FRANCE_

_____

**EXECUTED** as a deed by
**SALAMANDER CORPORATE SERVICES
SA** acting by a director, in the presence
of:

Salamander Corporate Services SA
Rue Jean-Gabriel Eynard 8
1205 Geneva Switzerland
+41 22 318 26 00

| Signature | |
|---|---|
| | Director |
| Print name | |
| Vinant Deguingand | |

Witness signature _____

Name (in BLOCK CAPITALS) _Vinent Deguingand_____

Address _11 rue Camps 74100 ANNEMASSE - FRANCE_

_____

3

# Defense Exhibit 3-5