Defense Exhibit 4



**SUMMIT TRUST (CAYMAN) LIMITED**

**TO WHOM IT MAY CONCERN**

27th August 2024

Dear Sirs,

**Letter of confirmation – Atlas Trust, Big Valley Trust, Bluestone Trust, Delfinity Trust, Dina Maropa Trust, Galactea Trust, Ithaque Trust, Iverna Trust, Oakwood Trust (together, the 'Trusts')**

We, the undersigned, for & on behalf of Summit Trust (Cayman) Ltd as trustee of the above listed Trusts, and as co-trustee of the Big Valley Trust, hereby confirm the following:

- According to the documentation that we have received further to our appointment as trustee on 3rd October 2023, and to the best of our knowledge, Mr. Douglas Edelman is not a beneficiary of the Trusts; and
- Further to this, we do not owe Mr. Edelman any obligations, nor is he given access to the Trusts' assets; and
- Furthermore, we confirm that no funds would be available to him at any time from the Trusts.

We trust that this confirmation is sufficient for your purposes; however should you require any additional information please do not hesitate to contact us.

Yours faithfully,

Summit Trust (Cayman) Ltd

Correspondence Address:
c/o Summit Trust International SA
6 Place des Eaux Vives
1207 Geneva – Switzerland
Tel : +41 22 707 8399 Fax : +41 22 707 8395

Registered Office:
Buckingham Square
720 West Bay Road
PO Box 601
KY1-9006 Grand Cayman
Cayman Islands

**Defense Exhibit 4**