# Defense Exhibit 5

# ROSBELT INTERNATIONAL LIMITED
*Registered address: Trinity Chambers, PO Box 4301, Road Town, Tortola, British Virgin Islands*

Dr. Anne-Catherine Hahn
Wartmann Merker AG
Kirchgasse 48
CH-8024
Zürich

6th September 2024

Dear Anne-Catherine,

We refer to your letter of 19 August 2024 concerning the outstanding legal fees for Douglas Edelman's representation against TNF.

As we discussed on 26 July 2024, we fully appreciate your situation regarding your outstanding fees and understand that you have not been able to recover these. However, neither Rosbelt, nor the Galactea Trust, nor Summit Trust (Cayman) Limited as trustee has never given any undertaking to Douglas Edelman or your firm in respect of the payment of the fees in connection with the arbitration proceedings. It is also our understanding that no such commitment was given by the former trustee.

As you are well aware of, your client is not a beneficiary of the trust and for this simple reason, any such commitment could not have been given anyway. Furthermore, we note that no such undertaking appear in any of the documents you have sent to us. Additionally, we have no influence or control whatsoever over the promises made to you by Delphine or Douglas Edelman himself. In any case, these, if any, do not create any contractual obligations for us.

Finally, Rosbelt was and has always been represented by its own counsel in the arbitration proceedings. Douglas Edelman has his own counsel and both were clearly separately represented. While we appreciate that from time to time discussions did occur among the two counsel teams, to the extent it was in the interest of both parties, each party remains accountable of its fees to its own counsel.

We remind you that the arbitral proceedings were brought by Rosbelt, as Claimant, against TNF for the sole purpose of enforcing Rosbelt's contractual claim against TNF. The fact that Douglas Edelman was later included in the proceedings as an additional party is due to TNF's request only. Rosbelt has prevailed in the proceedings thanks to the strategy deployed since the beginning of the proceeding by its counsel and it has not received any legal advice from you or your firm at any stage in the proceedings. Although Rosbelt and Douglas' interests were, to some extent, aligned, the successful outcome of the arbitral proceedings is the result of Rosbelt's own strategy and arguments. While you also achieved a successful outcome for your client, that would not render Rosbelt or the trust liable for his fees.

Therefore, we are unfortunately neither in a position to provide you with further information nor to execute payments in favor of Douglas Edelman. We believe that it would be futile – and

**Defense Exhibit 5-1**

undoubtedly harmful to your client's interests – to take legal action against Rosbelt and/or the Galactea Trust, as neither has any obligation to Douglas Edelman or Wartmann Merker. As you are well aware and as the documents formalizing your relationship with your client clearly demonstrate, there is no commitment whatsoever that has ever been given – nor sought – from the trustee.

The matter should undoubtedly be resolved in the interests of your client by means other than litigation, and we remain at your disposal to help you find a solution. We note in this respect that your client was awarded an indemnity for costs in the arbitration and that the total amount granted in his favour exceeds CHF 900'000. As a consequence, an easy and quite standard way of processing would be for your client to assign his claim to you.

Yours sincerely

Joanne Morse
*Authorised signatory*

Clare Usher-Wilson
*Authorised signatory*

**Defense Exhibit 5-2**