UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 24-CR-239 (CKK) |
| v. | : | |
| | : | |
| DOUGLAS EDELMAN, | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The government requests that the attached exhibits be made part of the record in this case. The attached exhibits constitute additional examples of Edelman, Le Dain, and their associates and co-conspirators providing false information to financial institutions as part of banks' "know your customer" processes. The exhibits also include "Deeds of Gift" purporting to show payments from Le Dain to Edelman – these documents were used in the context of Edelman's tax payments, in order to reinforce the lie told to Edelman's tax lawyers that the funds were coming from Le Dain.

The government does not intend to call any witnesses at the March 23, 2026 hearing. However, the government does intend to play excerpts of Graham Collett's earlier recorded testimony.

        Respectfully submitted,

        JEANINE FERRIS PIRRO
        UNITED STATES ATTORNEY

By:        /s/ Ezra Spiro
        Ezra Spiro (NY Bar No. 5921838)
        Trial Attorney
        Department of Justice Criminal Division
        950 Pennsylvania Ave NW
        Washington, DC 20530
        Ezra.K.Spiro@usdoj.gov
        (202) 718-7308

        Sarah Ranney (NY Bar No. 5050919)
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D Street NW
        Washington, DC 20579
        Sarah.Ranney@usdoj.gov
        (202) 252-7051