

Government
Exhibit
25-21

# ACCOUNT OPENING APPLICATION
### (Legal Entity)

Account N°  [REDACTED] 4 S60

The account holder (hereinafter also called the "Client") applies to open an account (the "Account") with Banque J. Safra Sarasin (Luxembourg) SA , a *société anonyme* having its registered office at 10A, boulevard Joseph II, L-1840, Luxembourg and registered with the Commercial and Companies Register of Luxembourg under the number B157239 (hereinafter the "Bank"). The present account opening application (the "Application"), together with the General Terms and Conditions of the Bank, the Specific Conditions – Payment Services, the Risk Awareness document and any other special agreements provided by the Bank shall govern the relationships between the Client and the Bank.

Wherever the context so requires herein, the masculine gender includes the feminine or neuter, and the singular number includes the plural and vice versa.

## I. CHARACTERISTICS OF THE ACCOUNT

**A) Heading (if any)**

The Client has given to the Account a special designation which he has freely chosen and to which the Bank may added a series of digits. The Account shall be referred to and instructions may be given under either the series of digits or the heading as set out below.

Heading: *ROSBELT INTERNATIONAL LIMITED*

**B) Base currency**

☐ EUR          ☑ USD

If no choice is made, USD shall be the base currency.

## II. IDENTIFICATION

**A) The Client**

**LEGAL ENTITY**

Legal entity name: *ROSBELT INTERNATIONAL LIMITED*

Register number: *688065    (BRITISH VIRGIN ISLANDS)*

Registered office: *TRINITY CHAMBERS PO BOX 4301 ROAD TOWN TORTOLA VG 1110 BRITISH VIRGIN ISLANDS*

Legal form: ☒ Corporation  ☐ Trust  ☐ Foundation  ☐ Fund  ☐ Other: _____

This information is furnished and / or requested under the terms of our income tax treaty. Its use or disclosure must be governed by the provisions contained therein.

Client's Initial

**B)   Declaration of Beneficial Ownership**                                Account N° _____

The Client in signing hereunder warrants that the assets held from time to time in the Account with the Bank do not have a direct or indirect criminal origin or purpose. Within the framework of its legal obligations the Bank has to be informed of the identity of the actual ultimate beneficiary(ies) of the assets in the Account (hereinafter referred individually or collectively as the «Beneficial Owner»).

**Data protection:**

To the extent required by law, the Beneficial Owner agrees and empowers the Bank, as data controller, to hold, store and process his personal data, such as his name, address, citizenship, profession, tax residence country, ID/passport copy etc., in the conditions set out below.

The Beneficial Owner has to communicate to the Bank all the data necessary to enable it to comply with its legal, regulatory or contractual obligations and non-communication of such data shall preclude the existence of a contractual or any other business relationship between the Client and the Bank.

The Bank shall process such personal data for the purposes of performing the Contract with the Client and to enable the Bank to comply with its contractual, legal and regulatory obligations.

Without prejudice to the compliance with the Luxembourg professional secrecy rules, the Beneficial Owner consents to the disclosure of his personal data by the Bank to service providers in the context of the performance by the Bank of its contractual obligations towards the Client, or to other third parties in the context of the compliance with its legal and regulatory duties or rights towards national or foreign administrative, judicial or tax authorities. The service providers are for instance the professional advisors of the Bank, such as its auditors or lawyers, but also other specialized companies and intermediaries involved in the context of the provision of the services requested by the Client.

The Beneficial Owner agrees that the data processing concerning money transfers may be operated through centres located in foreign countries according to the local legislation of such countries. The Beneficial Owner also agrees that, in the context of an order to transfer funds or precious metals or to execute a transaction on financial instruments or similar rights or in the context of transactions in investment funds, the Bank may disclose the Beneficial Owner's identity and holding(s) of financial instruments and similar rights to the relevant national or foreign bodies/authorities or private companies in order to execute the transfer or transaction and for instance to avoid the blocking of financial instruments.

The Beneficial Owner has a right of access and of rectification of the data in cases where such data is inaccurate and/or incomplete.

The Beneficial Owner may exercise his rights by letter addressed to the Bank.

This information is furnished
and / or requested under the terms
of our income tax treaty. Its use
or disclosure must be governed
by the provisions contained therein.

