

**CBH** Compagnie Bancaire Helvétique

**Government Exhibit**

25-22

## CONFIRMATION OF RESIDENCE FOR TAX PURPOSES AND AEOI / CRS STATUS "ENTITY"

| Account number | Name |
|---|---|
| ■ 6645 | ROSBELT INTERNATIONAL LIMITED |

The Swiss legislation implementing the OECD Common Reporting Standard (CRS), including the Swiss Federal Act on the International Automatic Exchange of Information in Tax Matters (Swiss AEOI Act), and the AEOI Agreements between Switzerland and its partner jurisdictions require CBH Compagnie Bancaire Helvétique SA (hereinafter «the Bank») to collect information relating to an Account Holder's residence for tax purposes. In accordance with the above mentioned regulations, the undersigned **Account Holder** hereby declares and confirms the below certifications to the Bank.

Key terms are defined in the Glossary. Neither this document nor any related written or oral explanations constitute tax advice. The Bank recommends contacting a qualified tax advisor or the relevant tax authorities, if required.

### 1    Identification of Account Holder "entity"[1]

In general, the contracting party of a banking relationship is treated as the Account Holder for AEOI/CRS purposes. However, there are exceptions regarding certain intermediaries as well as concerning trusts.

| Corporate name | ROSBELT INTERNATIONAL LIMITED |
|---|---|
| Current address or registered office (do not use any P.O.Box or in-care-of address unless if in the commercial register) | Trinity Chambers, PO BOX 4301, Road Town, Tortola, British Virgin Islands |

### 2    AEOI/CRS Status

**a)    Is the entity a Professionally Managed Investment Entity (PMIE) type Financial Institution?**

Entities that are typically treated as PMIEs include private and collective investment vehicles (e.g. private investment companies, trusts, foundations or funds) that are professionally managed, e.g. because they have a discretionary asset management mandate with another Financial Institution in place.

[✓] Yes

   [ ] If the entity is resident in a **Non-Participating Jurisdiction**, please proceed with **step d)** and complete a Form "U.S. Tax Status Declaration and Confirmation of Residence for Tax Purposes (Controlling Person)" for each **Controlling Person.**

   [✓] If the entity is resident in a **Participating Jurisdiction**, please proceed with **Part 3**[2]. A list of such Participating Jurisdictions can be found on https://www.sif.admin.ch/sif/fr/home/themen/internationale-steuerpolitik/automatischer-informationsaustausch.html.

[ ] No    Please proceed with **step b)**.

**b)    Is the entity any other type of Financial Institution?**

Other types of Financial Institutions include Depository Institutions, Custodial Institutions, Managing Investment Entities and Specified Insurance Companies. Entities that are typically treated as such include banks, brokers, investment managers/advisors and life insurance companies.

[ ] Yes    Please proceed with **Part 3.**

[ ] No    Please proceed with **step c).**

---

[1]  The singular form includes the plural, and all masculine terms referring to persons refer to both genders.
[2]  By ticking this box, the Entity confirms, to the extent applicable to the Entity under CRS, that it performs or will perform all due diligence, reporting, and other applicable CRS requirements, either itself or through delegation to a third party service provider.

6 NOV'20 8:3

1 / 6    Entity Tax Residence & Status

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663

**c)** **Please confirm the entity's NFE status.**

☐ Active NFE - Publicly traded corporation

Please provide the name of the established securities market on which the stock of the Account Holder is regularly traded and then proceed with **Part 3** _____

☐ Active NFE - Corporation that is a Related Entity of a publicly traded corporation

Please provide the name of the publicly traded corporation of which the Account Holder is a Related Entity

_____

Please provide the name of the established securities market on which the stock of the corporation listed above is regularly traded and proceed with **Part 3** _____

☐ Active NFE - Governmental Entity or Central Bank          Please proceed with **Part 3**.

☐ Active NFE - International Organization          Please proceed with **Part 3**.

☐ Active NFE – Other          Please proceed with **Part 3**.

The «Active NFE - Other» category covers all Active NFE statuses that are not separately listed above (e.g. Active NFEs by reason of income and assets or Non-profit NFEs).

☐ Passive NFE    Please proceed with **step d)** and complete a Form U.S. Tax Status Declaration and Confirmation of Residence for Tax Purposes (Controlling Person) for each Controlling Person.

**d)** **Please list the Controlling Persons of the PMIE or Passive NFE.**

Please indicate the name and date of birth of any Controlling Person(s) of the Account Holder below. In addition, please complete a Form U.S. Tax Status Declaration and Confirmation of Residence for Tax Purposes (Controlling Person) for each Controlling Person[3] Please see the definition of the term Controlling Person in the Glossary.

| | Name | Date of birth |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

**3** **Country(ies) / Jurisdiction(s) of Residence for Tax Purposes and related Taxpayer Identification Numbers or functional equivalents (TINs)**

Please complete the following table indicating

- All countries/jurisdictions where the Account Holder is resident for tax purposes (other than the U.S.); and
- The Account Holder's TIN for each country/jurisdiction indicated.

Each country/jurisdiction has its own rules for defining tax residence and countries/jurisdictions provided information on how to determine whether an entity is resident for tax purposes in the jurisdiction for inclusion on the OECD AEOI Portal http://www.oecd.org/tax/automatic-exchange/.

If the Account Holder is not resident for tax purposes in any country/jurisdiction (e.g., because it is fiscally transparent), please provide its place of effective management or jurisdiction in which its principal office is located. Trusts are typically resident for AEOI/CRS purposes in the residence of their trustee(s) and branches are tax resident for AEOI/CRS purposes in the country/jurisdiction of residence for tax purposes of the headquarter entity of which they are a branch.

| | Country/jurisdiction of residence for tax purposes* | TIN | If no TIN available enter reason A, B, C, D, E or F |
|---|---|---|---|
| 1 | BRITISH VIRGIN ISLANDS | N/A | A |
| 2 | | | |
| 3 | | | |

---

[3]  If the Account Holder has more than six Controlling Persons, please attach a separate list.
*   If he Account Holder is resident for tax purposes in more than three countries/jurisdictions, please use a separate sheet.

2 / 6   Entity Tax Residence & Status

0098 - 105

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663



If the Account Holder is unable to provide a TIN for a specific country/jurisdiction of residence for tax purposes, please include the appropriate reason **A, B, C, D, E or F in the right column of the table above**

**Reason A**  The Account Holder's country/jurisdiction of residence for tax purposes does not assign TINs to its residents.

**Reason B**  Despite the country/jurisdiction of residence for tax purposes generally issuing TINs, the Account Holder is not required to obtain a TIN.

**Reason C**  The country/jurisdiction of residence for tax purposes stated above is Switzerland.

**Reason D**  The country/jurisdiction of residence for tax purposes stated above is not a Reportable Jurisdiction. A list of all Reportable Jurisdictions can be found on https://www.sif.admin.ch/sif/en/home/themen/internationale-steuerpolitik/automatischer-informationsaustausch.html

**Reason E**  The Account Holder's AEOI/CRS Status is (i) PMIE, (ii) other type of Financial Institution, (iii) publicly traded NFE, (iv) non-financial corporation that is a Related Entity of a publicly traded corporation, (v) Governmental Entity or Central Bank, or (vi) International Organization.

**Reason F**  The Account Holder is otherwise unable to provide a TIN. Please specify the reason below

> **BY SIGNING THIS FORM I CERTIFY THAT THE ACCOUNT HOLDER IS RESIDENT FOR TAX PURPOSES ONLY IN THE COUNTRY(IES) / JURISDICTION(S) LISTED ABOVE**

**4    Change in Circumstances**

For the duration of the contractual relationship with the Bank, I hereby confirm that I undertake to notify the Bank within 30 days on my own initiative, if the Account Holder's (or the Controlling Persons', if any) country(ies)/jurisdiction(s) of residence for tax purposes changes. If any certification made on this form becomes incorrect (including any changes to the information on Controlling Persons, if any), I agree that I will submit a new form and/or further necessary forms and documentation within 90 days after such change in circumstances.

In case of any change in circumstances, I further affirm that I am aware that the above mentioned relationship with the Bank may be terminated, if the Account Holder (or one of the Controlling Persons, if any) fails to comply with the obligation to submit the relevant documentation required to determine the country(ies)/jurisdiction(s) of residence for tax purposes of the Account Holder (or the Controlling Persons, if any).

**5    Declaration and Signature**

By signing this form below, under penalty of perjury, I declare that all statements made in this form are, to the best of my knowledge and belief, true, correct and complete.

I also certify that in case of classification as a PMIE in a partner jurisdiction, to know my obligations of registration with the tax authorities of my country of residence as well as announcement of the persons holding the control according to the agreements signed by my home country.

I am aware that based on Article 35 of the Swiss AEOI Act, willfully providing incorrect information on a self-certification, not notifying the Bank about any change in circumstances or providing incorrect information about any change in circumstances is subject to penalty.

