Government
Exhibit
25-23

## DEED OF GIFT

**THIS DEED OF GIFT** is made and entered into this **17** day of June 2016, by and among Delphine Edelman (the "Donor"), and Douglas Edelman (the "Donee").

**WHEREAS,** the Donor wishes to personally assist Donee, her husband, in his efforts to resolve certain U.S. tax issues, and

**WHEREAS,** the Donor has certain funds available to her in order to make a gift of cash to Donee;

**WHEREAS,** HVK Belastingadvies, in its capacity as Donor and Donee's legal counsel, has authority to accept the gift on behalf of the Donee;

**NOW, THEREFORE,** the Donor hereby gives to the Donee, the amount of **4,000,000** by transferring such funds from her personal assets to Donee's client account at HVK Belastingadvies.

**IN WITNESS WHEREOF,** this Deed of Gift has been executed on this ____ day of June 2016:

BY:    _____
          Delphine Edelman, Donor

WITNESS:
          _____

          THOMAS G. ELTR

1 of 2

## DEED OF GIFT

**THIS DEED OF GIFT** is made and entered into this 22 day of August 2016, by and among Delphine Edelman (the "Donor"), and Douglas Edelman (the "Donee").

**WHEREAS**, the Donor wishes to personally assist Donee, her husband, in his efforts to resolve certain U.S. tax issues, and

**WHEREAS**, the Donor has certain funds available to her in order to make a gift of cash to Donee;

**WHEREAS**, HVK-LEGAL, in its capacity as Donor and Donee's legal counsel, has authority to accept the gift on behalf of the Donee;

**WHEREAS**, HVK-LEGAL will accept the gift to be transferred into its escrow account:

bank and place:     ABN Amro Bank N.V., Amsterdam, the Netherlands

name:     HVK Stevens Legal B.V.

address:     Prins Bernhardplein 200, 1097 JB Amsterdam, the Netherlands

BIC/SWIFT:     ABNANL2A

**NOW, THEREFORE**, the Donor hereby gives to the Donee, the amount of USD 4,000,000 (four million US Dollars) or the Euro equivalent by transferring such funds from her personal assets to Donee's client account at HVK-Belastingadvies.

**IN WITNESS WHEREOF**, this Deed of Gift has been executed on this 22 day of August 2016:

BY: _____
Delphine Edelman, Donor

WITNESS: _____

GRAHAM A. COLLETT FCA.
1 BROMLEY LANE, CHISLEHURST
KENT. BR1 2TT.   UNITED KINGDOM

1 of 2

**ACCEPTANCE BY DONEE**:

The undersigned, on behalf of and as authorized by the Donee, hereby accepts from Donor on this 22 day of August  2016, the funds described in the preceding Deed of Gift, and acknowledges that such funds are held on behalf of the Donee at HVK.

BY:    *PoLDERMAN*
       For HVK

2 of 2

## DEED OF GIFT

**THIS DEED OF GIFT** is made and entered into this 25 day of July 2017, by and among Delphine Le Dain (the "Donor"), and Douglas Edelman (the "Donee").

**WHEREAS,** the Donor wishes to personally assist the Donee, her husband, in the payment of his US tax liabilities for 2017, and

**WHEREAS,** the Donor has certain funds available to him, in order to make a gift of cash to Donee;

**WHEREAS,** Caplin & Drysdale, in its capacity as Donor and Donee's tax counsel, has authority to accept the gift on behalf of the Donee;

**NOW, THEREFORE,** the Donor hereby gives to the Donee, the amount of USD 200,000, by transferring such funds from her personal assets to Donee's client account at Caplin & Drysdale.

**IN WITNESS WHEREOF,** this Deed of Gift has been executed on this 26 day of July 2017:

BY:  _____
Delphine Le Dain, (Donor)

WITNESS:
_____
Iryna Tsenzharyk

**ACCEPTANCE BY DONEE:**

The undersigned, as the Donee, hereby accepts from Donor on this 26 day of July 2017, the funds described in the preceding Deed of Gift, and acknowledges that such funds are to be held on behalf of the Donee at Caplin & Drysdale.

