IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS EDELMAN<br><br>Defendant. | 1:24-CR-00239 (CKK) |

## GOVERNMENT'S CONSENTED TO MOTION TO CONTINUE DEADLINE

The Government respectfully requests that the upcoming March 23, 2026 hearing and March 13, 2026 response brief deadline be continued. The Government recently made a production of additional documents that may be relevant to the upcoming hearing and the Defendant has requested additional time to review and incorporate them. The parties are available on April 29, 2026, and understand the Court to be available on that date as well. In addition, the parties request that the response brief deadline currently set for March 13, 2026 be continued to March 27, 2026.

Respectfully submitted,

By: ___/s/ Ezra Spiro___
Sarah C. Ranney (NY Bar No. 5050919)
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia

Ezra Spiro (NY Bar No. 5291838)
Trial Attorney
Department of Justice Criminal Division