IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> DOUGLAS EDELMAN | Case No. 24-cr-239 (CKK) |

### SPEEDY TRIAL WAIER

Comes now the Defendant, Douglas Edelman, by and through undersigned counsel, and after having been advised of his rights under the Speedy Trial Act, 18 U.S.C. § 3161, hereby waives those rights only through the time period between March 23, 2026 and April 29, 2026.

Respectfully submitted,

/S/ Sonya C. Bishop
SONYA C. BISHOP
D.D.C. Bar No. NY0568
sonya.bishop@bakermckenzie.com
BAKER & McKENZIE LLP
452 Fifth Ave.
New York, N.Y. 10018
(332) 215-5812

Dated: March 9, 2026

I agree with the statement above:

Douglas Edelman

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2026, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF System, which will send notification of this filing to all parties.

                                     /S/ Sonya C. Bishop
                                     SONYA C. BISHOP
                                     D.D.C. Bar No. NY0568
                                     Sonya.bishop@bakermckenzie.com
                                     BAKER & McKENZIE LLP
                                     452 Fifth Ave.
                                     New York, N.Y. 10018
                                     (332) 215-5812