**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| **DOUGLAS EDELMAN** | Case No. 24-cr-239 (CKK) |
| **Defendant.** | |

**DEFENDANT DOUGLAS EDELMAN'S MOTION FOR LEAVE TO FILE
ADDITIONAL EXHIBITS**

Defendant Douglas Edelman respectfully moves the Court for an order granting leave to file additional exhibits in support of his reply brief due March 27, 2026. The Government does not oppose this request.

As per this Court's November 12, 2025 order (ECF 99), on February 16, 2026, Mr. Edelman and the government both filed their pre-hearing briefs. ECF 115 and 116. On March 2, 2026, Mr. Edelman filed 13 exhibits, the expert report of John Machell, KC, and appendices to that report, in connection with the sentencing evidentiary hearing currently scheduled for April 29, 2026. ECF 119. The government filed six exhibits on the same day. ECF 120.

On March 3, 2026, the government notified Mr. Edelman's counsel that it had failed to produce, *inter alia*, 432 documents that it received in September 2025 pursuant to a mutual legal assistance treaty request of the Swiss authorities. On March 4, 2026, the Court ordered the parties to file replies to the pre-hearing briefs by March 13, 2026.

On March 6, 2026, the government asked the Court for additional time to file replies. ECF 122. The Court granted that request, ordering the parties to file replies on March 27, 2026.

Without objection from the government, Mr. Edelman respectfully seeks this Court's leave

1

2

to file additional exhibits from the late-produced Swiss documents. Mr. Edelman could not have filed these Swiss documents on March 2, the original filing deadline, and they are essential to Mr. Edelman's defense.

Respectfully submitted,

/S/ George M. Clarke, III                          /S/ Sonya C. Bishop
GEORGE M. CLARKE, III                         SONYA C. BISHOP
D.D.C. Bar No. 480073                              D.D.C. Bar No. NY0568
George.clarke@bakermckenzie.com          Sonya.bishop@bakermckenzie.com
BAKER & McKENZIE LLP                         BAKER & McKENZIE LLP
815 Connecticut Ave., N.W.                        452 Fifth Ave.
Washington, D.C. 20006                             New York, N.Y. 10018
(202) 835-6184                                            (332) 215-5812

*Counsel for Defendant Douglas Edelman.*

Dated: March 26, 2026