# Attachment 1



# MEMORANDUM

**TO:**     Sonya Bishop, Esquire
           Attorney for Douglas Edelman

**FROM:**   Meredith Patti, Esquire
           Mary Cate Rush, Chief Statistician

**DATE:**   March 25, 2026

**SUBJECT:**    DOUGLAS EDELMAN - IMPOSITION OF AGGRAVATING ROLE ENHANCEMENT

        We were retained to prepare an analysis of how frequently USSG §3B1.1 (Aggravating Role) has been applied in federal cases when the defendant is scored according to USSG §2T1.1, USSG §2T1.4, or USSG §2T1.9.  In order to prepare this analysis, we utilized datafiles from the United States Sentencing Commission using the last 26 years of available data.

## THE USSC DATABASE

        The United States Sentencing Commission (USSC) maintains a comprehensive, computerized data collection system of federal sentencing information.[1] Pursuant to 28 USC §994(w) each chief judge of a district is required to ensure that within 30 days after entry of judgment in a criminal case the sentencing court submits a report of the sentence to the Commission that includes: (1) the judgment and commitment order; (2) the statement of reasons (including the reasons for any departures or variances); (3) any plea agreement; (4) the indictment or other charging document; (5) the presentence report; and (6) any other information the Commission needs. As this information is received by the USSC it is entered into an Oracle database.  From this information, the USSC releases annually a database of sentencing information for individual defendants sentenced during that fiscal year (Individual Offenders Datafiles).

        This collection contains information on federal criminal cases sentenced under the Sentencing Guidelines and Policy Statements of the Sentencing Reform Act of 1984. The data files included in this study contain all cases received by the USSC that were sentenced between October 1, 1998 and September 30, 2024. United States Federal Courts handled over 1.8 million criminal cases between the fiscal years 1999 and 2024[2]. The USSC estimates that 99% of all cases are included in this dataset.

---

[1] This data collection can be found at http://www.ussc.gov/research/datafiles/commission-datafiles.

[2] Although the USSC began collecting meaningful federal sentencing information in FY 1991, it did so using a FoxPro data entry system.  Beginning in the FY 1999 datafiles, the USSC switched to an Oracle data entry system and at that time several significant variable and coding changes were instituted.   Therefore, for the purposes of this analysis, we utilized datafiles beginning in FY 1999.

*Edelman Analysis*
*March 25, 2026*
*Page 2*

**DATA ANALYSIS**

**STEP 1:**    For purposes of this analysis, we utilized the data sets for fiscal years 1999-2024.  Total number of cases = 1,829,267.

**STEP 2:**    Selected cases to include only those where the information related to a defendant's guideline calculation(s) represented known court findings. That is, only those cases where the court either agreed with the probation officer's calculations of the sentencing guidelines or where the court clearly documented any changes it made to a defendant's guideline calculation. Total cases = 1,624,686. (This represents 88.8% of all cases.)

**STEP 3:**    Selected cases where the defendant's statute(s) of conviction directed the scorer to either USSG §2T1.1, USSG §2T1.4, or USSG §2T1.9 of the United States Sentencing Guidelines.

> ➤ **1,611,663 cases Deleted**
> ➤ **13,023 cases Remain**

**FINDINGS**

As the following table (Table A) illustrates, these 13,023 cases were organized by the guideline used for scoring (USSG §2T1.1, USSG §2T1.4, or USSG §2T1.9) for each fiscal year.

| Table A<br>Number of Defendants<br>Scored Using USSG §2T1.1, USSG §2T1.4 or USSG §2T1.9<br>National - Fiscal Years 1999-2024 | | | |
|---|---|---|---|
| **Fiscal Year** | **USSG §2T1.1** | **USSG §2T1.4** | **USSG §2T1.9** |
| 1999 | 479 | 57 | 35 |
| 2000 | 510 | 53 | 40 |
| 2001 | 439 | 44 | 36 |
| 2002 | 413 | 69 | 32 |
| 2003 | 371 | 52 | 26 |
| 2004 | 340 | 71 | 21 |
| 2005 | 432 | 90 | 26 |
| 2006 | 417 | 109 | 28 |
| 2007 | 492 | 90 | 31 |
| 2008 | 456 | 105 | 31 |
| 2009 | 503 | 105 | 23 |
| 2010 | 456 | 103 | 37 |
| 2011 | 482 | 117 | 39 |
| 2012 | 432 | 111 | 27 |
| 2013 | 445 | 94 | 45 |
| 2014 | 470 | 123 | 55 |
| 2015 | 355 | 127 | 41 |
| 2016 | 312 | 129 | 43 |
| 2017 | 312 | 104 | 37 |
| 2018 | 242 | 139 | 44 |
| 2019 | 264 | 115 | 36 |
| 2020 | 174 | 95 | 22 |
| 2021 | 203 | 106 | 28 |
| 2022 | 201 | 100 | 48 |
| 2023 | 205 | 93 | 41 |
| 2024 | 214 | 80 | 51 |
| **Total** | **9,619** | **2,481** | **923** |

