# Defense Exhibit 14

**From:** worldnet44@yahoo.com
**To:** erkin.bek@timetechworld.com
**Sent:** 3/17/2015 8:24:58 AM
**Subject:** Expenses

Let's have a fast serious look at how much cash we are burning every day. A simple example can be income versus overheads. Seems we have almost always be spending more than we are earning. Shouldn't we right now finalise this review ? We need GC and Victoria to do this asap. All they need is current data from carlo right now. I still think we have too many people at the top with high packages .. Literally a list of what people do and who is absolutely essential and who is not. Its possible a single person In some cases can do the job of 2 or 3 even. Also maybe we are even ahead of ourselves now with all our financial people ( steve chris and maybe jerome ? ). Probably one person can do this and with some assistance from us by letting victoria and gc assist where they can .. I think we need to take a hard look at all this. We should set aside any personal issues even with legacy people and just look at what everyone does vs what they earn and the importance of people at the high pay package levels. In some cases we may have to cut salaries and base the idea that people can earn more on the basis of real and actual profits and losses. I see now we will spend the extra 2million or more on new people to help solve and finish salalah ( does this mean some of now these new people will be doing the jobs of some other's we have in salalah ? Just want to understand that .. I don't think chuck ever got a download from David Pilling even, who it seemed was the most professional person at Salalah. I saw a report he did that was not so bad even though he recommended we were lacking a couple of people. Anyway that's another matter and irrelevant now perhaps .. Bottom line is we MUST run the business at a profit as it will make even more difficult to find loans and or potential buyer's or investors ( if they see the company spends more than it earns on basic operations it will make us look really bad and of course who would want to invest or even loan into that ? I will be in Paris from march 25th for 4 days btw .. Ready to chat anytime meanwhile. Let's push again for the overhead's and financial review of all cost and expenses and bring things down to what we can afford on people and overheads. Let's review literally everyone .. I'm sure we will find loads of expenses we pay every day and every month that are not essential. In the good days everyone did very well indeed but things have changed and we need run based on true figures of income. PS. Did we get any further information on National Fuels ? (( And also who owns them ?
Sent from my BlackBerry® wireless device

# Defense Exhibit 14-1

USPROD-03182611