# Defense Exhibit 15

**Jenny Mauroux**

| | |
|---|---|
| **From:** | Leonard O'Brien |
| **Sent:** | 15 November 2012 18:06 |
| **To:** | Jenny Mauroux |
| **Subject:** | Potential New Client |

Jenny,

I have spoken to Kassim Mehgee of Michcon de Reha, a well known firm of lawyers in London. (They are also advisors to ███████████████.

Kassim introduced me during the conference call to Graham Collett, a KPMG Qualified Accountant based in UK. Graham used to work with Hannover Acceptances in London with Mannfred Gorvy, who was the brother of Harrold Gorvy, my former boss in 1996 in Chesterfield.

Graham is currently a Partner in an accounting practice but is shortly retiring and will head up the Family Office for a wealthy client family of his.

The Client :

The client is of French origin, and wishes to have an offshore trust formed, in which Graham will be a Protector.

I spoke with the French client, Delphine, who shall be the Grantor / Settlor, who has accumulated significant assets (shares in a private logistics company) over the last 15 to 20 years. We will have to do some due diligence in the usual manner, but it is likely that the Client will be highly reputable and come with a professional reference from Mischon de Reya, who shall also be providing a copy of their advice.

Graham mentioned that there may also be a 2nd Trust with US Beneficiaries but I shall need more information on this.

In addition, Graham mentioned that the family have banking relationships with Julius Baer in Singapore.

I expect to go to London in the near future to try and push forward, but shall keep you posted.

len

Leonard O'Brien

**SALAMANDER SUISSE**
Rue du Rhone 56
1204 Geneva
Switzerland

| | |
|---|---|
| Tel General : | +41 22 318 26 00 |
| Tel Direct : | +41 22 318 26 03 |
| Mobile : | +41 79 797 21 43 |
| Fax : | +41 22 318 26 01 |

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 15-1**

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Jenny Mauroux**

| | |
|---|---|
| **From:** | Leonard O'Brien |
| **Sent:** | 16 November 2012 15:29 |
| **To:** | Jenny Mauroux |
| **Subject:** | FW: Delphine's Tax Report |
| **Attachments:** | 16.11.12 Tax report for Delphine le Dain (redacted).PDF |

Jenny,

Please see attached tax report and details re this potential client.

Interesting husband if you google him !

I think that this could be a good client for us, but I need to get more comfortable on the KYC.

Hence I am going to London on Monday to try and win the business but also to meet client and Protector and Lawyers.

Will keep u posted and have a great weekend.

len


**Leonard O'Brien**

**SALAMANDER SUISSE**
Rue du Rhone 56
1204 Geneva
Switzerland

| | |
|---|---|
| Tel General : | +41 22 318 26 00 |
| Tel Direct : | +41 22 318 26 03 |
| Mobile : | +41 79 797 21 43 |
| Fax : | +41 22 318 26 01 |

**From:** Kassim Meghjee [mailto:Kassim.Meghjee@Mishcon.com]
**Sent:** 16 November 2012 11:29
**To:** Leonard O'Brien
**Cc:** Kathryn Harris
**Subject:** Delphine's Tax Report

Len,

I hope you are well.

Please see attached the tax report which we prepared for Delphine.

I would be grateful if you could arrange for a member of your team to let Kat know what you need in terms of KYC and we will provide that to you if we have it here or source it for you from the client. I am meeting the client again on Monday afternoon and therefore need to be in position to say Salamander is on or not.

**Defense Exhibit 15-2**

Thanks.

Kassim.

Kassim Meghjee
Partner
Mishcon de Reya Solicitors
DDI: +44 (0)20 7406 6295
Mob: +44 (0)7940 954 937
PA: +44 (0)20 7406 6159 (Kathryn Harris)
Fax: +44 (0)20 7831 5659
kassim.meghjee@mishcon.com
www.mishcon.com



Out now: M&A in emerging markets, the latest supplement from our Deals & Dealmakers series in partnership with the Financial Times.

**Mishcon de Reya Solicitors**, Summit House, 12 Red Lion Square, London WC1R 4QD
Tel +44(0)20 7440 7000 Fax +44(0)20 7404 5982 www.mishcon.com

Please consider the environment before printing this e-mail.

This email and any attachment is confidential, may be legally privileged and must not be disclosed to or used by anyone other than the intended recipient. Unauthorised use, disclosure, distribution or copying is prohibited and may be unlawful. If you are not the intended recipient, please notify kassim.meghjee@mishcon.com and then delete this email.

This email is sent over a public network and its completeness or accuracy cannot be guaranteed. Any attached files were checked with virus detection software before sending, but you should carry out your own virus check before opening them and we do not accept liability for any loss or damage caused by software viruses.

We are a partnership of solicitors of England and Wales authorised and regulated by the Solicitors Regulation Authority (www.sra.org.uk/solicitors/code-of-conduct.page) under SRA number 68218. A list of the partners may be inspected at the above address. Any opinion or advice to clients is given subject to our terms of business.

