# Defense Exhibit 19

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.



.ıll Salt 🛜          11:34          ◥ 62% 🔋

‹ 282

dwsaunders███████████

iMessage
Sat, 12 Dec, 11:29

Hello Len. Hope you're well. I wanted to let you know that Ronah and I will be away from Monday to Thursday this coming week on a pre-planned safari in the Mara. I will be available most of the time by phone there. Also, if it is convenient or helpful to talk this weekend I am fully available. I have been thinking a good deal about our last conversation and have some things I'd like to discuss with you when possible. Thanks and all the best. David

The sender is not in your contact list.

   

**Defense Exhibit 19-1**

0670 - 113