# Defense Exhibit 20

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[26.11.19, 20:02:55] Tom  Ehr: Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them.

[26.11.19, 20:02:55] Tom  Ehr: At the movies? Haha.

[27.11.19, 15:18:49] Tom  Ehr: <attached: 00000003-PHOTO-2019-11-27-15-18-49.jpg>

[27.11.19, 15:19:05] Tom  Ehr: <attached: 00000004-PHOTO-2019-11-27-15-19-05.jpg>

[27.11.19, 19:08:40] Len: Thanks

[27.11.19, 19:12:44] Len: <attached: 00000006-VIDEO-2019-11-27-19-12-43.mp4>

[28.11.19, 10:54:32] Tom  Ehr: Graham can't speak till on the half hour, Remco and I now, should we pre talk the three of us over WhatsApp call

[06.12.19, 15:02:40] Tom  Ehr: Missed group voice call

[11.12.19, 22:58:22] Tom  Ehr: <attached: 00000009-AUDIO-2019-12-11-22-58-22.opus>

[13.12.19, 22:39:33] Len: <attached: 00000010-PHOTO-2019-12-13-22-39-32.jpg>

[12.05.20, 18:54:40] Tom  Ehr: <attached: 00000011-PHOTO-2020-05-12-18-54-40.jpg>

[12.05.20, 18:54:43] Tom  Ehr: Haha

[12.05.20, 18:55:10] Tom  Ehr: <attached: 00000013-PHOTO-2020-05-12-18-55-10.jpg>

[12.05.20, 18:55:28] Tom  Ehr: <attached: 00000014-PHOTO-2020-05-12-18-55-28.jpg>

[12.05.20, 21:59:44] Len: Gorgeous !

[18.05.20, 09:52:10] Tom  Ehr: Hi, Len, I have the feeling Graham may be locked in on the usual again, and we have some pressing needs regarding our sudden agreement to exit our China investment! Not sure if he mentioned. Please call me if you can as it is good news that requires action. Thanks , Tom

[18.05.20, 13:29:51] Tom  Ehr: Just checking you and Vincent have the executable copies by email. I just sent a corrected SPA for signature, subject SORRY  ha

[18.05.20, 14:19:31] Tom  Ehr: Hi, will we be able to sign today? Chinese are waiting by the phone, so to speak...

[18.05.20, 15:33:15] Tom  Ehr: <attached: 00000019-PHOTO-2020-05-18-15-33-15.jpg>

[15.07.20, 15:12:37] Tom  Ehr: Hola, Len. I was wondering if we could have a confidential chat re GC, I'm a bit worried for his health, pressure is ramping up on him again....just let me know, thanks. Tom

[09.11.20, 15:41:02] Tom  Ehr: Hi, Len, can we speak about business operations?

[09.11.20, 15:55:30] Len: Can i ring you later in about an hour or so ?

[09.11.20, 16:00:00] Tom  Ehr: Absolutely any time thx

[09.11.20, 18:51:42] Len: Can i call you tomorrow? Am just about to go into yet another call !

[09.11.20, 18:52:16] Tom  Ehr: We have a pressing issue in Mexico that needs action....

[09.11.20, 18:57:15] Len: Am just going into call but please send me an email which I will try to read while I am on the call

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 20-1**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[09.11.20, 21:08:38] Tom  Ehr: Hi there is also the issue of what to tell our guy who is dealing directly with the Mexicans on the project, Mark Lvoff, he is very anxious for feedback and guidance and status and I am having a v hard time trying to help him, I wonder if further contact should come direct from you or...?

[10.11.20, 09:45:50] Tom  Ehr: Hi can we try this am?

[10.11.20, 10:43:35] Len: Can i ring you at 11.30 your time ?

[10.11.20, 10:43:58] Tom  Ehr: Great I am in Spain so same time as u I think

[11.11.20, 11:31:50] Tom  Ehr: Hi, Len, I am continuing to get a lot of contact on substantive issues that people normally engage directly with Graham on (like Mara, which I forwarded), and also from law firms looking to be paid. Should I pass these on to you, or...?  I also continue to get more general (and specific) questions on how we operate forward administratively and on substance....my understanding was that this was to be discussed with lawyers etc., but we still seem to be lacking guidance.... sorry to bother.

[11.11.20, 21:12:15] Len: Yes, could you please send through to Dmitry as he getting up to speed. Will introduce you tomorrow am

[11.11.20, 21:38:00] Tom  Ehr: Great, have interacted with him in the past.

[11.11.20, 22:11:08] Tom  Ehr: BTW I spoke with the Baker McKenzie partner re Viacom arbitration and he believes that given the current status of things it would be best that you provide the KYC info and remain the party to "instruct" Baker on the issue, with an email indicating that I would be authorized to engage with them on the "day to day." You would in essence approve overall strategy and etc. Hope that works, if yes I will send email to all.

[11.11.20, 22:55:59] Len: That works !

[19.11.20, 22:38:17] Tom  Ehr: Hi, Len, it just ended. Went well. I think it would be good for Axel and I to brief you in the am. T

[19.11.20, 22:45:03] Len: Good News

Step by step

[20.11.20, 09:52:00] Tom  Ehr: Hi, I'm at a doctor appt , maybe we can brief at 1130 if that works? Also is there anything you need to start the transfer process? I believe GC needs to approve as well.

[20.11.20, 11:24:58] Len: Can we do at 11.45

[20.11.20, 11:30:43] Tom  Ehr: Sure I will send zoom invite

[20.11.20, 11:49:30] Tom  Ehr: We are on zoom

[20.11.20, 14:57:45] Tom  Ehr: Hola, of course I am inundated with requests for information regarding the status of the transfer, please let me know if I can help somehow, or what to advise. Thanks!

[27.11.20, 15:14:51] Tom  Ehr: <attached: 00000043-AUDIO-2020-11-27-15-14-51.opus>

[27.11.20, 15:25:19] Len: Let me just finish something and will call u in 15

[27.11.20, 15:25:50] Tom  Ehr: Great

[27.11.20, 17:29:11] Tom  Ehr: <attached: 00000046-VIDEO-2020-11-27-17-29-11.mp4>

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 20-2**
0670 - 97

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[27.11.20, 17:29:31] Tom  Ehr: Never too early!

[27.11.20, 18:41:57] Len: Really beautiful !

[30.11.20, 10:00:16] Tom  Ehr: Thanks! Are you still available for a call now?

[30.11.20, 10:02:33] Len: Yes

[30.11.20, 10:03:06] Tom  Ehr: Ok will dial now

[13.03.21, 12:15:15] Tom  Ehr: From my Irish brother in law so I guess it's ok to send to you ha

[13.03.21, 12:15:25] Tom  Ehr: https://youtu.be/OzmusQzdqXA

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 20-3**