# Defense Exhibit 21

**Leonard O'Brien**

| | |
|---|---|
| **From:** | Zack Friedman <zack.friedman ████████████ |
| **Sent:** | 04 November 2013 16:17 |
| **To:** | Leonard O'Brien; Graham O'Donoghue |
| **Cc:** | Graham Collett |
| **Subject:** | RE: Dubai |

Dear Len,

It was my pleasure. Thanks very much for making the trip. It was great to spend time together, and I look forward to seeing you again soon.

Best,
Zack

---

**Zack Friedman**
Group Executive Vice President &
Chief Financial Officer
**MINA GROUP**
Office 407, Bldg. 1, East Wing
P.O Box 54616
DAFZ, Dubai, U.A.E.
P: ████████████
F: ████████████
E: ████████████
www.minagroup.com

This email and any attachments are confidential and access to this email or attachments by anyone other than the addressee is unauthorized. If you are not the intended recipient, please immediately notify the sender and delete the email, including any attachments. You must not disclose or distribute any of the contents to any other person. Personal views or opinions are solely those of the author and not of Mina Group or any of its constituent companies. Mina Group or any of its constituent companies do not guarantee that the integrity of this communication has been maintained nor that the communication is free of interceptions or interference. By communicating with anyone at Mina Group or any of its constituent companies by email, you consent to the monitoring or interception of such email by Mina Group or any of its constituent companies in accordance with its internal policies. Unless otherwise stated, any pricing information given in this message is indicative only, is subject to change, and does not constitute an offer to deal at any price quoted.

**From:** Leonard O'Brien [mailto:leonard.obrien@salamanderinternational.com]
**Sent:** Monday, November 4, 2013 6:34 PM
**To:** Zack Friedman; Graham O'Donoghue
**Cc:** Graham Collett
**Subject:** RE: Dubai

Zack,

I am back in rainy Geneva, and will try to think of way of sending some of the rain over to you in Dubai !

Just wanted to thank you for taking the time for lunch last week.

If you are or Graham are in Geneva as part of your upcoming travels it would be my pleasure to welcome you here.

Best regards

len

Leonard O'Brien

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 21-1**



**SALAMANDER SUISSE**

Rue du Rhone 56
1204 Geneva
Switzerland

Tel Direct :
Mobile :
Fax:



www.salamanderinternational.com



*Switzerland Trust and Company Services Advisory firm of the year*

**From:** Zack Friedman [mailto:zack.friedman ███████████
**Sent:** Thursday, October 24, 2013 7:18 PM ███████████
**To:** Leonard O'Brien; Graham O'Donoghue
**Cc:** Graham Collett
**Subject:** Re: Dubai

Dear Len,

Thank you for your message - great to hear from you. Yes, let's please meet on Wednesday. I would be happy to arrange lunch.

We can meet at our office (address and phone below) at 12 pm and then we can depart from there.

I look forward to seeing you then.

Best,
Zack

_____

Zack Friedman
Group Executive Vice President &
Chief Financial Officer
MINA GROUP
Office 407, Bldg. 1, East Wing
P.O Box 54616
DAFZ, Dubai, U.A.E.
P: ████████████
F: ████████████
E: ████████████
www.minagroup.com

This email and any attachments are confidential and access to this email or attachments by anyone other than the addressee is unauthorized. If you are not the intended recipient, please immediately notify the sender and delete the email, including any attachments. You must not disclose or distribute any of the contents to any other person. Personal views or opinions are solely those of the author and not of Mina Group or any of its constituent companies. Mina Group or any of its constituent companies do not guarantee that the integrity of this communication has been maintained nor that the communication is free of interceptions or interference. By communicating with anyone at Mina Group or any of its constituent companies by email, you consent to the monitoring or interception of such email by Mina Group or any of its constituent companies in accordance with its internal policies. Unless otherwise stated,

This information is furnished under the provisions of an intentional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 21-2**

any pricing information given in this message is indicative only, is subject to change, and does not constitute an offer to deal at any price quoted.

**From:** Leonard O'Brien
**Sent:** Thursday, October 24, 2013 9:10 PM
**To:** Graham O'Donoghue; Zack Friedman
**Cc:** Graham Collett
**Subject:** RE: Dubai

Hi, thanks for responding so quickly.

I am in Dubai just for the day I'm afraid, but I have a late evening flight (11 pm ish), if that in any way helps ?

I need to be back in Geneva for the morning of the 31st, but my fault for giving such short notice !

I have very fond memories of the Chedi Hotel in Muscat, so I totally understand if I can't quite tempt you back early, even if negotiations finalise in time !

Look forward to meeting Zack in afternoon, if Zack can let me have a time which works for him.

