# Defense Exhibit 22

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[17.12.19, 23:20:10] Graham Collett: Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them.

[17.12.19, 23:20:10] Len: Hi Douglas

Hope the snow and sunshine are in sufficient balance !

You will have seen Graham's message today and I am hoping that you will join the conference call tomorrow. It is important that we have unity and focus.

We had another 2 hour call this afternoon. We are collectively arguing, shouting, blaming, cursing and generally taking lumps out of each other trying to plot and navigate the best course. Although frustrating that we have been put in this situation by what I believe is a Partnership issue causing a Banking issue, (but could be vica versa !) we need to act decisively, prepare for the worst and avoid any panic type reactions to any provocations. There is clearly a great deal of passion and commitment to act. I am happy to Hear Ira cursing like a sailor and Remco being blunt and critical of me and the communication being blunt and frank, with everyone contributing. I am delighted and expect no less from the team and the passion and professionalism to protect Delphine and the kids interest, is evident and real. But we need all of the quality at our disposal to give input. Can you make it tomorrow and / or on Thursday, when we are meeting in London ?

As I have said, Unity and Focus, will stand us in good stead, especially now!

Len

[17.12.19, 23:31:58] Len: Above is for info

Well done for not rising to Stupid comments been thrown about.

I'm afraid, much as everyone may wish to jump in and find the solution, we may have to accept that this is a process. It may take some time, and not fully in our control. In fact, life being life, we all need to manage expectations

[18.12.19, 09:47:44] Len: Morning.   I'll call you.  Am more planning geneva and will speak with E today at some point to sort this out.  Will also be speaking to graham ..   Can't speak now but a bit later. Thanks and chat soon

[18.12.19, 09:48:31] Len: Above is response from Douglas

[18.12.19, 11:38:38] Graham Collett: Well let's hope we can move forward ......

[18.12.19, 16:34:08] Graham Collett: Just to let you know that Remco was already on his way to London when  I contacted him. He now says that he will go back home in the morning amd will ne away until January  11. I told him and Tom that you would be in London tomorrow. Tom is now insisting on being at the meeting as well. This is all becoming ridiculous but it looks as if we may have a full house tomorrow.......

[18.12.19, 17:18:15] Len: No problem.

Let's make sure that Kassim serves something stronger than coffee !

See you tomorrow at 10.00 am, correct Re time ?

Len

[18.12.19, 17:20:14] Graham Collett: Yes to all!!!!

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 22-1**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[18.12.19, 20:29:02] Len: I see that Remco is not now joining us

[19.12.19, 00:22:12] Graham Collett: We had an email exchange and he will be with is tomorrow.....

[19.12.19, 00:37:23] Len: That's very kind of him !!!!!!

[06.01.20, 15:20:29] Graham Collett: Do you have time for the call this afternoon?

[09.04.20, 20:27:29] Graham Collett: Missed voice call

[13.04.20, 16:14:31] Graham Collett: Missed voice call

[15.04.20, 19:40:07] Graham Collett: <attached: 00000016-VIDEO-2020-04-15-19-40-07.mp4>

[18.04.20, 14:29:02] Len: Really lovely

[18.04.20, 14:29:31] Len: Something for Good Friday: the 'confined symphonies' ...'without tenderness we can't live'

https://youtu.be/rEjvRktXeis

[01.05.20, 16:13:47] Graham Collett: <attached: 00000019-PHOTO-2020-05-01-16-13-47.jpg>

[01.05.20, 16:14:22] Graham Collett: <attached: 00000020-PHOTO-2020-05-01-16-14-22.jpg>

[01.05.20, 16:15:00] Graham Collett: <attached: 00000021-PHOTO-2020-05-01-16-15-00.jpg>

[01.05.20, 16:16:51] Graham Collett: Some pictures from one of our walks

[01.05.20, 16:17:11] Graham Collett: <attached: 00000023-PHOTO-2020-05-01-16-17-11.jpg>

[01.05.20, 16:49:55] Len: Gorgeous !

[03.05.20, 22:42:55] Len: Is the call taking place ?

[03.05.20, 22:46:06] Graham Collett: Does not look like it. Remco cannot get hold of Scott or Dianne.  I am juat composing an email to aend to Remco cc yoy and Kassim and  asking Remco's specific qritten advice. You wiill receive it very shortly

[03.05.20, 22:49:32] Len: Remco believes that the General Partner must approve and can block any material item. But the way I read the last sentence in Blue of the same Paragraph 3 is that this may not be the case

[03.05.20, 22:52:19] Graham Collett: Good point....!

[04.05.20, 09:41:27] Graham Collett: Missed voice call

[04.05.20, 18:36:43] Graham Collett: Missed voice call

[04.05.20, 18:37:28] Graham Collett: I think we should check if Kassim has sent......

[04.05.20, 18:41:20] Len: Done

[05.05.20, 11:46:40] Graham Collett: Missed group voice call

[05.05.20, 11:47:48] Graham Collett: Can we speak please?

[05.05.20, 16:15:20] Graham Collett: Missed voice call

[05.05.20, 16:16:00] Graham Collett: Can toy join a call wirh Scott and Dianne rigjt now?

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 22-2**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[16.07.20, 16:04:37] Graham Collett: Hi Len can wr have a call with fouglad i half an hour? I can patch you in on WhatsApp

[21.09.20, 16:56:09] Graham Collett: Missed voice call

[12.10.20, 23:26:03] Graham Collett: Hope you have seen the latest. They need your ok to exchange now

[22.10.20, 19:47:15] Graham Collett: Hi Len. You will have seen the mail from Delphine. It think it all fine. Perhaps we can discuss on the morning. Just one thing - please do not mention to anyone the senator letter that I copied you a little while ago. Certainly not to DE. Or anyone. Will explain why when we speak

[27.10.20, 15:20:59] Graham Collett: Hi Len. Do you have time for a quick call?

[29.10.20, 11:14:04] Graham Collett: I have updated DE on our calls with Kassim and Martin. He is not happy about this at all. He says we should use Chris or Firdavs to deal with these matters. I have put a 10.30 call with Martin on hold. Can we speak about this. DE is not the cleint here and I think he needs to be told this. Martin is lining things up already.

[29.10.20, 16:04:07] Len: Sure, call me when suits

[30.10.20, 09:59:05] Graham Collett: Missed voice call

[30.10.20, 10:00:18] Graham Collett: Sorry I could not call you yestraday. Can we speak soon? Thanks

[03.02.21, 15:23:57] Len: Hi Graham

Did you call me ?

Len

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 22-3**
0670 - 66