# Defense Exhibit 23

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[08.01.19, 17:19:06] Isotropic A-round closing: Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them.

[08.01.19, 17:19:06] ███████801 created this group

[10.01.19, 11:54:42] ███████801 added you

[10.01.19, 11:55:56] ███████801: Morning, checking in as we got all but your signatures and space angels which we need today. Space angels are sending signatures AM PST.

[10.01.19, 12:20:53] Len: I assume soft copies will suffice for now with hard copies to follow by courier. Correct ?

[10.01.19, 12:26:16] ███████801: I believe so Jack will confirm

[10.01.19, 14:46:09] ███████801: Update; SpaceAngels signatures are now in. Just yours and we are at close with the funding tomorrow or earlier.

[10.01.19, 17:03:14] Douglas Edelman : Hi !!!   Ok looks like we are good to sign.   Graham will cooridnate and speak to Jack etc ... as for funi

[10.01.19, 17:04:35] Douglas Edelman : Funding bank holiday Bahamas etc but Graham please coordinate with Jack in case you need a comfort note from bank tomorrow etc but all ok and shouldn't be any issues.   Whew /

[10.01.19, 17:08:21] ███████801: Oh yes majority rule day in the Bahamas how could I forget! which is today so I assume that means the wiring will happen tomorrow first thing? fantastic news on signing the contracts I'm over the moon that we've got this deal done as usual we rely on fantastic support from all of you which has been unrelenting we definitely need a beer to celebrate this one!!

[10.01.19, 19:03:13] ███████801: Hi Graham, there is a call at 8.30pm can you release the signature pages. Re the timing of how long it takes the money to arrive thats fine, the most important thing re Boeing is to show the proof the money is wired, they will expect to see that tomorrow the timing of when it lands is not an issue. Best, John

[10.01.19, 19:03:29] ███████801: call with Boeing at 8.30pm I meant.

[10.01.19, 20:33:11] ███████801: <attached: 00000013-PHOTO-2019-01-10-20-33-11.jpg>

[10.01.19, 20:50:08] ███████801: I think Doug you have actually given us approval above based on being good to sign but we want an email from Graham or Leonard so we are in the clear and have a proper paper trail.

[10.01.19, 20:51:42] ███████407: To John's point, DLA cannnot release WML's signature until we have an email from Graham, Leonard or anyone from WML based on previous instructions from Graham

[10.01.19, 20:52:05] Len: Ok to proceed !

Many thanks

Len

[10.01.19, 20:52:41] ███████801: Great, can you just drop us an email please Leonard so we have a paper trail. Thanks!

[10.01.19, 20:52:55] Len: On it's way

**Defense Exhibit 23-1**
0670 - 72

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[10.01.19, 20:53:40] ███████████801: and then do will you be sending the proof of funds wired tomorrow. Whenever the funds hit the account we understand may take a couple of days with the weekend etc but Boeing want to see from everyone the proof its wired. Thanks.

[11.01.19, 10:56:50] Douglas Edelman : Morning    all good.   Sorted and money today I think originates in Switzerland so super easy later in day in getting a copy of the swift from the bank..    Also if someone wants to buy into the A round can they ? Or is it full and closed ?  And if so any restriction on amount.  I know someone who would like to do 200k.  Possibe or not worth it for this amount especially at the moment ?   Anyway all looks good and under control.   Cheers everyone and happy weekend !

[11.01.19, 12:36:39] ███████████801: Thaks Doug thats great news, I will bell you later. On the 200k the easiest way might be for that person to join the space angels investor group and put in that way or we do it seperate we will be doing a follow up close to fill up the last bit of the round, Jack will let you know whats the best way to make that happen. Have a great weekend everyone, we are working through the weekend to try to leverage as much PR as we can but we have Brexit in the way next week so its hard to know how it will play out, because of the Brexit vote we agreed last night to push PR out to Thursday or Friday.

[11.01.19, 14:20:42] ███████████801: Hi Doug, when we originally set up this company, Charles used the local butchers bank (Natwest) we dont even have a relationship manager for example we have to switchboard everything, we talk to a different person everytime and signatories and CC has been a nightmare. We also want to make sure we dont lose out on currency movements re Brexit etc. We need some Love! Can you introduce us to a bank you would recommend let them know our current situation, I was thinking an intro from you to the right bank might be a good move?

[11.01.19, 14:21:46] Douglas Edelman : Ok thinking asap and will revert with ideas for sure

[11.01.19, 14:22:43] ███████████801: Thanks!

[11.01.19, 15:36:58] ███████████407: I have sent to Graham all of the signatures in connection with the Series A transaction documents and DLA /company will send through the documentation bible when ready. I understand from Graham that we are sorted on funding. Thanks everyone.

