# Defense Exhibit 24

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[30.10.19, 16:08:29] Douglas Edelman : Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them.

[30.10.19, 16:08:29] Len: Remember this?

https://youtu.be/LS37SNYjg8w

[30.10.19, 20:39:37] Len: <attached: 00000003-PHOTO-2019-10-30-20-39-36.jpg>

[17.12.19, 23:10:08] Len: Hi Douglas

Hope the snow and sunshine are in sufficient balance !

You will have seen Graham's message today and I am hoping that you will join the conference call tomorrow. It is important that we have unity and focus.

We had another 2 hour call this afternoon. We are collectively arguing, shouting, blaming, cursing and generally taking lumps out of each other trying to plot and navigate the best course. Although frustrating that we have been put in this situation by what I believe is a Partnership issue causing a Banking issue, (but could be vica versa !) we need to act decisively, prepare for the worst and avoid any panic type reactions to any provocations. There is clearly a great deal of passion and commitment to act. I am happy to Hear Ira cursing like a sailor and Remco being blunt and critical of me and the communication being blunt and frank, with everyone contributing. I am delighted and expect no less from the team and the passion and professionalism to protect Delphine and the kids interest, is evident and real. But we need all of the quality at our disposal to give input. Can you make it tomorrow and / or on Thursday, when we are meeting in London ?

As I have said, Unity and Focus, will stand us in good stead, especially now!

Len

[18.12.19, 09:28:54] Douglas Edelman : Morning.   I'll call you.  Am more planning geneva and will speak with E today at some point to sort this out.  Will also be speaking to graham ..   Can't speak now but a bit later.   Thanks and chat soon

[18.12.19, 11:27:45] Len: Would it help if I was in Geneva tomorrow or Friday ?

[18.12.19, 11:31:35] Douglas Edelman : Not really I don't think..   Where are you tmrw and Friday normally ?

[18.12.19, 11:48:18] Len: London tomorrow and Geneva on Friday morning

I am conscious that Erkin has serious issues and concerns. He should neither feel alone nor abandoned. I am happy to contribute if possible to moving forward, but don't want to make things worse. I am also conscious that both myself and Erkin are in Geneva. I see Erkin as a partner with an aligned interest. We have a mutual interest in helping Erkin get to a better place but my feeling is that there is a lot "noise" which is distracting us all.

Anyway, let me know what works as I would prefer that you and Erkin simply spend some time together

Len

[21.12.19, 11:01:19] Douglas Edelman : <attached: 00000009-VIDEO-2019-12-21-11-01-19.mp4>

[21.12.19, 16:24:28] Len: Very very cool !

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 24-1**
0670 - 55

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

My friends and I support 80 kids a year through education in a small village called Osika in Kenya. When we condense any activity into a balance sheet and a set of cash flows, maybe we are missing the whole point of everything.

Seriously Well done for Mara !

Len

[31.12.19, 17:49:51] Len: <attached: 00000011-PHOTO-2019-12-31-17-49-51.jpg>

[21.09.20, 19:26:11] Douglas Edelman : Hi Len.  Douglas here. I'm assuming you received the sing guaranty doc ? Right ?   Am also aware of recent chat with the team .. Lets see and I am sure there is a way forward and frankly to even sign off at once without delay if all in order.  Cheers !!

[22.09.20, 11:19:32] Len: Yes, all good. Will circulate the countersigned version this afternoon.

Would be great to turn the page on this, even if it may lead to another chapter.

Suggest we both start reading Ulysses, and let's see which ordeal finishes first.

But patience and maybe stoicism will stand us in good stead.

Things are seldom neither as good nor as bad as they seem !

Len

[05.10.20, 23:29:37] Len: Are u ok with me asking the lawyers to have a word with the other lawyers to try and carve out the Gurantee arrangements into a separate agreement ?


Or simply try to treat the Guarantee arrangements in a confidential manner (similar to how commercially sensitive data/formula/ etc )


The Lawyers will know what to do but it needs the Purchaser to show a little good faith


Len

[06.10.20, 12:29:29] Douglas Edelman : Hi   Yes have also been thinking this over for days now and discussed some ideas and similar ways to approach it.   DC lawyers felt we had better guarantee's if left in , but are now thinking how to secure and suggesting as you suggested above.  This sensitive in that it needs to be a very smooth conversation and not cause any ' delays on seller side frustrating the deal etc after all this time etc etc ..   To be frank all was left way too long on bank acct issues and should have been clear that Mirabaud would have an issue with this.   I think of course the reason to discuss and explain is simply that Rosbelt, it's bankers have issue with de being mentioned in this capacity and will raise certain flags that are best confidential.   I think everyone sleeping n this last night and pick this up again in a few hours.

