# Defense Exhibit 25

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[13.06.19, 10:34:07] Delphone LeDain: Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them.

[13.06.19, 10:34:07] Delphone LeDain: Hi Len, this is Delphine Edelman!

[13.06.19, 10:37:13] Delphone LeDain: I am trying to organise my papers in Ibiza and I will need to update a few things

[13.06.19, 10:39:49] Delphone LeDain: Could you send me by DHL copies of the various trusts ( Galactea etc) where  I am as a grantor / beneficiary and the 3 girls please?

[13.06.19, 10:40:38] Delphone LeDain: I realise all i have is an old report from 2012 I cannot believe. I need to be better organised. Thank you!

[13.06.19, 10:41:42] Delphone LeDain: The best address is: DHL, Cas Dominguets, Parcela 6, Sector 3, 7800 IBIZA, Spain

[13.06.19, 10:42:19] Delphone LeDain: Attention : Delphine Edelman. Thanks!

[20.06.19, 10:22:17] Delphone LeDain: Len good morning! Have you managed to send me the documents? Can you give me the tracking number please? Thank you!

[20.06.19, 11:53:34] Len: Hi, yes it is there for your collection! The DHL tracking number is

9525589091 !

Let me know when you collect and when are good dates to meet up !

Len

[20.06.19, 12:06:06] Delphone LeDain: Oh thanks Len!! I did not even bother checking until I heard confirmation from you!

[20.06.19, 12:06:33] Delphone LeDain: Let me think of dates. I will get back to you soon. Thank you!

[27.06.19, 12:56:16] Delphone LeDain: Hi Len, well received the documents. Of course it is all Chinese to me. Can i call you on Monday, I have a few questions! Let me know which time suits you. Delphine

[27.06.19, 12:57:43] Delphone LeDain: Also i have been checking dates etc.  We are near La Rochelle between July 15 th and July 27 th.  Would it be a possibility for you to meet there ? Or is it demented? Not sure of the flights Geneva La Rochelle!!!!

[27.06.19, 12:58:21] Delphone LeDain: This seems to be the only time where i can breath a little. I am on my way to Porto on Monday afternoon for the girls dance world cup. Again!

[27.06.19, 12:58:35] Delphone LeDain: Until July 8 th.

[27.06.19, 13:00:05] Delphone LeDain: Otherwise probably back to Ibiza early August if that is easier. And end of August London sadly for school start!

[02.07.19, 10:42:29] Delphone LeDain: Hi Len, could you call me today at one point? Thank you! Delphine

[02.07.19, 11:09:46] Delphone LeDain: Or let me know when it suits you!

[02.07.19, 11:10:32] Len: Have just landed in Iceland but will call u shortly

[02.07.19, 11:11:58] Delphone LeDain: 👍

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-1**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[02.07.19, 11:12:10] Delphone LeDain: Thank you!!

[02.07.19, 13:25:47] Delphone LeDain: Len sorry to bother you when you are travelling. If you could give me a time frame this afternoon or tomorrow morning perhaps?

[02.07.19, 15:07:51] Delphone LeDain: Thank you so much for your time!

[02.07.19, 15:09:26] Delphone LeDain: Also I was thinking if we are unhappy in the UK or for some reason want to move back to  Spain, how is it taxwise or paperwork wise? Would it be a possibility? For a few years? Be it Ibiza or Barcelona or Madrid? Doug is quite a fan of Spain as well.

[02.07.19, 15:10:28] Delphone LeDain: Anyway just one more question for you when you are back in Geneva , I do not expect you to have am answer now!! Enjoy Iceland

[02.07.19, 15:12:03] Delphone LeDain: Amd if you can confirm that there are irrevocable trusts and about who can appoint a protector if Graham one day retires etc, do i have a say in it? Thank you!

[06.07.19, 18:22:11] Len: Hi Delphine !

I am back from Iceland ! Worth a quick visit but for me at least not a long holiday ! Sorry Iceland !

Very briefly on some of questions raised :

The key question is always about where is a good place for TAX résidence. For wealthy people it is a balancing act of Tax and a desireable place to live. But TAX résidence often means going over certain amount of days in Country (which varies from Country to Country), but in essence it means that many wealthy people have a main country of Tax Résidence but frequently spend and plan visits to other countries armed with the knowledge of the rules and plan their travels accordingly. In other words there are quite a lot of possibilities if you don't simply think in terms of one country !

But to answer your questions see next message

[06.07.19, 18:33:58] Len: Spain : one of the advantages of Spain which is commonly used is the so called Beckham Ruling (after the footballer). This allows someone to work in Spain for a specified period (6 years I think but would have to double check), and only pay tax on their Spanish Income (ie not worldwide income or assets). However this system is not intended for a foreigner to maintain the benefit of this Ruling forever and I am unsure if this can be reused several times. There may also be other Planning Techniques which are available in Spain which can be considered, and I have several ideas in this respect, which we could get Spanish Tax advice upon. The key here is to make sure that we have robust advice with clarity and security !

[06.07.19, 18:43:57] Len: You also asked about Switzerland. I am not trying to sell it, but from a Tax Perspective it is great as you can effectively make written agreements with the tax authorities to give the wealthy foreigner clarity. Which of course is the reason why so many wealthy foreigners live here !

I think the main thing to consider is that there are certain rules to be followed and definite pitfalls to be avoided. Once you understand these aspects, I think you can live (or at part live) wherever you want.

It makes me sad sometimes when I see people living miserably in Monaco or Geneva or Dubai because the allowed the Tax Tail to Wag the Dog ! Life is a little short for that !

[06.07.19, 18:45:19] Len: In relation to the Trust question YES the Trusts are now irrevocable

**Defense Exhibit 25-2**

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[06.07.19, 18:56:25] Len: In relation to the Protector issue, this a very important question. The current wording of the Trust Deed is that the Protector has the Power to appoint the new Protector without getting any written consent from the Settlor or Beneficiaries. If there is a vacancy in the Position of Protector then the Trustees can appoint whoever they wish again without written consent of Settlor Or Beneficiaries. In practice however, in these cases, and it does happen, we as Licenced and Regulated Trustees would discuss with Beneficiaries to find a suitably qualified Protector with the default position being a Managing Partner of a major law firm with relevant expertise in Trust Law. Any Protector should be completely independent of the Trustees regardless of who they are !

[06.07.19, 19:03:23] Len: In relation to Graham and his role as Protector I can only say that, in my view, he brings professionalism, dedication and integrity to the role. For us as Trustees, working with professionals such as Graham almost always results in the best practice for the benefit of the Beneficiaries. However, the important thing clearly is that the Beneficiaries feel that the Protector and Trustees are ultimately working well in the interests of the Beneficiaries, as this is what counts !

[06.07.19, 19:06:39] Len: I'm sorry to be long winded but the best would be to meet up and go through all of your questions and deal with each issue thoroughly.

Maybe meet when you are next in Ibiza ? It would be great if Graham was there also !

Len

[21.07.19, 11:19:41] Delphone LeDain: Dear Len, thank you for your message and apology for my delay! I got so caught up in the girls Dance World Cup in Portugal ( they won gold and a few medals but most importantly had the time of their life and met the best dancers from South Aftica, Guam etc ...!)

[21.07.19, 11:20:18] Delphone LeDain: Then intense family weeks in Ibiza with his grand children and now my French side in Ile de Ré!!

[21.07.19, 11:21:48] Delphone LeDain: I agree on the balance of tax arrangements versus life. Of course miserable to feel like a tax exile and live in a place one does not like only to save money. ( but waste more precious time!)

[21.07.19, 11:32:20] Delphone LeDain: Just so you know we have been in Ibiza on the Beckam rule already since 2015 I think. That is why i was wondering what was next for us in case we wanted to live longer in Spain.

[21.07.19, 11:33:16] Delphone LeDain: As you may know I am " moving" back to London with the 2 youngest children end of August or so which should impact tax situation I assume

[21.07.19, 11:34:15] Delphone LeDain: Thanks for the info on the choice of new protector. Totally agree with you on Graham and very grateful to have him look after us. Just v worried about the future one

[21.07.19, 11:34:41] Delphone LeDain: As i told you over the phone i have suspicions and doubt about that person

[21.07.19, 11:35:54] Delphone LeDain: All the more since apparently I as a beneficiary I have zero power or influence on the succession ! It is scary

[21.07.19, 11:36:46] Delphone LeDain: Anyway we should all meet in London I guess it is easier after the summer for all of us

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-3**
0669 - 250

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[21.07.19, 11:37:23] Delphone LeDain: I have a few more questions , maybe next week? Are you in Geneva?

[21.07.19, 12:22:10] Len: Hi ! Congrats ☐ on the Gold Medal but more importantly Congrats on being the parent who brings their kids to things that enrich their characters ! Well done ! In a few short years there will be less dancing, but this is the « no regrets » period of parenting !


Yes, I am in Geneva next week, so let me know what suits !


Len

[16.01.20, 11:46:35] Delphone LeDain: Hi Len, how are you?

[16.01.20, 11:48:13] Delphone LeDain: I would like to have a meeting with you soon, you often mentioned it was important to meet in the last few years.  When are you coming to London?

[16.01.20, 11:49:11] Delphone LeDain: Now that I am based in London this will be much easier to meet.

[16.01.20, 11:50:21] Delphone LeDain: I am also very happy to fly to Geneva ( and go ski nearby for a day or 2!!). So please let me know asap so I can plan. Thank you

[16.01.20, 16:06:01] Len: Hi Delphine

Great news ! I will be in London on 5th Feb if that suits ?

Am at airport at the moment but if you want to meet sooner let me know and maybe I can ring you tomorrow to firm up on dates and venue ? Len

[16.01.20, 16:08:09] Delphone LeDain: Hi Len, thank you! Do not want to bother you now while you are travelling!

[16.01.20, 16:08:17] Delphone LeDain: Speak to you tomorrow maybe

[16.01.20, 16:51:33] Len: Ok

Let me know what time works for you !

Len

[17.01.20, 14:29:52] Delphone LeDain: Len hi I would rather see you in Switzerland actually

[17.01.20, 14:30:01] Delphone LeDain: Much quieter

[17.01.20, 14:30:41] Delphone LeDain: I am going skiing anyway that week, would you have time for me January 27 th in the afternoon or evening?

[17.01.20, 14:30:49] Delphone LeDain: I would be landing my midday?

[17.01.20, 15:39:52] Len: Sounds good.

Do you have time for a coffee or lunch ? Let me know what suits you and I will fit into whatever works for you !

Len

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-4**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[17.01.20, 17:15:07] Delphone LeDain: I have the whole afternoon!! For a proper meeting!

[17.01.20, 19:51:19] Len: Great. Are you staying in Geneva or onward transferring to the slopes ?

[17.01.20, 19:59:19] Delphone LeDain: I will spend one evening there probably and then to Zurich for Austria!

[17.01.20, 20:29:24] Delphone LeDain: By train maybe

[17.01.20, 20:29:37] Delphone LeDain: If fast

[18.01.20, 14:38:09] Len: Train is about 3 hours

Would it help you if I met you in Zürich or is there any flights from Geneva ?

[18.01.20, 15:25:13] Delphone LeDain: No do not worry! Geneva is fine!

[18.01.20, 15:25:23] Delphone LeDain: At your office

[18.01.20, 15:25:35] Delphone LeDain: Thank you for offering

[21.01.20, 11:56:46] Delphone LeDain: Hi Len, I should be in Geneva by 1.30 or 2 pm on Monday. What is your office address? Thank you!

[22.01.20, 18:16:18] Delphone LeDain: Len sorry can you give me the address of your office please?

[22.01.20, 18:16:43] Delphone LeDain: Is 2 pm or 3 pm ok for you?

[22.01.20, 18:16:56] Delphone LeDain: I need to organise my trip!

[22.01.20, 20:10:26] Len: Hi Delphine,

Am currently in pretty Madrid so apologies for delay

Timing is perfect

Our office address is

Salamander Suisse

Rue Jean-Gabriel Eynard 8

1205 Geneva

Which is very central !

Len

Switzerland

[22.01.20, 21:32:49] Delphone LeDain: Great!

[22.01.20, 21:32:57] Delphone LeDain: Enjoy Madrid!!

[26.01.20, 18:17:09] Delphone LeDain: Good evening Len, one of my daughters is ill and her fever got really high today so I have to postpone my trip! I am sorry for the short notice!

[26.01.20, 18:18:32] Delphone LeDain: For sure I cannot fly anywhere tomorrow, I want to be with her and see how she is doing!

[26.01.20, 18:18:45] Delphone LeDain: Another time soon! Thank you!

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-5**

0670 - 2

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[26.01.20, 20:26:39] Len: No problem, hope everything is ok. Let me know when your schedule allows and we can organize another time

Take care

Len

[29.01.20, 12:58:19] Delphone LeDain: Hi Len, my daughter is back to school now, I could fly Friday morning, would you be available Friday afternoon? Thank you

[29.01.20, 13:00:10] Delphone LeDain: Or even tomorrow afternoon

[29.01.20, 15:03:07] Delphone LeDain: Please let me know what suits you!

