**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| **DOUGLAS EDELMAN** | Case No. 24-cr-239 (CKK) |
| **Defendant.** | |

### DEFENDANT DOUGLAS EDELMAN'S SEVENTH MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE PENDING SENTENCING

Defendant Douglas Edelman respectfully requests that the Court temporarily modify his conditions of release in light of the upcoming visit of his daughters, ███████ Edelman ("███████")[1] and Margot Edelman ("Margot"). ███████ and Margot are travelling from Europe to visit and stay with Mr. Edelman in Alexandria, Virginia from April 6 through March 14, 2026. Specifically, Mr. Edelman requests that this Court allow (1) ███████ and Margot to keep their smartphones with them while staying with Mr. Edelman and (2) Mr. Edelman's outings with his daughters on each of the days between April 6 and April 14, 2026, both subject to the limitations described below. The government and Pretrial Services do not object to either request.

### BACKGROUND

On June 18, 2025, following Mr. Edelman's May 21 guilty plea, this Court released him from detention, subject to conditions including that he be subject to home incarceration and be "restricted to 24-hour-a-day lockdown at [his] residence except for . . . activities specifically approved by the court," including that he submit to the supervision of the Pretrial Services Agency.

---

[1] Counsel for Mr. Edelman has redacted ███████'s name because she is under 18 years old. She is Mr. Edelman's youngest daughter.

ECF No. 85 at 2 (Order Setting Conditions of Release). Under Mr. Edelman's pre-sentencing release conditions, he "is not allowed to own a smartphone, laptop, or other device with internet access." *Id.* at 3. While he "is permitted to have family members come to his home with prior notification to PSA," his "family may not bring communication devices into his residence." *Id.* On January 30, 2026, this Court modified Mr. Edelman's conditions of release to allow him to spend two hours a day, between 3:00 PM and 5:00 PM, in his apartment building's common areas. ECF No. 112 (Order Granting in Part Motion for Change of Conditions) at 9.

Mr. Edelman's daughters, ███ and Margot, are travelling from Europe to visit and stay with their father in Alexandria, Virginia. They plan to stay with Mr. Edelman in his apartment at 750 Port Street, Apartment 2127, Alexandria, VA 22314 from April 6 through April 14, 2026. ███ and Margot will need their smartphones to travel, as well as for communicating and day-to-day tasks. Unless they keep their smartphones with them while visiting Mr. Edelman, ███ and Margot will have nowhere to store them and will be effectively unable to travel.

This Court previously granted Mr. Edelman's motions requesting his children be allowed to bring their electronic devices into Mr. Edelman's apartment subject to the conditions that they not permit Mr. Edelman to use their devices, they not use the devices in his presence, and they keep their devices in their closed bags when not using them. *See* ECF No. 92 at 2 (Order Temporarily Modifying Conditions of Release); ECF No. 96 at 2 (Order Temporarily Modifying Conditions of Release); Minute Order (Nov. 21, 2025); Minute Order (Feb. 20, 2026); Minute Order (Mar. 6, 2026).

This Court temporarily modified Mr. Edelman's conditions of release in March to allow Mr. Edelman to spend two hours a day outside his apartment building with his son, so long as Mr. Edelman was accompanied by his son at all times during the outings, he provided the location of

those proposed outings to the Pretrial Services officer, and received the officer's approval before each outing. *See* Minute Order (Mar. 6, 2026).

On March 15, 2026, during a visit with his son, Mr. Edelman exceeded his authorized two hours per day by approximately 25 minutes. Mr. Edelman acknowledged his violation to the Pretrial Services officer Aside from that incident, Mr. Edelman has been fully compliant with all pre-sentencing release conditions, including temporary conditions, imposed by this Court.

## ANALYSIS

If the Court finds by clear and convincing evidence that a defendant awaiting sentencing "is not likely to flee or pose a danger to the safety of any other person or the community," the Court "shall order the release of the person in accordance with section 3142(b) or (c)." 18 U.S.C. § 3143(a). Under section 3142(c), "[t]he judicial officer may at any time amend the order to impose . . . different conditions of release." 18 U.S.C. § 3142(c)(3). Courts shall only subject a defendant to "the least restrictive" conditions that "will reasonably assure the appearance of the person as required and the safety of any other person and the community." 18 U.S.C. § 3142(c)(1)(B).

On April 6, 2026, Mr. Edelman's daughters will travel from Europe to visit him in Virginia. Because ███████ and Margot need their smartphones for the reasons explained above, Mr. Edelman requests that the Court allow his daughters to bring their phones into Mr. Edelman's apartment during their stay with Mr. Edelman, subject to the same conditions as in prior orders. *See* ECF No. 92 at 2; ECF No. 96 at 2; Minute Order (Nov. 21, 2025); Minute Order (Feb. 20, 2026); Minute Order (Mar. 6, 2020).

During his visit, Mr. Edelman would like to spend some quality time with ███████ and Margot outside of his apartment. Mr. Edelman respectfully asks for this Court's approval to allow

3

him outside of his apartment for up to two hours a day on April 6 through April 14, 2026 for outings within a two-mile radius of his apartment, provided that he adheres to the same restrictions that the Court previously ordered. *See* Minute Order (Mar. 6, 2026). Mr. Edelman requests that these outings be in addition to the two hours a day Mr. Edelman is permitted to spend outside in his apartment building's common areas (such as the gym). *See* ECF No. 112 at 9.

Pretrial Services defers to the Court. The government does not object to Mr. Edelman's requests subject to the conditions described above.

### **CONCLUSION**

Mr. Edelman respectfully moves for an order to temporarily modify his release conditions to allow ███████ and Margot to bring their smartphones into Mr. Edelman's apartment from April 6 through April 14, 2026, and to allow his outings with ███████ and Margot on each of the days between April 6 through March 14, 2026, under the above terms.

Respectfully submitted,

| | |
|---|---|
| /S/ George M. Clarke, III | /S/ Sonya C. Bishop |
| GEORGE M. CLARKE, III | SONYA C. BISHOP |
| D.D.C. Bar No. 480073 | D.D.C. Bar No. NY0568 |
| George.clarke@bakermckenzie.com | Sonya.bishop@bakermckenzie.com |
| BAKER & McKENZIE LLP | BAKER & McKENZIE LLP |
| 815 Connecticut Ave., N.W. | 452 Fifth Ave. |
| Washington, D.C. 20006 | New York, N.Y. 10018 |
| (202) 835-6184 | (332) 215-5812 |

*Counsel for Defendant Douglas Edelman.*
Dated: April 3, 2026