IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.

DOUGLAS EDELMAN

       Defendant.

Case No. 1:24-CR-00239

## NOTICE OF DISCOVERY

The government requests that the attached discover letter, dated April 7, 2026, be made part of the record in this case

Respectfully submitted,

A. TYSEN DUVA
Assistant Attorney General

By: _____

Ezra Spiro
NY Bar No. 5291838
Trial Attorney
Department of Justice Criminal Division
950 Pennsylvania Ave NW
Washington, DC 20530

2

JEANINE FERRIS PIRRO
United States Attorney
N.Y. Bar No. 1387455


By: _____

Sarah C. Ranney
NY Bar No. 5050919

Assistant United States Attorney
U.S. Attorney's Office
601 D Street NW
Washington, DC 20530

3



**U.S. Department of Justice**
Criminal Division
*Tax Section*
*Washington, D.C. 20530*

JNK:EKS
DJ 5-16-5295
CMN 2024201076

April 7, 2026

George Clarke, Esq,
Scott Frewing, Esq.
Allison Rocker, Esq.
Sonya Bishop, Esq.
Baker & McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006

Re:    United States v. Douglas Edelman, et ux. (1:24-cr-239)

Dear Counsel:

Pursuant to the Government's discovery obligations, and the Protective Order signed on September 9, 2024 (ECF 23), this letter encloses the Government's thirteenth production of discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure.[1] This production is being transmitted via access to a shared folder, which will allow you to immediately download the documents. In compliance with Rule 16(c), the Government will supplement this production as noted below if and when other additional discoverable material becomes available.

This production includes 695 documents with Bates numbers USPROD-05155835 to USPROD-05229631, consisting of records received from a mutual legal assistance treaty request as well as some additional memoranda of interview. These materials were previously produced to you on March 3, 2026 – this production is merely a formal copy of that previous production with Bates stamps for your reference.

Please do not hesitate to contact us if you have any questions regarding further discovery or a disposition of this matter.

---

[1] The Government may be providing, as a courtesy, material that is not discoverable under Rule 16, the Jencks Act, Giglio, or Brady. The fact that certain non-discoverable materials are provided in no way obligates the Government to provide all non-discoverable materials.

- 2 -

Sincerely yours,

EZRA SPIRO
Trial Attorney
Department of Justice, Tax Division

SARAH RANNEY
Assistant U.S. Attorney
U.S. Attorney for the District of Columbia