**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DOUGLAS EDELMAN**<br><br>**Defendant.** | Case No. 24-cr-239 (CKK) |

**DEFENDANT DOUGLAS EDELMAN'S NOTICE OF INTENT NOT TO CALL
EXPERT WITNESS FOR APRIL 29, 2026 HEARING**

Defendant Douglas Edelman does not plan to call John Machell, Kings Counsel, as a witness in the April 29, 2026 hearing. Mr. Machell is the defense's expert on BVI, English, and Welsh trust laws. In lieu of testimony, counsel for Mr. Edelman intends to rely on Mr. Machell's expert report and its appendices, which have been filed at ECF Nos. 119-1 through 119-8. The government has confirmed that it will not argue that it is prejudiced by its inability to cross-examine Mr. Machell.

Respectfully submitted,

| | |
|---|---|
| /S/ George M. Clarke, III | /S/ Sonya C. Bishop |
| GEORGE M. CLARKE, III | SONYA C. BISHOP |
| D.D.C. Bar No. 480073 | D.D.C. Bar No. NY0568 |
| George.clarke@bakermckenzie.com | Sonya.bishop@bakermckenzie.com |
| BAKER & McKENZIE LLP | BAKER & McKENZIE LLP |
| 815 Connecticut Ave., N.W. | 452 Fifth Ave. |
| Washington, D.C. 20006 | New York, N.Y. 10018 |
| (202) 835-6184 | (332) 215-5812 |

*Counsel for Douglas Edelman.*

Dated: April 14, 2026