**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Criminal No. 24-CR-239 (CKK)** |
| **v.** | **:** | |
| | **:** | |
| **DOUGLAS EDELMAN,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF FILING**

The government requests that the attached exhibits be made part of the record in this case. The two attached exhibits were referenced in the government's memorandum, ECF No. 116, but not attached as part of its notice of filing exhibits, ECF No. 118.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:  _____/s/ Ezra Spiro_____
Ezra Spiro (NY Bar No. 5921838)
Trial Attorney
Department of Justice Criminal Division
950 Pennsylvania Ave NW
Washington, DC 20530
Ezra.K.Spiro@usdoj.gov
(202) 718-7308

Sarah Ranney (NY Bar No. 5050919)
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street NW
Washington, DC 20579
Sarah.Ranney@usdoj.gov
(202) 252-7051