Subj:    **house**
Date:    16/06/2008 17:08:41 GMT Daylight Time
From:    douglas@minacorp.com
To:      gacollettca@aol.com

Graham
looks like i will buy the house in london

price   11 million
i guess i will need a lawyer and ??? surveyor etc //   can you handle it for me ??
simply need to decide who is the best for ownership, for tax purposes //   wife and kids maybe    i do have a
foundation ?, but it is foreign, so not sure...

you will see another usd 5 million will arrive to bartol in the next couple of days ..

i will probably spend over the next 3 months   at least   2 million on the ,movie and 1 million or 1.5 on MTV

let me know what i will need to do //     after the 5 million i should have close to 19 million usd or 9,750,000
pounds

guess i will need a total of ?????   11 million plus 4 pct for tax plus legal fees  ( there are no agency fees
etc )   we know the owners...
guess it's   11,440,000 plus a legal fee   is that about right

so total i will need in usdollar values looks like about   26 million

i have other amounts i can lay my hands on pretty easily, so all should be ok

douglas

Government Exhibit 14-31

18 June 2008 AOL: GACollettCA