Subj: **RE: Bartol Limited and Aspen Wiund Corporation**
Date: 22/12/2008 13:02:18 GMT Standard Time
From: douglas@minacorp.com
To: GACollettCA@aol.com

GRAHAM
WE NEED AS WELL TO NOTIFY EVERYONE WHO SENDS MONEY CURRENTLY TO ASPEN OR
BARTOL TO NOW SEND TO
SUNGAE

I WILL INFORM GENEVE AS WELL, AS I AM PLANNING A USD 15MM DIVIDEND DISBURSEMENT IN
THE EARLY DAYS OF JANUARY

D

---

**From:** GACollettCA@aol.com [mailto:GACollettCA@aol.com]
**Sent:** 22 December 2008 12:35
**To:** svetlana.bianchi@credit-suisse.com
**Cc:** douglas@minacorp.com
**Subject:** Bartol Limited and Aspen Wiund Corporation

Dear Svetlana,

I see from the account summary this morning that there is still one USD account open.  Can we please
arrange for the funds to be transferred over to Julius Baer and the account closed?

Look forward to hearing from you.

Kind regards

**Graham**

**Graham A Collett FCA**

Tel: +44 (0)208 464 0131
Mobile +44 (0)7767 692838

Email: gacollettca@aol.com

---

STRICTLY CONFIDENTIAL: The pages comprising this email, including any attachments, may contain
confidential information. The information is intended solely for the use of the intended recipient. If you are
NOT the intended recipient, please be aware that the information contained herein may be legally
privileged, and the disclosure, copying, or distribution, or any unauthorised use of the contents of this email
is **strictly prohibited**. Please delete the email immediately if you are not the intended recipient. If you are
the intended recipient, be advised that this information may be confidential in nature and should not be
shared except to comply with any instructions or actions contained herein or with the sender's approval.

Government
Exhibit
14-38

01 January 2009 AOL: GACollettCA