# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

**v.**

**DOUGLAS EDELMAN**                          Case No. 24-cr-239 (CKK)

**Defendant.**

## [PROPOSED]
## ORDER GRANTING DOUGLAS EDELMAN'S MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE PENDING SENTENCING

Based on Defendant Douglas Edelman's motion, this Court hereby temporarily modifies its Order Setting Conditions of Release entered on June 17, 2025 (ECF No. 85) as follows:

1.      Mr. Edelman's daughter Juliette Romy Edelman may bring her smartphone into Mr. Edelman's apartment during her stay, provided that (i) Romy must not allow Mr. Edelman to use her smartphone, (ii) Romy must not use her smartphone in Mr. Edelman's presence, and (iii) Romy must keep her smartphone is a closed bag at all times when she is not using it.

2.      Mr. Edelman is allowed outside of his apartment for up to four hours a day on August 20 through August 30, 2026, for outings within a two-mile radius of his apartment, provided that (i) he must be accompanied by Romy at all times during his outings, (ii) he must provide the location of his proposed outings to his Pretrial Services officer and receive the Pretrial Services officer's approval before each outing, and (iii) he must continue to comply with all other conditions of his release.

SO ORDERED this _____ day of August 2026.

_____
THE HONORABLE JUDGE COLLEEN KOLLAR-KOTELLY