**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>DOUGLAS EDELMAN,<br>Defendant. | Criminal Action No. 24-239-1 (CKK) |

**ORDER**
(October 28, 2026)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant Edelman's base offense level at sentencing shall be determined by calculating the total tax loss caused by Edelman's admitted tax evasion for tax years 2006 through 2012 and his charged tax evasion for tax years 2013 through 2020 (i.e., the total tax loss from years 2006 through 2020). The Government has shown that Edelman's charged 2013–2020 tax evasion should be included in this calculation because it has shown by a preponderance of the evidence that (i) the Galactea Trust was a sham trust that did not change Edelman's economic relationship to Mina/Red Star and its income, and that (ii) Edelman willfully attempted to evade and defeat the government's collection of taxes on the income he received from Mina/Red Star from 2013 through 2020.

**SO ORDERED.**

COLLEEN KOLLAR-KOTELLY
United States District Judge