**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES,<br><br>v.<br><br>DOUGLAS EDELMAN,<br>Defendant, | 24cr00239-1 (CKK) |

ORDER

On October 28, 2025, this Court issued its [145] Order and accompanying [146] Memorandum Opinion as to Defendant Douglas Edelman ("Defendant") regarding its determination of his base offense level for sentencing. The Court notes that, because of the disagreement between the parties as to Defendant's base offense level, the United States Probation Office was unable to finalize its [97] draft Presentence Report ("PSR") prior to the Court's resolution of that issue. The Court notes further that both parties responded to the Probation Office's draft PSR by filing numerous objections and/or requests for clarification, ECF Nos. 128 (Gov't), 134 (Def.), and these objections and requests will be addressed by the Probation Office in its final PSR. Accordingly, after consultation with the Probation Office as to adequate timing for preparation of a final PSR in this case, it is this 3rd day of November 2026,

ORDERED that the previously scheduled sentencing date of December 11, 2026 is VACATED, and the following schedule will apply:

- The Final PSR shall be filed by the Probation Office by December 21, 2026,
- The Government's Memorandum in Aid of Sentencing shall be filed by January 12, 2027,
- Defendant's Memorandum in Aid of Sentencing shall be filed by January 27, 2027, and
- Sentencing is set for February 26, 2027, at 10:30 a.m. in Courtroom 28A, and it is further

ORDERED that, in connection with this schedule, Defendant shall file his Speedy Trial Waiver by no later than December 11, 2026.

COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE