**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DOUGLAS EDELMAN** | Case No. 24-cr-239 (CKK) |

## SPEEDY TRIAL WAIER

Comes now the Defendant, Douglas Edelman, by and through undersigned counsel, and after having been advised of his rights under the Speedy Trial Act, 18 U.S.C. § 3161, hereby waives those rights only through the time period between December 11, 2026 and March 5, 2027.

Respectfully submitted,

/S/ Sonya C. Bishop
SONYA C. BISHOP
D.D.C. Bar No. NY0568
sonya.bishop@bakermckenzie.com
BAKER & McKENZIE LLP
452 Fifth Ave.
New York, N.Y. 10018
(332) 215-5812

Dated: November 23, 2026

I agree with the statement above:

Douglas Edelman

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2026, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF System, which will send notification of this filing to all parties.

/S/ Sonya C. Bishop
SONYA C. BISHOP
D.D.C. Bar No. NY0568
Sonya.bishop@bakermckenzie.com
BAKER & McKENZIE LLP
452 Fifth Ave.
New York, N.Y. 10018
(332) 215-5812