**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DOUGLAS EDELMAN**<br><br>**Defendant.** | Case No. 24-cr-239 (CKK) |

**[PROPOSED] ORDER GRANTING DOUGLAS EDELMAN'S MOTION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE PENDING SENTENCING**

Based on Defendant Douglas Edelman's motion, this Court hereby temporarily modifies its Order Setting Conditions of Release entered on June 17, 2025 (ECF No. 85) as follows:

1. Mr. Edelman's daughters are allowed to bring their smartphones into Mr. Edelman's apartment during their stay, provided that (i) his daughters must not allow Mr. Edelman to use their smartphones, (ii) they must not use their smartphones in Mr. Edelman's presence, and (iii) they must keep their smartphones in a closed bag at all times when they are not using them.

2. Mr. Edelman is allowed outside of his apartment for up to four hours a day on December 12 through December 23, 2026, for outings within a two-mile radius of his apartment, provided that (i) he must be accompanied by one of his daughters at all times during his outings, (ii) he must provide the location of his proposed outings to his Pretrial Services officer and receive the Pretrial Services officer's approval before each outing, and (iii) he must continue to comply with all other conditions of his release.

3. Between December 12 and December 23, 2026, Mr. Edelman is permitted to spend time in his apartment building's common areas during any 2-hour period throughout the day, provided that he notifies his Pretrial Services officer before leaving for the common areas and

upon his return.

SO ORDERED this ______ day of November 2026.

THE HONORABLE JUDGE COLLEEN KOLLAR-KOTELLY