Client's Initial

The Beneficial Owner of the assets held in the Account n° ███████ ̴560 ___ now and in the future is/are:
**(Only individual person(s) must be designated)**

**Beneficial Owner 1**

Surname* _LE DAIN_                    First Name(s)* _DELPHINE ANNE_

Date and Place of Birth* ███ - 1966
_BOULOGNE - BILLANCOURT_    Marital Status _MARRIED_

Permanent Residence* ████████████
_STA GERTRUDIS IBIZA 07814 SPAIN_

Citizenship(s)* _FRENCH_                ☞ attach a valid Identification Document

Phone Number _____            Fax Number _____

E-mail Address _____          Profession _ENTREPRENEUR_

Tax Residence (country)* _SPAIN_      Identity Card / Passport N°* ████████

\* **Mandatory**

**Signature of the Beneficial Owner or the Authorized signatory** ⁄

**Beneficial Owner 2**

Surname* _____                First Name(s)* _____

Date and Place of Birth* _____    Marital Status _____

Permanent Residence* _____

Citizenship(s)* _____          ☞ attach a valid Identification Document

Phone Number _____            Fax Number _____

E-mail Address _____          Profession _____

Tax Residence (country)* _____    Identity Card / Passport N°* _____

\* **Mandatory**

**Signature of the Beneficial Owner or the Authorized signatory** ⁄

This information is furnished
and / or requested under the terms
of our income tax treaty. Its use
or disclosure must be governed
by the provisions contained therein.

Client's Initial



**Beneficial Owner 3**

Surname* _____   First Name(s)* _____

Date and Place of Birth* _____   Marital Status _____

Permanent Residence* _____

_____

Citizenship(s)* _____   ☞ *attach a valid Identification Document*

Phone Number _____   Fax Number _____

E-mail Address _____   Profession _____

Tax Residence (country)* _____   Identity Card / Passport N°* _____

**\* Mandatory**

**Signature of the Beneficial Owner or the Authorized signatory** ✎ _____



**Beneficial Owner 4**

Surname* _____   First Name(s)* _____

Date and Place of Birth* _____   Marital Status _____

Permanent Residence* _____

_____

Citizenship(s)* _____   ☞ *attach a valid Identification Document*

Phone Number _____   Fax Number _____

E-mail Address _____   Profession _____

Tax Residence (country)* _____   Identity Card / Passport N°* _____

**\* Mandatory**

**Signature of the Beneficial Owner or the Authorized signatory** ✎ _____

This information is furnished and / or requested under the terms of our income tax treaty. Its use or disclosure must be governed by the provisions contained therein



Client's Initial

Account Opening Application (Legal Entity) - 07/2014

**C) Statement of the Client and of the Beneficial Owner concerning access to inside information**

The person(s) authorized to act for and on behalf of the Client and/or the Beneficial Owner state(s) the following:

The person(s) authorized to act for and on behalf of the Client and/or the Beneficial Owner, a member of their family or another person closely related to them works for a company or group of companies whose financial instruments are listed on an exchange.

Name of the person(s): _____

Name of the company(ies): _____

Position(s) (shareholder, senior executive, employee, other): _____

---

**The Client and the Beneficial Owner undertake to immediately inform the Bank in writing upon the occurrence of any change in the identification elements concerning the Client or the Beneficial Owner.**

The Client hereby acknowledges having been informed by the Bank that the latter is entitled to terminate the business relationship without prior notice and further formalities if it appears, by whatsoever means, that the information contained in the present Application is inconsistent with reality.

*This information is furnished and / or requested under the terms of our income tax treaty. Its use or disclosure must be governed by the provisions contained therein*

## III. INSTRUCTIONS AND INFORMATION

The Client authorizes the Bank to accept instructions and information received from it or its agent(s) by*:

- telephone
- facsimile
- postal mail
- special courier service (such as DHL, TNT)
- e-mail *(the use of e-mail is limited to the communication of information. The Bank does not accept any instruction transmitted to it via such means of communication. For more information on the use of e-mail, please see section V. B) of the present Account Opening Application Form).*
- any other means of communications acceptable to the Bank at its sole discretion.

*\*Please cross-out, if necessary, non-applicable communication methods.*

The power to give instructions of each duly authorized representative or agent shall be exercised in accordance with the attached signature card or, as the case may be, the "Power of Administration", or any other relevant document.

**To the extent required by law, the Client authorizes the Bank to record its telephone conversations with the Bank. Such recording is carried out in order to provide proof of commercial transactions and any other commercial communication and to trace and solve errors or misunderstandings that may arise through telephone conversations. Such records shall be kept for 10 years without prejudice to the legal limitation period.**

## IV. DATA PROTECTION

The Client is informed that in addition to personal data regarding the Beneficial Owner, the Bank also collects, stores and process personal information regarding its legal representative(s), the Account's signature holder(s), the Client's registered agent(s) and any other individual authorized to operate the present Account.