Date                                    Signature(s) of authorized signatory(ies)

30/10/2020

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

V23.01.2019

USA_01549663



**CBH** | Compagnie Bancaire Helvetique

**T**

<div style="writing-mode: vertical">This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.</div>

## DECLARATION FOR TRUSTS

**Account number**

5645

**Name**

ROSBELT INTERNATIONAL LIMITED

Pursuant to article 41 of the Agreement on the Swiss banks' code of conduct with regard to the exercise of due diligence (CDB 16), the undersigned hereby declare(s) that as a trustee or a member of the highest supervisory body of an underlying company of a trust known as

THE GALACTEA TRUST

and, in such capacity, provide(s) to the best of his/her/their knowledge the following information to the bank

**1     Name and information pertaining to the trust (tick the two boxes applicable)**

**Type of trust**          ☑ Discretionary Trust                    ☐ Non-discretionary Trust

**and**

**Revocability**          ☐ Revocable Trust                       ☑ Irrevocable Trust

**2     Information pertaining to the (ultimate economic, not fiduciary) settlor of the trust (individual(s) or entity/-ies)**

Surname, First name(s)/Company name     LE DAIN EP. EDELMAN DELPHINE ANNE

Actual address of domicile/registered office     ███████ W8 6TP

London, United Kingdom

Date(s) of birth     ██/1966          Date of death (if deceased) _____

Nationality     French

In case of a revocable trust: does the settlor have the right to revoke the trust?          ☐ Yes          ☐ No

1/4

1/3 | Form T Trusts

USA_01549663

**T**

3    **If the trust results from a restructuring of a pre-existing trust (re-settlement) or a merger of pre-existing trusts, the following information pertaining to the (actual) settlor of the pre-existing trust(s) has to be given**

Surname, First name(s)/Company name    _____

_____

Actual address of domicile/registered office    _____

_____

Date(s) of birth    _____   Date of death (if deceased)   _____

Nationality    _____

4    **Informations**

a)    pertaining to the beneficiary/-ies at the time of the signing of this form

Surname, First name(s)/Company name    LE DAIN EP. EDELMAN DELPHINE ANNE

_____

Actual address of domicile/registered office ▬▬▬▬▬  W8 6TP

_____

Date(s) of birth    ▬▬▬ 1966   Nationality  FRENCH

Has/Have the beneficiary/-ies an actual right to claim a distribution?   ☐ Yes   ☑ No

b)    and in addition to certain beneficiaries or if no beneficiary/-ies has/have been determined, pertaining to (a) group(s) of beneficiaries (e.g. descendants of the settlor) known at the time of the signing of this form

_____

_____

2/4

2 / 3   | Form T
      | Trusts



This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663

**T**

5   Information pertaining to the protector(s) as well as (a) further person(s) having a right to revoke the trust (in case of revocable trusts) or to appoint the trustee of a trust

a)   Information pertaining to the protector(s)

Surname, First name(s)/Company name   KASSIM MEGHJEE

Actual address of domicile/registered office   ██████████   ████

WATFORD, HERTFORDSHIRE WD18 7LA, UK

Date(s) of birth   ██/1972          Nationality  BRITISH

In case of a revocable trust: does the protector have the right to revoke the trust?          ☐ Yes          ☐ No

b)   Information pertaining to (a) further person(s)

Surname, First name(s)/Company name

Actual address of domicile/registered office

Date(s) of birth          Nationality

I case of a revocable trust: Has/have this/these further person(s) the right to revoke the trust?          ☐ Yes          ☐ No

The contracting partner(s) hereby declare(s) to be entitled to open a bank account for the trust above.

The contracting partner(s) hereby undertake(s) to automatically inform the bank of any changes to the information contained herein.

**Date**                **Signature(s)**

30/10/2020

It is a criminal offence to deliberately provide false information on this form (article 251 of the Swiss Criminal Code, document forgery).



3/3   | Form T
Trusts

0098 - 109

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663

T

**5**    Information pertaining to the protector(s) as well as (a) further person(s) having a right to revoke the trust (in case of revocable trusts) or to appoint the trustee of a trust

**a)**    Information pertaining to the protector(s)

Surname, First name(s)/Company name    GRAHAM AUBREY COLLETT

Actual address of domicile/registered office    ▮▮▮▮▮ ▮▮▮▮▮ , BROMLEY    *Change of Address (same country)*

BR1 2TT, UNITED KINGDOM

Date(s) of birth    ▮▮/1949    Nationality BRITISH

In case of a revocable trust: does the protector have the right to revoke the trust?    ☐ Yes    ☐ No

**b)**    Information pertaining to (a) further person(s)

Surname, First name(s)/Company name    _____

Actual address of domicile/registered office    _____

Date(s) of birth    _____    Nationality _____

I case of a revocable trust: Has/have this/these further person(s) the right to revoke the trust?    ☐ Yes    ☐ No

The contracting partner(s) hereby declare(s) to be entitled to open a bank account for the trust above.

The contracting partner(s) hereby undertake(s) to automatically inform the bank of any changes to the information contained herein.

**Date**    **Signature(s)**

30/10/2020

*16.04.21*

It is a criminal offence to deliberately provide false information on this form (article 251 of the Swiss Criminal Code, document forgery).

Agreement on the Swiss banks code of conduct with regard to the exercise of due diligence (CDB 16)    *4/4*    3/3 | Form T Trusts

0098 - 110

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663

**CBH** Compagnie Bancaire Helvetique

T

## DECLARATION FOR TRUSTS

**Account number**

█████ 5645

**Name**

ROSBELT INTERNATIONAL LIMITED

Pursuant to article 41 of the Agreement on the Swiss banks' code of conduct with regard to the exercise of due diligence (CDB 16), the undersigned hereby declare(s) that as a trustee or a member of the highest supervisory body of an underlying company of a trust known as

THE GALACTEA TRUST

and, in such capacity, provide(s) to the best of his/her/their knowledge the following information to the bank

**1**    **Name and information pertaining to the trust (tick the two boxes applicable)**

**Type of trust**    ☑ Discretionary Trust                ☐ Non-discretionary Trust

**and**

**Revocability**    ☐ Revocable Trust                ☑ Irrevocable Trust

**2**    **Information pertaining to the (ultimate economic, not fiduciary) settlor of the trust (individual(s) or entity/-ies)**

Surname, First name(s)/Company name    LE DAIN EP. EDELMAN DELPHINE ANNE

Actual address of domicile/registered office    ████████████ W8 6TP

London, United Kingdom

Date(s) of birth    ████/1966    Date of death (if deceased) _____

Nationality    French

In case of a revocable trust: does the settlor have the right to revoke the trust?    ☐ Yes    ☐ No

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663

T

3    If the trust results from a restructuring of a pre-existing trust (re-settlement) or a merger of pre-existing trusts, the following information pertaining to the (actual) settlor of the pre-existing trust(s) has to be given

Surname, First name(s)/Company name  _____

_____

Actual address of domicile/registered office  _____

_____

Date(s) of birth  _____  Date of death (if deceased)  _____

Nationality  _____

4    **Informations**

a)    pertaining to the beneficiary/-ies at the time of the signing of this form

Surname, First name(s)/Company name    LE DAIN EP. EDELMAN DELPHINE ANNE  _____

_____

Actual address of domicile/registered office ▮▮ ▮▮▮▮▮  W8 6TP  _____

_____

Date(s) of birth    ▮▮/1966  _____  Nationality  FRENCH  _____

Has/Have the beneficiary/-ies an actual right to claim a distribution?    ☐ Yes    ☑ No

b)    and in addition to certain beneficiaries or if no beneficiary/-ies has/have been determined, pertaining to (a) group(s) of beneficiaries (e.g. descendants of the settlor) known at the time of the signing of this form

_____

_____

Agreement on the Swiss banks' code of conduct with regard to the exercise of due diligence (CDB 16) | SBA | 2015

2|4

2/3  | Form T
     | Trusts



0098 - 112

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663

**T**

5     Information pertaining to the protector(s) as well as (a) further person(s) having a right to revoke the trust (in case of revocable trusts) or to appoint the trustee of a trust

a)     Information pertaining to the protector(s)

Surname, First name(s)/Company name     KASSIM MEGHJEE

Actual address of domicile/registered office     ███████████████

WATFORD, HERTFORDSHIRE WD18 7LA, UK

Date(s) of birth     ██ 1972     Nationality   BRITISH

In case of a revocable trust: does the protector have the right to revoke the trust?     ☐ Yes     ☐ No

b)     Information pertaining to (a) further person(s)

Surname, First name(s)/Company name

Actual address of domicile/registered office

Date(s) of birth     Nationality

I case of a revocable trust: Has/have this/these further person(s) the right to revoke the trust?     ☐ Yes     ☐ No

The contracting partner(s) hereby declare(s) to be entitled to open a bank account for the trust above.

The contracting partner(s) hereby undertake(s) to automatically inform the bank of any changes to the information contained herein.

**Date**

30/10/2020

**Signature(s)**

It is a criminal offence to deliberately provide false information on this form (article 251 of the Swiss Criminal Code, document forgery).

Agreement on the Swiss banks' code of conduct with regard to the exercise of due diligence (CDB 16) | SBA | 2016

3/4

3 / 3    | Form T Trusts

0098 - 113

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663



**T**

**5** Information pertaining to the protector(s) as well as (a) further person(s) having a right to revoke the trust (in case of revocable trusts) or to appoint the trustee of a trust

**a)** Information pertaining to the protector(s)

Surname, First name(s)/Company name     GRAHAM AUBREY COLLETT

Actual address of domicile/registered office  ███████ ███████ , BROMLEY

BR1 2TT, UNITED KINGDOM

Date(s) of birth      ███/1949      Nationality  BRITISH

In case of a revocable trust: does the protector have the right to revoke the trust?     ☐ Yes     ☐ No

**b)** Information pertaining to (a) further person(s)

Surname, First name(s)/Company name

Actual address of domicile/registered office

Date(s) of birth                  Nationality

I case of a revocable trust: Has/have this/these further person(s) the right to revoke the trust?     ☐ Yes     ☐ No

The contracting partner(s) hereby declare(s) to be entitled to open a bank account for the trust above.