BY:  _____
Douglas Edelman  (Donee)

USA_01170927

## DEED OF GIFT

**THIS DEED OF GIFT** is made and entered into this 13th day of November 2018, by and among Delphine Le Dain (the "Donor"), and Douglas Edelman (the "Donee").

**WHEREAS**, the Donor wishes to personally assist the Donee, her husband, in the payment of his US tax liabilities for 2018, and

**WHEREAS**, the Donor has certain funds available to him, in order to make a gift of cash to Donee;

**WHEREAS**, Caplin & Drysdale, in its capacity as Donor and Donee's tax counsel, has authority to accept the gift on behalf of the Donee;

**NOW, THEREFORE**, the Donor hereby gives to the Donee, the amount of USD 150,000, by transferring such funds from her personal assets to Donee's client account at Caplin & Drysdale.

**IN WITNESS WHEREOF**, this Deed of Gift has been executed on this 13th day of August 2018:

BY: _____
Delphine Le Dain, (Donor)

WITNESS: _____

Iryna Tsenuharyk

1 of 2

**Error! Unknown document property name.**

**ACCEPTANCE BY DONEE**:

The undersigned, as the Donee, hereby accepts from Donor on this 13th day of November 2018, the funds described in the preceding Deed of Gift, and acknowledges that such funds are to be held on behalf of the Donee at Caplin & Drysdale.

**BY**:    _____

Douglas Edelmán  (Donee)

## DEED OF GIFT

**THIS DEED OF GIFT** is made and entered into this 5th day of June 2019, by and among Delphine Le Dain (the "Donor"), and Douglas Edelman (the "Donee").

**WHEREAS,** the Donor wishes to personally assist the Donee, her husband, in the payment of his US tax liabilities for 2019, and

**WHEREAS,** the Donor has certain funds available to him, in order to make a gift of cash to Donee;

**WHEREAS,** Caplin & Drysdale, in its capacity as Donor and Donee's tax counsel, has authority to accept the gift on behalf of the Donee;

**NOW, THEREFORE,** the Donor hereby gives to the Donee, the amount of USD 75,000, by transferring such funds from her personal assets to Donee's client account at Caplin & Drysdale.

**IN WITNESS WHEREOF,** this Deed of Gift has been executed on this 5th day of June 2019:

BY: _____
        Delphine Le Dain, (Donor)


WITNESS:
_____

GRAHAM A. COLLETT FCA.
1 BROMLEY LANE, CHISLEHURST, KENT BR7 6LH

1 of 2

DOC# 2073415.v1-5/30/16

USA_01174197

**ACCEPTANCE BY DONEE:**

The undersigned, as the Donee, hereby accepts from Donor on this 5th day of June 2019, the funds described in the preceding Deed of Gift, and acknowledges that such funds are to be held on behalf of the Donee at Caplin & Drysdale.

**BY:** _____

Douglas Edelman  (Donee)

2 of 2

USA_01174197

# DEED OF GIFT

**THIS DEED OF GIFT** is made and entered into this 30th day of March 2020, by and among Delphine Le Dain (the "Donor"), and Douglas Edelman (the "Donee").

**WHEREAS,** the Donor wishes to personally assist the Donee, her husband, in the payment of his US tax liabilities and professional fees for 2019, and

**WHEREAS,** the Donor has certain funds available to him, in order to make a gift of cash to Donee;

**WHEREAS,** Caplin & Drysdale, in its capacity as Donor and Donee's tax counsel, has authority to accept the gift on behalf of the Donee;

**NOW, THEREFORE,** the Donor hereby gives to the Donee, the amount of USD 60,000, by transferring such funds from her personal assets to Donee's client account at Caplin & Drysdale.

**IN WITNESS WHEREOF,** this Deed of Gift has been executed on this 30th day of March 2020:

BY: _____
Delphine Le Dain, (Donor)

WITNESS: _____

GRAHAM A. COLLETT.
1 BROMLEY LANE
CHISLEHURST, KENT BR7 6LH.

1 of 2

Error! Unknown document property name.

**ACCEPTANCE BY DONEE:**

The undersigned, as the Donee, hereby accepts from Donor on this 31[th] day of March 2020, the funds described in the preceding Deed of Gift, and acknowledges that such funds are to be held on behalf of the Donee at Caplin & Drysdale.

BY: _____

Douglas Edelman  (Donee)