For the 9,619 defendants scored according to USSG §2T1.1 we determined how many defendants received an increase to their guideline calculation for Aggravating Role (USSG §3B1.1) (see Table B).    Over the course of this 26-year period, an Aggravating Role enhancement was applied in 3.5% of USSG §2T1.1 cases.

| Table B - USSG §2T1.1 Defendants Frequency of Imposition of USSG §3B1.1 (Aggravating Role) National - Fiscal Years 1999-2024 | | | |
|---|---|---|---|
| **Fiscal Year** | **Total Cases** | **Defendants Receiving Aggravating Role Enhancement** | **Percentage Receiving Aggravating Role Enhancement** |
| 1999 | 479 | 20 | 4.2% |
| 2000 | 510 | 26 | 5.1% |
| 2001 | 439 | 10 | 2.3% |
| 2002 | 413 | 17 | 4.1% |
| 2003 | 371 | 18 | 4.9% |
| 2004 | 340 | 13 | 3.8% |
| 2005 | 432 | 18 | 4.2% |
| 2006 | 417 | 16 | 3.8% |
| 2007 | 492 | 23 | 4.7% |
| 2008 | 456 | 14 | 3.1% |
| 2009 | 503 | 19 | 3.8% |
| 2010 | 456 | 11 | 2.4% |
| 2011 | 482 | 19 | 3.9% |
| 2012 | 432 | 16 | 3.7% |
| 2013 | 445 | 12 | 2.7% |
| 2014 | 470 | 18 | 3.8% |
| 2015 | 355 | 8 | 2.3% |
| 2016 | 312 | 8 | 2.6% |
| 2017 | 312 | 4 | 1.3% |
| 2018 | 242 | 10 | 4.1% |
| 2019 | 264 | 8 | 3.0% |
| 2020 | 174 | 6 | 3.4% |
| 2021 | 203 | 8 | 3.9% |
| 2022 | 201 | 3 | 1.5% |
| 2023 | 205 | 4 | 2.0% |
| 2024 | 214 | 6 | 2.8% |
| **Total** | **9,619** | **335** | **3.5%** |

*Edelman Analysis*
*March 25, 2026*
*Page 5*

As shown in Table B, there were 335 defendants who received an increase to their guideline calculation for Aggravating Role.  Of these 335 defendants, 217 defendants did not receive an increase to their guideline calculation under USSG §2T1.1(b)(1) (criminally derived proceeds). The following table, Table C, first separates USSG §2T1.1 cases based on whether they involve criminally derived proceeds, and then calculates the frequency of imposition of USSG §3B1.1 (Aggravating Role). It shows that USSG §3B1.1 (Aggravating Role) has been applied in only 2.26% of USSG §2T1.1 cases that did not receive an increase for criminally derived proceeds.

| Table C - USSG §2T1.1 Defendants Segregating Application of §2T1.1(b)(1) Criminally Derived Proceeds Specific Offense Characteristic Frequency of Imposition of USSG §3B1.1 (Aggravating Role) National - Fiscal Years 1999-2024 | | | | |
|---|---|---|---|---|
| **A** | **B** | **C** | **D**[3] | **E**[4] |
| Total §2T1.1 cases | Total §2T1.1 cases<br>➤ With §3B1.1 aggravating role | Total §2T1.1 cases<br>➤ With §3B1.1 aggravating role, and<br>➤ <u>With</u> §2T1.1(b)(1) criminally derived proceeds specific offense characteristic | Total §2T1.1 cases<br>➤ With §3B1.1 aggravating role, and<br>➤ <u>Without</u> §2T1.1(b)(1) criminally derived proceeds specific offense characteristic | Percent §2T1.1 cases<br>➤ With §3B1.1 aggravating role, and<br>➤ <u>Without</u> §2T1.1(b)(1) criminally derived proceeds specific offense characteristic |
| 9,613 | 335 | 118 | 217 | 2.26% |

---

[3] Column D = Column B – Column C.
[4] Column E = (Column D ÷ Column A) x 100.