This email message has been scanned for viruses by Mimecast.

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 15-3**

**Jenny Mauroux**

| | |
|---|---|
| **From:** | Leonard O'Brien |
| **Sent:** | 16 November 2012 12:52 |
| **To:** | Kathryn Harris |
| **Cc:** | Kassim Meghjee; Jenny Mauroux |
| **Subject:** | RE: Delphine's Tax Report |
| **Attachments:** | KYC.DOC; Other person.doc; SALAMANDER COMPANY APPLICATION GBP BLANK.DOC; TRUST APPLICATION FORM FINAL.DOCX; Opening of Relationship.doc |

Kat,

If I could refer you to my colleague Jenny Mauroux, should you have any questions.

Best regards

len

**Leonard O'Brien**

***SALAMANDER SUISSE***
*Rue du Rhone 56*
*1204 Geneva*
*Switzerland*

| | |
|---|---|
| *Tel General :* | *+41 22 318 26 00* |
| *Tel Direct :* | *+41 22 318 26 03* |
| *Mobile :* | *+41 79 797 21 43* |
| *Fax :* | *+41 22 318 26 01* |

**From:** Kathryn Harris [mailto:Kathryn.Harris@Mishcon.com]
**Sent:** 16 November 2012 12:49
**To:** Leonard O'Brien
**Cc:** Kassim Meghjee
**Subject:** RE: Delphine's Tax Report

Hi Len,

Thanks for your email – I'm gathering everything together now.

Please could you send over the application form and any other documentation that I need to fill in?

Many thanks,

Kat

**Kat Harris**
**Paralegal/P.A.**
**Mishcon de Reya Solicitors**
T: +44 20 7406 6159
F: +44 20 7831 5659

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 15-4**

kathryn.harris@mishcon.com
www.mishcon.com

*Concerned about inheritance tax? Click here for more details.*

**From:** Leonard O'Brien [mailto:leonard.obrien@salamanderinternational.com]
**Sent:** 16 November 2012 11:32
**To:** Kassim Meghjee
**Cc:** Kathryn Harris
**Subject:** RE: Delphine's Tax Report

Kat,

We would require the following:

- A Trust/Company application form
- Opening of relationship form duly signed and completed
- KYC form duly completed (the section other person is to be completed in case of protector etc.)
- Notarised / certified passport copy
- Notarised / certified utility bill
- Proof of the source of wealth (CV, contracts, bank statements etc. we need to be able to clearly identify the source of funds)
- Bank Reference Letter in relation to Grantor

Let me know if you need anything else and I will send it all to you.

The password for the application form is salamander

len

**Leonard O'Brien**

*SALAMANDER SUISSE*
*Rue du Rhone 56*
*1204 Geneva*
*Switzerland*

*Tel General :*   *+41 22 318 26 00*
*Tel Direct :*   *+41 22 318 26 03*
*Mobile :*   *+41 79 797 21 43*
*Fax :*   *+41 22 318 26 01*

**From:** Kassim Meghjee [mailto:Kassim.Meghjee@Mishcon.com]
**Sent:** 16 November 2012 11:29
**To:** Leonard O'Brien
**Cc:** Kathryn Harris
**Subject:** Delphine's Tax Report

Len,

I hope you are well.

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 15-5**

Please see attached the tax report which we prepared for Delphine.

I would be grateful if you could arrange for a member of your team to let Kat know what you need in terms of KYC and we will provide that to you if we have it here or source it for you from the client. I am meeting the client again on Monday afternoon and therefore need to be in position to say Salamander is on or not.

Thanks.

Kassim.


Kassim Meghjee
Partner
Mishcon de Reya Solicitors
DDI: +44 (0)20 7406 6295
Mob: +44 (0)7940 954 937
PA: +44 (0)20 7406 6159 (Kathryn Harris)
Fax: +44 (0)20 7831 5659
kassim.meghjee@mishcon.com
www.mishcon.com



Out now: M&A in emerging markets, the latest supplement from our Deals & Dealmakers series in partnership with the Financial Times.

**Mishcon de Reya Solicitors**, Summit House, 12 Red Lion Square, London WC1R 4QD
Tel +44(0)20 7440 7000 Fax +44(0)20 7404 5982 www.mishcon.com

Please consider the environment before printing this e-mail.

This email and any attachment is confidential, may be legally privileged and must not be disclosed to or used by anyone other than the intended recipient. Unauthorised use, disclosure, distribution or copying is prohibited and may be unlawful. If you are not the intended recipient, please notify kassim.meghjee@mishcon.com and then delete this email.

This email is sent over a public network and its completeness or accuracy cannot be guaranteed. Any attached files were checked with virus detection software before sending, but you should carry out your own virus check before opening them and we do not accept liability for any loss or damage caused by software viruses.

We are a partnership of solicitors of England and Wales authorised and regulated by the Solicitors Regulation Authority (www.sra.org.uk/solicitors/code-of-conduct.page) under SRA number 68218. A list of the partners may be inspected at the above address. Any opinion or advice to clients is given subject to our terms of business.