All the best

len

**Leonard O'Brien**
**SALAMANDER SUISSE**

    *Rue du Rhone 56*    *Tel Direct :*
                        *1204 Geneva*        *Mobile :*
                        *Switzerland*        *Fax:*

*www.salamanderinternational.com*



*Switzerland Trust and Company Services Advisory firm of the year*

**From:** Graham O'Donoghue [mailto:graham.odonoghue█████]
**Sent:** Thursday, October 24, 2013 6:43 PM
**To:** Leonard O'Brien; Zack Friedman
**Cc:** Graham Collett
**Subject:** Re: Dubai

Dear Len,

Thank you for your email. We would be delighted to meet you. I may be in Muscat until Wednesday evening for a lease negotiation, but perhaps you could meet Zack on Wednesday afternoon. How long will you be in Dubai?

Sincerely,

**Graham O'Donoghue**
**Group President & CEO**
**MINA GROUP**
Office 407, Bldg. 1, East Wing

**Defense Exhibit 21-3**

This information is furnished under the provisions of an intentional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

P.O Box 54616
DAFZ, Dubai, U.A.E.
P:
F:
E:
[www.minagroup.com](www.minagroup.com)

This email and any attachments are confidential and access to this email or attachments by anyone other than the addressee is unauthorized. If you are not the intended recipient, please immediately notify the sender and delete the email, including any attachments. You must not disclose or distribute any of the contents to any other person. Personal views or opinions are solely those of the author and not of Mina Group or any of its constituent companies. Mina Group or any of its constituent companies do not guarantee that the integrity of this communication has been maintained nor that the communication is free of interceptions or interference. By communicating with anyone at Mina Group or any of its constituent companies by email, you consent to the monitoring or interception of such email by Mina Group or any of its constituent companies in accordance with its internal policies. Unless otherwise stated, any pricing information given in this message is indicative only, is subject to change, and does not constitute an offer to deal at any price quoted.

**From:** Leonard O'Brien <[leonard.obrien@salamanderinternational.com](leonard.obrien@salamanderinternational.com)>
**Date:** Thu, 24 Oct 2013 16:15:08 +0000
**To:** Zack Friedman <zack.friedman█████████████████>, Graham O'Donoghue <graham.odonoghue█████████████
**Cc:** Graham Collett <graham█████████████
**Subject:** RE: Dubai

Hello Graham, Zack,

Further to Graham C's introduction, I shall be in Dubai on Wednesday next, the 30th October.

If you had time for a brief meeting, it would be my pleasure to visit you. My flight lands in Dubai at 09.10, and if convenient I could come straight to your office. Does this work for you or let me know if there is a better time ?

Best regards

len

**Leonard O'Brien**
**SALAMANDER SUISSE**



| | |
|---|---|
| Rue du Rhone 56 | Tel Direct : |
| 1204 Geneva | Mobile : |
| Switzerland | Fax: |



[www.salamanderinternational.com](www.salamanderinternational.com)



*Switzerland Trust and Company Services Advisory firm of the year*

**From:** Graham Collett [[mailto:graham████████████](mailto:graham)]
**Sent:** Monday, October 21, 2013 9:03 PM
**To:** Leonard O'Brien
**Cc:** [graham.odonoghue████████████](graham.odonoghue) Zack Friedman
**Subject:** RE: Dubai

Dear Len.

**Defense Exhibit 21-4**

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

Many thanks for your email. I saw Graham and Zack in London last week and we had a very useful update. They will both be in Dubai next week (subject, of course, to any charge of plan) and will look forward to meeting you for a short introduction.

I will leave you to make direct contact with them and perhaps you can keep me in the loop. I will also call you during the course of tomorrow if that is ok with you.

Kind regards

Graham

**Graham A Collett FCA**

**Graham Collett & Company**
**Chartered Accountants**

Telephone:
Mobile:

Email: graham

STRICTLY CONFIDENTIAL: The pages comprising this email, including any attachments, may contain confidential information. This information is intended solely for the use of the recipient. If you are NOT the intended recipient, please be aware that the information contained herein may be legally privileged, and the disclosure, copying, or distribution, or any unauthorised use of the contents of this email is strictly prohibited. Please delete the email immediately if you are not the intended recipient. If you are the intended recipient, please be advised that this information may be confidential in nature and should NOT be shared except to comply with any instructions or actions contained herein or with the sender's prior approval.

---

**From:** Leonard O'Brien [mailto:leonard.obrien@salamanderinternational.com]
**Sent:** 21 October 2013 17:21
**To:** 'Graham Collett' (graham
**Subject:** Dubai

Graham,

I have booked flights to be in Dubai for the day of Wednesday, 30th October next.

Let me know when you can, so that I reach out to parties.

All the best

len

**Leonard O'Brien**
**SALAMANDER SUISSE**



Rue du Rhone 56    Tel Direct :
1204 Geneva    Mobile :
Switzerland    Fax:



www.salamanderinternational.com

**Defense Exhibit 21-5**

This information is furnished under the provisions of an intertional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

*Switzerland Trust and Company Services Advisory firm of the year*

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 21-6**

0697 - 139