[11.01.19, 16:50:06] Douglas Edelman : <attached: 00000026-PHOTO-2019-01-11-16-50-06.jpg>

[11.01.19, 16:51:00] ███████████801: 👍

[11.01.19, 16:51:08] ███████████661: 👍😄

[11.01.19, 17:21:57] Douglas Edelman : John.  Based on your message a couple few days ago re Wyler and how we needed to go public by Monday etc etc.  Maybe do it somewhere in the usa perhaps or ? Don't know now or perhaps didn't understand the timing significance perhaps !   As for the Brexit story and all that totally understand as far as coverage goes etc so my question is more about Wafer etc.  Best

[11.01.19, 17:25:19] ███████████801: Thanks Doug my current thinking is now that we have our deal done I would actually prefer if Greg put that story out before we put ours out because then we can explain to Boeing he's just reacting to some inside knowledge that we closed our round and then when we put our news out we get to Bury anything that he achieved with space news and position around what was actually said let me know if you agree

[11.01.19, 17:38:32] Douglas Edelman : Id say you know better as really not my field so to speak .. However your earlier argument for getting out before him seemed sound if it would then cause them

**Defense Exhibit 23-2**
0670 - 73

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

to possibly postpone or it then gives him a chance to be part of the newer isotrpocic next round or as a firm buyer of our product etc which would then show he's also in a lead position with a sophisticated  antennae solution. ( unless he truly believes Wafer is the true way forward.   I really don't know.   Leave it up to what you boeing and the other new partners think.   Your call really.   I was just curious as maybe an announcement goes a long way and then play all the angles over the week and coming weeks making splashes all over the place.   But I truly don't keep now either way

[16.01.19, 01:47:53] ███████████801: <attached: 00000032-VIDEO-2019-01-16-01-47-53.mp4>

[16.01.19, 01:48:07] ███████████801: Some eye candy from Boeing for you...

[16.01.19, 12:45:21] ████████████661: that's from Boeing?  Where is the press release in the FT?

[16.01.19, 14:24:24] ███████████801: Boeing backs UK start-up seeking to transform satellite antenna.pdf • 1 page <attached: 00000035-Boeing backs UK start-up seeking to transform satellite antenna.pdf>

[16.01.19, 14:24:51] ███████████801: Yes that was from Boeing re video

[16.01.19, 14:26:38] +1 (646) 662-4661: great - thanks John!

[24.06.19, 18:38:09] ███████████801: <attached: 00000038-PHOTO-2019-06-24-18-38-09.jpg>

[24.06.19, 18:38:09] ███████████801: <attached: 00000039-PHOTO-2019-06-24-18-38-09.jpg>

[24.06.19, 18:38:09] ███████████801: <attached: 00000040-PHOTO-2019-06-24-18-38-09.jpg>

[24.06.19, 18:38:09] ███████████801: <attached: 00000041-PHOTO-2019-06-24-18-38-09.jpg>

[24.06.19, 18:38:09] ███████████801: <attached: 00000042-PHOTO-2019-06-24-18-38-09.jpg>

[24.06.19, 18:39:08] ███████████801: <attached: 00000043-VIDEO-2019-06-24-18-39-08.mp4>

[24.06.19, 18:41:09] █████████661: 👌

[27.06.19, 21:56:10] ███████████801: <attached: 00000045-PHOTO-2019-06-27-21-56-10.jpg>

[28.06.19, 10:45:27] Graham Collett: We are dealing with all of this right now and will be able to sign off today.

[28.06.19, 10:46:09] ███████████801: Great thanks Graham 🙏

[24.07.19, 13:17:38] ███████████801: Just to explain for Doug's benefit. The Firmament Group investment is now 1.4M not the 2.5 as planned. This is due to one of the private investors dropping out at the last minute not feeling this was an area he understood. They asked to close the 1.4M now and then another 60 days to bring in the remainder. Boeing are not in favour of that idea since we have advanced considerably having closed the Ka band testing in Iowa more recently i.e. the value has changed since the risk has reduced and I agree. Therefore the decision is to close the A-round officially with the 1.4M with Firmament and then focus on the venture debt facility and present that for approval at or before the next board.

[24.07.19, 13:17:38] ███████████801: Graham, Jack is seeking your approval to re-release the signature pages to the lower amount and I believe you and Bob have an email in this regard. No fault of anyones but Firmaments but this has been dragging on and we are keen to close this amount, if you could kindly come back to Jack today with the authorisation to re-release the signature pages, we can bring this matter to an end. Thanks.

**Defense Exhibit 23-3**

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[24.07.19, 13:19:50] ██████████661: Apologies. Been travelling. It's ok by me to use the same signature pages.

[24.07.19, 17:06:10] Graham Collett: All done and acknowledged

[31.07.19, 15:59:48] ██████████801: <attached: 00000052-PHOTO-2019-07-31-15-59-48.jpg>

[31.07.19, 16:00:42] ██████████661: 💪

[20.03.21, 15:42:36] Graham Collett left

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 23-4**