[06.10.20, 12:43:11] Douglas Edelman : Am also looking into instead of cash possible irrevocable bank guarantee's / that can even be transferrable possibly .. and/or then opened in favour of an account at say Mirabaud / or elsewhere // Just thinking this through a bit at the moment /   cant hurt to explore options if even possible.  Will discuss also with gc and perhaps firdavs and andrew (

**Defense Exhibit 24-2**
0670 - 56

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[06.10.20, 12:43:35] Len: Do you think that the Purchaser will ever move away from requiring Gurantees, and in particular one from you personally ?

If you could be removed or replaced from acting as Guarantor then it would be significantly better, for the longer term.

But if this point is already fixed, then so be it

[06.10.20, 12:47:39] Douglas Edelman : They insisted on this point , but maybe we can separate as you suggested as well as what GC and lawyers too / / prior though to them having that conversation we are racking our brains of potential other solutions    saw you called and call back in a bit …

[06.10.20, 13:07:52] Len: If Purchaser is helpful the solutions are simple !

[06.10.20, 16:23:53] Douglas Edelman : Hi Len ,

[06.10.20, 16:25:23] Douglas Edelman : Hi Len     What is the rule for a trustee to hold in a sun-client account money on behalf of the beneficiary ?  Did a little research and seems it's not an issue ?  Or is it in Switzerland maybe or ?  just so we understand all the options .. Thanks

[06.10.20, 17:02:22] Len: We are happy to hold but our Bankers will not agree

It is a Banking issue which makes it a Custody issue

If we got paid in Bearer Bonds then we could avoid the Banking Issue and the Bonds would be Held in our Bank Vault with Crédit Suisse or UBS but no banking issue as they would not Custody the Bonds.

Upon opening the Bank account we would lodge the Bonds, and show the Bank the underlying agreement

I am not advocating the above but a sensible discussion with Erkin would be hugely helpful

If he is in Geneva I will happily go and see him or his lawyer but no real point unless there is goodwill on his part

[06.10.20, 17:05:11] Douglas Edelman : I see re holding funds /  thanks ..   lets see what today brings still , all working all the possibilities

[06.10.20, 17:07:52] Len: I had understood that YOU being a personal Gurantor was a prerequisite to the deal and insisted upon by Erkin, true ?

[06.10.20, 17:19:43] Douglas Edelman : Is that was their initial deal //  as they were always trying to prove anyway DE is and was and aways has been ubo etc etc …  Even though they would lose that

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 24-3**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

argument we never went down the rabbit hole and pull out all paperwork going back even 20 years ... Anyway such a silly thing really.  But yes it is True they insisted on DE being in their ( if you think about it though doesn't make a lot of sense as DE has not money or the assets ..    Let us see with the banks and what we can do ...  It's more an issue according to passim for DLD etc as UK branch of CBH ( easiier and faster to open ) than CBH suisse )    Mirabaud has an issues due to de being mentioned and when accts were opened it was made clear that dld is ubo etc and trust etc etc ...   Ironically ALL the banks at tetra understood clearly all these things and provide massive one of credit ..   But yes re DE Guarantor was part of the deal from day one. If we had known earlier ( graham really ) and thought ahead re banking issues it could have been handled somehow ages ago .. either new accounts etc or different negotiation in the early days of the buy/sell agreement

[06.10.20, 17:26:27] Douglas Edelman : not passim but Kassim ( typo silly spell check

[06.10.20, 17:29:52] Len: Then Erkin will likely not change and we should accept it.

We get behind Firdavs and we cross the next bridge when or if we get to it.

Nothing is ever perfect but u think that Kassim is right and we control the situation based on our future actions and choices

No problem

[06.10.20, 17:45:14] Douglas Edelman : Kassim worried about HMRC .. and DLD etc ... that is the issue and of course still outshine to get acct opened.. and the one in Suisse as well but will take more time..  Maybe what can happen is deal is done and dusted and signed off and we ask them to hold off on the first transfer until we get the Swiss acct open maybe..

[06.10.20, 18:04:24] Len: Prefer to get the money under our control immediately

I have already spoken to Kassim and the risk Re HMRC is manageable and we are in a good place.

Get the cash with Firdavs !

Otherwise, "many a slip between cup and lip" as the saying goes !