[29.01.20, 15:13:17] Len: Hi Delphine

Unfortunately I am travelling tomorrow afternoon and not back until Monday. Could next week work ?

Len

[29.01.20, 15:21:39] Delphone LeDain: Yea Monday would work!!! Perfect

[29.01.20, 15:21:49] Delphone LeDain: Afternoon?

[29.01.20, 15:37:57] Delphone LeDain: Let me know then i book my flight!

[29.01.20, 15:39:22] Delphone LeDain: Tuesday would work me too

[29.01.20, 16:06:59] Len: Brilliant ! Monday or Tuesday are both great. I will be back from Ireland after a weekend of family, horse racing (lots of French horses) and Rugby, so I will be in fine fettle !

Len

[29.01.20, 16:07:31] Len: Let me what day / time suits you best !

[29.01.20, 17:07:21] Delphone LeDain: Oh that sounds like a fabulous week end!!

[29.01.20, 17:07:58] Delphone LeDain: Tuesday is actually better for me! I could be around 2.30

Pm at your office?

[29.01.20, 17:09:47] Len: Perfect

[03.02.20, 13:04:18] Delphone LeDain: Hi Len,  I can be either around 1.30'pm at your office or 3 .15 pm... is one of these better for you? I would prefer 3.15 pm / 3.30'pm if that leaves us enough time? If you are pressed for time i will fly in earlier and be at your office around 1.30'pm

[03.02.20, 13:04:25] Delphone LeDain: Let me know

[03.02.20, 13:04:31] Delphone LeDain: Thank you

[03.02.20, 13:08:07] Delphone LeDain: Probably need 2 hours minimum I guess.

[03.02.20, 13:52:49] Len: 3.15 or 3.30 is perfect ✊🏻

[03.02.20, 13:54:26] Delphone LeDain: Ok thank you!

[04.02.20, 11:36:35] Delphone LeDain: Hi Len, nearly at the airport, no sick child today! ( only my dog)

[04.02.20, 11:37:20] Delphone LeDain: Please do not mention Doug I am coming to Geneva!

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-6**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[04.02.20, 11:37:30] Delphone LeDain: I will surprise him this evening!

[04.02.20, 15:31:13] Delphone LeDain: I am nearly there!

[04.02.20, 15:32:36] Len: No hurry

[04.02.20, 19:37:23] Delphone LeDain: Thank you very much for taking the time to explain etc!

[04.02.20, 19:37:40] Delphone LeDain: I am curious which schools do your children go?

[04.02.20, 20:12:59] Len: Local schools ! I didn't want the Expat type of schooling and wanted them to be involved in the local community

The system here is good but also tough !

[04.02.20, 20:19:23] Delphone LeDain: Oh good

[04.02.20, 20:19:31] Delphone LeDain: So they are also fluent in French

[04.02.20, 20:30:42] Len: Yes but for me, I am more confused about University, which I see as more than just an Education but rather a life  and development decision ! But honestly, we are struggling and confused on this !

[04.02.20, 20:38:27] Delphone LeDain: Same here

[04.02.20, 20:39:07] Delphone LeDain: I went into a total panic yesterday evening after that long school presentation about higher education and how to apply

[04.02.20, 20:39:46] Delphone LeDain: My oldest is feeling so down and stressed, it does not help to make that kind of decision...

[04.02.20, 20:46:58] Len: She should meet with my Mary

Hopefully they can learn to laugh at life ! It is too short to take so seriously !

[04.02.20, 21:40:13] Delphone LeDain: Ahha true!!

[04.02.20, 21:40:33] Delphone LeDain: But they are very intense at this age. No perspective!!

[05.02.20, 10:03:09] Delphone LeDain: Missed voice call

[05.02.20, 10:03:24] Delphone LeDain: Missed voice call

[05.02.20, 10:04:16] Delphone LeDain: Hi Len, I tried to call you! I have a few ( quick) questions! When is a good time to talk? Thank you! Delphine

[05.02.20, 19:28:38] Delphone LeDain: Len good evening! Thank you again for your time this morning! I have one question, who can chose the protector of the trust?

[05.02.20, 19:29:31] Delphone LeDain: If something happens to Graham.... just thinking, hopefully he will have many healthy years ahead but if he becomes sick or too old?

[05.02.20, 22:13:11] Len: Let me check the precise wording and procedure

I will revert under separate cover

[05.02.20, 22:19:48] Delphone LeDain: Thank you!

[05.02.20, 22:19:57] Delphone LeDain: "Separate cover" ?

**Defense Exhibit 25-7**

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[05.02.20, 22:21:19] Delphone LeDain: No rush! I do not expect you to answer me in the evening!

[06.02.20, 11:24:10] Delphone LeDain: Also Douglas told me he is going to be part of the trust; I am not sure I understand how it is possible since he is a US citizen? I told him this but he said that was not a problem! Quite confusing!

[06.02.20, 12:20:09] Delphone LeDain: Also could you recommend a top lawyer in London for a third opinion, who knows about trust laws etc? I mean apart from Kassim from Mishcon de R?

[06.02.20, 12:21:21] Delphone LeDain: What kind of trust do we have ? Like « irrevocable » blah blah ..

[06.02.20, 12:21:27] Delphone LeDain: Thank you!

[06.02.20, 20:12:54] Delphone LeDain: Hi Len, I have just had a long meeting with Kassim, very informative!

[06.02.20, 20:13:12] Delphone LeDain: Thank you for your advice!

[06.02.20, 20:50:53] Len: I am happy ! Kassim is very good and When Mishcons are representing Beneficiaries, you tend to find that things get done properly !

Did call him or meet him ?

I hope he answered all of the questions you had.

Len

[06.02.20, 22:11:05] Delphone LeDain: I met him and his colleague! He took the time to go through solutions, options etc! Brilliant!

[07.02.20, 13:05:51] Delphone LeDain: Hi Len, could you send me the original letter of wishes I think darting 2012 ? Doug and I need to refresh that! Thank you!

[07.02.20, 13:06:38] Delphone LeDain: Also the financial statements of 2018 since 2019 is not ready yet? Thank you!

[07.02.20, 13:07:04] Delphone LeDain: I would guess by DHL or equivalent?

[09.02.20, 16:31:17] Delphone LeDain: My email address is delphine@ledain.ch

[09.02.20, 16:37:00] Delphone LeDain: And best postal address: 59 a Cadogan street

SW32 QJ London

[09.02.20, 16:37:07] Delphone LeDain: Thank you!

[09.02.20, 16:48:43] Delphone LeDain: Can you also inform me on current developments regarding the issue of UBO and Erkin's tyrannical demands etc...

[09.02.20, 16:49:11] Delphone LeDain: Kassim explained to me the usual communication procedure! Thank you very much!

[09.02.20, 16:49:50] Delphone LeDain: Of course on week day, again I do not expect anybody to answer me on a Sunday. Have a nice week end

[09.02.20, 16:49:58] Delphone LeDain: We are under a storm here!

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-8**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[10.02.20, 11:42:35] Delphone LeDain: Hi Len, following my meeting with Kassim, his colleague Victoria who was taking notes said she will email you the " compte rendu" of the meeting. Can you email it to me as well please? I did take a few notes but can barely decode myself. Thank you!

[12.02.20, 19:02:06] Delphone LeDain: Good evening Len!

[12.02.20, 19:02:17] Delphone LeDain: Sorry but did you read my messages above?

[12.02.20, 19:09:08] Len: Hi Delphine

Yes I received your message and apologies for my rudeness in not responding.

I am travelling but will respond first thing in the morning.

Len

[12.02.20, 19:46:28] Delphone LeDain: Oh no Len, not at all! I was just wondering! I understand!

[13.02.20, 12:27:59] Len: Can you confirm receipt of the test email which I sent to you ?

[13.02.20, 12:54:35] Delphone LeDain: Yes I did

[20.02.20, 08:45:19] Delphone LeDain: Dear Len, thank you for flying back and forth the same day to London for our meeting on Friday.

[20.02.20, 08:46:07] Delphone LeDain: I thought it was productive

[20.02.20, 08:48:49] Delphone LeDain: Now we are waiting for the US lawyer Diane to give her ultimate risk analysis on the option of Doug featuring as an UBO, right?

[20.02.20, 08:50:11] Delphone LeDain: Have you heard more from Kassim s side, his memorandum /offer to Erkin' s lawyers?

[20.02.20, 08:51:11] Delphone LeDain: Thank you for keeping me informed…

[20.02.20, 08:51:46] Delphone LeDain: Meanwhile I am enjoying the slopes in Val dIsere with my daughters!

[20.02.20, 09:50:08] Len: Hi Delphine

Graham has prepared a memo which is in draft form, setting out the problems with Doug as UBO and a focus on a Partnership with role for Doug. Chris is also having conversations with Gilles, who is Erkins lawyer. Next phase is for Kassim to meet with Gilles with the objective of allowing Erkin to see a sensible path forward.

It is frustrating that we have to waste time doing the back and forth on this as there is much other things to do.

But I was very happy with our meeting. If we simply stay united together and focus on what is important then all will work out. I also want Erkin to see this as a sensible way forward for him. Not only is he our partner but I don't want him to start this again in 6 months time !

I was also very happy with the participants at the meeting. Everybody contributed and everybody listened.

And yes, we are awaiting the US lawyers update but the initial draft is already available and regardless, the common sense approach should prevail !

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-9**

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

We will stay in regular touch

Enjoy a lovely family week of skiing, it is precious and priceless !

Len

[25.03.20, 11:54:32] Len: Hi Delphine

Hope all is well with you and the family !

Very strange times at the moment, but for some people it is horrific and tragic.

I still go to work everyday but Geneva certainly has a very surreal feeling about it.

At some stage, hopefully soon, normality will re-emerge and we will need to finalise the outstanding matters.

I think you know my view on what is the optimal way forward but clearly Erkin has a different view.

If Erkin is in Geneva and I am here also, I would be delighted to meet with him as many times as possible to see if we can work something out. Nobody can travel at the moment which makes face to face meetings impossible and I am not a huge fan of emails etc when it comes to working things out.

So, if you have Erkins number and if you know he's in Geneva, please can you let me have it. I do not want to give up on getting a better solution to this.

Take care


Len

[25.03.20, 12:06:02] Delphone LeDain: Hi Len, thank you for your message! Yes absolutely eerie time at the moment!

[25.03.20, 12:07:46] Delphone LeDain: We are lucky and escaped 10 days ago to Ibiza where we hope that fresh air, sunshine ( hopefully, so far not much of it!) and good low density / open space ratio will protect us a little better from the covid 19. Heavy quarantine here in Spain with police checks etc

[25.03.20, 12:10:07] Delphone LeDain: I just checked and i have a number of Erkin s number, not sure they are still current. Let me try them! In general I am not in touch with him, only the last 2 summers we had dinner at his holiday rental in Ibiza. I have his wife s current number though and i will simply ask her. I do not know where they are. I assume in Geneva or nearby?

[25.03.20, 12:10:45] Delphone LeDain: Funnily i was going to ask you for an update ok the situation. I guess it is not improving?

[25.03.20, 12:11:25] Delphone LeDain: I also would not be resign and give in to his unreasonable demands. Why should we

[25.03.20, 12:11:43] Delphone LeDain: He must be also shooting himself in the foot, right?

[25.03.20, 12:12:05] Delphone LeDain: Resigned i meant

[25.03.20, 14:25:39] Len: I have been speaking with Graham and know that Remco is doing some work, but i want to contact Erkin to simply keep channels open. I obviously want to convince Erkin to see it from our viewpoint, but the only way that is possible is if I can fully understand his viewpoint and

**Defense Exhibit 25-10**

This information is furnished under the provisions of an intentional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

concerns. We need to align with Erkin, but it does not feel that he thinks the same way, as we may end up doing all of the aligning !!!!

[25.03.20, 16:24:35] Delphone LeDain: Yes that is not fair and equal

[25.03.20, 16:25:18] Delphone LeDain: Why cannot he make concessions as well? Why cannot we flex our muscles too and be agressive? Why does he think he has the upperhand?

[25.03.20, 16:25:49] Delphone LeDain: Anyway thank you , I am very grateful that you are protecting us

[25.03.20, 17:39:39] Len: I think that Erkin is trying to effectively bully his way into getting what he thinks he wants. Ultimately, Douglas knows Erkin much longer than I, and Erkin would prefer not to deal with me. Have you spoken with Douglas about this, as he is working with Remco to hopefully find a way forward ? If things are going well then I do not want to interfere !

[25.03.20, 17:57:06] Delphone LeDain: I will ask Douglas

[25.03.20, 17:57:27] Delphone LeDain: He does not like to talk about it with me

[25.03.20, 17:57:32] Delphone LeDain: Or anybody!!