Such information is required to enable the Bank to provide the services required by the Client and to comply with its contractual, legal and regulatory obligations.

Data subjects have a right of access and of rectification of the data in cases where such data is inaccurate and/or incomplete.

Client's Initial

## V. CORRESPONDENCE

### A) Dispatch of correspondence

**(Please tick one box; second option by default)**

☒ All correspondence should be sent to the following address:

c/o SALAMANDER MANAGEMENT LIMITED

RUE DU RHONE 56,  1204  GENEVA,  SWITZERLAND.

A copy shall be sent to (if applicable)

☐ Until the Bank receives in writing instructions to the contrary from the Client, all correspondence should be kept for the account of the Client at the Bank (hold mail) in accordance with the relevant provisions of the General Terms and Conditions of the Bank.

### B) Type of medium for the reception of information

With respect to all information which is required to be provided in a durable medium, the Client may choose to receive this information either in paper form or in the form of a different durable medium, such as e-mail.

*(Please tick the following box if you accept to receive the information on a durable medium other than a paper form such as e-mail)*

☒ The Client opts for the provision of this information in that other durable medium. However, the Bank may, at its discretion, provide this information in paper form.

**E-mails are intended for informational purposes only and not for the transmission of instructions to the Bank. Particularly, but not exclusively, the Client may authorize the Bank to send by e-mail a copy of its account statements and valuations.**

The Client is advised to read the provisions as described below with particular care.

**The Client should be aware that the nature of the e-mail medium is such that confidentiality and privacy are not assured. Unless otherwise specified, the Bank considers that e-mail from the Client constitutes exclusively a communication medium for information purposes and never a communication medium for the transmission of instructions.**

**E-mail transmission cannot be guaranteed to be secure or error free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The Bank therefore neither accepts liability for any errors or omissions in the contents of the message, which arise as a result of e-mail transmission, nor for damages resulting of such transmission.**

**Any information that may be communicated by the Bank to the Client shall not be regarded as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information so transmitted to the Client are not warranted as to completeness or accuracy and are subject to change without notice.**

### C) Language of correspondence

The communication language between the parties will be usually English, French or Portuguese.

This information is furnished and / or requested under the terms of our income tax treaty. Its use or disclosure must be governed by the provisions contained therein



Client's Initial

Account Opening Application (Legal Entity) - 07/2014

## VI. UNITED STATES WITHHOLDING TAX REGULATIONS

In connection with the requirements under United States Withholding Tax Regulations and in order to enable the Bank to correctly determine the status of the Client as a NON U.S. Entity or U.S. Entity, the Client hereby makes and confirms the following declarations to the Bank:

## A) DECLARATION OF STATUS

* Is the entity a U.S. corporation, U.S. taxpayer, or located in the U.S. ?

☐ yes

☒ no

* Should the entity be a trust or a foundation or controlled by a trust or a foundation:
  - is it subject to the jurisdiction of a U.S. court?

☐ yes

☒ no

  - is it controlled / managed by or is any of its settlors, founders or ultimate beneficial owners:
    - a person born in the U.S. ?
    - a U.S. citizen (with sole or dual citizenship) ?
    - a U.S. resident ?
    - a U.S. green card holder ?
    - a U.S. taxpayer (whether filing jointly with a U.S. spouse or not) ?
    - a person with a substantial physical presence (*) in the U.S. ?

☐ yes

☒ no

* Should the entity be "transparent" according to U.S. tax regulations, is any of its ultimate beneficial owners:
    - a person born in the U.S. ?
    - a U.S. citizen (with sole or dual citizenship) ?
    - a U.S. resident ?
    - a U.S. green card holder ?
    - a U.S. taxpayer (whether filing jointly with a U.S. spouse or not) ?
    - a person with a substantial physical presence (*) in the U.S. ?