The contracting partner(s) hereby undertake(s) to automatically inform the bank of any changes to the information contained herein.

**Date**

30/10/2020

**Signature(s)**

It is a criminal offence to deliberately provide false information on this form (article 251 of the Swiss Criminal Code, document forgery).

Agreement on the Swiss banks' code of conduct with regard to the exercise of due diligence (CDB 16), SBA | 2016

4/4

3 / 3    Form T
Trusts

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

V01 01 2017

USA_01549663

Form **W-8BEN-E**
(Rev. July 2017)
Department of the Treasury
Internal Revenue Service

**Certificate of Status of Beneficial Owner for United States Tax Withholding and Reporting (Entities)**
► For use by entities. Individuals must use Form W-8BEN. ► Section references are to the Internal Revenue Code.
► Go to *www.irs.gov/FormW8BENE* for instructions and the latest information.
► Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

| Do NOT use this form for: | Instead use Form: |
|---|---|
| • U.S. entity or U.S. citizen or resident | W-9 |
| • A foreign individual | W-8BEN (Individual) or Form 8233 |
| • A foreign individual or entity claiming that income is effectively connected with the conduct of trade or business within the U.S. (unless claiming treaty benefits) | W-8ECI |
| • A foreign partnership, a foreign simple trust, or a foreign grantor trust (unless claiming treaty benefits) (see instructions for exceptions) | W-8IMY |
| • A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization, foreign private foundation, or government of a U.S. possession claiming that income is effectively connected U.S. income or that is claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (unless claiming treaty benefits) (see instructions for other exceptions) | W-8ECI or W-8EXP |
| • Any person acting as an intermediary (including a qualified intermediary acting as a qualified derivatives dealer) | W-8IMY |

### Part I    Identification of Beneficial Owner

**1** Name of organization that is the beneficial owner
ROSBEL INTERNATIONAL LIMITED

**2** Country of incorporation or organization
BVI

**3** Name of disregarded entity receiving the payment (if applicable, see instructions)

**4** Chapter 3 Status (entity type) (Must check one box only):
☑ Corporation  ☐ Disregarded entity  ☐ Partnership
☐ Simple trust  ☐ Grantor trust  ☐ Complex trust  ☐ Estate  ☐ Government
☐ Central Bank of Issue  ☐ Tax-exempt organization  ☐ Private foundation  ☐ International organization

If you entered disregarded entity, partnership, simple trust, or grantor trust above, is the entity a hybrid making a treaty claim? If "Yes" complete Part III.   ☐ Yes  ☐ No

**5** Chapter 4 Status (FATCA status) (See instructions for details and complete the certification below for the entity's applicable status.)

☐ Nonparticipating FFI (including an FFI related to a Reporting IGA FFI other than a deemed-compliant FFI, participating FFI, or exempt beneficial owner).
☐ Participating FFI.
☐ Reporting Model 1 FFI.
☐ Reporting Model 2 FFI.
☐ Registered deemed-compliant FFI (other than a reporting Model 1 FFI, sponsored FFI, or nonreporting IGA FFI covered in Part XII). See instructions.
☒ Sponsored FFI. Complete Part IV.
☐ Certified deemed-compliant nonregistering local bank. Complete Part V.
☐ Certified deemed-compliant FFI with only low-value accounts. Complete Part VI.
☐ Certified deemed-compliant sponsored, closely held investment vehicle. Complete Part VII.
☐ Certified deemed-compliant limited life debt investment entity. Complete Part VIII.
☐ Certain investment entities that do not maintain financial accounts. Complete Part IX.
☐ Owner-documented FFI. Complete Part X.
☐ Restricted distributor. Complete Part XI.

☐ Nonreporting IGA FFI. Complete Part XII.
☐ Foreign government, government of a U.S. possession, or foreign central bank of issue. Complete Part XIII.
☐ International organization. Complete Part XIV.
☐ Exempt retirement plans. Complete Part XV.
☐ Entity wholly owned by exempt beneficial owners. Complete Part XVI.
☐ Territory financial institution. Complete Part XVII.
☐ Excepted nonfinancial group entity. Complete Part XVIII.
☐ Excepted nonfinancial start-up company. Complete Part XIX.
☐ Excepted nonfinancial entity in liquidation or bankruptcy. Complete Part XX.
☐ 501(c) organization. Complete Part XXI.
☐ Nonprofit organization. Complete Part XXII.
☐ Publicly traded NFFE or NFFE affiliate of a publicly traded corporation. Complete Part XXIII.
☐ Excepted territory NFFE. Complete Part XXIV.
☐ Active NFFE. Complete Part XXV.
☐ Passive NFFE. Complete Part XXVI.
☐ Excepted inter-affiliate FFI. Complete Part XXVII.
☐ Direct reporting NFFE.
☐ Sponsored direct reporting NFFE. Complete Part XXVIII.
☐ Account that is not a financial account.

**6** Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address** (other than a registered address).
TRINITY CHAMBERS

City or town, state or province. Include postal code where appropriate.
ROAD TOWN, TORTOLA
Country
BRITISH VIRGIN ISLANDS

**7** Mailing address (if different from above)
c/o Salamander Suisse RUE JEAN-GABRIEL EYNARD 8

City or town, state or province. Include postal code where appropriate.
1205 GENEVA
Country
SWITZERLAND

**8** U.S. taxpayer identification number (TIN), if required

**9a** GIIN
GS7AWR.00000.SP.092
**b** Foreign TIN

**10** Reference number(s) (see instructions)

Note: Please complete remainder of the form including signing the form in Part XXX.

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 59689N    Form **W-8BEN-E** (Rev. 7-2017)

6 NOV '20 8:38

0098 - 115

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663

Form W-8BEN-E (Rev. 7-2017)                                                                                                Page **2**

| Part II | Disregarded Entity or Branch Receiving Payment. (Complete only if a disregarded entity with a GIIN or a branch of an FFI in a country other than the FFI's country of residence. See instructions.) |

11   Chapter 4 Status (FATCA status) of disregarded entity or branch receiving payment

☐ Branch treated as nonparticipating FFI.          ☐ Reporting Model 1 FFI.          ☐ U.S. Branch.
☐ Participating FFI.                               ☐ Reporting Model 2 FFI.

12   Address of disregarded entity or branch (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address** (other than a registered address).

_____

City or town, state or province. Include postal code where appropriate.

_____

Country

_____

13   GIIN (if any)   _____

| Part III | Claim of Tax Treaty Benefits (if applicable). (For chapter 3 purposes only.) |

14   I certify that (check all that apply):

a   ☐ The beneficial owner is a resident of _____ within the meaning of the income tax
       treaty between the United States and that country.

b   ☐ The beneficial owner derives the item (or items) of income for which the treaty benefits are claimed, and, if applicable, meets the
       requirements of the treaty provision dealing with limitation on benefits. The following are types of limitation on benefits provisions that may
       be included in an applicable tax treaty (check only one; see instructions):

☐ Government                                      ☐ Company that meets the ownership and base erosion test
☐ Tax exempt pension trust or pension fund        ☐ Company that meets the derivative benefits test
☐ Other tax exempt organization                   ☐ Company with an item of income that meets active trade or business test
☐ Publicly traded corporation                     ☐ Favorable discretionary determination by the U.S. competent authority received
☐ Subsidiary of a publicly traded corporation     ☐ Other (specify Article and paragraph): _____

c   ☐ The beneficial owner is claiming treaty benefits for U.S. source dividends received from a foreign corporation or interest from a U.S. trade
       or business of a foreign corporation and meets qualified resident status (see instructions).

15   **Special rates and conditions** (if applicable—see instructions):

The beneficial owner is claiming the provisions of Article and paragraph _____

of the treaty identified on line 14a above to claim a _____ % rate of withholding on (specify type of income): _____

Explain the additional conditions in the Article the beneficial owner meets to be eligible for the rate of withholding: _____

_____
_____
_____

| Part IV | Sponsored FFI |

16   Name of sponsoring entity:   SALAMANDER MANAGEMENT LIMITED

17   **Check whichever box applies.**

☒ I certify that the entity identified in Part I:

• Is an investment entity;

• Is not a QI, WP (except to the extent permitted in the withholding foreign partnership agreement), or WT; **and**

• Has agreed with the entity identified above (that is not a nonparticipating FFI) to act as the sponsoring entity for this entity.

☐ I certify that the entity identified in Part I:

• Is a controlled foreign corporation as defined in section 957(a);

• Is not a QI, WP, or WT;

• Is wholly owned, directly or indirectly, by the U.S. financial institution identified above that agrees to act as the sponsoring entity for this entity; **and**

• Shares a common electronic account system with the sponsoring entity (identified above) that enables the sponsoring entity to identify all account holders and payees of the entity and to access all account and customer information maintained by the entity including, but not limited to, customer identification information, customer documentation, account balance, and all payments made to account holders or payees.