For the 2,481 defendants scored according to USSG §2T1.4 we determined how many defendants received an increase to their guideline calculation for Aggravating Role (USSG §3B1.1) (see Table D).    Over the course of this 26-year period, an Aggravating Role enhancement was applied in 8.9% of USSG §2T1.4 cases.

| Table D - USSG §2T1.4 Defendants<br>Frequency of Imposition of USSG §3B1.1 (Aggravating Role)<br>National - Fiscal Years 1999-2024 | | | |
|---|---|---|---|
| **Fiscal Year** | **Total Cases** | **Defendants Receiving Aggravating Role Enhancement** | **Percentage Receiving Aggravating Role Enhancement** |
| 1999 | 57 | 7 | 12.3% |
| 2000 | 53 | 4 | 7.5% |
| 2001 | 44 | 5 | 11.4% |
| 2002 | 69 | 13 | 18.8% |
| 2003 | 52 | 6 | 11.5% |
| 2004 | 71 | 7 | 9.9% |
| 2005 | 90 | 5 | 5.6% |
| 2006 | 109 | 15 | 13.8% |
| 2007 | 90 | 4 | 4.4% |
| 2008 | 105 | 9 | 8.6% |
| 2009 | 105 | 7 | 6.7% |
| 2010 | 103 | 9 | 8.7% |
| 2011 | 117 | 10 | 8.5% |
| 2012 | 111 | 11 | 9.9% |
| 2013 | 94 | 13 | 13.8% |
| 2014 | 123 | 9 | 7.3% |
| 2015 | 127 | 6 | 4.7% |
| 2016 | 129 | 9 | 7.0% |
| 2017 | 104 | 12 | 11.5% |
| 2018 | 139 | 10 | 7.2% |
| 2019 | 115 | 10 | 8.7% |
| 2020 | 95 | 9 | 9.5% |
| 2021 | 106 | 9 | 8.5% |
| 2022 | 100 | 7 | 7.0% |
| 2023 | 93 | 11 | 11.8% |
| 2024 | 80 | 4 | 5.0% |
| **Total** | **2,481** | **221** | **8.9%** |

For the 923 defendants scored according to USSG §2T1.9 we determined how many defendants received an increase to their guideline calculation for Aggravating Role (USSG §3B1.1) (see Table E).  Over the course of this 26-year period, an Aggravating Role enhancement was applied in 21.5% of USSG §2T1.9 cases.

| Table E - USSG §2T1.9 Defendants<br>Frequency of Imposition of USSG §3B1.1 (Aggravating Role)<br>National - Fiscal Years 1999-2024 | | | |
|---|---|---|---|
| **Fiscal Year** | **Total Cases** | **Defendants Receiving Aggravating Role Enhancement** | **Percentage Receiving Aggravating Role Enhancement** |
| 1999 | 35 | 6 | 17.1% |
| 2000 | 40 | 11 | 27.5% |
| 2001 | 36 | 8 | 22.2% |
| 2002 | 32 | 6 | 18.8% |
| 2003 | 26 | 9 | 34.6% |
| 2004 | 21 | 2 | 9.5% |
| 2005 | 26 | 2 | 7.7% |
| 2006 | 28 | 6 | 21.4% |
| 2007 | 31 | 10 | 32.3% |
| 2008 | 31 | 12 | 38.7% |
| 2009 | 23 | 8 | 34.8% |
| 2010 | 37 | 9 | 24.3% |
| 2011 | 39 | 13 | 33.3% |
| 2012 | 27 | 9 | 33.3% |
| 2013 | 45 | 8 | 17.8% |
| 2014 | 55 | 9 | 16.4% |
| 2015 | 41 | 7 | 17.1% |
| 2016 | 43 | 4 | 9.3% |
| 2017 | 37 | 11 | 29.7% |
| 2018 | 44 | 9 | 20.5% |
| 2019 | 36 | 2 | 5.6% |
| 2020 | 22 | 3 | 13.6% |
| 2021 | 28 | 3 | 10.7% |
| 2022 | 48 | 8 | 16.7% |
| 2023 | 41 | 8 | 19.5% |
| 2024 | 51 | 15 | 29.4% |
| **Total** | **923** | **198** | **21.5%** |

This last table, Table F, compares frequency of the imposition of USSG §3B1.1 Aggravating Role enhancement across different types of tax cases discussed above.

| Table F - Frequency of Imposition of USSG §3B1.1 (Aggravating Role) by Tax Case Category National - Fiscal Years 1999-2024 | | | |
|---|---|---|---|
| | **Total Cases** | **Cases with §3B1.1 Aggravating Role** | **Percent of Cases with §3B1.1 Aggravating Role** |
| **§2T1.9 cases (conspiracy to impede tax collection)** | 923 | 198 | **21.5%** |
| **§2T1.4 cases (aiding and advising tax fraud)** | 2,481 | 221 | **8.9%** |
| **§2T1.1 cases (tax evasion)** | 9,619 | 335 | **3.5%** |
| **§2T1.1(b)(1) cases (criminally derived income)** | 1,872 | 118 | **6.3%** |
| **§2T1.1 cases without §2T1.1(b)(1) (not criminally derived income)** | 7,741 | 217 | **2.8%** |