This email message has been scanned for viruses by Mimecast.

<div style="text-align:right; writing-mode:vertical-rl;">This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.</div>

**Defense Exhibit 15-6**

0697 - 200

**Jenny Mauroux**

| | |
|---|---|
| From: | Leonard O'Brien |
| Sent: | 15 November 2012 18:06 |
| To: | Jenny Mauroux |
| Subject: | Potential New Client |

Jenny,

I have spoken to Kassim Mehgee of Michcon de Reha, a well known firm of lawyers in London. (They are also advisors ███████████████████.

Kassim introduced me during the conference call to Graham Collett, a KPMG Qualified Accountant based in UK. Graham used to work with Hannover Acceptances in London with Mannfred Gorvy, who was the brother of Harrold Gorvy, my former boss in 1996 in Chesterfield.

Graham is currently a Partner in an accounting practice but is shortly retiring and will head up the Family Office for a wealthy client family of his.

The Client :

The client is of French origin, and wishes to have an offshore trust formed, in which Graham will be a Protector.

I spoke with the French client, Delphine, who shall be the Grantor / Settlor, who has accumulated significant assets (shares in a private logistics company) over the last 15 to 20 years. We will have to do some due diligence in the usual manner, but it is likely that the Client will be highly reputable and come with a professional reference from Mischon de Reya, who shall also be providing a copy of their advice.

Graham mentioned that there may also be a 2nd Trust with US Beneficiaries but I shall need more information on this.

In addition, Graham mentioned that the family have banking relationships with Julius Baer in Singapore.

I expect to go to London in the near future to try and push forward, but shall keep you posted.

len

Leonard O'Brien

*SALAMANDER SUISSE*
*Rue de Rhone 56*
*1204 Geneva*
*Switzerland*

| | |
|---|---|
| Tel General : | +41 22 318 26 00 |
| Tel Direct : | +41 22 318 26 03 |
| Mobile : | +41 79 797 21 43 |
| Fax : | +41 22 318 26 01 |

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 15-7**

FUEL LOGISTICS BUSINESS - CORPORATE STRUCTURE

**GALACTEA TRUST**

**ROSEBELT INTERNATIONAL LIMITED**

50% INTEREST CONTROLLED THROUGH A LIMITED PARTNERSHIP - GLOBAL RESOURCES WORLDWIDE LP ( A BVI limited partnership)

**YELLOWSTONE RESOURCES MANAGEMENT LIMITED**

A BVI company, registered number 15474023

**FIRST OVERSEAS PROPERTIES CORPORATION**

A BVI company, registered number 1547305

**INTERCONTINENTAL CAPITAL ENTERPRISES LIMITED**

A BVI company, registered number 1547300

**MINA PETROLEUM FZE**

Dubai Free Zone Enterprise

**NORTHLINK ENERGY LIMITED**

Incoporated in Singapore

**MINA ENERGY LIMITED**

Incorporated in Singapore

**Defense Exhibit 15-8**

0697 - 121

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.



This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 15-9**

SALAMANDER CORPORATE SERVICES SA

CLIENT ACCEPTANCE FORM

Date: Geneva, the 14⊘9 /2015

We hereby confirm that all checks and forms were completed in a satisfactory manner and that as LBA officer and assistant LBA officer the following client has been accepted.

Name, First name (s): LE DAIN, Delphine Anne
Date of birth:   13.06.1966
Permanent address: LG PoligonoApart. De CORREO n° 187 - 17814 IBIZA - Spain

| LEVEL 1 APROVAL | Date: 14/09/2015 | Client Relationship Manager | |
| LEVEL 2 APPROVAL | Date: 14/09/2015 | Compliance Officer | |
| LEVEL 3 APPROVAL | Date: 14/09/2015 | Director | |

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 15-10**

0697 - 140

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

SALAMANDER CORPORATE SERVICES SA

CLIENT ACCEPTANCE FORM

Date: Geneva, the *23.12.2012*

We hereby confirm that all checks and forms were completed in a satisfactory manner and that as LBA officer and assistant LBA officer the following new client has been accepted.

Name, First name (s): LE DAIN, Delphine Anne
Date of birth: 13.06.1966
Permanent address: Appart. De Correo n. 187, 17814 Ibiza

| LEVEL 1 APROVAL | Date: 23.12.2012 | Client Relationship Manager | |
| --- | --- | --- | --- |
| LEVEL 2 APPROVAL | Date: 23.12.2012 | Compliance Officer | |
| LEVEL 3 APPROVAL | Date: 23.12.2012 | Director | |

**Defense Exhibit 15-11**

## SALAMANDER CORPORATE SERVICES SA

## OPENING OF RELATIONSHIP FORM

Date : ..................................................

Filled in by :  Jenny

File reference : ..................................................

Type : ..................................................