[06.10.20, 18:05:53] Douglas Edelman : Great News , because it was being explained quite differently in the past couple of days.  I totally agree and for sure we can get this set up.. In fact we were shooting for yesterday even, so will check again now to see where it's all at.

[06.10.20, 18:10:07] Len: Kassim will always need to outline risks but he lives in the real world. There are a lot of very smart people who don't take a step without him. But he is very little fun, and is very blunt when he needs to be !

[06.10.20, 18:14:15] Douglas Edelman : and yet was the one scaring us saying no etc and dangerous etc ..  Can we take a risk that could be massive mistake if he's wrong ?  Shame lawyers can give some definitive assurances on these sort of matters ..   OK then we go with the flow even though MDR did make a few massive errors before and their advice was incorrect on some issues.  Of course I haven't a clue but there you go.

[06.10.20, 18:32:33] Len: I keep on hearing new lawyers point out the faults of other lawyers, tax advisers, bankers, trustees, investment managers, etc etc. Sometimes the criticism is justified but sometimes it is worth hearing the complete 2 sided version before the conclusion. If Kassim gave wrong advice, can someone please let me know specifically what this is  and we should not put up with it or pay for it. But let us get it out in the open and be specific. I have heard previous assertions

This information is furnished under the provisions of an intertional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 24-4**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

but then upon examination, the reality was somewhat different. Suggest you pick the worst and gravest piece of bad advice, and let's deal with it. If there was a "massive error" then we need to confront it !

[06.10.20, 18:34:42] Douglas Edelman : Clear. I will write more tomorrow overall and yes you're right and can all be very confusing. Am pushing cbh to get both accts opened. UK and Geneva ) which is a slower process .. London first

[06.10.20, 18:46:24] Douglas Edelman : Rosbelt opened in CBH Europe

[06.10.20, 18:57:37] Len: Good news

[06.10.20, 18:58:58] Douglas Edelman : Indeed. As long as kassim has it all covered !! Well at least no need to frustrate the Sale doc ..

[06.10.20, 21:27:19] Len: Major good news re guarantor carve out.

Seriously well done !

[07.10.20, 17:46:14] Douglas Edelman : How about I just sent an overall message simply saying I'm here for suggestions due to my knowledge and history and yet Len decides all with trustee's and makes all decions and I'm more or a sounding board or here to offer suggestions. Would that do it ?

[07.10.20, 17:46:29] Douglas Edelman : Because it's true

[07.10.20, 18:20:56] Douglas Edelman : here's another article

[07.10.20, 18:20:58] Douglas Edelman : http://thedailyphiladelphian.com/space/43/the-united-states-army-aims-to-test-isotropic-structures-antennas-via-ses-satellites/

[07.10.20, 18:25:11] Douglas Edelman : This is an example of one of our companies that does do us govt biz but totally different field. We found it and own 33 pct along with boeing, In q Tel ) CIA official company). Ses ( largest satellite company in the world etc .. Target according to boeing and thier people is a 1b valuation .. Even with dilution our case 100m or we stay in next round 200m. So working well and doing my best

[08.10.20, 07:56:18] Len: Very exciting !

Smart capital and decent management make good bed fellows !

[08.10.20, 08:31:38] Douglas Edelman : Sitting in my garden in ibiza we came up with the idea.. Finney to run it , we put all the capital and worked 24/7 in our office and with Bob Donner. Happily Boeing came along 5 years later which was great and a relief as they invested and it was noit just investment anymore.. I guess you know all this anyway things are positive, as is mexico ..

[08.10.20, 08:49:16] Len: They say that it's the GREAT ideas which kill you, not the GOOD ideas !

The problem is not only knowing the difference, but also the reality which is that sometimes it is the GREAT ideas that not only make life worth living but also allow humanity to dream of a better future for our kids.


I love the people who Dream, love to Learn, and want to explore Big Ideas. Whether they are Entrepreneurs, Artists, Acedemics, Philisophers or Alcoholics matters not. They are the gold dust which sprinkles humanity !