[25.03.20, 17:57:45] Delphone LeDain: But i do not understand why we let him bully us

[25.03.20, 17:58:07] Delphone LeDain: We should also show some teeth then and retaliate somehow?

[03.04.20, 15:22:47] Delphone LeDain: Hi Len, how are you? And your family? On a lockdown too?

[03.04.20, 15:22:54] Delphone LeDain: How are things developing?

[03.04.20, 15:23:27] Delphone LeDain: Please can you keep me informed on the evution

[03.04.20, 15:24:18] Delphone LeDain: I can see Doug is stressed but he wants "to protect me" and does not tell me anything specific!

[03.04.20, 15:24:29] Delphone LeDain: I am really fearing the worst

[03.04.20, 15:24:40] Delphone LeDain: Sadly i do not have Erkin s number

[03.04.20, 16:16:25] Len: Erkin has engaged a US law firm to demand what he wants, which is having Doug as his Partner.

Doug has engaged a US lawyer to discuss with Erkins US lawyer.

It is very frustrating

I have made it clear that I do not believe that Doug should fall into the trap of allowing Erkin to drag him into this

Erkin should simply address his Partner (effectively the Trust) to try and find a sensible way forward.

Eventually, Erkin will réalisé this but it would be a lot quicker and cheaper if Erkin was rejected by Doug and not be bullied by Erkin.

I and our lawyers have made it clear that we will not be making any decisions unless we are convinced that it is in the interests of our Beneficiaries, of which Douglas is not one.

Please don't think that I do not care about Douglas. It is the opposite. Unfortunately I think we need to hold firm on this which is in everyone's interest but is incredibly frustrating

**Defense Exhibit 25-11**

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

But maybe it is necessary to go through this before we come out the other side but I can't tell you how much I consider having lawyers being hired by both sides to be a real shame

I would very much like the opportunity to spend as much time as possible with Erkin with a view to agreeing a sensible way forward. But I think that Erkin will not engagé as long as believes that he can deal with Doug.

Try and help Doug not to stress. We are stronger than he thinks and we shall deal with Erkin. It will be messy and Erkin will be very upset and he will try to pull Doug into the quagmire. But if Doug resists the temptation to get involved then I will make sure that Erkin will engage and I will also make sure that Erkin will have a sensible Modus Operandi going forward which respects BOTH parties.

We don't need lawyers, but we need to build Trust and Respect.

The solution here is very simple

Ring me any time and I will keep you posted.

Please look after Doug who is trying to protect you. But I don't believe that him engaging with lawyers will be where the solution will come from even though this is what Erkin is doing, and frankly Erkins behaviour is disgraceful !

Len

[06.04.20, 13:13:54] Delphone LeDain: <attached: 00000180-PHOTO-2020-04-06-13-13-54.jpg>

[06.04.20, 13:14:34] Delphone LeDain: Dear Len, thank you for your message...

[06.04.20, 13:14:42] Delphone LeDain: I am rather worried

[06.04.20, 13:14:54] Delphone LeDain: Douglas wants me to sign this

[06.04.20, 13:15:05] Delphone LeDain: I am not sure it is in my interest

[06.04.20, 13:15:20] Delphone LeDain: What does this mean for me and the girls?

[06.04.20, 13:16:47] Delphone LeDain: Could this be a way of me and the girls giving up my shares and benefits? He is not explaining it to me! Just saying it is just an admin thing....

[06.04.20, 14:42:51] Len: I thought that Mina Gibraltar is gone some time ago.

In any case, I personally would never sign anything unless I knew clearly what I was signing. If I was in doubt I would seek specific guidance.

Often when Professional Service Providers provide services to Companies which are owned by Clients, they ask the Client to give them an Indemnity such as this. We are often asked this to have a Beneficial Owner sign a document. When the Trust own a company, we always tell the Beneficiary not to sign any Indemnities to anyone. This is because a Trust Asset is separate and ring fenced from the Beneficiary. It is important to maintain this distinction.

**Defense Exhibit 25-12**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

I personally believe that no legal agreements or representations should be signed until we have a complete and clear way forward.

We have Mishcons appointed to make sure that we have the benefit of treading carefully. Both Kassim and his Colleague, Victoria Piggot are very experienced

Len

[06.04.20, 14:43:44] Len: I assume that you have Kassim's contact details ? Will I send them to you ?

[06.04.20, 20:17:27] Delphone LeDain: Thank you Len

[06.04.20, 20:17:51] Delphone LeDain: I think i have Kassim but not Victoria P can you send them to me please?

[06.04.20, 20:18:00] Delphone LeDain: I will ask for their advice

[07.04.20, 13:07:22] Len: Victoria Pigott is a Partner in Dispute Resolution 0044 2033217470) with email Victoria.pigott@mishcon.com


It might be best to contact Kassim first as he is also the joint Protector with Graham


Len

[07.04.20, 15:23:48] Delphone LeDain: Thank you very much

[13.04.20, 13:43:14] Delphone LeDain: Dear Len, is there a way i can speak to you very soon?

[13.04.20, 13:44:24] Delphone LeDain: As you know, there is a deadline to avoid litigation in a US court and I also have a gun pulled over my head and need to sign papers where i give up basically all my shares and ownership of the Mina group

[13.04.20, 13:45:19] Delphone LeDain: I am not given a choice or I am told not signing would create much bigger problems for Douglas etc and for the company, all a loose loose situation

[13.04.20, 13:45:53] Delphone LeDain: Basically Doug is being kind of bullied / blackmailed by this asshole Erkin - excuse my english

[13.04.20, 13:46:07] Delphone LeDain: I d like to punch him in the face, Erkin

[13.04.20, 13:47:05] Delphone LeDain: But I am being pressured to sign this letter to you and told by Graham and Doug this is a lesser evil. Kind of signing my life away but do I have an alternative?

[13.04.20, 13:48:32] Delphone LeDain: Is there a way another legal

Agreement could be drafted too that gives me and the girls some shares and control back from the new structure? So I do not totally loose out?

[13.04.20, 13:58:21] Delphone LeDain: Like in parallel?

[13.04.20, 13:58:27] Delphone LeDain: In addition?

[13.04.20, 13:59:06] Delphone LeDain: I have no choice I have to sign this or the consequences could be dramatic for Douglas and the whole business anyway, so I am told

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-13**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[13.04.20, 13:59:21] Delphone LeDain: But i do feel even more vulnerable and naked than before

[13.04.20, 13:59:26] Delphone LeDain: !!

[13.04.20, 13:59:34] Delphone LeDain: Certainly poorer

[13.04.20, 13:59:39] Delphone LeDain: Suddenly

[13.04.20, 14:02:26] Delphone LeDain: <attached: 00000208-PHOTO-2020-04-13-14-02-26.jpg>

[13.04.20, 14:02:27] Delphone LeDain: <attached: 00000209-PHOTO-2020-04-13-14-02-27.jpg>

[13.04.20, 14:03:59] Delphone LeDain: <attached: 00000210-PHOTO-2020-04-13-14-03-59.jpg>

[13.04.20, 14:59:07] Len: Can I call you at 15.30 ?

[13.04.20, 15:19:01] Delphone LeDain: Yes

[13.04.20, 15:44:19] Delphone LeDain: Len?

[13.04.20, 15:44:28] Delphone LeDain: Let me know when you are reaady!

[13.04.20, 15:44:33] Delphone LeDain: Ready

[13.04.20, 15:47:59] Len: Is now ok ?

[13.04.20, 15:52:56] Delphone LeDain: Yes

[14.04.20, 09:57:02] Len: Hi Delphine

Have you executed the letter and if so are you going to send a copy of same to me ?

Thanks

Len

[14.04.20, 13:41:48] Delphone LeDain: Len, hi Douglas did not send the letter meant for you

[14.04.20, 13:42:01] Delphone LeDain: Apparently it needed some

Changes

[14.04.20, 13:42:23] Delphone LeDain: But of course I will send the new version to you once i have it

[14.04.20, 13:42:36] Delphone LeDain: Then i will call you

[14.04.20, 13:43:37] Delphone LeDain: I really would like Kassim to be involved in drafting as well in the transfert of share agreement

[14.04.20, 14:08:43] Delphone LeDain: Doug said he would.

[14.04.20, 16:09:39] Len: Thanks

[21.04.20, 16:26:14] Len: Hi Delphine

Kassim is working on the docs to effect what was discussed. It is quite complicated to get it completed. If you have a chance can we have an update call ? Also, I have not yet received the signed Letter from you. Have you signed it yet or has something changed ?

Very strange times indeed on all fronts !

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-14**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

Len

[21.04.20, 16:27:35] Delphone LeDain: Hi Len, I cannot speak now, stuck between google classroom etc

[21.04.20, 16:27:54] Delphone LeDain: Around 6 .15 pm or 6.30pm?

[21.04.20, 16:28:18] Len: Perfect

[21.04.20, 16:28:28] Delphone LeDain: Also Doug said that the initial letter had been modified and I did not need to sign anything else

[21.04.20, 16:28:41] Delphone LeDain: I just asked him again, that is weird

[21.04.20, 16:29:02] Delphone LeDain: I will send you again what I signed on Monday April 13th

[21.04.20, 16:29:24] Delphone LeDain: He said it was complicated but about to be sorted

[21.04.20, 18:19:48] Len: Ok to speak now ?

[21.04.20, 18:27:49] Delphone LeDain: Do you have 10 mn? Nearly done with their homework

[21.04.20, 18:34:53] Len: Sure

[22.04.20, 10:27:34] Delphone LeDain: <attached: 00000237-PHOTO-2020-04-22-10-27-34.jpg>

[22.04.20, 10:41:19] Len: <attached: 00000238-PHOTO-2020-04-22-10-41-18.jpg>

[22.04.20, 10:51:38] Delphone LeDain: Hi Len, so this is the paper i signed April 13 th

[22.04.20, 10:51:38] Delphone LeDain: No other amended version

[22.04.20, 10:51:39] Delphone LeDain: You sent it back to me, they are similar, right?

[22.04.20, 10:58:18] Len: Yes thanks !

[22.04.20, 11:00:29] Len: <attached: 00000243-PHOTO-2020-04-22-11-00-29.jpg>

[22.04.20, 11:04:49] Len: <attached: 00000244-VIDEO-2020-04-22-11-04-48.mp4>

[22.04.20, 11:07:43] Delphone LeDain: Ahha thanks i know that one with the mother speaking in hebrew! I saw it middle of March she is absolutely hilarious and so true " the kids will find out how dumb we are" is my favourite line of her!!!! That is how i feel

[22.04.20, 11:07:56] Delphone LeDain: In physics anyway or chemistry!! Or IT

[22.04.20, 11:08:28] Delphone LeDain: Will watch the movie! Running out of decent movies to watch!!

[22.04.20, 11:08:31] Delphone LeDain: Thanks

[22.04.20, 11:09:36] Len: It's on Netflix but you must watch as a family !

[22.04.20, 11:20:18] Delphone LeDain: 👍👍👍

[22.04.20, 11:20:22] Delphone LeDain: It is a plan

[04.05.20, 13:22:10] Delphone LeDain: Hi Len, I hope you and your family are keeping well and healthy

[04.05.20, 13:24:01] Delphone LeDain: Len, in the light of recent developements, re April 13 mostly when i gracefully gave away all my shares of Mina Red star to Douglas new companies, I need to know what is actually let for me and the girls in the various trusts of which I am still the UBO

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-15**

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[04.05.20, 13:24:20] Delphone LeDain: Meaning financial accounts, even 2018

[04.05.20, 13:25:08] Delphone LeDain: Is there any cash left? Are they deficits? I need to know and be able to sleep at night. Thank you

[04.05.20, 13:26:11] Delphone LeDain: Kassim says you are the one as my trustee  who should give me the information.

[04.05.20, 13:26:33] Delphone LeDain: I cannot stay in the dark like this anymore when all this chaos is around me

[04.05.20, 13:26:41] Delphone LeDain: This is not right

[04.05.20, 13:27:16] Delphone LeDain: So what is left in terms of asset, liabilities, cash etc in all the various trusts?

[04.05.20, 13:27:44] Delphone LeDain: You can email me this info at delphine@ledain.ch

[04.05.20, 20:21:08] Len: Hi Delphine

We continue to be preoccupied with dealing with Erkin and his team. They continue to threaten litigation and continue to be aggressive.

Tomorrow, I shall start sending you some emails, so that you can understand assets / liabilities, cash etc

At the moment we are under strain from a liquidity perspective as we are unable to access funds held in Mina until the situation with Erkin is resolved.

Please also understand that we are not "giving" Douglas anything ! He is NOT a beneficiary. At present the plan is to have a Sale to Douglas (or an entity) on terms such that the Trust retains economic interest. We are getting there but it is incredibly frustrating with Erkin and his team being extremely agressive

We can also speak tomorrow ?

There is absolutely no intention of keeping you in the dark !