This information is furnished and / or requested under the terms of our income tax treaty. Its use or disclosure must be governed by the provisions contained therein

☐ yes

☒ no

*(at least 31 days during the current year and 183 days during the current year and the 2 prior years, counting all the days of presence in the current year and 1/3 of the days of presence in the first year before the current year and 1/6 of the days of presence in the second year before the current year.)*

**IF YOU ANSWERED «YES» TO ANY OF THE ABOVE QUESTIONS THE CLIENT ARE A U.S. ENTITY** AND YOU MUST TICK THE APPROPRIATE BOX BELOW:

☐ **The Client will hold or acquire U.S. securities and irrevocably authorizes the Bank to disclose its identity to the Bank's U.S. custodians and the U.S. Internal Revenue Service (the "IRS"). In this respect, the Client will deliver to the Bank a completed and signed U.S. Tax Form W-9 with a valid TIN (Taxpayer Identification Number). The Client assumes full responsibility for the accuracy of all information provided to the Bank in Form W-9. Failure to provide a valid Form W-9 will result in inability to conduct transactions in U.S. securities and may result in the application of U.S. withholding tax to U.S. source revenue and gross proceeds from sales.**

☐ **The Client will refrain from holding or acquiring any U.S. securities now or in the future. Shall the Bank accept U.S. securities on behalf of the Client whatever the reason, the Client expressly and irrevocably authorizes the Bank to take any remedial action deemed necessary to rectify such situation. By way of example the Bank may without limitations and without prior notice to the Client reverse any booking to the Account and/or return, deliver or sell the U.S. securities acquired by the Client, all at the Client's cost. Any disposal of U.S. securities will be subject to the backup withholding tax rate of 28% (or the then applicable rate) on gross sales proceeds.**

* Is the income that will be deposited in the Account effectively connected to a U.S. trade or business?

☐ yes (you must provide Form W-8 ECI)

☒ no

*Client's Initial*

## B) CHANGE OF STATUS

The Client undertakes to promptly notify the Bank shall the circumstances change so that the Client may have become or may become a U.S. Person.

If the above Declaration of Status becomes invalid after its filing with the Bank due to a change of the Client's status from a NON U.S. Person to a U.S. Person and, if, at that time, the Client refuses or fails to deliver a completed and signed U.S. Tax Form W-9 with a valid TIN (Taxpayer Identification Number), the Client hereby irrevocably instructs the Bank to take any remedial action regarding the U.S. Securities held in the Account, following standard business practice and without limitations and without prior notice, and to deduct and remit to the IRS the backup withholding tax rate of 28% (or the then applicable rate) on the gross proceeds from the sale of U.S. Securities.

**The Client and, if applicable, the U.S. Beneficial Owner(s) within the meaning of the U.S. tax law expressly and without any limitation herewith waives any claims for damages and shall hold the Bank harmless and shall indemnify the Bank for any liability, cost or expenses the Bank may suffer as a consequence of the declarations made under this section VI.**

## VII. CLIENT PROFILE

As required by law careful completion of this section will enable us to better tailor our services to your profile and allow you to benefit from all the statutory provisions of client protection and care.

Account N° ▮▮▮▮▮ 560

### Objectives

1) For what purpose do you open the account?

☐ settlement of expenses   ☒ investments   ☐ commercial operations

☐ credits        ☐ other: _____

2) Which of the following objectives suits your personal profile best ?

☐ Conservative      ↔      Capital preservation and limited risk
☒ Medium Yield      ↔      Capital increase with acceptance of risk of loss
☐ High Yield        ↔      Capital increase with acceptance of considerable risk of loss

3) Would you like to invest ?

☐ Short term (less than 1 year)   ☐ Medium term (between 1 and 5 years)   ☒ Long term (over 5 years)

### Knowledge and experience in financial services and products

4) Familiarity with markets / asset classes

This information is furnished and / or requested under the terms of our income tax treaty. Its use or disclosure must be governed by the provisions contained therein.

| Type of market / asset class | Familiar with market / asset class | |
|---|---|---|
| | Yes | No |
| Equities | ✓ | |
| Fixed income | ✓ | |
| Foreign exchange | ✓ | |
| Precious metals | ✓ | |
| Derivatives | ✓ | |
| Mutual funds | ✓ | |
| Hedge funds | ✓ | |
| Emerging markets | ✓ | |
| Structured notes | ✓ | |

Client's Initial

Account Opening Application (Legal Entity) - 07/2014

5) Do you have advanced professional experience or educational background in finance?

☐ Yes    ☑ No

6) Do you follow financial / business news on a regular basis?