Form **W-8BEN-E** (Rev. 7-2017)

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663

Form W-8BEN-E (Rev. 7-2017)                                                                                              Page **3**

| Part V | Certified Deemed-Compliant Nonregistering Local Bank |
|---|---|

18  ☐ I certify that the FFI identified in Part I:

• Operates and is licensed solely as a bank or credit union (or similar cooperative credit organization operated without profit) in its country of incorporation or organization;

• Engages primarily in the business of receiving deposits from and making loans to, with respect to a bank, retail customers unrelated to such bank and, with respect to a credit union or similar cooperative credit organization, members, provided that no member has a greater than 5% interest in such credit union or cooperative credit organization;

• Does not solicit account holders outside its country of organization;

• Has no fixed place of business outside such country (for this purpose, a fixed place of business does not include a location that is not advertised to the public and from which the FFI performs solely administrative support functions);

• Has no more than $175 million in assets on its balance sheet and, if it is a member of an expanded affiliated group, the group has no more than $500 million in total assets on its consolidated or combined balance sheets; **and**

• Does not have any member of its expanded affiliated group that is a foreign financial institution, other than a foreign financial institution that is incorporated or organized in the same country as the FFI identified in Part I and that meets the requirements set forth in this part.

| Part VI | Certified Deemed-Compliant FFI with Only Low-Value Accounts |
|---|---|

19  ☐ I certify that the FFI identified in Part I:

• Is not engaged primarily in the business of investing, reinvesting, or trading in securities, partnership interests, commodities, notional principal contracts, insurance or annuity contracts, or any interest (including a futures or forward contract or option) in such security, partnership interest, commodity, notional principal contract, insurance contract or annuity contract;

• No financial account maintained by the FFI or any member of its expanded affiliated group, if any, has a balance or value in excess of $50,000 (as determined after applying applicable account aggregation rules); **and**

• Neither the FFI nor the entire expanded affiliated group, if any, of the FFI, have more than $50 million in assets on its consolidated or combined balance sheet as of the end of its most recent accounting year.

| Part VII | Certified Deemed-Compliant Sponsored, Closely Held Investment Vehicle |
|---|---|

20  Name of sponsoring entity: _____

21  ☐ I certify that the entity identified in Part I:

• Is an FFI solely because it is an investment entity described in Regulations section 1.1471-5(e)(4);

• Is not a QI, WP, or WT;

• Will have all of its due diligence, withholding, and reporting responsibilities (determined as if the FFI were a participating FFI) fulfilled by the sponsoring entity identified on line 20; **and**

• 20 or fewer individuals own all of the debt and equity interests in the entity (disregarding debt interests owned by U.S. financial institutions, participating FFIs, registered deemed-compliant FFIs and certified deemed-compliant FFIs and equity interests owned by an entity if that entity owns 100% of the equity interests in the FFI and is itself a sponsored FFI).

| Part VIII | Certified Deemed-Compliant Limited Life Debt Investment Entity |
|---|---|

22  ☐ I certify that the entity identified in Part I:

• Was in existence as of January 17, 2013;

• Issued all classes of its debt or equity interests to investors on or before January 17, 2013, pursuant to a trust indenture or similar agreement; **and**

• Is certified deemed-compliant because it satisfies the requirements to be treated as a limited life debt investment entity (such as the restrictions with respect to its assets and other requirements under Regulations section 1.1471-5(f)(2)(iv)).

| Part IX | Certain Investment Entities that Do Not Maintain Financial Accounts |
|---|---|

23  ☐ I certify that the entity identified in Part I:

• Is a financial institution solely because it is an investment entity described in Regulations section 1.1471-5(e)(4)(i)(A), **and**

• Does not maintain financial accounts.

| Part X | Owner-Documented FFI |
|---|---|

**Note:** This status only applies if the U.S. financial institution, participating FFI, or reporting Model 1 FFI to which this form is given has agreed that it will treat the FFI as an owner-documented FFI (see instructions for eligibility requirements). In addition, the FFI must make the certifications below.

24a  ☐ (All owner-documented FFIs check here) I certify that the FFI identified in Part I:

• Does not act as an intermediary;

• Does not accept deposits in the ordinary course of a banking or similar business;

• Does not hold, as a substantial portion of its business, financial assets for the account of others;

• Is not an insurance company (or the holding company of an insurance company) that issues or is obligated to make payments with respect to a financial account;

• Is not owned by or in an expanded affiliated group with an entity that accepts deposits in the ordinary course of a banking or similar business, holds, as a substantial portion of its business, financial assets for the account of others, or is an insurance company (or the holding company of an insurance company) that issues or is obligated to make payments with respect to a financial account;

• Does not maintain a financial account for any nonparticipating FFI; **and**

• Does not have any specified U.S. persons that own an equity interest or debt interest (other than a debt interest that is not a financial account or that has a balance or value not exceeding $50,000) in the FFI other than those identified on the FFI owner reporting statement.

Form **W-8BEN-E** (Rev. 7-2017)

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

Form W-8BEN-E (Rev. 7-2017) — Page **4**

## Part X    Owner-Documented FFI *(continued)*

**Check box 24b or 24c, whichever applies.**

b ☐ I certify that the FFI identified in Part I:

- Has provided, or will provide, an FFI owner reporting statement that contains:

   (i)   The name, address, TIN (if any), chapter 4 status, and type of documentation provided (if required) of every individual and specified U.S. person that owns a direct or indirect equity interest in the owner-documented FFI (looking through all entities other than specified U.S. persons);

   (ii)  The name, address, TIN (if any), and chapter 4 status of every individual and specified U.S. person that owns a debt interest in the owner-documented FFI (including any indirect debt interest, which includes debt interests in any entity that directly or indirectly owns the payee or any direct or indirect equity interest in a debt holder of the payee) that constitutes a financial account in excess of $50,000 (disregarding all such debt interests owned by participating FFIs, registered deemed-compliant FFIs, certified deemed-compliant FFIs, excepted NFFEs, exempt beneficial owners, or U.S. persons other than specified U.S. persons); **and**

   (iii) Any additional information the withholding agent requests in order to fulfill its obligations with respect to the entity.

- Has provided, or will provide, valid documentation meeting the requirements of Regulations section 1.1471-3(d)(6)(iii) for each person identified in the FFI owner reporting statement.

c ☐ I certify that the FFI identified in Part I has provided, or will provide, an auditor's letter, signed within 4 years of the date of payment, from an independent accounting firm or legal representative with a location in the United States stating that the firm or representative has reviewed the FFI's documentation with respect to all of its owners and debt holders identified in Regulations section 1.1471-3(d)(6)(iv)(A)(2), and that the FFI meets all the requirements to be an owner-documented FFI. The FFI identified in Part I has also provided, or will provide, an FFI owner reporting statement of its owners that are specified U.S. persons and Form(s) W-9, with applicable waivers.

**Check box 24d if applicable** (optional, see instructions).

d ☐ I certify that the entity identified on line 1 is a trust that does not have any contingent beneficiaries or designated classes with unidentified beneficiaries.

## Part XI    Restricted Distributor

25a ☐ (All restricted distributors check here) I certify that the entity identified in Part I:

- Operates as a distributor with respect to debt or equity interests of the restricted fund with respect to which this form is furnished;

- Provides investment services to at least 30 customers unrelated to each other and less than half of its customers are related to each other;

- Is required to perform AML due diligence procedures under the anti-money laundering laws of its country of organization (which is an FATF-compliant jurisdiction);

- Operates solely in its country of incorporation or organization, has no fixed place of business outside of that country, and has the same country of incorporation or organization as all members of its affiliated group, if any;

- Does not solicit customers outside its country of incorporation or organization;

- Has no more than $175 million in total assets under management and no more than $7 million in gross revenue on its income statement for the most recent accounting year;

- Is not a member of an expanded affiliated group that has more than $500 million in total assets under management or more than $20 million in gross revenue for its most recent accounting year on a combined or consolidated income statement; **and**

- Does not distribute any debt or securities of the restricted fund to specified U.S. persons, passive NFFEs with one or more substantial U.S. owners, or nonparticipating FFIs.

**Check box 25b or 25c, whichever applies.**

I further certify that with respect to all sales of debt or equity interests in the restricted fund with respect to which this form is furnished that are made after December 31, 2011, the entity identified in Part I:

b ☐ Has been bound by a distribution agreement that contained a general prohibition on the sale of debt or securities to U.S. entities and U.S. resident individuals and is currently bound by a distribution agreement that contains a prohibition of the sale of debt or securities to any specified U.S. person, passive NFFE with one or more substantial U.S. owners, or nonparticipating FFI.

c ☐ Is currently bound by a distribution agreement that contains a prohibition on the sale of debt or securities to any specified U.S. person, passive NFFE with one or more substantial U.S. owners, or nonparticipating FFI and, for all sales made prior to the time that such a restriction was included in its distribution agreement, has reviewed all accounts related to such sales in accordance with the procedures identified in Regulations section 1.1471-4(c) applicable to preexisting accounts and has redeemed or retired any, or caused the restricted fund to transfer the securities to a distributor that is a participating FFI or reporting Model 1 FFI securities which were sold to specified U.S. persons, passive NFFEs with one or more substantial U.S. owners, or nonparticipating FFIs.