## *IDENTIFICATION OF THE CONTRACTING PARTY*

Name, First name(s), Company name: LE DAIN (EDEDELMAN), DELPHINE ANNE

Profession/company object :

Employer :

DATE OF BIRTH/DATE OF FOUNDING : 13.06.1966

Permanent address: Appart. De Correo n. 187, 17814 Ibiza

Head office/ address of the business involved : as above

Nationality / Country of the Head office French

Identity document number: 04RE03869

(take a photocopy)

\*Prof. phone n° : ......................\*Private phone n° : ...................................\*Mobil n° :

\*Prof. fax n°:                        \*Private fax n°: ..........................................

\*E-mail :

(\*If possible, at least one rapid means of communication)

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 15-12**

THE FINANCIAL INTERMEDIARY (mark where appropriate) :

☒     IS CERTAIN THAT THE CONTRACTUAL PARTNER IS THE BENFICIAL OWNER OF THE ASSETS SUBJECT TO THE BUSINESS RELATIONSHIP

☐     IS NOT CERTAIN THAT THE CONTRACTUAL PARTNER IS THE BENEFICIAL OWNER OF THE ASSETS SUBJECT TO THE BUSINESS RELATIONSHIP (in this case, the contracting party must identify in writing the beneficial owner of the assets)

2

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 15-13**

0697 - 150

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

# SALAMANDER CORPORATE SERVICES SA

## KNOW YOUR CUSTOMER

Notice : this form must be completed by each beneficial owner, irregardless of his or her status as contracting party.

IDENTITY : (to fill in if it differs from the contracting party)

Name, first name, company name: LE DAIN (EDELMAN) DELPHINE ANNE

Profession/company object:..............................................................................

Employer : ...............................................................................................................

DATE OF BIRTH/DATE OF FOUNDING : 13.03.1966

Permanent address: Apart. De Correo n. 187, 17814 Ibiza

Head office/address of the business involved : As above

Nationality/Country of the Head office: French

*Prof. phone n° : ............................ *Private phone n° : ...............................*Mobil n° :...........................

   *PROF. FAX N°: .................................. *PRIVATE FAX N°: ...............................

   *E-MAIL :...............................

(*if possible, at least one rapid means of communication)

INTRODUCTION :

Introduced by... *MISCHON DE REYA, SOLICITORS., LONDON*............

**Defense Exhibit 15-14**

0697 - 152

Place, date, reasons for the business relationship ..*TO HOLD COMPANY STRUCTURE*

..........................................................................................................................................................

..........................................................................................................................................................

CONNECTIONS WITH OTHER CLIENTS :

..*NONE*.................................................................................................................................................

..........................................................................................................................................................

PERSONAL DETAILS :

Marital status : Married

Names, first names and birth date of spouse : ..*DOUGLAS EDELMAN*.............................................

..........................................................................................................................................................

Names, first names and birth dates of parents : ...............................................................................

..........................................................................................................................................................

Names, first names and birth dates of children : ...............................................................................

..........................................................................................................................................................

..........................................................................................................................................................

Dominant  shareholders :....*SELF*......................................................................................

..........................................................................................................................................................

Subsidiaries :..*See PROJECT STRUCTURE CHART*.............................................................

..........................................................................................................................................................

—

2

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 15-15**

0697 - 153

## IDENTIFICATION OF THE BENEFICIAL OWNER

Name and first name(s) or company name of the contracting party:

The contracting party hereby declares (mark with a cross where appropriate)

☐    to be the only beneficial owner of the assets being involved in his business relationship with [Name of the financial intermediary]

☐    that the following person(s) is/are the beneficial owner(s) of the assets implicated in his business relationship with [Name of the financial Intermediary]

(Name(s) and first name(s) or complete Company Name(s)

*le DAIN (EDE DELMAN), DELPHIINE ANNE AND REMOTER ISSUES*

The contracting party undertakes to communicate spontaneously and without delay any modiciation concerning the beneficial owner(s). The contracting party has been made aware that to intentionally complete this form in an erroneous manner constitutes creating a false document falling under Article 251 of the Swiss Penal Code.

Place and date : ......................................................................

Signature of the contracting party :

*PLEASE REFER TO THE TRUST DEED DULY SIGNED BY THE CLIENT*

3

**Defense Exhibit 15-16**

0697 - 151

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

FINANCIAL SITUATION :

Fortune: *APPROX 20.m.$*

Income: *APPROX 500.K.$ PER YEAR*

Purpose of the business relationship :

*TO HOLD AND MANAGE STRUCTURE AS PER ATTACHED PROPOSED CHART*

TRACING OF THE ASSETS :

*FUNDS HAVE NOT YET BEEN VESTED IN THE STRUCTURE PAID WE EXPECT TO RECEIVE SHAREHOLDING (AS PER PROPOSED STRUCTURE CHART)*

ECONOMICAL ORIGIN OF THE ASSETS:

*ASSETS COME FROM MINA GROUP OF WHICH MRS LE DAIN IS PART OWNER. THE MINA GROUP IS SPECIALISED INTO LOGISTICS FOR DELIVERY OF PETROLEUM PRODUCTS TO ALL SORTS OF REGIONS INCLUDING KYRGYZSTAN AMERICAN BASE*