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 24-5**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[12.10.20, 14:24:20] Douglas Edelman : len  hi and good day.  E and I spoke this morning as he said we needed to chat re some ING issues and all doable.  I explain to Graham clearly the issues and he passed in to you.  I purposely am not on any calls with lawyers etc as is you and G.   E also aware you are rosbelt and sign off and are in geneva ..    He is also also seeking to credit suisse who will make the 26 payment from tnf acct after receipt from ING..   incredible timing re ING annual review kickoff tomorrow / they also cant pay bvi and under that structure anyway as we've know for 18 months already.   All seems fine really and can work.   CS can also provide any comfort marc may need or you in that they can provide a guarantee or a letter that they have been instructed by tnf to cover Ros from incoming from to CS from ING etc ( they will come in the form of a dividend and thus the " loan " agreement aspects changes .   Assume `GC made this all clear to you earlier .. Marc and nate should really speak with you and GC first to get your go ahead and so they understand the nature if the call with GVS lawyers ..   sorry typo's but par for the course for me

[12.10.20, 14:31:03] Len: Already spoke to Nate and Graham

Once Nate speaks with the Swiss lawyers, then he will circle back aiming for signature today. I am standing at the ready but in meeting at moment

But Nate said that he does not have the full docs from the BVI whereby the LP interest is actually transferred !


Either way we are at the ready until midnight if necessary

[12.10.20, 14:36:43] Douglas Edelman : Ok.  Problem is by end biz gva so ING can inform internal compliance new structure Before they kick off internal review tmrw that then will not show bvi and old structure.  Amazing the timing but will have to find a way in the next couple hours.   If we lose ING whole deal may well fall apart

[12.10.20, 16:05:36] Douglas Edelman : SSuggest you all cut your call as sort as possible and then to at once get n with Geneva lawyers to agree in principal what has to happen and who is doing what / IF  Erkin can inform Matthieu at ING it's done by say 5.30, 5.45 geneva time and paperwork follows should be ok ...   Sorry being a bit curt / but on call i did make it clear i have opinions but it's your's and graham's call and decision on all of these matters etc and not me at all ..

[13.10.20, 16:48:52] Douglas Edelman : Donald Trump goes on a fact-finding visit to Israel.


While he is on a tour of Jerusalem he suffers a heart attack and dies.

The undertaker tells the American diplomats accompanying him,

You can have him shipped home for $50,000, or you can bury him here, in the Holy Land, for just $100."


The American diplomats go into a corner to discuss for a few minutes.

They return with their answer to the undertaker and tell him they want Donald Trump shipped home.

This information is furnished under the provisions of an intermtional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 24-6**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

The undertaker is puzzled and asks, "Why would you spend $50,000 to ship him home, when it would be wonderful to be buried here and you would spend only $100?"

The American diplomats reply, "Long ago a man died here, was buried here, and three days later he rose from the dead. We just can't take the risk."

[13.10.20, 16:50:24] Len: 😂😂😄😄

[19.11.20, 16:26:17] Douglas Edelman : Lets try to chat. Can provide viewpoints etc .. Assume must be fine .. As always advising as usual ..opinions and knowledge etc

[19.11.20, 17:58:50] Len: Call me when suits

[19.11.20, 18:08:44] Douglas Edelman : Ok. Will WhatsApp call and have one of the consul quietly on call simply to keep privilege etc for now ,. Apparently not a bad thing for now for both of us ... maybe in 15 mins or so. Ok ? Just biz talk

[19.11.20, 18:15:17] Douglas Edelman : Around 1830 your time works ..

[23.11.20, 13:32:37] Douglas Edelman : Hi Dougles,

..Unfortunately, I have not yet received an answer from Tom about the insurance, if we don't pay the insurance by tomorrow, we will lose it and get on the black list, that is, even if we take another insurance, then they will be informed too

[23.11.20, 13:33:50] Douglas Edelman : Not sure who's in charge and handling things at all so forwarding whatever comes such as this to you directly.. Assume it's the only and correct way. Sorry as such as hassle. Gc and ira always managed etc. Tks

[23.11.20, 14:46:39] Len: Already instructed

Need a little time for GC and Ira to get back in saddle but we are very nearly there

[23.11.20, 14:47:28] Douglas Edelman : Ok good. Merci !

[23.11.20, 14:47:59] Len: Denada

[07.12.20, 16:40:19] Douglas Edelman : Hi Len .. Delphine not good and feels somehow abandoned. Am sure thats not the case though. Perhaps you and I chat things through a little so she can feel reassured. thank you .. im always free so anytime that works for sure, best

[16.12.20, 12:31:01] Douglas Edelman : where to forward trust related mails etc that used to be dealtr with by Graham ? He's the only one who dealt with various matters excpet in cases when handled by Ira as well. Some old item on cottesmore he was dealing with which he may need to see. Where to forward ? Thank you

[11.01.21, 13:09:23] Douglas Edelman : Hi Len .. are we able to speak .. practical matters .. ? for delphine etc ?

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 24-7**