Len

[05.05.20, 09:16:30] Delphone LeDain: Hi Len, thank you for your message! I am very worried because I can see Douglas still so stressed out although apparently we did and I did everything we could to please that son of a bitch

[05.05.20, 09:17:18] Delphone LeDain: And that is what I am worried: it is endless and he is going to continue threaten Douglas and me de facto!

[05.05.20, 09:17:53] Delphone LeDain: It seems that Erkin is never going to stop!

[05.05.20, 09:18:55] Delphone LeDain: Yes I would like you to send me that email!

[05.05.20, 09:19:19] Delphone LeDain: Perhaps we can speak tomorrow Wednesday?

[05.05.20, 09:19:27] Delphone LeDain: Thank you, Len

[05.05.20, 09:20:01] Delphone LeDain: This is all very frustrating. I mean what else does he want?? Doug has been complying

**Defense Exhibit 25-16**
0670 - 13

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[05.05.20, 11:20:56] Len: My own view is that if you reward Erkin's behavior (threats / blackmail), with constant compliance and appeasement, the more likely he is to continue this approach. But who knows

[05.05.20, 11:23:38] Delphone LeDain: I know it seems that way

[05.05.20, 11:23:55] Delphone LeDain: But Doug seems incline to keep giving in and negotiating

[05.05.20, 11:24:09] Delphone LeDain: I d say like terrorists you do not negotiate with them!

[05.05.20, 11:24:15] Delphone LeDain: Anyway I am furious

[05.05.20, 14:02:52] Len: I have received your e mail today asking the Trustee / Protector to confirm the irrevocability to Erkins side. MdR are advising that it should not be executed with you signing an Indemnity Deed. This is because we should be waiting for a day or so for us to complete the docs. What is your view ?

[05.05.20, 14:05:36] Len: I have received your e mail today asking the Trustee / Protector to confirm the irrevocability to Erkins side. MdR are advising that it should not be executed UNLESS you sign an Indemnity Deed. This is because we should be waiting for a day or so for us to complete the docs. What is your view ? As usual the threat is that if this is not confirmed immediately then Litigation will follow from Erkin against Douglas

[05.05.20, 14:22:19] Delphone LeDain: Len i hate all that

[05.05.20, 14:23:34] Delphone LeDain: As you know I have no idea of what I am signing and Douglas gives it to me last minute and asks me to sign on the spot without a question... and being furious at me like « do not you trust me!!!! «

[05.05.20, 14:24:05] Delphone LeDain: Is irrevocability good for me and and the girls?

[05.05.20, 14:24:21] Delphone LeDain: Or does it mean I am signing my life away?

[05.05.20, 14:24:32] Delphone LeDain: I am really torn

[05.05.20, 14:24:58] Delphone LeDain: Living with a bully during covid and yet wanting to protect him and my family

[05.05.20, 14:25:26] Delphone LeDain: Of course Doug says « do not worry it is better for us »

[05.05.20, 14:26:13] Delphone LeDain: I have no idea as you can imagine since i only get a glimpse of info very occasionaley when i have to sign something on the spot

[05.05.20, 14:26:36] Delphone LeDain: I do not understand what it implies in terms of consequences

[05.05.20, 14:27:02] Delphone LeDain: I do not like the sound of irrevocability , sounds pretty final ...

[05.05.20, 14:27:16] Delphone LeDain: But is it better taxwise as Douglas mentions???

[05.05.20, 14:28:20] Delphone LeDain: Also why cannot Erkins team wait a few hours or a few days? Where is the big rush! I could kill them

[05.05.20, 14:37:14] Delphone LeDain: What does revocable mean in that context?

[05.05.20, 14:37:53] Delphone LeDain: Does it involve all the trusts or just the one with Mina Redstar? Is it Galactea?

**Defense Exhibit 25-17**
0670 - 14

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[05.05.20, 14:38:34] Delphone LeDain: My husband says he can go to jail!!  I mean really????

[05.05.20, 14:38:56] Delphone LeDain: So i have to sign everything blindly!!

[05.05.20, 14:58:07] Len: No that is not true

Never sign anything unless you know the reason and understand it.

Erkin has just sent an email effectively saying "see you in court"

My view is that if Erkin is going to take Douglas to court for the sake of a few hours, then it was always his intention anyway.

The lawyers did not want the irrevocability signed as it was best to wait for the other docs to be signed first which would have been in the next few hours but would have to be put through the US lawyers

[05.05.20, 15:19:33] Delphone LeDain: Well if my signature is preventing Doug to go to court i am happy to sign it then

[05.05.20, 15:19:49] Delphone LeDain: I had enough drama in my life lately   I do not need more

[05.05.20, 15:42:21] Delphone LeDain: What is this indemnity thing?

[05.05.20, 15:42:37] Delphone LeDain: I do not want owe anything to that asshole Erkin

[05.05.20, 17:20:32] Delphone LeDain: Hi Len, so I emailed you the signed deed of indemnity...

[05.05.20, 17:32:08] Len: We have given Erkins team the confirmation. I have no idea whether it will make a difference but let's wait and see

[05.05.20, 20:27:18] Delphone LeDain: Ok!

[05.05.20, 20:27:31] Delphone LeDain: I am trying to remain optimistic

[05.05.20, 20:49:36] Len: My gut tells me that Erkin will need to Huff and Puff a little more. But at some stage he will calm down and my guess is that then a sensible way forward will present itself. We probably need to be the punch bag in order for some common sense to prevail.

Which is fine as long as the Trusts Economic Interests are protected as much as possible.

Keep optimistic !

[23.05.20, 17:16:17] Delphone LeDain: <attached: 00000302-PHOTO-2020-05-23-17-16-17.jpg>

[23.05.20, 17:16:18] Delphone LeDain: <attached: 00000303-PHOTO-2020-05-23-17-16-18.jpg>

[23.05.20, 17:16:49] Delphone LeDain: Dear Len, i hope you are well

[23.05.20, 17:17:10] Delphone LeDain: I received this email last night from the DC lawyers.

[23.05.20, 17:17:38] Delphone LeDain: I am sure you are familiar with the terms but i have a few questions...

[23.05.20, 17:18:32] Delphone LeDain: Do the terms seem fair to me? Or I am and the girls loosing most of the initial wealth?

[23.05.20, 17:19:24] Delphone LeDain: It seems that there are a lot more business transferred than i was told at the beginning. Yellowstone? Petra ?

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-18**
0670 - 15

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[23.05.20, 17:20:06] Delphone LeDain: What are the subsidiaries of Yellowstone? The value of all this?

[23.05.20, 17:20:11] Delphone LeDain: Idem for Petra?

[23.05.20, 17:22:39] Delphone LeDain: So Douglas pays 65 million or so - to be confirmed by Honk Kong auditors i understand within 5 years to whom? To me and the girls i guess? To the trust? Which one?

[23.05.20, 17:22:43] Delphone LeDain: All confusing

[23.05.20, 17:23:27] Delphone LeDain: I know it is Saturday... but if tomorrow you could have a look and call me?

[23.05.20, 17:23:43] Delphone LeDain: As usual i am under pressure just to sign immediately...

[23.05.20, 17:24:42] Delphone LeDain: I can ask the lawyers also some questions but i need your opinion as my trustee.

[23.05.20, 17:25:05] Delphone LeDain: I trust you will be discreet on our communication!

[23.05.20, 17:25:08] Delphone LeDain: Thank you

[24.05.20, 12:17:52] Len: <attached: 00000318-PHOTO-2020-05-24-12-17-51.jpg>

[24.05.20, 12:45:13] Delphone LeDain: Yes in 5 mn?

[24.05.20, 12:49:06] Len: Ok

[24.05.20, 13:00:24] Delphone LeDain: Missed voice call

[25.05.20, 11:45:03] Delphone LeDain: <attached: 00000322-PHOTO-2020-05-25-11-45-03.jpg>

[25.05.20, 11:46:00] Delphone LeDain: Hi Len, thank you for taking the time on a sunday to speak to me

[25.05.20, 11:47:21] Delphone LeDain: Above  I wrote you the DHL office address in Ibiza for the 2018 financial accounts / info.

[25.05.20, 11:48:21] Delphone LeDain: And the detailed 2019 info if available.

[25.05.20, 11:48:32] Delphone LeDain: Thank you!

[25.05.20, 11:49:02] Delphone LeDain: I will just need the tracking number.

[25.05.20, 11:50:04] Delphone LeDain: I am told not to bother or ask Graham!

[29.05.20, 18:35:14] Delphone LeDain: Hi Len, sorry did you have a chance to DHL me the documents?

[29.05.20, 18:35:16] Delphone LeDain: Thank you

[29.05.20, 19:15:45] Len: Hi Delphine

I sent an email to you today showing all of the investments and holdings, as well as the income and expenses up to 31 December 2019.

But I understood that Graham already sent it to you. I think it has most of the important information but I wanted to speak with you to get u greater detail and explanations as it is not fully clear

Did u receive it already ?

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-19**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[01.06.20, 11:09:20] Delphone LeDain: Hi Len, yes I received your email! I thought you would have more details as Graham had told me this was a summary or not quite finished.

[01.06.20, 11:10:05] Delphone LeDain: Also Likewise I d like to have a look at the 2018 report if you can email it to me please?

[01.06.20, 11:10:28] Delphone LeDain: I would love to speak with you later today? Around 4 or 5 pm?

[01.06.20, 11:10:33] Delphone LeDain: If that suits you?

[01.06.20, 16:35:08] Len: Can we talk tomorrow? It is a bank holiday here today and I am surrounded by kids !

[01.06.20, 16:36:41] Delphone LeDain: Oh of course!!!!!

[01.06.20, 16:36:49] Delphone LeDain: I forgot!! Sorry!!

[01.06.20, 16:36:52] Delphone LeDain: Enjoy!

[02.06.20, 12:24:27] Len: Let me know when good for a call ?

[02.06.20, 12:27:45] Delphone LeDain: 13 pm?

[02.06.20, 12:45:00] Delphone LeDain: Rather 2 pm?

[02.06.20, 13:14:17] Len: I shall call you at 2 pm

[02.06.20, 14:36:56] Delphone LeDain: Len so so sorry

[02.06.20, 14:43:23] Delphone LeDain: I was on another call that lasted much much longer

[02.06.20, 14:44:31] Delphone LeDain: Do you still have time sometimes this afternoon?

[02.06.20, 15:10:42] Delphone LeDain: Or tomorrow afternoon?

[02.06.20, 15:11:01] Delphone LeDain: I have to help kids now with school and late lunches...

[02.06.20, 16:07:08] Len: This evening ?

[02.06.20, 16:07:28] Len: Or tomorrow afternoon is perfect

[02.06.20, 16:18:06] Delphone LeDain: Tomorrow afternoon is perfect too for me!

[03.06.20, 17:57:15] Delphone LeDain: Len hi how are you?

[03.06.20, 17:58:17] Delphone LeDain: I am not feeling well at all today. Could we speak in the morning around 11.30'am? I am sorry! Kind regards, Delphine

[03.06.20, 18:05:13] Len: Perfectly

Get well soon

[03.06.20, 18:56:50] Delphone LeDain: Thank you

[04.06.20, 11:49:44] Delphone LeDain: Can u try again?

[09.06.20, 17:54:57] Delphone LeDain: Hi Len, I hope you are well

[09.06.20, 17:56:52] Delphone LeDain: I would like to see the trust income and expenditure for 2018 and the balance sheet as well for 2018 when you have a minute

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-20**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[09.06.20, 17:57:07] Delphone LeDain: Either the consolidated version or the long one

[09.06.20, 17:57:31] Delphone LeDain: Thank you!

[09.06.20, 17:57:59] Delphone LeDain: Just worried that nothing is making money apart from what is now gone!!

[10.06.20, 14:19:23] Len: Let me revert but the other assets are certainly not revenue producing

[10.06.20, 15:20:53] Delphone LeDain: I know

[10.06.20, 15:20:56] Delphone LeDain: ☹

[10.06.20, 15:21:14] Delphone LeDain: And half of them are not recoverable or to be written off

[10.06.20, 15:21:20] Delphone LeDain: A real disaster

[10.06.20, 15:21:58] Delphone LeDain: The only hopes are Mexico with a possible ROI in 5 years if all goes well!!!!!!

[10.06.20, 15:22:11] Delphone LeDain: And Isotropic if we get lucky

[10.06.20, 15:22:19] Delphone LeDain: I do not know how that happened

[10.06.20, 16:02:55] Delphone LeDain: Also are you sure  the deal where Praedium is supposed to purchase from Galactea trust at more or less 65 M usd if we r lucky and pay back slowly from the profits ( if any after tax now) within 5 years is a binding agreement?

[10.06.20, 16:03:07] Delphone LeDain: Or are they loopholes?

[10.06.20, 19:23:33] Len: It is a binding agreement with claw backs and protections in place. OUR lawyers are drafting the agreement for OUR protection. We are still awaiting execution as Remco said there was a tax complication which is really frustrating. If you want to speak with the Mishcon lawyer to take you through the protections, let me know and I will introduce you to Saul, who is excellent.