☒ Yes    ☐ No

**Financial Situation (total for all Beneficial Owners)**

**Average annual income in USD '000**

☐ under 100    ☐ 100-250    ☐ 250-500    ☒ over 500

**Wealth - in USD '000**

☐ under 500    ☐ 500-2,000    ☐ 2,000-5,000    ☒ over 5,000

Percentage of the Client's total net wealth deposited with the Bank:

☒ under 5%    ☐ 5%-25%    ☐ 25%-75%    ☐ over 75%

**Origin of the assets deposited**

☐ Salary/Professional earnings    ☑ Commercial / industrial activity

☐ Rental income    ☐ Sale of real estate

☐ Inheritance/Donation    ☐ Other: _____

## VIII. REQUIRED DOCUMENTS

Please provide the Bank with the following documents in order to enable us to open the Account:

1) This Account Opening Application duly completed and duly signed by the person(s) authorized to open an account with us on behalf of the Client.

2) A certified copy of the incorporation documents of the Client as applicable at the day of beginning of the business relationship with the Bank.

3) A certified copy of the extract of the companies' register (the extract should not be more than three months old on the date of signing of the present Application).

4) A certified copy of the resolution authorizing the business relationship with the Bank and authorizing the signatories to operate the Account.

5) A certified copy of a valid passport or ID of each Beneficial Owner, director, settlor, founder and any other person authorized to operate the Account.

6) Any other document deemed appropriate by the Bank for the identification of the Client, its representative(s) and the Beneficial Owner(s).

The certification needs to be done by a competent authority (e.g. embassy, consulate, notary public, police or other public authority).

This information is furnished
and / or requested under the terms
of our income tax treaty. Its use
or disclosure must be governed
by the provisions contained therein



Client's Initial

The Client confirms his intention to open an account with **Banque J. Safra Sarasin (Luxembourg) SA** under the terms and conditions set out hereabove, warrants that all the information set out herein is true and accurate and undertakes to inform the Bank immediately in writing of any change that occurs in relation thereto.

The Client declares having received a copy of, having read thoroughly and understood the **General Terms and Conditions - 07/2014 and the Specific Conditions - Payment Services - 07/2014**, governing the relationship between the Bank and the Client and accepts to be bound thereby. The Bank draws in particular the Client's attention to the provisions printed in bold letters which contain unilateral termination or deferral rights, liability limitation clauses, arbitration and jurisdiction clauses stipulated to the Bank's benefit.

The Client further confirms having been exhaustively informed of the matters referred to therein and relating to the Bank's activities and/or services and in particular to:

- the categorisation of the Bank's clients;
- the Bank's Conflicts of Interest Policy;
- the Bank's Best Execution Policy;
- the safeguarding and use of client assets by the Bank;
- costs and associated charges in relation to the services provided by the Bank;
- inducements the Bank may receive in relation to the provision of such services;

and having accepted the above.

By signing herebelow, the Client also confirms having read and understood all the provisions of the present Application and its appendices, in particular the provisions of Parts IV and VI hereabove and to be bound by said provisions.

The Client further declares having received a copy of, read thoroughly, understood and accepted the **Risk Awareness document - 07/2014**, which describes the main characteristics and risks of financial instruments and having received the necessary explanations by the Bank relating thereto.

The Client further acknowledges that the business relationships with the Bank will be governed by the **General Terms and Conditions - 07/2014** of the Bank and the **Specific Conditions - Payment Services - 07/2014**, together with – if applicable – any other specific agreement concluded between the parties.

_GENEVA,_ _____     on, _18ᵗʰ March 2016_
Place                            Date

**Person(s) authorized to sign on behalf of the Client**

_____        _____
Authorized signatory             Authorized signatory
LEONARD O MWEW for
SACRAMASE MANAGEMENT Ltd.
SALE CORPORATE DIRECTOR

_____        _____
Authorized signatory             Authorized signatory

This information is furnished and / or requested under the terms of our income tax treaty. Its use or disclosure must be governed by the provisions contained therein.

Account Opening Application (Legal Entity) - 07/2014

To whom it may concern,                                      Amsterdam

February 1, 2017

Please be informed that based on your request I would like to confirm that Mrs. Delphine Ledain is the sole Ultimate Beneficial Owner of the structure including Rosbelt Ltd. and its shareholders and subsidiaries. This is true both from a legal as well as an economical point of view.

Therefore I would like to confirm that to my profound knowledge of the structure Mr D. Edelman has no legal or economical entitlement to the structure. Furthermore, there are no tax authorities that have expressed any other views regarding the above statements.

If you have any further queries, please contact me,

Remco Polderman,

Tax advisor

This information is furnished
and / or requested under the terms
of our income tax treaty. Its use
or disclosure must be governed
by the provisions contained therein