Form **W-8BEN-E** (Rev. 7-2017)

USA_01549663

Form W-8BEN-E (Rev. 7-2017)     Page **5**

### Part XII    Nonreporting IGA FFI

**26** ☐ I certify that the entity identified in Part I:

• Meets the requirements to be considered a nonreporting financial institution pursuant to an applicable IGA between the United States and

_____ . The applicable IGA is a ☐ Model 1 IGA or a ☐ Model 2 IGA; and

is treated as a _____ under the provisions of the applicable IGA or Treasury regulations
(if applicable, see instructions);

• If you are a trustee documented trust or a sponsored entity, provide the name of the trustee or sponsor_____ .
The trustee is: ☐ U.S.   ☐ Foreign

### Part XIII    Foreign Government, Government of a U.S. Possession, or Foreign Central Bank of Issue

**27** ☐ I certify that the entity identified in Part I is the beneficial owner of the payment, and is not engaged in commercial financial activities of a type engaged in by an insurance company, custodial institution, or depository institution with respect to the payments, accounts, or obligations for which this form is submitted (except as permitted in Regulations section 1.1471-6(h)(2)).

### Part XIV    International Organization

Check box 28a or 28b, whichever applies.

**28a** ☐ I certify that the entity identified in Part I is an international organization described in section 7701(a)(18).

**b** ☐ I certify that the entity identified in Part I:

• Is comprised primarily of foreign governments;

• Is recognized as an intergovernmental or supranational organization under a foreign law similar to the International Organizations Immunities Act or that has in effect a headquarters agreement with a foreign government;

• The benefit of the entity's income does not inure to any private person; **and**

• Is the beneficial owner of the payment and is not engaged in commercial financial activities of a type engaged in by an insurance company, custodial institution, or depository institution with respect to the payments, accounts, or obligations for which this form is submitted (except as permitted in Regulations section 1.1471-6(h)(2)).

### Part XV    Exempt Retirement Plans

Check box 29a, b, c, d, e, or f, whichever applies.

**29a** ☐ I certify that the entity identified in Part I:

• Is established in a country with which the United States has an income tax treaty in force (see Part III if claiming treaty benefits);

• Is operated principally to administer or provide pension or retirement benefits; **and**

• Is entitled to treaty benefits on income that the fund derives from U.S. sources (or would be entitled to benefits if it derived any such income) as a resident of the other country which satisfies any applicable limitation on benefits requirement.

**b** ☐ I certify that the entity identified in Part I:

• Is organized for the provision of retirement, disability, or death benefits (or any combination thereof) to beneficiaries that are former employees of one or more employers in consideration for services rendered;

• No single beneficiary has a right to more than 5% of the FFI's assets;

• Is subject to government regulation and provides annual information reporting about its beneficiaries to the relevant tax authorities in the country in which the fund is established or operated; **and**

    (i) Is generally exempt from tax on investment income under the laws of the country in which it is established or operates due to its status as a retirement or pension plan;

    (ii) Receives at least 50% of its total contributions from sponsoring employers (disregarding transfers of assets from other plans described in this part, retirement and pension accounts described in an applicable Model 1 or Model 2 IGA, other retirement funds described in an applicable Model 1 or Model 2 IGA, or accounts described in Regulations section 1.1471-5(b)(2)(i)(A));

    (iii) Either does not permit or penalizes distributions or withdrawals made before the occurrence of specified events related to retirement, disability, or death (except rollover distributions to accounts described in Regulations section 1.1471-5(b)(2)(i)(A) (referring to retirement and pension accounts), to retirement and pension accounts described in an applicable Model 1 or Model 2 IGA, or to other retirement funds described in this part or in an applicable Model 1 or Model 2 IGA); **or**

    (iv) Limits contributions by employees to the fund by reference to earned income of the employee or may not exceed $50,000 annually.

**c** ☐ I certify that the entity identified in Part I:

• Is organized for the provision of retirement, disability, or death benefits (or any combination thereof) to beneficiaries that are former employees of one or more employers in consideration for services rendered;

• Has fewer than 50 participants;

• Is sponsored by one or more employers each of which is not an investment entity or passive NFFE;

• Employee and employer contributions to the fund (disregarding transfers of assets from other plans described in this part, retirement and pension accounts described in an applicable Model 1 or Model 2 IGA, or accounts described in Regulations section 1.1471-5(b)(2)(i)(A)) are limited by reference to earned income and compensation of the employee, respectively;

• Participants that are not residents of the country in which the fund is established or operated are not entitled to more than 20% of the fund's assets; **and**

• Is subject to government regulation and provides annual information reporting about its beneficiaries to the relevant tax authorities in the country in which the fund is established or operates.

Form **W-8BEN-E** (Rev. 7-2017)

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663

Form W-8BEN-E (Rev. 7-2017)                                                                                    Page **6**

| Part XV | **Exempt Retirement Plans** *(continued)* |
|---|---|

**d** ☐ I certify that the entity identified in Part I is formed pursuant to a pension plan that would meet the requirements of section 401(a), other than the requirement that the plan be funded by a trust created or organized in the United States.

**e** ☐ I certify that the entity identified in Part I is established exclusively to earn income for the benefit of one or more retirement funds described in this part or in an applicable Model 1 or Model 2 IGA, or accounts described in Regulations section 1.1471-5(b)(2)(i)(A) (referring to retirement and pension accounts), or retirement and pension accounts described in an applicable Model 1 or Model 2 IGA.

**f** ☐ I certify that the entity identified in Part I:

• Is established and sponsored by a foreign government, international organization, central bank of issue, or government of a U.S. possession (each as defined in Regulations section 1.1471-6) or an exempt beneficial owner described in an applicable Model 1 or Model 2 IGA to provide retirement, disability, or death benefits to beneficiaries or participants that are current or former employees of the sponsor (or persons designated by such employees); **or**

• Is established and sponsored by a foreign government, international organization, central bank of issue, or government of a U.S. possession (each as defined in Regulations section 1.1471-6) or an exempt beneficial owner described in an applicable Model 1 or Model 2 IGA to provide retirement, disability, or death benefits to beneficiaries or participants that are not current or former employees of such sponsor, but are in consideration of personal services performed for the sponsor.

| Part XVI | **Entity Wholly Owned by Exempt Beneficial Owners** |
|---|---|

**30** ☐ I certify that the entity identified in Part I:

• Is an FFI solely because it is an investment entity;

• Each direct holder of an equity interest in the investment entity is an exempt beneficial owner described in Regulations section 1.1471-6 or in an applicable Model 1 or Model 2 IGA;

• Each direct holder of a debt interest in the investment entity is either a depository institution (with respect to a loan made to such entity) or an exempt beneficial owner described in Regulations section 1.1471-6 or an applicable Model 1 or Model 2 IGA.

• Has provided an owner reporting statement that contains the name, address, TIN (if any), chapter 4 status, and a description of the type of documentation provided to the withholding agent for every person that owns a debt interest constituting a financial account or direct equity interest in the entity; **and**

• Has provided documentation establishing that every owner of the entity is an entity described in Regulations section 1.1471-6(b), (c), (d), (e), (f) and/or (g) without regard to whether such owners are beneficial owners.

| Part XVII | **Territory Financial Institution** |
|---|---|

**31** ☐ I certify that the entity identified in Part I is a financial institution (other than an investment entity) that is incorporated or organized under the laws of a possession of the United States.

| Part XVIII | **Excepted Nonfinancial Group Entity** |
|---|---|

**32** ☐ I certify that the entity identified in Part I:

• Is a holding company, treasury center, or captive finance company and substantially all of the entity's activities are functions described in Regulations section 1.1471-5(e)(5)(i)(C) through (E);

• Is a member of a nonfinancial group described in Regulations section 1.1471-5(e)(5)(i)(B);

• Is not a depository or custodial institution (other than for members of the entity's expanded affiliated group); **and**

• Does not function (or hold itself out) as an investment fund, such as a private equity fund, venture capital fund, leveraged buyout fund, or any investment vehicle with an investment strategy to acquire or fund companies and then hold interests in those companies as capital assets for investment purposes.

| Part XIX | **Excepted Nonfinancial Start-Up Company** |
|---|---|

**33** ☐ I certify that the entity identified in Part I:

• Was formed on (or, in the case of a new line of business, the date of board resolution approving the new line of business) _____ (date must be less than 24 months prior to date of payment);

• Is not yet operating a business and has no prior operating history or is investing capital in assets with the intent to operate a new line of business other than that of a financial institution or passive NFFE;

• Is investing capital into assets with the intent to operate a business other than that of a financial institution; **and**

• Does not function (or hold itself out) as an investment fund, such as a private equity fund, venture capital fund, leveraged buyout fund, or any investment vehicle whose purpose is to acquire or fund companies and then hold interests in those companies as capital assets for investment purposes.

| Part XX | **Excepted Nonfinancial Entity in Liquidation or Bankruptcy** |
|---|---|

**34** ☐ I certify that the entity identified in Part I:

• Filed a plan of liquidation, filed a plan of reorganization, or filed for bankruptcy on _____ ;

• During the past 5 years has not been engaged in business as a financial institution or acted as a passive NFFE;

• Is either liquidating or emerging from a reorganization or bankruptcy with the intent to continue or recommence operations as a nonfinancial entity; **and**

• Has, or will provide, documentary evidence such as a bankruptcy filing or other public documentation that supports its claim if it remains in bankruptcy or liquidation for more than 3 years.

Form **W-8BEN-E** (Rev. 7-2017)

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663

Form W-8BEN-E (Rev. 7-2017)                                                                                              Page **7**

| Part XXI | 501(c) Organization |
|---|---|

35 ☐ I certify that the entity identified in Part I is a 501(c) organization that:

• Has been issued a determination letter from the IRS that is currently in effect concluding that the payee is a section 501(c) organization that is dated _____ ; or

• Has provided a copy of an opinion from U.S. counsel certifying that the payee is a section 501(c) organization (without regard to whether the payee is a foreign private foundation).

| Part XXII | Nonprofit Organization |
|---|---|

36 ☐ I certify that the entity identified in Part I is a nonprofit organization that meets the following requirements.