REASONS FOR INCREASED VIGILANCE :

*NONE*

SUPPORTINGDOCUMENTS :

*PASSEPORT COPY
UTILITY BILL
PRINTOUTS ON MINA
BUISNESS STRUCTURE AND INFORMATION*

3

**Defense Exhibit 15-17**

0697 - 154

# SALAMANDER CORPORATE SERVICES SA

## IDENTIFICATION OF OTHER PERSONS

### (for example external manager, protector, etc.)

Name,first names/company name : Graham Collett

Profession/company object: Chartered Accountant

Employer : Widmore Business Solutions Limited

### DATE OF BIRTH/DATE OF FOUNDING : 09.11.1949

Permanent address:14 Rosewood Court, 35-39 Orchard Road, Bromley, BR1 2TT, United Kingdom

Head office/address of the business involved : 20 Conduit Street, London W1S 2XW, United Kingdom

Nationality/country of the Head office: British

*Prof. phone n° : ........................ *Private phone n° : ........................ *Mobil n° :+41 7767 692838

## *PROF. FAX N°: ........................ *PRIVATE FAX N°: ........................

### *E-MAIL :GRAHAM@GACOLLETT.COM

(*If possible, at least one rapid means of communication)

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

## Defense Exhibit 15-18

## SALAMANDER CORPORATE SERVICES SA

### IDENTIFICATION OF OTHER PERSONS

(for example external manager, protector, etc.)

Name,first names/company name : GRAHAM AUBREY COLLETT

Profession/company object: CHARTERED ACCOUNTANT

Employer :

DATE OF BIRTH/DATE OF FOUNDING :
9 NOVEMBER 1949

Permanent address: 14 ROSEWOOD COURT, ORCHARD ROAD
BROMLEY, KENT BR1 2TT.     UK.

Head office/address of the business involved :

Nationality/country of the Head office. BRITISH.

*Prof. phone n° : 07767 692838  *Private phone n° ▮▮▮▮▮▮  *Mobil n° :

*PROF. FAX N°: ..............................  *PRIVATE FAX N°: ..........................  *E-
MAIL : GRAHAM @ GACOLLETT.COM

(*if possible, at least one rapid means of communication)

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 15-19**

0697 - 165



# WORLD

In the News    Syria    Bill de Blasio    India    Colo. recall    iPhone    Sept. 11    Lamar Odom



washingtonpost.com › World › Asia/Pacific

## Controversial defense contractors Mina and Red Star reveal owners

By Andrew Higgins
Washington Post Staff Writer
Saturday, November 6, 2010; 1:01 AM

Amid rising anger in Kyrgyzstan over a new Pentagon jet fuel contract for a vital U.S. base in the Central Asian nation, a secretive business group at the center of the storm Friday lifted a veil of mystery surrounding its ownership.

The group, which comprises Gibraltar-registered Mina Corp. and Red Star Enterprises, has won Pentagon deals worth billions of dollars over the past eight years but only on Thursday - a day after announcing another contract with the group - did the Pentagon ask for, and then receive, details of who owns the operation.

The business, according to a Defense Logistics Agency official who requested anonymity, belongs to Delphine Le Dain, the French wife of Douglas Edelman - an elusive Californian businessman who used to run a bar and hamburger joint in Kyrgyzstan - and to Erkin Bekbolotov, his 35-year-old Kyrgyz partner.

Pentagon contracting regulations do not require that contractors reveal their ownership. Mina and Red Star nonetheless went to great lengths to conceal the ownership role of Edelman's wife - who has no known experience in jet fuel logistics - and Bekbolotov behind a web of offshore entities.



Revealing this data should help meet demands from the White House that the Pentagon shed more light on the controversial jet fuel deals, but it is unlikely to calm the fury in Kyrgyzstan, which demanded Friday that Washington stop dealings with Mina Corp. The company won a major new Pentagon contract Wednesday to supply jet fuel to a U.S. air base in the former Soviet republic. The award infuriated Kyrgyz officials, who want private contractors replaced by a Russian-Kyrgyz joint venture.

A statement issued by the Foreign Ministry in Bishkek, the Kyrgyz capital, said that Washington must "suspend cooperation" with Mina until the completion of an investigation by state prosecutors. It cited "corrupt schemes around fuel deliveries" to the U.S. base and demanded steps to "ensure transparency and remove suspicion."

A serious rupture between Washington and Bishkek could jeopardize the future of a U.S. base that is used to fly troops to and from Afghanistan and houses a fleet of aero-tankers that do in-flight refueling over the Afghan combat zone. The jet fuel controversy is fed in part by political jockeying in Bishkek following an election last month that boosted the clout of politicians hostile to Mina and Red Star.

Kyrgyz officials have repeatedly accused the companies of corrupt ties to the family of former president Kurmanbek Bakiyev, who was ousted in April. But they have provided no proof of wrongdoing and a six-month investigation by the House subcommittee on foreign affairs and national security has found no credible evidence of corruption.