[12.06.20, 12:03:10] Delphone LeDain: Hi Len, yes I would like to speak to Saul!

[12.06.20, 12:03:50] Delphone LeDain: I have been terribly worried, loosing sleep over this. Thank you!

[12.06.20, 12:13:10] Delphone LeDain: Could you also send me the detailed accounts as opposed to the consolidated ones  ? Thank you

[12.06.20, 12:14:19] Delphone LeDain: I realise the house on Cottesmore and other asset have been mortgaged etc need to have clarity, thank you!

[17.06.20, 15:37:27] Delphone LeDain: Hi Len

[17.06.20, 15:38:19] Delphone LeDain: I have no news from Graham, ré detailed accounts as opposed to consolidated but I will ask in a few weeks or days again, no worries

[17.06.20, 15:40:22] Delphone LeDain: On the other hand, I would appreciate if you could email me for instance how the « irrevocable discretionary trust » works from my perspective as the beneficiary: my rights, my duties ( if any?), my powers if any, veto, consent, access to information and access to cash etc, all the basic stuff in my case

[17.06.20, 15:40:48] Delphone LeDain: I can look at the mile long list of «  deed » and it is Chinese to me!

This information is furnished under the provisions of an intentional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-21**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[17.06.20, 15:41:18] Delphone LeDain: That would be very helpful if you could put that users manual in writing for me!!

[17.06.20, 15:43:45] Delphone LeDain: Also who is making financial décisions about investments, about spending, ( I understood vaguely that Graham or somebody like Tom or Bonnefoy or ?? Simon Fawcett?) or Doug of course might ask for more money to invest here and there or more money just to spend and you have the right to say yes or no? And then each time Douglas via Graham must get notified, right?

[17.06.20, 15:43:59] Delphone LeDain: Anyway simple mecanisms that still escape me....

[17.06.20, 15:44:20] Delphone LeDain: Bullet points are fine with me, simplifications too!!

[17.06.20, 15:44:23] Delphone LeDain: Merci!!

[22.06.20, 10:41:55] Len: Hi Delphine

Sorry for the delay on this but I am extremely busy and want to revert properly to you.

I will send you an email very shortly

Len

[22.06.20, 10:55:43] Delphone LeDain: Ok thank you Len

[22.06.20, 12:12:22] Delphone LeDain: Also Len I am supposed to sign for all this new bank account from Brittania Bank in the Bahamas. Is this safe for me? Any offshore account in the Caribbean sounds a little dodgy lately in the banking world so I am quite stressed about it and a little reluctant to sign unless I have reinsurance in writing that this is perfectly legal and ok. I still have 3 kids to raise !!!!! And terribly worried . Thank you for helping me! Delphine

[22.06.20, 13:48:45] Delphone LeDain: And now I am asked to open an account at Fortu bank? Which is apparently owned y Firdav a guys who works for Jefferson something

[22.06.20, 17:09:32] Len: Hi Delphine,

Banking is always tricky but I would have thought that it is much easier in your own name.

I'm agraid I have never heard of Fortu Bank or Britannia Bank. I would obviously prefer Crédit Suisse or a Barclays but it is complicated as they want clients to commit to having a Portfolio with them.

[22.06.20, 17:24:03] Delphone LeDain: Is this the only reason we do not have accounts with bigger, more known banks ( i do not want to say more respectable banks, I just have never heard of Brittania and Fortu, all recommended by Firdavs Shafiki feom Jefferson group)

[22.06.20, 17:46:34] Len: Also some banks don't like the underlying business and I guess the reputational risk

It has always been difficult but ultimately the banks also only do business if they can make money for themselves and often the Private Banks make their money by having Asset and Funds to manage

[22.06.20, 17:47:14] Delphone LeDain: Ah

[22.06.20, 17:47:40] Delphone LeDain: And why does not Graham or Douglas or whoever makes financial decision like to do that?

[22.06.20, 17:47:58] Delphone LeDain: That might solve a few problems

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-22**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[22.06.20, 17:48:20] Delphone LeDain: Probably better than shitty lost investments in the movie business...

[22.06.20, 17:50:11] Len: There are plenty of bad investments on Wall Street also but valid point re Movie investment !

[23.06.20, 11:03:06] Delphone LeDain: Hi Len, just to remind you of the recap about my powers, or lack of! , rights and workings of the trust, when you have a chance

[23.06.20, 11:47:42] Len: Hi Delphine,

The discretionary Beneficiaries actually have very few rights and powers. An examination of the Trust Deed tends to outline more of the responsibilities and powers of the Trustees and the rights of the Protectors.

Normally, the Trustees will interact with Protector and / or Beneficiaries to decide what is the best course of action at various points whether it be in relation to Investments or Distributions etc. The Trustee or indeed underlying Subsidiaries may also appoint Investment Managers or Advisors or Executive Managers to operate or run underlying investments.

It is not an exact science where one size fits all. As an example, Isoptropic has a totally different operating environment to Mina / Red Star or Sirius or  Film Fund or a London Propery or a Mexican Developement Land project.


Please see my next message

[23.06.20, 11:55:18] Len: I expect that the above is a little vague.

What I would recommend at this point is for You (as Settlor and Beneficiary), Graham and Kassim (as Protector) and us (as Trustees), to Marat and discuss the most important issues and concerns. We then agree how best to address those concerns and make sure that the concerns and interests of the Beneficiaries are clearly understood by all, and to the satisfaction of all.


I would suggest a meeting but given current circumstances we should start with a call, and then agree a plan of action


Does this make sense ?


Len

[23.06.20, 12:49:25] Delphone LeDain: Kind of....

[23.06.20, 12:49:35] Delphone LeDain: That is what I am worried about

[23.06.20, 12:50:01] Delphone LeDain: The girls ( when they are older)and myself basically have zero power or rights!

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-23**

0670 - 20

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[23.06.20, 12:52:03] Delphone LeDain: At the mercy of very bad investments like 30 M usd sunk in movie business, film / music/ stupid festivals/ tennis fantasies/ MTV Croatia and other weird money haemorrhaging businesses managed ( or badly managed) by so called friends

[23.06.20, 12:53:38] Delphone LeDain: So I understand that our financial future security is based on very shaky grounds and at best very uncertain

[23.06.20, 12:54:10] Delphone LeDain: At the mercy again of dodgy decision makers in weird countries

[23.06.20, 12:55:39] Delphone LeDain: With unpredictable  and long term ROI ( Mexican oil venture: 5 years minimum to get a dime back according to Graham) meanwhile the trust is running on no cash income until Praedium is set up if we are lucky...

[23.06.20, 12:57:54] Delphone LeDain: So apart from real estate that has not been mortgage ( can you let me know which one is mortgage free if any? I just found out Cottesmore has a 15 M usd loan attached to it, how much has been repaid from it?? What is the schedule of the instalments?

[23.06.20, 12:59:28] Delphone LeDain: So my thoughts are that apart from one house ( Ibiza) that i think has no mortgage on it and what is left of Cottesmore gardens there is very little financial security for the girls and me!

[23.06.20, 13:01:03] Delphone LeDain: This is all very worrying for me!

[23.06.20, 13:01:42] Delphone LeDain: I do need more security

[23.06.20, 13:02:07] Delphone LeDain: The level of gambling is way too high

[24.06.20, 10:40:50] Delphone LeDain: Hi Len, you mentioned that the discretionary beneficiaries have very few rights or powers, what are they anyway?

[24.06.20, 16:07:57] Len: Under the Trust Deed they are not set out. But this does not mean that Beneficiaries have no rights ! Quite the contrary!

The rights are under UK Law !

I am going to ask Kassim to get someone to give you a summary!

Len

[24.06.20, 17:56:42] Delphone LeDain: Thank you Len!

[26.06.20, 12:34:16] Delphone LeDain: <attached: 00000416-PHOTO-2020-06-26-12-34-16.jpg>

[26.06.20, 12:34:26] Delphone LeDain: Here is the distraction

[26.06.20, 13:08:38] Len: Very nutritious with scrambled eggs ?

[26.06.20, 13:46:08] Delphone LeDain: !

[26.06.20, 13:46:23] Delphone LeDain: And you will notice the poor mice...

[26.08.20, 15:24:05] Delphone LeDain: http://www.nibits.pt/property-detail/monte-estoril-cascais-estoril-large-house-vila-for-sale/287266

[26.08.20, 15:24:44] Delphone LeDain: Dear Len, I hope you enjoyed the summer despite all the covid restrictions and Erkin B bull...

This information is furnished under the provisions of an intentional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-24**

0670 - 21

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[26.08.20, 15:25:40] Delphone LeDain: We have been thinking for a while now to eventually live in Portugal when it is a good time for kids schoolwise etc

[26.08.20, 15:26:29] Delphone LeDain: We already have a summer house in Comporta, 90 mn outside Lisbon, where we usually go on a covid free summer

[26.08.20, 15:26:35] Delphone LeDain: Not this year!

[26.08.20, 15:28:00] Delphone LeDain: One of my very good friends moved to Lisbon a few years ago and found this stunning classic structure in Estoril, 15 mn max from the IB school I am aiming at Saint Julian, which I already visited last October.

[26.08.20, 15:29:43] Delphone LeDain: The price tag is not cheap but it is a jewel and the chic suburbs of Lisbon do command that kind of prices now, with all the French, UK , Brasilians and  their cousins literally moving to Lisbon in the last decade or so

[26.08.20, 15:31:15] Delphone LeDain: It just needs a swimming pool to be built and of course all the checks to be made on construction, permits, legal vices and if there is any future plan to have an ugly building built next to it that would reduce property value and obstruct the gorgeous view

[26.08.20, 15:32:41] Delphone LeDain: Anyway based on these elements and assuming the house checks passes the all clear, I am quite serious at acquiring this house or a similar kind of house in that area near Saint Julian sooner rather than later.

[26.08.20, 15:34:29] Delphone LeDain: How quickly could the trust release the funds after your approval I believe? How long would that process take etc? Thank you for informing me!

[27.08.20, 09:21:48] Len: Hi Delphine

If we had the funds, (which we do not !), then we would arrange straight away. We would need sign from Graham and Kassim as Protector for the Distribution but I expect that this would be a formality as acquiring a home for a Beneficiary is a very normal and appropriate transaction

The problem is we do not have liquidity (cash) but we have lots a expenses and obligations.

We were led to believe that Erkin was serious about buying for a decent price but for some strange reason he seems to have changed his mind.

Either way, the current situation cannot continue. I would like to discuss with you the options which we are considering as we cannot continue with no liquidity or cash flow, and several investment holdings which require capital. It simply does not work !

Please let me know when you have time for a call ?

Len

[27.08.20, 09:51:22] Delphone LeDain: Hi Len , aouch that is very worrying indeed! I did not know EB backed off for buying now, what a mess

[27.08.20, 09:52:23] Delphone LeDain: Tomorrow Friday late morning is good for me ?

[27.08.20, 09:52:53] Delphone LeDain: Are banks still withholding the money from this year s income?

[27.08.20, 09:53:21] Delphone LeDain: And the sale from China new Media I was hoping would provide some cash flow?

[27.08.20, 09:53:33] Delphone LeDain: How about Can Savio that house in Ibiza?

**Defense Exhibit 25-25**

0670 - 22

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[27.08.20, 09:53:58] Delphone LeDain: At least for current expenses

[27.08.20, 10:00:17] Delphone LeDain: I heard there were some 24 M usd or possibly more held up by the banks dealing with the income from Red star / Mina c, that is insane, is that true?

[27.08.20, 10:09:54] Len: Yes, there is money in RS/Mina but Erkin is blocking any distributions!

There are also some disposal proceeds but they are either not enough or not yet received, and we have lots of competing demands for cash.

We have an opportunity to take out extra finance on House but we need to be very careful and I think we need to speak as there are lots of different things at play at the moment and we need to take stock of what are priorities and what fits into our objectives

I think we ALL need to get on same page on this

It is critical

I am tied up today and tomorrow but can we speak on Monday and perhaps enlist Kassim and Graham ?

Len

[27.08.20, 10:13:56] Delphone LeDain: Ok then Monday

[27.08.20, 10:14:21] Delphone LeDain: How is Erkin allowed to block our share of the revenue? I mean is that even legal or possible???

[27.08.20, 10:14:37] Delphone LeDain: It is insane

[27.08.20, 10:15:07] Delphone LeDain: I d like to have a private conversation with you first..

[27.08.20, 10:16:22] Delphone LeDain: I mean before we set up the phone  call with Graham and K

[27.08.20, 10:28:23] Delphone LeDain: I think we should try to sell Kenya and all that movie rubbish if there is anything for sale in there?