• The entity is established and maintained in its country of residence exclusively for religious, charitable, scientific, artistic, cultural or educational purposes;

• The entity is exempt from income tax in its country of residence;

• The entity has no shareholders or members who have a proprietary or beneficial interest in its income or assets;

• Neither the applicable laws of the entity's country of residence nor the entity's formation documents permit any income or assets of the entity to be distributed to, or applied for the benefit of, a private person or noncharitable entity other than pursuant to the conduct of the entity's charitable activities or as payment of reasonable compensation for services rendered or payment representing the fair market value of property which the entity has purchased; **and**

• The applicable laws of the entity's country of residence or the entity's formation documents require that, upon the entity's liquidation or dissolution, all of its assets be distributed to an entity that is a foreign government, an integral part of a foreign government, a controlled entity of a foreign government, or another organization that is described in this part or escheats to the government of the entity's country of residence or any political subdivision thereof.

| Part XXIII | Publicly Traded NFFE or NFFE Affiliate of a Publicly Traded Corporation |
|---|---|

Check box 37a or 37b, whichever applies.

37a ☐ I certify that:

• The entity identified in Part I is a foreign corporation that is not a financial institution; **and**

• The stock of such corporation is regularly traded on one or more established securities markets, including _____ (name one securities exchange upon which the stock is regularly traded).

b ☐ I certify that:

• The entity identified in Part I is a foreign corporation that is not a financial institution;

• The entity identified in Part I is a member of the same expanded affiliated group as an entity the stock of which is regularly traded on an established securities market;

• The name of the entity, the stock of which is regularly traded on an established securities market, is _____ ; **and**

• The name of the securities market on which the stock is regularly traded is _____ .

| Part XXIV | Excepted Territory NFFE |
|---|---|

38 ☐ I certify that:

• The entity identified in Part I is an entity that is organized in a possession of the United States;

• The entity identified in Part I:

    (i) Does not accept deposits in the ordinary course of a banking or similar business;

    (ii) Does not hold, as a substantial portion of its business, financial assets for the account of others; **or**

    (iii) Is not an insurance company (or the holding company of an insurance company) that issues or is obligated to make payments with respect to a financial account; **and**

• All of the owners of the entity identified in Part I are bona fide residents of the possession in which the NFFE is organized or incorporated.

| Part XXV | Active NFFE |
|---|---|

39 ☐ I certify that:

• The entity identified in Part I is a foreign entity that is not a financial institution;

• Less than 50% of such entity's gross income for the preceding calendar year is passive income; **and**

• Less than 50% of the assets held by such entity are assets that produce or are held for the production of passive income (calculated as a weighted average of the percentage of passive assets measured quarterly) (see instructions for the definition of passive income).

| Part XXVI | Passive NFFE |
|---|---|

40a ☐ I certify that the entity identified in Part I is a foreign entity that is not a financial institution (other than an investment entity organized in a possession of the United States) and is not certifying its status as a publicly traded NFFE (or affiliate), excepted territory NFFE, active NFFE, direct reporting NFFE, or sponsored direct reporting NFFE.

Check box 40b or 40c, whichever applies.

b ☐ I further certify that the entity identified in Part I has no substantial U.S. owners (or, if applicable, no controlling U.S. persons); **or**

c ☐ I further certify that the entity identified in Part I has provided the name, address, and TIN of each substantial U.S. owner (or, if applicable, controlling U.S. person) of the NFFE in Part XXIX.

Form **W-8BEN-E** (Rev. 7-2017)

This information is furnished under the provisions of an intentional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663

Form W-8BEN-E (Rev. 7-2017)                                                                                                    Page **8**

| Part XXVII | Excepted Inter-Affiliate FFI |

41  ☐ I certify that the entity identified in Part I:

• Is a member of an expanded affiliated group;

• Does not maintain financial accounts (other than accounts maintained for members of its expanded affiliated group);

• Does not make withholdable payments to any person other than to members of its expanded affiliated group;

• Does not hold an account (other than depository accounts in the country in which the entity is operating to pay for expenses) with or receive payments from any withholding agent other than a member of its expanded affiliated group; **and**

• Has not agreed to report under Regulations section 1.1471-4(d)(2)(ii)(C) or otherwise act as an agent for chapter 4 purposes on behalf of any financial institution, including a member of its expanded affiliated group.

| Part XXVIII | Sponsored Direct Reporting NFFE (see instructions for when this is permitted) |

42   Name of sponsoring entity: _____

43  ☐ I certify that the entity identified in Part I is a direct reporting NFFE that is sponsored by the entity identified on line 42.

| Part XXIX | Substantial U.S. Owners of Passive NFFE |

As required by Part XXVI, provide the name, address, and TIN of each substantial U.S. owner of the NFFE. Please see the instructions for a definition of substantial U.S. owner. If providing the form to an FFI treated as a reporting Model 1 FFI or reporting Model 2 FFI, an NFFE may also use this part for reporting its controlling U.S. persons under an applicable IGA.

| Name | Address | TIN |
|------|---------|-----|
|      |         |     |
|      |         |     |
|      |         |     |
|      |         |     |
|      |         |     |
|      |         |     |
|      |         |     |
|      |         |     |
|      |         |     |

| Part XXX | Certification |

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

• The entity identified on line 1 of this form is the beneficial owner of all the income to which this form relates, is using this form to certify its status for chapter 4 purposes, or is a merchant submitting this form for purposes of section 6050W;

• The entity identified on line 1 of this form is not a U.S. person;

• The income to which this form relates is: (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income; **and**

• For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which the entity on line 1 is the beneficial owner or any withholding agent that can disburse or make payments of the income of which the entity on line 1 is the beneficial owner.

I agree that I will submit a new form within 30 days if any certification on this form becomes incorrect.

**Sign Here** ▶

Signature of individual authorized to sign for beneficial owner     Print Name: LEONARD O'BRIEN / DMITRY ZUONAREV     Date (MM-DD-YYYY): 10/30/2020

☒ I certify that I have the capacity to sign for the entity identified on line 1 of this form.

Form **W-8BEN-E** (Rev. 7-2017)

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663



**IRS**

### FATCA Foreign Financial Institution (FFI) List Search and Download Tool

The FFI List is updated the first day of each month. It includes all foreign financial institutions and branches with approved FATCA registration at the time the list is compiled.

Financial Institutions in approved status as of October 26, 2020



#### Search/Download FFI List                          Search Tips

Search for foreign financial institutions and branches using any combination of these options. Search results may be downloaded in CSV, XML or PDF formats.

GIIN
[GS7AWQ] . [00000] . [SP] . [092]

Financial Institution Name
[Salamander]

Country/Jurisdiction of FFI or Branch          Selected

Select Country
Afghanistan
Aland Islands
Albania
Algeria
American Samoa
Andorra

[CLEAR]    [SEARCH >]

#### Search Results                     Download: CSV | XML | PDF

1 - 1 of 1

| GIIN | Financial Institution Name | Country/Jurisdiction of FFI or Branch |
|---|---|---|
| GS7AWQ.00000.SP.092 | Salamander Management Limited | Virgin Islands (British) |

1 - 1 of 1

**Entire FFI List**

The current entire foreign financial institution list is available to download in CSV and XML formats. The zip files download faster.

› CSV (26 MB)
› CSV ZIP (6.8 MB)
› XML (69.2 MB)
› XML ZIP (7.7 MB)
› Archived Prior Months' FFI Lists

**Related Links**

› FFI List User Guide
› FFI List Resources
› FFI List FAQs
› FFI List XML Schema

0098 - 123

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663

# CBH | Compagnie Bancaire Helvétique



## FIDUCIARY DEPOSIT AGREEMENT

**Account number**    **Name**

5645    ROSBELT INTERNATIONAL LIMITED

1   The Client hereby instructs the Bank to invest, in the Bank's name but on behalf of the Client and at the Client's own risk, with other Banks and/or financial institutions or with a foreign entity of the Group to which the Bank belongs (hereinafter the "financial intermediary").

2   The Bank may select the financial intermediary as well as the amount, currency, term and other conditions of the investment in line with its fair assessment.
The Client is nevertheless authorised to give specific written instructions to the Bank with regard to an investment and/or a financial intermediary with which an investment should be made, in which case it will be necessary to sign a specific fiduciary investment services agreement.
The Bank shall not be bound to take into account specific instructions concerning the reinvestment of matured investments unless it has received such instructions at least three days before the maturity of the said investments.

3   The Bank holds a list of selected financial intermediaries that present good creditworthiness and with which it makes fiduciary investments.
The Client has the right, at any time, to request that the list of selected financial intermediaries be communicated to them, as well as the criteria applied by the Bank to assess their creditworthiness.

4   The investments shall be made within the limit of the Client's available assets. Consequently, when the Bank makes an investment, it is not authorised to charge the said investments to any credit facilities granted to the Client, unless under express written instructions from the latter.

5   The Bank is exclusively bound to pay to the Client the amounts corresponding to the principal and interest on the investment as received from the financial intermediary at its disposition to the address indicated in point 10.