The companies have denied wrongdoing and say they are the victims of misinformation spread by rivals.

But, U.S. officials say, their secrecy and the Pentagon's contracting rules have helped fan suspicion. Mina and Red Star spokesman John Lough declined to comment on why the firms had hidden their ownership so elaborately, but he said that they provided the data.

**Defense Exhibit 15-20**

0697 - 158

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

"immediately" when the Defense Logistics Agency asked for it Thursday. Mina's recently appointed chief executive Denis Grigoriev revealed the ownership details to DLA Friday morning. Lough had no comment on why Edelman's wife, a former journalist, would be co-owner of the business.

Mina and Red Star told congressional investigators of their ownership this summer, but only after elaborate negotiations over confidentiality. Edelman did not comply with a congressional subpoena. Bekbolotov, the co-owner, and the companies' director of operations, former U.S. military intelligence officer Chuck Squires, agreed to answer questions.



Get Athena Pheromones
Enjoy more affection! Biologist Winnifred Cutler's unscented formulas.
www.athenainstitute.com



Free U.S. Stamp Catalog
Get Your Free U.S. Stamp Catalog Fun Facts, History, Collecting Tips
www.MysticStamp.com

Buy a link here

## More Asia Coverage



Foreign Policy - China News

The latest on China from our partners at FP magazine.

Connect Online

Share and comment on Post world news on Facebook and Twitter.

North Korean Prison Camps

Interactive map of five major prison camps in the country.

© 2010 The Washington Post Company

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

## Defense Exhibit 15-21

# MINA GROUP

www.minagroup.com

## TRADING, TRANSPORTING AND DELIVERING WORLDWIDE

We are proud of our proven experience and expertise in trading, sourcing, transporting and delivering petroleum products in some of the most demanding markets and challenging environments of the world.

Read more here ›



### WHO WE ARE

We are an international group of companies with trading operations on several continents. We are trade finance experts, experienced commodity traders and specialists in logistics working with private and public sector customers across the globe.

Read more here ›

### WHAT WE DO

Mina Group specializes in commodity trading and full-cycle logistics for delivery of petroleum products to regions with challenging business and security environments.

Read more here ›

### NEWS

The U.S. Department of Defense's Defense Logistics Agency awarded Mina Group a five-year contract plus a five year option to build and operate a 230,000 cubic meter fuel storage facility at the Port of Salalah in Oman.

Read more here ›

© Mina Group 2013     Legal disclaimer     Privacy policy

English    Français    Русский    العربية

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 15-22**

# MINA GROUP

## WHAT WE DO

Home » What We Do » Currently

## Currently

Our track record of reliability under any conditions, no matter how demanding, is second to none. Since the formation of the Group we have delivered millions of tons of petroleum products to our customers. We continue to deliver in increasingly challenging markets that call for constant adjustment and careful management.

We continue to meet the significant daily requirements of the Defense Logistics Agency Energy of the U.S. Department of Defense in Afghanistan and Kyrgyzstan, despite supply cycles that often exceed several months. Flexibility and reliability are the key constituents to our offer to our customers. The diversity of our sources avoids over-dependence on any one source and it allows us to guarantee continuity in the most challenging places on Earth. To this end, in 2004 we pioneered a new supply route into Afghanistan, the now widely-used Northern Distribution Network.

We have a growing portfolio of commercial, private sector customers who put their trust in our proven trade, transport and delivery ability. Along with our expertise in trade finance, this proven ability is allowing us to expand our offering to our customers and expand into new markets.

» CURRENTLY
IN THE FUTURE
TRADING
OPERATIONS
PARTNERS



© Mina Group 2012      Legal disclaimer      Privacy policy

English    Français    Русский    中国语言

**Defense Exhibit 15-23**

0697-161

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

# MINA GROUP

## WHO WE ARE

Home » Who We Are » History

### History



Our roots can be traced back to the early 1990s, when some of our senior traders focused on metals, minerals, soft commodities such as cotton, and petroleum products in Central Asia and Russia.

Mina Group was founded in 1999 when skilled and experienced commodity traders and trade finance experts joined forces to build a niche business focusing on refined petroleum products. Since then, Mina Group has expanded its scope of operations geographically. The Group continues to specialise in the trading and upstream logistics required to deliver products to the most remote locations, for both government and private sector customers.

Today, Mina Group and its companies provide full-cycle petroleum trading and supplying expertise. Throughout our history, we have managed challenging, complex logistics in various regions including Europe, Africa, Asia and the Middle East, while trading and delivering a diverse range of petroleum products.

Vertically integrated operations include contracting directly with refineries, international petroleum majors and well known trading companies, with sea and overland transportation (including vessels, railcars, trucks, and pipelines), with trans-shipments, storage terminals and port operations, with sophisticated logistics, with the unsurpassed ability to source from different regions and transport via different routes and with the delivery of products to the end.