[27.08.20, 10:28:24] Delphone LeDain: Or stop the bleeding at least

[27.08.20, 10:28:24] Delphone LeDain: And start selling part of that Mexican land

[27.08.20, 10:28:24] Delphone LeDain: Tulum

[27.08.20, 10:28:24] Delphone LeDain: Stop any big investments until we get more cash flow balanced

[27.08.20, 10:28:25] Delphone LeDain: Isotropic sounds promising and at least with sounder prospect with Uk space agency contributing and Boeing

[27.08.20, 10:28:25] Delphone LeDain: But even the Bp oil deal even if promising i am not sure we can continue investing if we can barely pay current expenses it is mad

[27.08.20, 10:28:25] Delphone LeDain: And too bad if our shares gets diluted as Douglas fears, so what it is a lesser evil, we should be happy with that

[27.08.20, 10:28:25] Delphone LeDain: I have had enough of all the worries and frictions and uncertaintied it is agony

[27.08.20, 10:28:25] Delphone LeDain: Uncertainties i meant

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-26**

0670 - 23

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[27.08.20, 10:34:20] Delphone LeDain: And how about those people paying their debt back to Douglas: Patrick Omaha or sth like that, Gertrud Schneider . That is more than 2 M us without interest even!

[27.08.20, 10:34:54] Delphone LeDain: I do not think we should mortgage that house with one more pound, not fair

[27.08.20, 10:35:44] Delphone LeDain: Were you talking about Cottesmore i guess? How much of the mortgage have we paid back ?

[27.08.20, 11:04:22] Len: Let's speak Monday but I echo all of your points ! I am not in any suggesting Fire Sales etc but before anything is done, can we hear the full business case, apply common sense, taking into account the Track Record and our Objectives. The investment climate and our liquidity has changed drastically, so maybe we simply focus on Liquidity, Capital Preservation and proper and long term matching of Cash Generation to Distribution Policy.

Am looking forward to Monday

Is 3 pm Monday UK time good for you ?

Len

[27.08.20, 11:55:43] Delphone LeDain: Yes ok

[27.08.20, 11:56:18] Delphone LeDain: Not fire sale i agree but starting the process which takes a long time and see who comes up with decent offer

[27.08.20, 11:56:28] Delphone LeDain: Key is  not to sound desperate

[27.08.20, 11:56:33] Delphone LeDain: Which i am actually

[27.08.20, 11:57:26] Delphone LeDain: Looks like this EB mess is not going to end well for us so I am

Preparing for the worse and ready for major changes

[27.08.20, 16:55:03] Delphone LeDain: Len I know you are busy but you must have a rough estimate of how much values the trust still holds in proper recoverable assets ( clean assets without liabilities, sunk / lost investments...bad debts, mortgages ) ?

[27.08.20, 16:55:36] Delphone LeDain: How much is the Mortgage on Cottesmore and how much has been paid towards it - or not?

[27.08.20, 16:56:26] Delphone LeDain: That figure of 238 M seems quite overestimated since it includeds a lot of cost or money spent towards a company but does not translate in value?

[27.08.20, 16:57:10] Delphone LeDain: On the other hand the Tulum land is on paper undervalued at 60 M usd and might be worth a lot more?

[27.08.20, 16:57:26] Delphone LeDain: Anyway we should have a clearer idea of real values?

[27.08.20, 16:57:59] Delphone LeDain: Also i need to know to evaluate Tax basis for Spain just in case, it is urgent!

[27.08.20, 16:58:41] Delphone LeDain: I know Graham is always overwhelmed but he must know at the top of his head the real asset value?

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-27**
0670 - 24

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[28.08.20, 11:03:28] Delphone LeDain: So if I spend more than 182 days in Spain In 2020 I am apparently subject to Spain wealth 3.45 percent or 3% tax on worldwide assets plus another tax on income

[28.08.20, 11:03:28] Delphone LeDain: So i need to know v quickly what is the basis of those assets, whAt is left of them minus all the liabilities, debts, mortgage in order to roughlty evaluate the damage! 3 % of what? I cannot make a decision otherwise it is mad

[28.08.20, 11:03:29] Delphone LeDain: Or I am just going to make a decision based on non financial consideration, more like where I am happier and let the roll dice if no one gives me the correct info or estimate at least.

[28.08.20, 11:03:29] Delphone LeDain: Sadly I am afraid there is zero income this year because of Erkin so that one is quick to figure out, just the sell out of China new Media and that house in Spain Can Savio under Remco s name i think.

[28.08.20, 11:03:29] Delphone LeDain: But the bulk of the assets ?

[28.08.20, 11:03:29] Delphone LeDain: Remaining? kenya, Tulum, BP oil deal ( does this count as this is just unproductive dormant investments that do not bring any income?

[28.08.20, 11:03:29] Delphone LeDain: Isotropic etc

[28.08.20, 11:03:29] Delphone LeDain: Sorry to be pushy but i just want a rough idea of real wealth so i can vaguely estimate the damage if indeed i go back to Spain for school in 5 days!!!

[28.08.20, 11:03:30] Delphone LeDain: Remco will not give detailed figures and Graham i am afraid to ask, he is so busy and slow and then Douglas gets mad at me for asking anything to Graham

[28.08.20, 11:03:30] Delphone LeDain: This is my situation

[28.08.20, 14:34:08] Delphone LeDain: So if at least i had an idea of the real net worth it would help to see if worth it or not i can live one or 2 max school years in Spain

[28.08.20, 14:34:09] Delphone LeDain: Then who knows: portugal or switzerland but Portugal is closer to my heart!

[28.08.20, 18:05:04] Len: Hi Delphine

I am not ignoring you but I am with people all day today and tomorrow.

But I will send you a proper response on Sunday in advance of our call on Monday.

We will go through each asset in detail.

I assume you spoke to Kassim Re choice of countries etc but if you have decided upon Portugal or Switzerland then both a pretty common.

Len

[28.08.20, 18:19:45] Delphone LeDain: Thank you!

[28.08.20, 18:20:04] Delphone LeDain: That would be in one year or 2 rather

[28.08.20, 18:20:22] Delphone LeDain: After Romy's GCSE, for her IB years

[28.08.20, 18:20:28] Delphone LeDain: Thank you!

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-28**
0670 - 25

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[28.08.20, 18:20:38] Delphone LeDain: Sorry I know you are busy

[30.08.20, 11:15:31] Len: Hi Delphine,

There are many points which you are raising, which I cannot properly communicate via a message like this.

I will send separate messages to you for different topics, which will form basis for conversation tomorrow

[30.08.20, 11:34:28] Len: Asset Value


How much are all of the Assets worth ?


Or rather if we were to sell an asset how much could we expect to receive ?


Although, Graham has produced the Balance Sheet, as he clearly sets out, the various assets are stated at Cost plus additional costs.


This is useful but does not answer your question


As an example how much is our Sirius Investement worth ? It could be worth many 10s or even 100s of millions. But the reality is that it will depend hugely on success, timing, management, sufficient capital and lots of external factors


It could also be worth significantly less than cost if things don't go well. We do seem to have a lack of Management, a lack of Capital, Mexican "Billionaire" Partners who seem not to be able to fund their obligations, Buscher who is potentially another Partner who is potentially hostile, BP who have a stake but may yet prove to drive a very hard deal. There was an intended Pitch Document circulating which effectively refers to the depth of management expertise, via Mina Red Star / Petra but this is a current problem via Erkin


Overall, it is almost impossible for anyone to put a value on Sirius, as there is a significant range of outcomes.


But your question was in relation to how much these investments are worth for tax purposes to allow you to make decision Re tax residence location


See next point re Tax

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-29**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[30.08.20, 11:53:14] Len: tax and residence :

Of course you can live on the Moon and pay no tax but this is irrelevant.

Most countries want wealthy foreigners to live in their country for obvious reasons. But politically it can quite tricky for make one law for the local people and another law for the wealthy foreigners ! However, it does of course place whether it is UK, Spain, Switzerland, Portugal etc. What generally and simplistically happens is the Wealthy Individual chooses a Country (say Switzerland), and then PRIOR to arrival he has a quality Tax Firm agree with the Local Tax Authorities the tax treatment and the annual expected tax liability. If the Amount is acceptable, then the Wealthy Individual comes to live and if not they don't !

My advice would be to start off with the Country where you really want to live or indeed the Counties, and then get Kassim to devise a Plan. You asked about the 3 per cent, but I don't know anyone who has significant wealth who leaves all of their wealth exposed to punitively high tax rates.

Obviously it is much harder for the Non International Wealthy people which is precisely why so many Wealthy people often end up tax resident outside of their birth country or country of nationality

[30.08.20, 11:56:25] Len: Lending Facility from CBH

Firdavs is currently arranging an extra facility which will add to the Mortgage on Cottesmore.

I want to speak to you about this as I am uncomfortable

[30.08.20, 12:03:36] Len: Erkin

It is difficult to know where this is going as Erkin is so unpredictable

There is a new version of the Sales Purchase Agreement which has been received but this comes after Erkin apparently threw a tantrum and called it off. The reality which we will end up living with is the Erkin is a hostile partner, and he will like be a hostile Debtor and a probable reluctant Payer of future installments even if something can be agreed.

There will be probably be problems ahead

[30.08.20, 12:06:18] Len: Reality :

It is likely that we have a new and uncertain financial reality

**Defense Exhibit 25-30**

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

We need to face this reality quickly

How do we do that based upon the current Asset Holdings ?

This is the key and urgent question to be tackled

[30.08.20, 12:50:30] Delphone LeDain: Hi Len, thank you! No good newd

[30.08.20, 12:50:48] Delphone LeDain: I will oppose the mortgage on my family house

[30.08.20, 12:52:38] Delphone LeDain: Indeed if I do not have figures of real net worth ( no sunken costs, lost investments etc) I cannot estimate the wealth tax I might have to pay just to live the next 2 school years in Spain.

[30.08.20, 12:53:44] Delphone LeDain: Why cannot Graham give real figures in the balance sheet, about real value , not costs and expenses? As an accountant and CFO

[30.08.20, 12:54:14] Delphone LeDain: In one year or 2 we are happy to move to Lisbon

[30.08.20, 12:54:40] Delphone LeDain: Switzerland would be ok for me but Douglas would not be happy

[30.08.20, 12:54:44] Delphone LeDain: There ...

[30.08.20, 12:55:33] Delphone LeDain: Very worrying those hostile partners like EB, Busher, unreliable Mexican partners etc

[30.08.20, 12:56:40] Delphone LeDain: I am very unhappy and worried and want to safeguard my initial share and my kids share that should be untouchable and not up for grab and gamble in far away risky hard to recover investments

[30.08.20, 12:56:59] Delphone LeDain: This is my future and my kids future too

[30.08.20, 12:57:45] Delphone LeDain: Un believable that we went from 300 / 400 us MD as i was led to believe on paper to not being able to pay bills !!!

[30.08.20, 12:58:38] Delphone LeDain: Doug thinks it is all fine and  not to worry, he knows how to make money and we are all idiots

[30.08.20, 13:02:06] Delphone LeDain: Anyway it seems that there is no more wealth and maybe I am worried about a wealth tax that is just not an issue anymore

[30.08.20, 13:02:54] Delphone LeDain: And  we there was one, we could not afford to pay the wealth tax and would have to sell the only real recoverable assets like property just to pay a wealth tax!!

[30.08.20, 13:06:39] Delphone LeDain: At this point I really need clarity and integrity in figures and I cannot believe that Graham cannot provide real numbers. The Spanish law does not recognise trusts so it is all subject to wealth tax

[30.08.20, 13:07:39] Delphone LeDain: That is why i needed the basis on which i might be taxed and a business that sinks or has no return on investment or that is a money loosing maybe is not taxable?

This information is furnished under the provisions of an intertnional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-31**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[30.08.20, 13:10:04] Delphone LeDain: Anyway Doug is incredibly optimistic which Is very confusing for me who have been always in between radically different views from Graham and you - pretty alarming news on difficult financial future- and Doug who is pretty confident and trying to reinsure me telling me i understand nothing and not to worry

[30.08.20, 13:10:17] Delphone LeDain: I can read a balance sheet and it is no glorious

[30.08.20, 13:10:26] Delphone LeDain: Where is the truth??

[30.08.20, 13:30:49] Delphone LeDain: Sorry for speaking from my heart and fears rather!

[30.08.20, 13:31:59] Delphone LeDain: You mentioned a call tomorrow? It is bank holiday in the UK so Kassim will not be able to join and I suspect neither will Graham. I am available tomorrow but maybe we organise it for Tuesday?

[30.08.20, 13:35:00] Delphone LeDain: Sorry for my long upset words; what I meant was that with figures and facts and proper accounting I should be able to have a clearer idea of real net worth and not have 2 very contradictory views and interpretations. I understand the BP oil deal is very difficult to estimate ( I just get it that it is risky, uncertain with no expert management and dodgy partners and that my house will keep being mortgage to keep feeding that uncertain risky investment)

[30.08.20, 13:36:12] Delphone LeDain: I also get it that with covid etc the environment and markets are volatile at best and that a lot of properties have lost value , possibly the land in Tulum, and even Cottesmore Gardens,  etc

[30.08.20, 13:36:34] Delphone LeDain: Which add to the gloomy perspective

[30.08.20, 13:38:15] Delphone LeDain: What is the situation with ING Geneva? Are they still hijacking the funds and 2020 income from  Mina ? Despite the fact we seem to have repatriate offshore to clearer jurisdiction? Or is it EB who is opposing distribution? Inheard there were 24 M usd sitting there?