6   The Bank shall debit from the Client its fees as well as any costs linked to the investment.

7   The Client is hereby informed that they shall be exclusively and fully liable for the risk of bankruptcy of the financial intermediary (del credere risk) as well as transfer risk and exchange risk, which the Client accepts. If investments are made with a foreign entity belonging to the Bank, the risk of bankruptcy includes the risk of bankruptcy of the Bank itself.

8   If the financial intermediary does not meet its obligations, or does not meet them fully (e.g. because of a transfer and foreign exchange law in its country of registration or the country of the investment currency), the Bank shall only be obliged to transfer its claim on the financial intermediary to the Client, if it has not already been granted to the Client in another form. The Bank shall not be bound by any other obligations or services.

9   This fiduciary agreement may be terminated at any time by the Bank or the Client, subject to written notification to the other party. Termination shall have no effect on current investments. The death, legal incapacity and/or bankruptcy of the Client shall not result in the termination of this fiduciary agreement.

10   All legal relationships between the Client and the Bank shall be governed exclusively by Swiss law.

11   The place of performance, the exclusive place of jurisdiction for any proceedings, and the place of jurisdiction for legal proceedings if the Client is a foreign resident, shall be the town in which the Bank's registered office is located.

Moreover, the Bank reserves the right to bring a claim against the Client before the competent court of the Client's registered domicile or before any other competent court.

**Date**    **Signature(s) of the account holder(s)**

30/10/2020

1 / 1   | Agreement
| Fiduciary Deposit

6 NOV '20

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663

**CBH** | Compagnie Bancaire Helvétique



## CBH ONLINE ACCESS AGREEMENT

**Account number**

■5'645

**Name**

ROSBELT INTERNATIONAL LIMITED

The undersigned[1] (individually or collectively referred to as: the "Account Holder"), is requesting a secure electronic access (hereinafter: "CBH Online Services") to the above mentioned account (the "Account").

☐ Access to the CBH Online Services will be used by the Account Holder.

☑ Access to the CBH Online Service will be used by a third party. CBH Online Services for third parties must be coupled with a power of attorney over the Account.

Any person authorised by the Account Holder to access the Accounts, including him/herself, to use the CBH Online Services is defined hereinafter as a "User". Regardless of whether he/she is the User, the Account Holder is responsible for the use of the CBH Online Services granted on the basis of this agreement. The Account Holder is the contractual counterparty of the Bank on the basis of this Agreement. If the User is a third party, the latter is considered as the attorney of the Account Holder.

**1    User name (if different from the account holder(s))**

Surname, First name(s)/Company name    ZVONAREV, DMITRY

SALAMANDER SUISSE

**2    Information regarding the connecting tools to the CBH Online Services**

☐ Mobile application        ☑ Secure Card

**3    User's shipping address**

The connection guide and the tools are sent to the User at the following address:

Mobile option:        E-mail address: _____

                        Mobile number: _____

Secure Card option:    Mailing address:

SALAMANDER SUISSE, c/o Monsieur DMITRY ZVONAREV

Rue Jean-Gabriel Eynard 8, 1205 Geneva, Switzerland

**4    Access Rights**

There are 3 access levels per account: **A, B** and **C** defined below. Please tick "X" the requested access levels.

☑ **A**  Access right limited to Viewing    ☐ **B**  Right to view and to enter stock exchange orders    ☐ **C**  Right to view, to enter stock exchange orders and to make transfers

**5    Use of the CBH Online Services**

When the User connects to the CBH Online Services by logging in, he/she is considered as having been correctly identified without further need for verification or identification. This allows the User to access all the features of the CBH Online Services granted by the selected access rights.

The Account Holder is bound, without any reservations, by all operations and/or transactions performed by the User on the Account which met the requirements of the identification process.

If the Account is a Collective Account or if its access is subject to a collective signature scheme, the Account Holder hereby instructs the Bank to accept all instructions received via CBH Online and which have met the requirements of the identification process as having legitimately complied with the signature schemes agreed to with the Bank in relation to the Account.

Communications from the CBH Online Messaging Service are considered to be sent by the authorised User without any further verification by the Bank.

_____

[1] For a collective account, all the signatories must sign the Access request. Not if it is a joint account.

V21 02 2020

1/2    | CBH Online Access Agreement

20 NOV '20 12:12

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663

**CBH** | Compagnie Bancaire Helvétique



**6    Orders and Instructions**

At its discretion, the Bank can decline orders, especially when they appear to contradict its contractual, regulatory or legal obligations or when the necessary cover is lacking.

The Secure Messaging Service does not include automated management of investment or transfer instructions. It should not be used to send the Bank instructions or messages which are urgent or bound by a deadline (e.g. payment or stock exchange orders, subscription or issuance orders, orders to perform other securities transactions, revocations of orders or proxies, freezing credit cards or other services, etc.).

**7    Due care duty of Account Holders and Users**

- The connecting tools such as password, mobile app, tokens, etc.. ("Means of Connexion") linked to the CBH Online Service should be kept secret and out of reach to prevent abusive use by unauthorised third parties.

- If the data or the Means of Connection are lost, stolen or forgotten or hacked, the Account Holder (or the User on his behalf) must immediately advise the Bank in writing. The Bank will block the access to CBH Online and, on request, send new Means of Connexion according to the agreed upon instructions

**8    Bank's responsibility**

The Bank shall not be held liable, except in the case of gross misconduct on its part, for any damage incurred by the Account Holder in relation with the use of the CBH Online Services, including in the following cases:

- Communication or transmission error arising from the use of the CBH Online Services, especially in the event of a power outage, loss of connection caused by telecommunications companies and/or by any other public or private intermediary, or a breakdown of any type affecting the IT installations concerned.

- Interruption in the processing of operations in progress resulted in direct or indirect damage or lost profit.

- Interception by an unauthorized third party, loss or alteration of an electronic message from or to the Bank.

- Information given or transmitted in an incomplete manner.

- Incidents resulting from an overload, disturbance or interruption affecting IT systems or networks.

Use of the services offered by the Bank via CBH Online Access may be subject to local legal or regulatory restrictions. It is incumbent upon each User and the Account Holder to obtain information on this matter and to comply with the legal requirements applicable to him/her. The Bank shall not be held liable in this regard.

The Account Holder assumes all risk arising from the manipulation of a User's Means of Access by unauthorised third parties, from the fraudulent use of a User's personal Means of Identification, from the violation of a User's duty of due care or from the intervention of an unauthorised third party during data transmission.

The Account Holder assumes all risk related to the hacking of the communication devices, such as computers, tablets and telephones.

The Bank shall not be held liable for any damage caused by the Account Holder's failure or tardiness in submitting to the Bank any changes relating to a User's rights to access the Account.

**9    Duration of the CBH Online Access Agreement**

The Bank or Account Holder may terminate this contract at any time, without prior notice and without reason. Termination is submitted in written form.

CBH Online Access is not suspended by the death, incapacity or bankruptcy of the Account holder or of a User.

**10    Changes in access rights**

The Account Holder is responsible for submitting to the Bank any changes in the access right granted to third-party Users.
Any removal of access to the CBH Online service must be communicated in writing to the Bank.

**11    Changes in the CBH Online Access Contract**

The Bank reserves the right to change the CBH Online Access Agreement at any time. The modifications are conveyed to the Account Holder according to the communication instructions he/she has chosen for the account. The changes are accepted if the Account Holder does not contest them in writing within 30 days beginning on the day after the notification is sent.

**12    General terms and conditions**

For the remainder the Bank's General Terms and Conditions and Conditions for Deposits which the Account Holder has read and approved shall also apply, in particular the choice of law and the place of jurisdiction.

| Date | Signature(s) of the account-holder(s) | |
|------|---------------------------------------|---|
| **1 8 NOV 2020** | | |

2/2 | CBH Online Access Agreement

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663

**CBH** Compagnie Bancaire Helvétique

## CBH ONLINE ACCESS AGREEMENT

**Account number**

5 6 4 5

**Name**

ROSBELT INTERNATIONAL LIMITED

The undersigned[1] (individually or collectively referred to as: the "Account Holder"), is requesting a secure electronic access (hereinafter: "CBH Online Services") to the above mentioned account (the "Account").

☐ Access to the CBH Online Services will be used by the Account Holder.

☑ Access to the CBH Online Service will be used by a third party. CBH Online Services for third parties must be coupled with a power of attorney over the Account.

Any person authorised by the Account Holder to access the Accounts, including him/herself, to use the CBH Online Services is defined hereinafter as a "User". Regardless of whether he/she is the User, the Account Holder is responsible for the use of the CBH Online Services granted on the basis of this agreement. The Account Holder is the contractual counterparty of the Bank on the basis of this Agreement. If the User is a third party, the latter is considered as the attorney of the Account Holder.

**1    User name (if different from the account holder(s))**

Surname, First name(s)/Company name    JEFFERSON CAPITAL SARL

**2    Information regarding the connecting tools to the CBH Online Services**

☑ Mobile application          ☐ Secure Card

**3    User's shipping address**

The connection guide and the tools are sent to the User at the following address:

Mobile option:    E-mail address: fshakhidi@jeffersongroup.com

Mobile number: +447702888525

Secure Card option:    Mailing address:

**4    Access Rights**

There are 3 access levels per account: **A, B** and **C** defined below. Please tick "X" the requested access levels.