We hold a substantial volume of light products in our books and constantly monitor the flow of our supplies in the regions where we operate.

Our customers range from the private to the public sector and include clients such as the Defense Logistics Agency-Energy of the U.S. Department of Defense. We currently hold a contract to supply U.S. forces at the Bagram Air Base in Afghanistan.



» HISTORY
MISSION STATEMENT
STRUCTURE
GOVERNANCE & COMPLIANCE
PEOPLE

© Mina Group 2012     Legal disclaimer     Privacy policy

English     Français     Русский     中文

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 15-24**

STRICTLY PRIVATE AND CONFIDENTIAL

## SUNAGE FOUNDATION

## CORPORATE STRUCTURE AND ACTIVITIES

Introduction

Sunage Foundation was established in June 2008 as a private interest foundation by Mrs Delphine Ann Le Dain for the purpose of controlling various worldwide trading activities and to provide the funds for investment in new ventures, some in partnership with others non-connected parties.

The investments held by the Foundation cover a wide range of trading activities, including

> Fuel logistics
> TV rights and films
> Satellite and telecommunications
> Interests in hotels and leisure
> Advertising
> Property

The Foundation has developed important strategic links with a number of banking institutions, including Bank Julius Baer. A copy of a recent reference from the bank is attached.

The Foundation is controlled by its trustees whilst day to day financial control is the responsibility of its Chief Financial Officer, Mr Graham A Collett FCA, a UK Chartered Accountant, who is based on London.

The London office (under the direction of the CFO) maintains all relevant statutory documents relating to the Foundation and its various trading interests. Further information and documentation can be provided as required.

**Contact information:**

Graham A Collett FCA
Widmore Business Solutions Limited
20 Conduit Street
London W1S 2XW

Telephone:
Email:       graham@gacollett.com
Mobile:      07767 692838

**Defense Exhibit 15-25**

0697 - 182

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

RESOLUTION OF THE BOARD OF DIRECTORS

OF

**ROSBELT INTERNATIONAL LIMITED**

The undersigned, being the Directors of **ROSBELT INTERNATIONAL LIMITED**, a BVI Business Company existing and operating under the laws of the British Virgin Islands (the "Company"), DO HEREBY ADOPT the following resolutions:

RESOLVED, to accept the resignations of the following persons as Directors and Officers of the Company with immediate effect:

Edgardo E. Díaz                    Director / President
Fernando A. Gil                    Director / Secretary

IT WAS FURTHER RESOLVED, that IDA A. DE RODRIGUEZ be and is hereby appointed Sole Director of the Company for an indefinite term until her resignation or removal.

IT WAS FURTHER RESOLVED, that the registered office of the Company be changed to the offices of ICAZA GONZALEZ-RUIZ & ALEMAN (BVI) TRUST LTD, 2nd Floor Vanterpool, Plaza Wickhams Cay, P.O. BOX 873, Road Town, Tortola, British Virgin Islands.

IT WAS FURTHER RESOLVED, that the registered agent of the Company will be ICAZA GONZALEZ-RUIZ & ALEMAN (BVI) TRUST LTD, 2nd Floor Vanterpool, Plaza Wickhams Cay, P.O. BOX 873, Road Town, Tortola, British Virgin Islands.

Adopted and signed this 2nd day of March, 2012.

Edgardo E. Díaz
Director

Fernando A. Gil
Director

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 15-26**



TERRITORY OF THE BRITISH VIRGIN ISLANDS

THE INTERNATIONAL BUSINESS COMPANIES ACT
(CAP. 291)

CERTIFICATE OF INCORPORATION     (SECTIONS 14 AND 15)

No. 688055

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES pursuant to the International Business Companies Act, Cap. 291 that all the requirements of the Act in respect of incorporation having been satisfied,

ROSBELT INTERNATIONAL LIMITED

is incorporated in the British Virgin Islands as an International Business Company this 8th day of December, 2005.

Given under my hand and seal at Road Town, in the Territory of the British Virgin Islands

REGISTRAR OF CORPORATE AFFAIRS

CRTI0010

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 15-27**

0697 - 187

TERRITORY OF THE BRITISH VIRGIN ISLANDS
BVI BUSINESS COMPANIES ACT, 2004

CERTIFICATE OF GOOD STANDING
(SECTION 235)

The REGISTRAR OF CORPORATE AFFAIRS, of the British Virgin Islands HEREBY CERTIFIES
that, pursuant to the BVI Business Companies Act, 2004,

## ROSBELT INTERNATIONAL LIMITED

BVI COMPANY NUMBER: **688055**

1. Is on the Register of Companies;

2. Has paid all fees, annual fees and penalties that are due and payable;

3. Has not filed articles of merger or consolidation that have not become effective;

4. Has not filed articles of arrangement that have not yet become effective;

5. Is not in voluntary liquidation; and

6. Proceedings to strike the name of the company off the Register of Companies have not been instituted.



REGISTRAR OF CORPORATE AFFAIRS
6th day of March, 2012

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 15-28**
0697 - 188

## INDEMNITY AGREEMENT

**THIS AGREEMENT** is effective as of the 1st day of January 2010, among **Dewitt Art SA** and **Rosbelt International Limited** (each an '**Indemnitor**', and collectively, the '**Indemnitors**') and **General Business Partners Ltd.** ('**Indemnitee**'). Each Indemnitor and the Indemnitee are sometimes referred to herein as the '**Parties**' and each as a '**Party**'.