[30.08.20, 13:38:20] Delphone LeDain: Or more

[30.08.20, 15:24:49] Len: Unless you consider this to be in your best interests, then we will not proceed. If there are compelling factors to be taken into account then we will discuss with you.

However, we need to be aware that this will have conséquences which we should discuss

[30.08.20, 15:26:51] Len: Again as I explained about Sirius, it is not possible to give a value for certain investments (ie Tulum, Mara, Sirius etc etc) although easier for something like Cottesmore

[30.08.20, 15:29:31] Len: I love Lisbon and Estoril / Cascais etc are lovely.


Have you got Kassim to develop the plan for you ? You need to get a written tax advice to give you complete clarity and peace of mind

[30.08.20, 15:35:39] Len: Switzerland is great but Lisbon is my joint favorite city in world, and I love the Portoguese. But, like it or not Geneva is a great town, in a great country that the family could make another home. When a crisis hits, I realize quickly how nice it is to live in Switzerland

[30.08.20, 15:41:35] Len: Gerwe, Fawcett etc. I think you have hit the nail on the head. Bad partners are toxic, and we need to critically review and ask ourselves why on earth this is what we are choosing ?

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-32**
0670 - 29

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[30.08.20, 15:43:09] Len: Most of these assets would not fall into the safe and boring description

[30.08.20, 15:44:29] Len: The value will be determined by a Transaction, not by Graham nor a Spreadsheet

[30.08.20, 15:46:00] Len: I would simply tell Kassim you intentions Re Intended  country of residence and he will guide you

[30.08.20, 15:48:13] Len: When I look at all the advisers and professionals, and how much they are charging, I would have to say that are pretty good at making money!

[30.08.20, 15:49:36] Len: Again, we should engage Kasssim to Privee a written opinion

[30.08.20, 15:53:30] Len: Optimism is great. But I prefer setting out clearly some Goals and Objectives, with Steps, a Plan and à Timetable agreed as to implementation

[30.08.20, 15:55:24] Len: The Truth is that where there is not clarity and understanding, bad things tend to follow negative surprises !

[30.08.20, 15:57:07] Len: Can you and me speak tomorrow and then we can arrange for joint call with all of us, on Tuesday or Wednesday?

[30.08.20, 15:58:36] Len: Agreed we set a set of goals and objectives and a pathway agreed

[30.08.20, 16:00:45] Len: Still holding funds,  not just ING who were holding things up. I also that the Erkin is not willing sometimes and totally changes his mind

[30.08.20, 16:28:42] Len: Just to be clear that for a distribution to take place BOTH partners must authorise

What makes us weak and vulnerable is that we need finance to support all of the other investments which require capital !

[30.08.20, 20:21:55] Delphone LeDain: I know!!

[30.08.20, 20:22:15] Delphone LeDain: I am ok to speak tomorrow with you.

[30.08.20, 20:33:29] Delphone LeDain: After 12.30 pm Uk time

[30.08.20, 20:33:51] Delphone LeDain: So after 1.30 pm for you?

[30.08.20, 22:18:37] Len: Perfect. I shall ring you at 12.30 UK time

[30.08.20, 22:47:20] Delphone LeDain: Yes!

[31.08.20, 13:15:57] Delphone LeDain: Hi Len

[31.08.20, 13:17:22] Delphone LeDain: I cannot speak at 12.30pm: I need to organise apparently some zoom class meeting with my youngest who is panicking, we lost the passwords and the links; I have to help her in the next hour or 2, I am sorry.

[31.08.20, 13:17:55] Delphone LeDain: Is there another time later today? I know it is very important that we speak.

[31.08.20, 13:18:08] Delphone LeDain: I need 2 hours free now

[31.08.20, 13:18:21] Delphone LeDain: She just told me this about the Zoom meeting

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-33**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[31.08.20, 14:43:32] Len: Ok, let me know when is good ! Don't you love new technology !

[31.08.20, 15:26:53] Delphone LeDain: Would 5 pm be ok ? That would be 6 pm for you?

[31.08.20, 15:27:40] Delphone LeDain: Just got busy with kids now to prepare for school and hard to extract myself from the house until then to have some privacy.

[31.08.20, 15:45:23] Len: Ok

[31.08.20, 17:10:32] Len: Could we make it at 6.30 pm ?

[31.08.20, 17:40:11] Delphone LeDain: Ah ok

[31.08.20, 17:40:17] Delphone LeDain: Your time?

[31.08.20, 17:44:59] Delphone LeDain: So 5.30 pm uk right?

[31.08.20, 17:45:03] Delphone LeDain: It is fine with me

[31.08.20, 17:46:23] Len: Perfect

[08.09.20, 11:54:27] Len: Can I call you to discuss loan application ?

[08.09.20, 12:03:35] Delphone LeDain: Hi Len i am busy until 2.30 pm your time can i call you then?

[08.09.20, 12:08:11] Len: Perfect, graham and Firdavs are pushing to have the loan application signed and Graham has confirmed that he has spoken to you and that you are in full agreement, and based upon the circumstances that you believe it is correct and beneficial and that you wish us to proceed. Please confirm ?

[08.09.20, 12:19:48] Delphone LeDain: Can you wait until we speak?

[08.09.20, 12:20:19] Delphone LeDain: I know it is absolutely not beneficial for me and still very upset about that

[08.09.20, 12:20:52] Delphone LeDain: But was accused of destroying a multi million deal etc and tantrums etc

[08.09.20, 12:21:18] Delphone LeDain: Why cannot we mortgage some of the Tulum land or far away assets?

[08.09.20, 12:21:23] Delphone LeDain: Some of Kenya?

[08.09.20, 12:21:31] Delphone LeDain: This is what i suggested

[08.09.20, 12:21:39] Delphone LeDain: Not the roof over my head

[08.09.20, 12:22:11] Delphone LeDain: As usual I had to sign  or he was going to quit everything ( maybe it is better?)

[08.09.20, 12:22:19] Delphone LeDain: Very confusing again for me

[08.09.20, 12:22:48] Delphone LeDain: I cannot buy a house in Portugal for my future and on top of that have to mortgage main house here

[08.09.20, 12:22:50] Delphone LeDain: Insane

[08.09.20, 12:23:05] Delphone LeDain: I cannot speak now

This information is furnished under the provisions of an international exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-34**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[08.09.20, 14:27:28] Len: Please call me when it is convenient.

It is not a black and white issue.

On the one hand not having some liquidity is a real problem as it could have negative and value destructive consequences.

I think the best way to look at this is that we need to consider the Loan as being temporary, with a priority being given to repayment. Repayment can only arise from cash flows from Mina or alternatively from other Asset Disposals, but it take some time.

I think that leveraging some of the other assets would be very difficult but this at least would buy some time to at least either receive some Mina money or alternatively and in parallel start the process of disposing of certain assets.

We should speak about this also.

Len

[08.09.20, 18:38:27] Delphone LeDain: Dear Len, just got home and exhausted. Can we speak tomorrow?

[08.09.20, 18:41:43] Len: Sure

[08.09.20, 18:43:21] Delphone LeDain: I am all for making the loan happen if that is the only way really to get cash right now but we need to agree in writing and formally that it has priority in terms of repayment when there is cash from Mina ( if ever) , the dividends withheld by ING in Geneva or the sale of Mina or any other source of income like stocks from Pallentir which is supposed to be imminent

[08.09.20, 18:44:53] Delphone LeDain: So I feel that I still own a bit of that roof. There is already a huge mortgage on that house which I never knew about until a few months ago

[08.09.20, 18:47:02] Delphone LeDain: Graham says he is working on cash flow previsions , and we need to meet soon all of us including Doug. To discuss also how best to start disposing of some of Tulum land, and that will be a long process

[08.09.20, 18:47:13] Delphone LeDain: But we need to start soon

[09.09.20, 15:48:26] Delphone LeDain: Hi Len, I am free to talk now for a while if you can?

[09.09.20, 16:10:43] Delphone LeDain: I spoke with Doug again, so I am ok just for this time to go ahead with the loan on the family house

[09.09.20, 16:11:35] Delphone LeDain: But not the next times. Graham says he is making a cash flow prevision for the next few  months, I am waiting.

[10.09.20, 11:53:58] Len: Sorry was tied up but call me when suits

[14.09.20, 16:46:20] Delphone LeDain: Hi Len, I hope you enjoyed the week end

[14.09.20, 16:47:05] Delphone LeDain: Just to confirm with you, the trusts are now all under UK law, right? No longer BVI?

[14.09.20, 16:47:10] Delphone LeDain: Thank you!

[16.09.20, 16:53:29] Len: Hi Delphine

This information is furnished under the provisions of an intentional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-35**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

I am sorry for not reverting on this but have been stuck in the middle of several moving pieces.

It looks as though progress is being made and a deal is possible. But until agreements are executed and cash received, we must simply keep pressing and pushing. I will keep you posted.

Yes, the law was changed to UK law

Len

[19.10.20, 17:17:07] Len: Hi Delphine

Hope all is well !

Have you time for an update call with me ?

Len

[19.10.20, 18:06:29] Delphone LeDain: Hi Len

[19.10.20, 18:06:45] Delphone LeDain: Let me come back to you

[19.10.20, 18:06:55] Delphone LeDain: Tomorrow maybe

[19.10.20, 18:07:02] Delphone LeDain: Wednesday i am off to Greece

[19.10.20, 18:07:28] Delphone LeDain: I cannot tomorrow

Morning

[19.10.20, 18:07:34] Delphone LeDain: Maybe afternoon

[20.10.20, 17:42:57] Len: How about tomorrow morning for a call with me and Graham ?

[20.10.20, 18:07:16] Delphone LeDain: Hi

[20.10.20, 18:07:24] Delphone LeDain: Yes sure

[20.10.20, 18:07:30] Delphone LeDain: How about 11 am?

[20.10.20, 18:07:53] Delphone LeDain: 10 am UK?

[20.10.20, 18:36:10] Len: Sounds good.

I am going to ask Graham to give an update in relation to current Cash holdings, and future Cash receipts if things go according to plan.

I then think we need to discuss future Cash Allocations and Priorities.

I think this is quite an important topic.

À demain

Len

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-36**

0670 - 33

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[20.10.20, 18:43:22] Delphone LeDain: Yes absolutely!!

[20.10.20, 18:44:08] Delphone LeDain: Well such a relief that the deal has been signed finally and that it is legally binding.

[20.10.20, 18:44:38] Delphone LeDain: Let us hope EB will fulfill his part of the terms and pay on time

[20.10.20, 18:44:55] Delphone LeDain: At least we should have the dividends released for this year?

[20.10.20, 18:45:05] Delphone LeDain: V soon from ING bank?

[21.10.20, 11:01:14] Delphone LeDain: Hi Len, give me 2 mn!!

[04.11.20, 10:03:18] Delphone LeDain: Hi Len

[04.11.20, 10:04:02] Delphone LeDain: I do not know what the situation is in Switzerland but in France and Uk the governments have all gone loonies

[04.11.20, 10:04:25] Delphone LeDain: Not even mentioning the US it is too depressing what is happening there

[04.11.20, 10:05:10] Delphone LeDain: Relating to our phone call of October 21 st with Graham, about the sales agreement of Mina / red star to EB

[04.11.20, 10:06:34] Delphone LeDain: Now that finally the dispute seems to have been resolved and cash is coming back I would like to have the famous security funds we have talked about for months on my own account

[04.11.20, 10:07:33] Delphone LeDain: So that I am never at the mercy of the EB's and Buscher s of this world and the future ones to come you never know

[04.11.20, 10:17:29] Len: Ok

Funds have been received with more on the way.

We need to know the amount and your bank details.

We need Kassim to sign off or at least advise tax wise which should be quick, and then we should be good to go.

I just need to get the approvals (protectors KM and GC).

I will now send an email to KAssim and Graham to hurry things along

Can I include you in the email chains just so you stay updated ?

[04.11.20, 10:18:05] Delphone LeDain: Yes of course!! Thank you

[04.11.20, 10:18:20] Delphone LeDain: I will send you my IBAN in Luxembourg

[04.11.20, 10:18:30] Delphone LeDain: I have had this account since 1995

[06.11.20, 14:49:26] Delphone LeDain: <attached: 00000617-PHOTO-2020-11-06-14-49-26.jpg>

[06.11.20, 21:41:49] Delphone LeDain: Hi Len,  that would be great and reinsuring for me if I could be transferred some safety funds asap!