☑ **A**  Access right limited to Viewing          ☐ **B**  Right to view and to enter stock exchange orders          ☐ **C**  Right to view, to enter stock exchange orders and to make transfers

**5    Use of the CBH Online Services**

When the User connects to the CBH Online Services by logging in, he/she is considered as having been correctly identified without further need for verification or identification. This allows the User to access all the features of the CBH Online Services granted by the selected access rights.

The Account Holder is bound, without any reservations, by all operations and/or transactions performed by the User on the Account which met the requirements of the identification process.

If the Account is a Collective Account or if its access is subject to a collective signature scheme, the Account Holder hereby instructs the Bank to accept all instructions received via CBH Online and which have met the requirements of the identification process as having legitimately complied with the signature schemes agreed to with the Bank in relation to the Account.

Communications from the CBH Online Messaging Service are considered to be sent by the authorised User without any further verification by the Bank.

[1] For a collective account, all the signatories must sign the Access request. Not if it is a joint account.

V21 02.2020

1/2    CBH Online Access Agreement

6 NOV'20  8:38

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663





#### 6    Orders and Instructions

At its discretion, the Bank can decline orders, especially when they appear to contradict its contractual, regulatory or legal obligations or when the necessary cover is lacking.

The Secure Messaging Service does not include automated management of investment or transfer instructions. It should not be used to send the Bank instructions or messages which are urgent or bound by a deadline (e.g. payment or stock exchange orders, subscription or issuance orders, orders to perform other securities transactions, revocations of orders or proxies, freezing credit cards or other services, etc.).

#### 7    Due care duty of Account Holders and Users

- The connecting tools such as password, mobile app, tokens, etc.. ("Means of Connexion") linked to the CBH Online Service should be kept secret and out of reach to prevent abusive use by unauthorised third parties.

- If the data or the Means of Connection are lost, stolen or forgotten or hacked, the Account Holder (or the User on his behalf) must immediately advise the Bank in writing. The Bank will block the access to CBH Online and, on request, send new Means of Connexion according to the agreed upon instructions

#### 8    Bank's responsibility

The Bank shall not be held liable, except in the case of gross misconduct on its part, for any damage incurred by the Account Holder in relation with the use of the CBH Online Services, including in the following cases:

- Communication or transmission error arising from the use of the CBH Online Services, especially in the event of a power outage, loss of connection caused by telecommunications companies and/or by any other public or private intermediary, or a breakdown of any type affecting the IT installations concerned.

- Interruption in the processing of operations in progress resulted in direct or indirect damage or lost profit.

- Interception by an unauthorized third party, loss or alteration of an electronic message from or to the Bank.

- Information given or transmitted in an incomplete manner.

- Incidents resulting from an overload, disturbance or interruption affecting IT systems or networks.

Use of the services offered by the Bank via CBH Online Access may be subject to local legal or regulatory restrictions. It is incumbent upon each User and the Account Holder to obtain information on this matter and to comply with the legal requirements applicable to him/her. The Bank shall not be held liable in this regard.

The Account Holder assumes all risk arising from the manipulation of a User's Means of Access by unauthorised third parties, from the fraudulent use of a User's personal Means of Identification, from the violation of a User's duty of due care or from the intervention of an unauthorised third party during data transmission.

The Account Holder assumes all risk related to the hacking of the communication devices, such as computers, tablets and telephones.

The Bank shall not be held liable for any damage caused by the Account Holder's failure or tardiness in submitting to the Bank any changes relating to a User's rights to access the Account.

#### 9    Duration of the CBH Online Access Agreement

The Bank or Account Holder may terminate this contract at any time, without prior notice and without reason. Termination is submitted in written form.

CBH Online Access is not suspended by the death, incapacity or bankruptcy of the Account holder or of a User.

#### 10    Changes in access rights

The Account Holder is responsible for submitting to the Bank any changes in the access right granted to third-party Users.
Any removal of access to the CBH Online service must be communicated in writing to the Bank.

#### 11    Changes in the CBH Online Access Contract

The Bank reserves the right to change the CBH Online Access Agreement at any time. The modifications are conveyed to the Account Holder according to the communication instructions he/she has chosen for the account. The changes are accepted if the Account Holder does not contest them in writing within 30 days beginning on the day after the notification is sent.

#### 12    General terms and conditions

For the remainder the Bank's General Terms and Conditions and Conditions for Deposits which the Account Holder has read and approved shall also apply, in particular the choice of law and the place of jurisdiction.

**Date**

30/10/2020

**Signature(s) of the account holder(s)**

V21.02.2020

2/2     CBH Online
Access Agreement

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663



Copie du document enrégistré sous le Compte 24356

05.11.2020

Certified true copy of the original
seen by me

Name: LEONARD O'BRIEN
Date: 28/09/...
Signature:

Salamander Corporate Services SA
Rue Jean-Gabriel Eynard 8
1205 Geneva Switzerland
+41 22 318 26 00

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

6 NOV '20  8:37

USA_01549663



http://rc.ge.ch

**Extrait sans radiations**

EXTRAIT INTERNET

| | |
|---|---|
| No réf. | 02375/2011 |
| N° féd. | CH-660.0.380.011-1 |
| **IDE** | **CHE-498.046.967** |

## Salamander Corporate Services SA
inscrite le 04 février 2011
Société anonyme

| Réf. | **Raison Sociale** |
|---|---|
| 1 | Salamander Corporate Services SA |

| | **Siège** |
|---|---|
| 3 | Genève |

| | **Adresse** |
|---|---|
| 6 | rue Jean-Gabriel-Eynard 8, 1205 Genève |

| | **Dates des Statuts** |
|---|---|
| 3 | 17.09.2013 |

| | **But, Observations** |
|---|---|
| 1 | But: <br> créer, établir et administrer des trusts dans toute juridiction, ainsi qu'exercer toute fonction de trustee, tout service d'ordre administratif, opérationnel, de domiciliation, tout conseil notamment dans la gestion de trusts ainsi que tous services accessoires à ladite activité; prestations de services à diverses sociétés et autres entités du groupe, notamment services d'administration, de comptabilité, de contrôle et gestion financière en faveur des sociétés et autres entités du groupe, ainsi que promotion de celles-ci (cf. statuts pour but complet). |
| 1 | Opting-out: <br> Selon déclaration du 02.02.2011, il est renoncé à un contrôle restreint. |
| 4 | L'identification sous le numéro CH-660-0380011-1 est remplacée par le numéro d'identification des entreprises (IDE/UID) CHE-498.046.967. |

| | **Organe de publication** |
|---|---|
| 1 | Communication aux actionnaires: pli recommandé ou fax |
| 1 | Feuille Officielle Suisse du Commerce |

| Réf. | **Capital-actions** | | |
|---|---|---|---|
| | **Nominal** | **Libéré** | **Actions** |
| 1 | CHF 100'000 | CHF 50'000 | 100'000 actions de CHF 1, nominatives, liées selon statuts |

| Réf. | | | **Administration, organe de révision et personnes ayant qualité pour signer** | | |
|---|---|---|---|---|---|
| **Inscr** | **Mod** | **Rad.** | **Nom et Prénoms, Origine, Domicile** | **Fonctions** | **Mode Signature** |
| 10 | 10 | | O'Brien Léonard, d'Irlande, à Dully <br> Zvonarev Dmitry, de Grande-Bretagne, à Genève | adm. | signature individuelle <br> signature collective à 2 (2) |

(2)  avec un administrateur

| Réf. | JOURNAL | | PUBLICATION FOSC | | Réf. | JOURNAL | | PUBLICATION FOSC | |
|---|---|---|---|---|---|---|---|---|---|
| | **Numéro** | **Date** | **Date** | **Page/Id** | | **Numéro** | **Date** | **Date** | **Page/Id** |
| 1 | 2375 | 04.02.2011 | 10.02.2011 | 7/6028328 | 2 | 705 | 12.01.2012 | 17.01.2012 | 6507488 |
| 3 | 15549 | 18.09.2013 | 23.09.2013 | 1088637 | 4 | | Complément | 19.12.2013 | 7225832 |
| 5 | 14357 | 29.08.2014 | 03.09.2014 | 1695773 | 6 | 13952 | 16.08.2016 | 19.08.2016 | 3012269 |
| 7 | 21377 | 01.12.2017 | 06.12.2017 | 3914799 | 8 | 23178 | 22.12.2017 | 29.12.2017 | 3963301 |
| 9 | 1416 | 18.01.2019 | 23.01.2019 | 1004549299 | 10 | 13236 | 10.07.2019 | 15.07.2019 | 1004676278 |

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

USA_01549663

 **Salamander Management Limited**

Salamander Suisse
8, rue Jean-Gabriel Eynard
1205 Geneva
Switzerland
Tel : +41 22 318 26 00
Fax : +41 22 318 26 01
www.salamanderinternational.com

**1 3 OCT 2020**

List of signatories: Any two "A" together or one "A" and one "B" together

| Leonard O'Brien | Director | A authorised signatory | | *a signé es bar. d'au* |
| Oliver Hemmer | Director | A authorised signatory | | |
| Ronan Kuczaj | Director | A authorised signatory | | |
| Dmitry Zvonarev | Signatory | A authorised signatory | | *a signé les docs our.* |
| Aliza Tyson | Signatory | A authorised signatory | | |
| Mark Mills | Signatory | B authorised signatory | | |
| Nicolas Hiribarne | Signatory | B authorised signatory | | |

Leonard O'Brien
Director

Oliver Hemmer
Director

Ronan Kuczaj
Director

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

6 NOV '20  8:37

0098 - 131

USA_01549663