WHEREAS, Indemnitee has agreed to act as the General Partner of Global Resources LP, a British Virgin Islands limited partnership (the '**LP**'); and

WHEREAS, Indemnitee's agreement to act as the General Partner of the LP is subject to the condition precedent that each Indemnitor jointly and severally indemnifies the Indemnitee pursuant to the terms of this Agreement.

NOW THEREFORE, in consideration of the mutual promises and covenants herein contained and intending to be legally bound hereby, the Parties agree as follows:

1.    Indemnification. To the fullest extent permitted by law, each Indemnitor shall, jointly and severally, indemnify the Indemnitee, and hold the Indemnitee harmless from and pay all judgments, actions, demands, costs, interest, penalties, expenses of and claims against, and any other damages of, Indemnitee (each a 'Loss' and collectively 'Losses') incurred by reason of any act performed or omitted to be performed by Indemnitee as the General Partner of the LP including reasonable attorneys' fees and expenses incurred by the Indemnitee in connection with the defense of any action based on any such act or omission, provided, however, that Indemnitee shall not be entitled to indemnification hereunder with respect to any Loss incurred by Indemnitee as a result of Indemnitee's fraud, bad faith, willful misconduct or gross negligence.

2.    Reimbursement. Indemnitors shall reimburse Indemnitee for each Loss within a reasonable time from the receipt of a written notice of Loss from Indemnitee. Such reimbursement shall be in the form of immediately available funds payable to Indemnitee in the amount of such Loss. In the event that the Indemnitors shall not reimburse Indemnitee as provided above, Indemnitee may, at its option, bring suit against either or both Indemnitors to enforce this indemnity (in which case costs of suit shall constitute an additional Loss).

3.    Defense Against Claims and Litigation. If any claim or action which Indemnitee considers in good faith might give rise to an obligation of an Indemnitor hereunder shall come to the attention of Indemnitee, Indemnitee shall promptly notify the Indemnitors of the existence and amount thereof, and Indemnitors shall be entitled, at their expense (without conceding any obligation to indemnify Indemnitee) to participate in the defense thereof, and, if either Indemnitor

825682.1.

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 15-29**

0697 - 189

admits that any recovery under the claim or litigation will give rise to any such obligation reported by Indemnitee pursuant to this Section 3, such Indemnitor shall be entitled to direct the defense thereof at his expense, but such defense shall be conducted by legal counsel reasonably satisfactory to Indemnitee and Indemnitors. Indemnitors shall have the right to compromise and settle any such claim or litigation. Such defense shall not relieve either Indemnitor of his indemnity obligations hereunder.

4.      Notices. Any notices, tender or delivery to be given hereunder by either Party to the other may be effected by personal delivery in writing or by certified mail, postage prepaid, return receipt requested, to the address below such other Party's signature below (or such other address as shall subsequently be provided to the Partiers hereto in accordance with this Section 4).

5.      Entire Agreement. This Agreement constitutes the entire agreement of the Parties with respect to the subject matter hereof and supersedes any prior understandings or written or oral agreement relating hereto.

6.      Amendment. This Agreement may be modified or amended, provided that no amendment shall be valid unless made in writing and signed by both Parties.

7.      Waiver. The waiver, either express or implied, of any breach of this Agreement by either Party shall not constitute or be deemed to constitute a continuing waiver or a waiver of any subsequent breach either of the same or of another provision of this Agreement.

8.      Parties Bound. This Agreement shall be binding upon the Parties hereto, and upon their respective heirs, executors, administrators, successors and assigns.

9.      Governing Law. This Agreement shall be governed by the laws of the British Virgin Islands and the Parties agree to submit to the exclusive jurisdiction of the courts located in the British Virgin Islands.

[Signature page follows.]

2

document number: LN66054/0001-US-902590/1

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 15-30**

0697 - 190

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

IN WITNESS WHEREOF, the Parties have affixed their hands and seals the day and year first above written.

INDEMNITEE:

GENERAL BUSINESS PARTNERS LTD.

By:_____
Name:
Title:
Address for Notices:

INDEMNITOR:

DEWITT ART SA

By:_____
Name:
Title:
Address for Notices:

INDEMNITOR:

ROSBELT INTERNATIONAL LIMITED

By:_____
Name:  Edgardo E. Díaz ~ Fernando A. Gil
Title: Directors
Address for Notices: East 53rd Street Marbella,
MMG Building 2nd Floor, Panama, Rep. of Panama

3

document number: LN66054/0001-US-902590/1

**Defense Exhibit 15-31**

0697 - 191