[06.11.20, 21:41:53] Delphone LeDain: Thank you

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-37**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[06.11.20, 21:43:27] Delphone LeDain: In the vicinity of 1 Million Euros or 2 even.

[07.11.20, 12:18:50] Delphone LeDain: Advise from K!

[09.11.20, 14:37:24] Delphone LeDain: Missed voice call

[09.11.20, 14:37:45] Delphone LeDain: Hi Len can we talk today?

[09.11.20, 14:38:26] Delphone LeDain: As soon as possible! Please let me know! Thank you!

[09.11.20, 15:51:11] Len: Can I ring you in 30 mins ?

[09.11.20, 15:51:26] Delphone LeDain: Yes great

[09.11.20, 16:49:49] Delphone LeDain: Len hi good to speak with you

[09.11.20, 16:50:46] Delphone LeDain: As you described well I am in a shock and still digesting but trying my best to be pragmatic and to get on with daily operations and urgent things

[09.11.20, 16:52:54] Delphone LeDain: In the light of that « next last » imminent apparently 8 M usd installment in Syrius, it would be very helpful for me and bring me some peace of mind if I could have the opinions and facts as well from the ones who are following the deal and who have made it and are managing the investment schedule

[09.11.20, 16:53:10] Delphone LeDain: I would like something in writing from them

[09.11.20, 16:54:40] Delphone LeDain: I find it unbelievable that it would be « we need to keep investing huge amount - at a time when legal fees are

Going to be colossal!!!- or we loose ALL the investment » !!!! Really ???

[09.11.20, 16:55:10] Delphone LeDain: It would be a very bad agreement indeed and i am skeptical that is would be like that

[09.11.20, 16:55:50] Delphone LeDain: So I want to be responsible for my kids future at least!! And i need facts!

[09.11.20, 16:55:53] Delphone LeDain: Thank you!

[10.11.20, 10:23:19] Delphone LeDain: Hi Len so I spoke with Kassim yesterday and mentioned 2 pm UK time for our call today, he agreed to that. Can you ask Graham to join as well?

[10.11.20, 10:23:27] Delphone LeDain: Thank you, Len!

[10.11.20, 10:42:55] Len: Sure

[12.11.20, 18:05:15] Delphone LeDain: Hi Len good to talk to you. I forgot to ask you for Graham s new number or temporary number he has now!! Thank you!

[16.11.20, 10:49:16] Delphone LeDain: Hi Len, how are you?

[16.11.20, 10:49:40] Delphone LeDain: I have just sent you an email, it is very urgent! Thank you

[16.11.20, 10:51:58] Delphone LeDain: I have been asking for this for months! Thank you

[16.11.20, 11:06:00] Delphone LeDain: I have my banking details ready but I assume you have them? Please let me know asap

This information is furnished under the provisions of an intertnional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-38**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[16.11.20, 12:12:22] Delphone LeDain: I need to deposit some funds on my personal Spanish account too so the direct debits linked to my house ré utilities, insurance, cars, staff etc get paid.

[16.11.20, 12:12:44] Delphone LeDain: Please can you check your mail?

[16.11.20, 16:51:31] Len: Hi Delphine

I was going to explain on our call this afternoon.

Funds have been instructed to be transferred to CBH Geneva and from there the transfer shall take place !

Len

[16.11.20, 18:11:25] Delphone LeDain: Hi Len I hope you are right

[16.11.20, 18:12:22] Delphone LeDain: I thought the funds were already in Cbh Geneva. When do you expect the funds to be in Cbh Geneva?

[16.11.20, 18:12:32] Delphone LeDain: Thank you

[16.11.20, 18:36:37] Len: They were instructed last week but because of recent events there were delays and following a few discussions, we had to reissue the instruction today. We are in an awkward situation at the moment where we cannot assume everything is "as normal"

[16.11.20, 18:38:14] Len: By the way, are you not joining update calls going forward ?

[16.11.20, 19:07:29] Delphone LeDain: Yes of course I should be on calls and be informed!

[16.11.20, 19:08:00] Delphone LeDain: As the UBO and grantor etc.

[16.11.20, 19:19:54] Len: Great. I was confused as you were not on call today, but I had assumed that you were invited.

[18.11.20, 13:19:28] Delphone LeDain: Hi Len, could you DHL me all the trust deeds please? There are so many, so paper is much better! Thank you very much

[18.11.20, 13:20:02] Delphone LeDain: To ███████████████████████████

[18.11.20, 13:20:11] Delphone LeDain: Thank you very much

[19.11.20, 15:02:26] Len: Will do.

I have just sent to you another email in relation to Sirius. I have also asked for Tom's view but what are your views ?

Len

[19.11.20, 15:19:40] Delphone LeDain: Hi Len

[19.11.20, 15:20:14] Delphone LeDain: I need to have a close look at the Mexican oil contract and speak to people involved like Chris S?

[19.11.20, 15:20:16] Delphone LeDain: Or ?

[19.11.20, 15:20:36] Delphone LeDain: Apparently we have received the 26 M in Geneva Cbh?

[19.11.20, 15:20:41] Delphone LeDain: Is that correct?

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-39**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[19.11.20, 15:20:55] Delphone LeDain: How about first payment? From London?

[19.11.20, 15:21:02] Delphone LeDain: How much do we have now?

[19.11.20, 15:21:47] Delphone LeDain: Hard for me to decide anything when i do not have access to figures and balance sheets and comptes de résultats!

[19.11.20, 15:22:04] Delphone LeDain: I should be more informed

[19.11.20, 15:34:24] Len: Hi Delphine, it is very difficult for me. Douglas has advised in relation to this project over the last several years. I guess there was an assumption previously that you had some awareness, even if not detailed. Do you want the telephone number of Chris S ? But also Douglas is also very knowledgeable but I am unsure if he has any views or involvement at the moment. It is very difficult

[19.11.20, 15:36:20] Len: I have sent you several emails confirming this. Are you getting your emails ? I am confused as I thought that you had already responded

[19.11.20, 15:38:44] Len: As I mentioned the CHF 5 million was transferred and now we are awaiting the docs to have Chf 2 million transferred to you, probably tomorrow

[19.11.20, 15:40:38] Len: CBH London 2.6 Chf and CBH Geneva 28 CHF

Graham should be back up and running shortly to improve reporting etc

[19.11.20, 15:43:15] Len: Graham prepares the financial reports but as his records were all removed, I guess we have to bear with him. However, I thought that he had already sent you the up to date info even though there is a backlog given what has went on over the previous several months

[19.11.20, 15:48:26] Len: I think that given the surprise and shock of recent events, which must have been initiated a long long time ago, I think we are all feeling that we have been somewhat in the dark.

[19.11.20, 17:31:51] Delphone LeDain: Len I got your emails!

[19.11.20, 17:32:09] Delphone LeDain: CAn we talk tomorrow morning briefly?

[19.11.20, 17:32:37] Delphone LeDain: We are both in a v delicAte postition

[19.11.20, 17:32:48] Delphone LeDain: At least me, to make decisions

[19.11.20, 17:33:01] Delphone LeDain: When so much at stake

[19.11.20, 17:33:57] Delphone LeDain: So i need just to get a feel and some financial info to make some judgment

[19.11.20, 17:34:21] Delphone LeDain: My reflex would be conservative and play it safe you know me

[19.11.20, 17:35:08] Delphone LeDain: But on the other hand I hear not just from Doug but also other that the Mexican oil deal could be super lucrative

[19.11.20, 17:36:10] Delphone LeDain: How could we recover the 40 or 41 Million usd invested sofar is what I am trying to find out , if we do not add the next 8 M usd

[19.11.20, 17:37:17] Delphone LeDain: I did not even think we would have that luxury of the choice since it all depended on receiving the second payment 26 Musd to Rosbelt!

[19.11.20, 17:37:37] Delphone LeDain: Even Doug said if we do not get that then bye bye oil project

**Defense Exhibit 25-40**

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[19.11.20, 17:47:25] Len: If the project is stopped through lack of finance or any other reason, what is it's value ? It depends hugely on whether there is someone else who will buy the unfinished project. If there is no one the how much is an Environmental Impact Assessment worth ? Or Pipeline Right of Ways for 900 properties over a few hundred kilometers? Etc etc

If there is nobody interested then much of this money spent is not worth very much. However, there is a critical point, where a project has enough momentum such that there will hopefully be others who will help shoulder the financial burden but also where the project has real and significant value

[23.11.20, 18:34:36] Len: Hi Delphine

Firdavs has sent to a Form W-Ben which the bank needs for you to sign. Can you sign and send a scanned copy to Firdavs ?

Thanks

Len

[26.11.20, 16:26:49] Delphone LeDain: Hi Len, any news on the trust deeds and amendements to the deed to be DHLed or emailed to me?

[26.11.20, 16:26:56] Delphone LeDain: Thank you for letting me know

[27.11.20, 15:34:54] Len: Hi Delphine

Did you receive my email in relation to Mara Farming ?

Thanks

Len

[27.11.20, 15:51:33] Delphone LeDain: Yes I did. I need to go through this calmly this week end.

[27.11.20, 15:52:45] Delphone LeDain: So sorry to be slow, I am in a state...

[27.11.20, 18:40:42] Len: I will also ask James Cecil to contact Frans to ask Frans to come with another proposal which is less risky

[30.11.20, 16:15:49] Delphone LeDain: Sure!

[30.11.20, 16:19:52] Delphone LeDain: Not sure i can make decisions or add much considering I have never been involved in the day to day business or strategic planning of Mara farms or any other businesses actually

[30.11.20, 16:21:25] Delphone LeDain: All I know is in view of recent events and abyssal legal fees to come and provision for we have to be careful with future investments in a way that does not either devaluate the business it self so it is a delicate balance

[30.11.20, 16:25:07] Delphone LeDain: Have you discussed this with Graham?

[30.11.20, 16:25:56] Delphone LeDain: He is allowed to speak and advice about daily operations and current affairs, right?

[30.11.20, 16:30:52] Delphone LeDain: Between you, the trustees, all the consultants we should gather their opinions and written recommendations, like Graham James,  Tom to a certain degree, Douglas obviously have views as they have been involved from day 1 .

This information is furnished under the provisions of an interntional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-41**

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[30.11.20, 16:32:27] Delphone LeDain: Anyway it would be useful to know if Graham can continue operate or at least transfer his knowledge etc

[02.12.20, 15:58:54] Delphone LeDain: Len hi are you receiving my emails?

[02.12.20, 16:15:43] Delphone LeDain: You need to free funds for legal fees. And organise with Dmitry operational payments etc

[02.12.20, 16:30:04] Delphone LeDain: We need to keep paying staff etc

[02.12.20, 16:30:08] Delphone LeDain: I have no data!!

[02.12.20, 20:07:18] Len: Everything is being done as quickly as possible

Please understand that there are quite a number of legal complexities which need to be navigated. This needs to be done properly, so please bear with us

Len

[18.12.20, 11:47:13] Delphone LeDain: Dear Len, I am writing you as I am in a state of absolute panic and poor health. About to loose my nerves

[18.12.20, 11:48:16] Delphone LeDain: Do you realise that I still have 3 children to educate, raise and feed and that i might live until 90 year old or so without a retirement or a pension

[18.12.20, 11:50:00] Delphone LeDain: How do you think i might achieve that without you distributing more personal funds for my family and myself. How can you also deprive me of my future? Without even answering my written emails?

[18.12.20, 11:50:23] Delphone LeDain: You are supposed to act like my trustee?

[25.03.21, 11:29:50] Len: Hi Delphine

Dmitry needs your confirmation of where you are tax resident (I assume UK). This is so that Graham will confirm this to CBH. Graham will not sign until he has your written confirmation as he is scared to make a mistake.

The bank is blocking the account until they get the confirmation.

Could you please revert or ask Michael to revert just to give an answer to CBH. We have no control of this issue but we need you and Graham to respond urgently as otherwise we will have a serious banking problem.

we are stuck in the middle of what should be a very simple matter

Thank you for your support

Len

[25.03.21, 11:59:32] Delphone LeDain: Hi Len, yes Graham confirmed the data on CBH form and I will forward you. dmitry and Michael his email

[25.03.21, 13:42:49] Len: Thanks for this.

Does this mean that you are Tax Resident in UK as of today's date ?

[25.03.21, 16:20:01] Delphone LeDain: Len, Michael is working hard on that; please call him if you need to. Thank you

**Defense Exhibit 25-42**

This information is furnished under the provisions of an intentional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

WhatsApp chat – extracted on 27 April 2021. Custodian: Leonard O'Brien, Salamander Group

[25.03.21, 18:04:30] Len: But my question is quite simple. Are you tax resident in the UK or not ? If you are awaiting a tax number then that's a different matter but without complicating matters are you tax resident in UK. I think the answer is either Yes / No or I don't know, but unless Graham answers the question the Bank is closed to us !

This information is furnished under the provisions of an intentional exchange agreement with a foreign government. Its use and disclosure must be governed by the provisions of that agreement.

**Defense Exhibit 25-43**